AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Juan Gabriel Rios-Silva<br><br>*Defendant(s)* | Case No. **8:21MJ1763JSS** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2012 through July 30, 2021__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506(a) | Conspiring to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Miosotis Ortiz-Rodriguez, Special Agent, FBI
Printed name and title

Sworn to ~~before me and signed in my presence.~~ by telephone pursuant to Fed. R. Crim. P. 4.1

Date: 7/30/2021

_____
Judge's signature

City and state: Tampa, Florida

Julie S. Sneed, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### Introduction and Agent Background

1.    I, Miosotis Ortiz-Rodriguez, am a Special Agent with the United States Federal Bureau of Investigation (FBI), and currently assigned to the Tampa District Office. I have been a law enforcement officer for approximately 20 years, 5 of those years I have served as a Special Agent with the FBI. I have conducted numerous criminal drug investigations of both domestic and international drug trafficking organizations involved in the manufacturing, distribution, and possession of controlled substances such as cocaine, marijuana etc.

2.    Since July 2020, I have been assigned as a Special Agent to Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") composed of the following agencies: the Drug Enforcement Administration ("DEA"), the Federal Bureau of Investigation ("FBI"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), CGIS, the United States Coast Guard ("USCG"), and the United States Attorney's Office of the Middle District of Florida. Special Agents assigned to Operation Panama Express investigate Transnational Criminal Organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

## Statutory Authority

3. This affidavit is submitted in support of a criminal complaint and the issuance of arrest warrant for the following individual:

### JUAN GABRIEL RIOS-SILVA

a Colombian national, for knowingly and willfully conspiring to possess with the intent to distribute five kilograms or more of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), and possession with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Scheduled II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), and 21 U.S.C § Section 960(b)(1)(B)(ii).

4. The information contained herein is either personally known to me or has been provided to me by other law enforcement officers with whom I have worked on this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal charges set forth herein and, therefore, does not contain each and every fact known to me or other law enforcement agents concerning this investigation.

5. The United States Coast Guard has the authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce federal laws.

## Probable Cause

6.  On or about September 3, 2015, a cooperating witness (CW-1) who was a high-profile target and is currently incarcerated in the United States (US), was interviewed in relation to his participation as a leader of a Transnational Criminal Organization (TCO) based in Colombia. During the interview, CW-1 stated that he/she recruited three (3) Colombian nationals to participate in a drug venture aboard a Self-Propelled Semi-Submersible (SPSS), with approximately 2,450 kilograms (kg) of cocaine interdicted by Ecuadorian authorities. The SPSS' final destination was Mexico (MX). CW-1 identified JUAN GABRIEL RIOS-SILVA, also known as (aka) "PAPI,", in a photo line-up as the person who owns the business named *Agronautica,* with locations in Tumaco and Cali, Colombia. CW-W1 stated that another high-profile target bought one (1) 320 hp engine from RIOS-SILVA to install it on an SPSS.

7.  On or about October 2, 2015, a cooperating witness (CW-2) was interviewed in relation to his participation on several drug seizure events interdicted by the United States Coast Guard on July 30, 2012 and October 25, 2012. CW-2 stated that all the engines that were installed on the go-fast vessels (GFV) used during the aforementioned drug seizures were provided by RIOS-SILVA, aka "JUANCHO." CW-2 discussed with RIOS-SILVA that the engines were specifically to be installed on GFVs participating in drug smuggling operations. RIOS-SILVA advised CW-2 that he obtained all of his engines from the United States. RIOS-SILVA lent CW-2 engines and requested a small payout for his investment. Upon

successful completion of the operation, CW-2 paid RIOS-SILVA for the engines, plus a portion of the proceeds from the smuggling event. CW-2 identified RIOS-SILVA in a photo line-up.

8. On or about May 25, 2016, a cooperating witness (CW-3), who is currently incarcerated in the US, was interviewed in relation to his participation as a leader of a TCO. CW-3 stated that during the period of 2004-2009, RIOS-SILVA sold maritime engines, accessories, and replacement parts to CW-3's TCO. RIOS-SILVA knew the engines were being installed in GFVs and SPSSs used to transport drug shipments. RIOS-SILVA consequently charged CW-3's TCO higher prices for the items. CW-3 paid RIOS-SILVA with US dollars. CW-3 identified RIOS-SILVA on a photo line-up.

9. On or about January 11, 2021, a cooperating witness (CW-4) was interviewed in relation to a United States (US) seizure which occurred on or about July 18, 2015. During said event, the US Coast Guard seized approximately 7,655 kilograms of cocaine aboard an SPSS and arrested four (4) Colombian nationals. The SPSS final destination was MX. CW-4 identified RIOS-SILVA, also known as (aka) "JUANCHO," and another male as the suppliers of the materials for the construction of the mentioned SPSS such as fiberglass, engines, and other accessories. CW-4 was also responsible for installing the engines of an SPSS which was interdicted smuggling cocaine by Colombian authorities on or about October 5, 2017. According to CW-4, RIOS-SILVA and another male provided the engines to be installed on that SPSS.

10. As a result of a Customs and Border Protection (CBP) database search identified RIOS-SILVA as traveling to the US on two occasions (April 2, 2019 and May 27, 2019), specifically for the purpose of purchasing boat parts and accessories for his *Agronautica* business, located in Cali, Colombia.

## Conclusion

10. Based upon the foregoing information, I respectfully submit that probable cause exists to believe that **JUAN GABRIEL RIOS-SILVA**, did knowingly and willfully combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

*Miosotis Ortiz-Rodriguez*
Miosotis Ortiz-Rodriguez
Special Agent, FBI

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), before me this **30** day of ~~January~~, 2021.
July

Julie S. Sneed
United States Magistrate Judge