UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:21-mj-1763-JSS                            DATE: AUGUST 2, 2021

# HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA                             AUSA LAUREN STOIA for
                                                     JOSEPH RUDDY
-v-
JUAN GABRIEL RIOS-SILVA                              CJA JASON REID

INTERPRETER: BEATRIZ VELASQUEZ/SPANISH               TIME: 3:48-3:58 (10 min.)
COURT REPORTER: N/A                                  COURTROOM 12A
DEPUTY CLERK: DAWN SAUCIER                           TAPE: DIGITAL

**PROCEEDINGS:**   **INITIAL APPEARANCE**

| | |
|---|---|
| __X__ | Interpreter sworn |
| __X__ | Court reviews government's due process obligations under Brady v. Maryland |
| __X__ | Financial affidavit submitted |
| __X__ | CJA appointed for all purposes, including trial |
| __X__ | Defendant read COMPLAINT |
| __X__ | Court advises defendant of Rule 5 rights and charges |
| __X__ | Preliminary hearing waived |
| __X__ | Detention/Bond: |

    Government: Requests detention; presumption applies; illegal status; ICE detainer; evidence against the defendant is strong.

    Defendant: Reserves on the matter of bond.

       Court: Defendant to be detained on the basis of the presumption but reserving to the defendant the right to have the matter of bail reconsidered on the filing of an appropriate motion.

__ X __     Defendant remanded to custody of U.S. Marshal