**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNTIED STATES OF AMERICA,
    Plaintiff,

v.                                   CASE NO.: 8:21-mj-1763-JSS-1

JUAN GABRIEL RIOS-SILVA,
    Defendant.
_____/

## NOTICE OF APPEARANCE

**PLEASE BE ADVISED** that JASON REID, Esq. files this Notice of Appearance in the above-styled cause for the Defendant, Juan Gabriel Rios-Silva, and requests that copies of all notices, pleadings and proceedings be served to undersigned counsel, on this, the 2nd day of August, 2021.

                                            Respectfully submitted,

                                            THE REID FIRM
                                            **/S/JASON REID**
                                            JASON REID, Esq.
                                            Fla. Bar No. 28307
                                            Attorney for the Defendant
                                            912 7th Ave. E.
                                            Bradenton, FL 34208
                                            941-920-5662
                                            attyjreid@icloud.com
                                            jreid@thereidlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the United States Attorney's Office, Joseph Ruddy, AUSA.

>THE REID FIRM
**/S/JASON REID**
JASON REID, Esq.
Fla. Bar No. 28307
Attorney for the Defendant
912 7th Ave. E.
Bradenton, FL 34208
941-920-5662
attyjreid@icloud.com
jreid@thereidlawfirm.com