AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Juan Gabriel Rios-Silva | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

8:21MJ1763 JSS

2021 AUG -2 AM 9:53
RECEIVED U.S. MARSHAL
MIDDLE DIST. OF FLORIDA
TAMPA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Juan Gabriel Rios-Silva

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Knowingly and willfully conspiring to possess with the intent to distribute five kilograms or more of cocaine while on board
a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a).

Date:  7/20/2021

_____
*Issuing officer's signature*

City and state:    Tampa, Florida

Julie S. Sneed, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* August 2, 2021 , and the person was arrested on *(date)* August 1, 2021 at *(city and state)*   Miami, FL . |
| Date:  August 2, 2021 |

_____
*Arresting officer's signature*

_____
*Printed name and title*