UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-MJ-01763-JSS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN GABRIEL RIOS-SILVA,

Defendant.

_____/

## STIPULATION AND ATTACHED ORDER FOR SUBSTITUTION OF COUNSEL

COME NOW attorneys, FRANK ANDREW PRIETO, ESQ., and JASON M. REID, ESQ., and hereby stipulate to a substitution of counsel in the above captioned matter.

Upon the wishes of the Defendant, **JUAN GABRIEL RIOS-SILVA**, and subject to ratification by this Honorable Court, FRANK ANDREW PRIETO shall assume the representation of the Defendant, **JUAN GABRIEL RIOS-SILVA**, and JASON M. REID, shall be relieved of any further responsibility in this matter.

By: _____
The Reid Firm, LLC
Jason M. Reid, Esq.
Florida Bar Number: 28307
912 7th Avenue East
Bradenton, FL 34208
Phone: 941-920-5662
Email: attyjreid@icloud.com

By: _____
Prieto Law Firm
Frank Andrew Prieto, Esq.
Florida Bar Number: 514071
201 S. Biscayne Blvd., Ste. 2800
Miami, FL 33131
Phone: 305-577-3440
Fax: 305-913-1301
Email: frank@frankprietolaw.com

---

PRIETO LAW FIRM
201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131
Phone (305) 577-3440 • Fax (305) 913-1301