UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-MJ-01763-JSS

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

### ORDER RATIFYING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court for consideration upon a STIPULATION FOR SUBSTITUTION OF COUNSEL, and the Court, having reviewed the file and otherwise being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that said STIPULATION FOR SUBSTITUTION OF COUNSEL is RATIFIED and, further, that FRANK ANDREW PRIETO, ESQ., is substituted as counsel of record for the Defendant, **JUAN GABRIEL RIOS-SILVA**, in this cause, and that JASON M. REID, ESQ., is hereby discharged as attorney for the Defendant.

DONE and ORDERED in Chambers at Miami-Dade County, Florida, this _____ day of August 2021.

_____
JULIE S. SNEED
U.S. MAGISTRATE JUDGE

Copies Furnished To:

All counsel of record