**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 21-MJ-01763-JSS**

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

**NOTICE OF APPEARANCE**

**COMES NOW** the PRIETO LAW FIRM by and through undersigned counsel, 201 S. Biscayne, Blvd., Suite 2800, Miami, FL 33131, and hereby files this Notice of Appearance as attorney of record for pre-trial and trial purposes at proceedings in the United States District Court for the Defendant in the above captioned matter, **JUAN GABRIEL RIOS-SILVA.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **August 18, 2021,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**PRIETO LAW FIRM**
201 S. Biscayne Blvd., Suite 2800
Miami, FL 33131
Phone: (305) 577-3440
Fax:    (305) 358-2503
frank@frankprietolaw.com

By:    */s/Frank A. Prieto*
       FRANK A. PRIETO, ESQ.
       Florida Bar No.: 514071

---

PRIETO LAW FIRM
201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131
Office (305) 577-3440◆Fax (305) 913-1301
