## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CASE NO. 8:21-cr-286-JSM-SPF				DATE: September 15, 2021

HONORABLE: SEAN P. FLYNN, U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA			Joseph Ruddy
									Government Counsel

v.

JUAN GABRIEL RIOS-SILVA			Frank Prieto, Retained
									Defense Counsel

INTERPRETER/LANGUAGE: James Plunkett / Spanish (sworn)

Hearing Time: 9:56 – 10:04		Total: 0:08		Tape: Digital

Courtroom Deputy: Eric Calderon		Courtroom: Video Conference

**PROCEEDING: ARRAIGNMENT**

- (X)  Defendant present; Advised of rights and charges
- (X)  Defendant has retained counsel
- (X)  Defendant consents to proceed by video conference
- (X)  Indictment Filed and Copied to Defendant
- (X)  Oral Order Due Process Protections Act
- (X)  Defendant Waives Reading of Indictment
- (X)  Arraigned and Pleaded Not Guilty as to all Counts
- (X)  Defendant Oral Motion for Rule 16(a) Discovery
- (X)  Government Oral Motion for Rule 16(b) Discovery
- (X)  Court: Government to Provide Rule 16(a); Defendant to Provide Rule 16(b)
- (X)  Trial set during weeks beginning November 1, 2021 before Judge JSM
- (X)  Status Report Due 10th of each month: October 10, 2021
- (X)  Pretrial Discovery Order - to be filed by Magistrate Judge Flynn