UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME (14 DAYS) TO FILE PRETRIAL MOTIONS AND NOTICES

**COMES NOW** the Defendant, JUAN GABRIEL RIOS-SILVA, by and through undersigned counsel and respectfully moves this Court for an extension of time (14 days) to file any pretrial motions and notices. The facts supporting this Motion are as follows:

1. On August 2, 2021, the Defendant was arrested and charged with Manufacture, Distribution or Possession of Controlled Substance on Vessels in violation of 46 U.S.C. § 70503(a) and 46 U.S.C. § 70506(a) and (b). The Defendant has remained in custody since his arrest.

2. On September 15, 2021, this Court entered a Pretrial Discovery Order indicating that any Rule 12 Pretrial motions and notices shall be filed within 21

---

PRIETO LAW FIRM
201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131
Phone (305) 577-3440 • Fax (305) 913-1301

days of the date of said order [D.E. 25]. As such, the deadline to file pre-trial motion is October 6, 2021.

3. Undersigned counsel and Assistant United States Attorney, Joseph Ruddy, have been actively working on discovery material; however, discovery in this matter is voluminous and therefore, additional time is required to prepare any motions in this case.

## Local Rule 3.01(g) Certification

4. At the time of the filing of this Motion, undersigned counsel was unable to confer with Assistant United States Attorney, Joseph Ruddy, to ascertain his position to this motion but will continue to do so within the next 3 days pursuant to local rule Local Rule 3.01(g)(3).

**WHEREFORE**, the Defendant, Juan Gabriel Rios-Silva, respectfully prays that this Honorable Court consider the facts as herein presented and grant this motion for an extension of time to file pretrial motions and notices for two weeks (14 days).

Respectfully submitted,

**PRIETO LAW FIRM**
201 S. Biscayne Blvd., Suite 2800
Miami, FL 33131
Phone: (305) 577-3440
Fax:    (305) 913-1301
frank@frankprietolaw.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on this **6th day of October, 2021,** I electronically filed the foregoing document with Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

By: */s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071