UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

UNITED STATES OF AMERICA,

*Plaintiff,*

**v.**

JUAN GABRIEL RIOS-SILVA,

*Defendant.*
_____/

## DEFENDANT'S NOTICE OF FILING

**COMES NOW** the Defendant, **JUAN GABRIEL RIOS-SILVA**, by and through undersigned counsel, hereby files this Notice of Filing for purposes of supplementing his Motion for Extension of Time to File Pre-Trial Motion [D.E. 27] filed on October 6, 2021. Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Assistant United States Attorney, Joseph Ruddy, to ascertain his position to said motion. AUSA Ruddy does not have an objection to a 14-day extension of time to file pretrial motions in this matter.

_____
PRIETO LAW FIRM
201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131
Office (305) 577-3440◆Fax (305) 913-1301

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **October 8, 2021**, I electronically filed the foregoing document with the Clerk of the Court using the Florida E-Portal system. I also certify that the foregoing document is being served this day on all counsel of record via the online filing system.

                                              Respectfully submitted,

                                              **PRIETO LAW FIRM**
                                              201 S. Biscayne Blvd., Suite 2800
                                              Miami, FL 33131
                                              Phone: (305) 577-3440
                                              Fax:   (305) 913-1301
                                              frank@frankprietolaw.com

By:    */s/Frank A. Prieto*
          FRANK A. PRIETO, ESQ.
          Florida Bar No.: 514071