UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA,
Aka "Juancho", aka "Juan", aka Papi"

## FIRST STATUS REPORT

The United States of America, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 15, 2021, the United States has conferred with defense counsel and herein states as follows:

1. <u>Brief summary of the case's status:</u>

The defendant was indicted in a one-count indictment on August 25, 2021. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States.

The defendant is in custody. Counsel for the defendant has not been permitted to have an in-person visit with the defendant per Pinellas County Sheriff's Office Policy. Counsel for the defendant petioned the command staff and has been permitted a one-time visit on Monday, October 11, 2021. The defendant was arraigned on September 15, 2021. The defendant has pleaded not guilty. Intial

discovery has been be emailed to defense counsel, including the defendant's confession, and additional discovery is forthcoming.

    2.    <u>Possibility of a plea agreement:</u>

Arrangements are ongoing to schedule a proffer session with the defendant.

    3.    <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated the United States will require four days to present its case-in-chief.

    4.    <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There is a motion to extend time for filing pre-trial motions pending. The United States does not oppose the motion.

    5.    <u>Potential speedy trial problems:</u>

There are currently no speedy trial problems. Twenty-one days have expired of the seventy day time period with a motion pending. The case has not been set for trial.

    Respectfully submitted,

    KARIN HOPPMANN
    Acting United States Attorney

By:    <u>/s/ Joseph K. Ruddy</u>
    Joseph K. Ruddy
    Assistant United States Attorney
    United States Attorney No. 037
    400 N. Tampa St., Ste. 3200
    Tampa, FL 33602-4798
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    Email: Joseph.Ruddy@usdoj.gov

U.S. v. Juan Gabriel Rios-Silva          Case No. 8:21-cr-286-JSM-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

>Frank Andrew Prieto, Esq.
>201 S. Biscayne Blvd. Suite 2800
>Miami, Fl 33131

>/s/ Joseph K. Ruddy
>Joseph K. Ruddy
>Assistant United States Attorney
>United States Attorney No. 037
>400 N. Tampa St., Ste. 3200
>Tampa, FL 33602-4798
>Telephone: (813) 274-6000
>Facsimile: (813) 274-6358
>Email: Joseph.Ruddy@usdoj.gov