UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE (60 DAYS)

**COMES NOW** the Defendant, JUAN GABRIEL RIOS-SILVA, by and through undersigned counsel, and hereby motions the Court for the entry of an Order continuing the trial date. As grounds, the Defendant asks this Court to consider the following reasons:

1. This matter is currently set for Trial on November 1, 2021.

2. Undersigned counsel and Assistant United States Attorney, Joseph Ruddy, have been actively involved in the discovery process in this matter. Discovery is voluminous and will require additional time to review in its entirety.

3. This matter is not yet in a trial ready posture; further, the parties are exploring multiple avenues of resolution regarding Mr. Rios-Silva.

_____
PRIETO LAW FIRM
201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131
Office (305) 577-3440◆Fax (305) 913-1301

4. That undersigned hereby certifies that this Motion for Continuance is made in good faith and not for purposes of delay.

### Local Rule 3.01(g) Certification

5. Undersigned counsel has conferred with Assistant United States Attorney, Joseph Ruddy, to ascertain his position to this motion; AUSA Ruddy does not oppose a 60-day continuance of the trial date in this matter.

**WHEREFORE,** the Defendant, JUAN GABRIEL RIOS-SILVA, respectfully asks this Honorable Court to consider the above and enter an Order granting a continuance of this matter for 60 days.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **October 21, 2021,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**PRIETO LAW FIRM**
201 S. Biscayne Blvd., Suite 2800
Miami, FL 33131
Phone: (305) 577-3440
Fax:    (305) 358-2503
frank@frankprietolaw.com

By:   */s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071

_____
PRIETO LAW FIRM
201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131
Office (305) 577-3440◆Fax (305) 913-1301