# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA

## ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Continue Trial Date (Dkt. 31). Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. Said Motion for Continuance of Trial is GRANTED.

2. This case is placed on the **JANUARY 2022** trial docket. The Court finds the ends of justice served by the continuance to allow the Defendant more time to prepare outweighs the best interest of the public and the Defendant in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

3. The parties shall continue to file a JOINT STATUS REPORT on or before the 10th of each month.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of October, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record