UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-CR-286-JSM-SPF

UNITED STATES OF AMERICA,

*Plaintiff,*

**v.**

JUAN GABRIEL RIOS-SILVA,

*Defendant.*
_____/

**DEFENDANT'S NOTICE OF PUBLIC AUTHORITY DEFENSE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12.3**

**COMES NOW** the Defendant, **JUAN GABRIEL RIOS-SILVA**, by and through undersigned counsel, hereby files this Notice of Public Authority Defense pursuant to Fed. R. Crim. P. 12.3.

1. The agency involved is the Unites States Drug Enforcement Agency.

2. The agency member or person acting on behalf of an agency (DEA) member is known to the defendant only as "Sharkey."

_____
PRIETO LAW FIRM
201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131
Office (305) 577-3440◆Fax (305) 913-1301

3. Contact with this agent of the government occurred sometime in 2014 or 2015 where a meeting occurred in Miami, FL. Additional contact was made with Sharkey sometime in May through August of 2021. The time period is therefore from 2014 through 2021.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 3, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

      Respectfully submitted,

      **PRIETO LAW FIRM**
      201 S. Biscayne Blvd., Suite 2800
      Miami, FL 33131
      Phone: (305) 577-3440
      Fax:     (305) 913-1301
      frank@frankprietolaw.com

By:   */s/Frank A. Prieto*
      FRANK A. PRIETO, ESQ.
      Florida Bar No.: 514071