UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA,
  a/k/a "Juancho", a/k/a "Juan", a/k/a Papi"

## SECOND STATUS REPORT

The United States of America, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 15, 2021, the United States has conferred with defense counsel and herein states as follows:

1. <u>Brief summary of the case's status:</u>

The defendant was indicted in a one-count indictment on August 25, 2021. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States.

The defendant is in custody. The defendant was arraigned on September 15, 2021. The defendant has pleaded not guilty. Intial and supplemental discovery has been be provided to defense counsel, including the defendant's confession. Additional discovery is forthcoming.

2. <u>Possibility of a plea agreement:</u>

The defendant attempted to proffer on November 5, 2021. The proffer session was terminated by the United States. Additional proffer sessions are not anticipated.

3. <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated the United States will require four days to present its case-in-chief.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There are no motions pending at this time. The defendant filed a Notice of Public Authority defense. Doc. 33. The United States will be filing a Motion in Limine to preclude this defense in the next seven to ten days.

5. <u>Potential speedy trial problems:</u>

There are currently no speedy trial problems. The case is currently set on the January 2022 trial calendar.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: /s/ Joseph K. Ruddy
Joseph K. Ruddy
Assistant United States Attorney
United States Attorney No. 037
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
Email: Joseph.Ruddy@usdoj.gov

U.S. v. Juan Gabriel Rios-Silva   Case No. 8:21-cr-286-JSM-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

> Frank Andrew Prieto, Esq.
> 201 S. Biscayne Blvd. Suite 2800
> Miami, Florida 33131

By: */s/ Joseph K. Ruddy*
   Joseph K. Ruddy
   Assistant United States Attorney
   United States Attorney No. 037
   400 N. Tampa St., Ste. 3200
   Tampa, FL 33602-4798
   Telephone: (813) 274-6000
   Facsimile: (813) 274-6358
   Email: Joseph.Ruddy@usdoj.gov