UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

**COMES NOW** the Defendant, JUAN GABRIEL RIOS-SILVA, by and through undersigned counsel, and hereby motions the Court for the entry of an Order continuing the trial date in this matter. As grounds, the Defendant asks this Court to consider the following reasons:

1. This matter is currently set for trial beginning January 10, 2022.

2. Undersigned counsel and Assistant United States Attorney, Joseph Ruddy, have been actively involved in the discovery process in this matter. Discovery is voluminous and the defense is pending receipt of additional discovery materials. These materials will require additional time to review in their entirety.

3. Due to the ongoing pandemic issues and the new highly contagious variant of Covid-19, protocols at the Pinellas County Jail have made it impossible

_____
PRIETO LAW FIRM
201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131
Office (305) 577-3440◆Fax (305) 913-1301

for the undersigned to meet with the Defendant in person at the jail facility. The undersigned has been **denied** access to the jail despite numerous requests. As one can imagine, the review of discovery with the Defendant has been challenging and more time is needed to review all discovery in its entirety.

4. This matter is not yet in a trial ready posture; further, the parties continue exploring multiple avenues of resolution regarding Mr. Rios-Silva.

5. That undersigned hereby certifies that this Motion for Continuance is made in good faith and not for purposes of delay.

## Local Rule 3.01(g) Certification

6. Undersigned counsel has conferred with Assistant United States Attorney, Joseph Ruddy, to ascertain his position to this motion; AUSA Ruddy does not have an objection to a continuance of the trial date in this matter.

**WHEREFORE,** the Defendant, JUAN GABRIEL RIOS-SILVA, respectfully asks this Honorable Court to consider the above and enter an Order granting a continuance of this matter and continue this case for some time in March of 2022.

_____
PRIETO LAW FIRM
201 S. Biscayne Blvd., Suite 2800, Miami, FL 33131
Office (305) 577-3440◆Fax (305) 913-1301

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 22, 2021,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

                Respectfully submitted,

                **PRIETO LAW FIRM**
                201 S. Biscayne Blvd., Suite 2800
                Miami, FL 33131
                Phone: (305) 577-3440
                Fax:    (305) 913-1301
                frank@frankprietolaw.com

By:    */s/Frank A. Prieto*
        FRANK A. PRIETO, ESQ.
        Florida Bar No.: 514071