UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

UNITED STATES OF AMERICA,

*Plaintiff,*

**v.**

JUAN GABRIEL RIOS-SILVA,

*Defendant.*
_____/

# MOTION TO DIRECT THE UNITED STATES MARSHAL TO TRANSFER THE DEFENDANT TO FEDERAL DETENTION CENTER -MIAMI

**COMES NOW** the Defendant, JUAN GABRIEL RIOS-SILVA, by and through undersigned counsel, and moves this Honorable Court for an Order requesting that the United States Marshal transport the Defendant to the custody of the Federal Detention Center- Miami ("FDC Miami") pending resolution of the above-captioned case. As grounds, the Defendant states the following:

1. On or about August 2, 2021, the Defendant was arrested and charged by way of Indictment with one count of conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board of a vessel in violation of 46 U.S.C. § 70503 (a) and 46 U.S.C. § 70506(a)(b).

---

PRIETO LAW FIRM
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Phone (305) 577-3440 • Fax (786) 971-5658

2. The Defendant has been in custody at Pinellas County Jail since his arrest on August 2, 2021. Because of the ongoing pandemic, undersigned has been permitted a one-time in-person visit with Mr. Rios-Silva in October 2021 after appealing to Captain Amy Moyer. And a second visit in November 2021. Other requests have been made to see Mr. Rios-Silva in person to review discovery and prepare for his defense; however, said requests have been denied by the facility[1]. *See*, email denials from Pinellas County command staff attached hereto as Exhibit "A."

3. As an example of the issues concerning video visits, undersigned attempted a video visit on January 28, 2022 where the jail camera was not functional; as such, undersigned scheduled yet another video visit on January 29, 2022 when again the jail camera was not functional and the video visit experienced "connectivity issues." The visit abruptly disconnected after approximately 15 minutes.

4. Undersigned's internet connectivity is provided by Google Webpass and is capable of gigabyte speed data transfers. Undersigned counsel performed a speed check after the failed video visit and the "connectivity" issues are clearly that of the jail facility. *See*, below screenshot:

---

[1] Video visits are permitted; however, there have been several occasions where the video and audio feeds are not working properly, and other visits where Mr. Rios was not present because the jail failed to notify him. Furthermore, there are often other inmates present during discussions of very sensitive information. Finally, it is impossible to share documents as the visitation system does not have the capability.



5. Additionally, Mr. Rios-Silva suffers from diabetes and had kidney issues. He was recently sent to the medical unit at the jail because he was experiencing pain and discomfort of the lower back. Mr. Rios-Silva has expressed to the undersigned counsel that the lack of adequate medical treatment and special diet have become extremely worrisome, and he fears he will develop complications in the near future. Attached as Exhibit "B" are medical records from Colombia. Mr. Rios-Silva was on strong medication for his kidney infections just prior to his arrest. He was never seen by his doctors in Colombia prior to being detained in the United States, to determine if in fact he was clear of the infection or if additional medication was required. Medical care in the federal detention centers tend to be more capable of providing needed treatment to the inmate population.

6. This matter is currently set for trial in March 2022.

7. The Defendant and counsel desire that he be transferred to FDC-Miami where undersigned will have access to visit Mr. Silva to further investigate his defenses and to prepare for trial should an agreement with the United States not be possible.

## Local Rule 3.01(g) Certification

8. Undersigned counsel has conferred with Assistant United States Attorney, Joseph Ruddy, to ascertain his position to this motion; AUSA Ruddy <u>opposes</u> the requested relief.

**WHEREFORE,** the Defendant, JUAN GABRIEL RIOS-SILVA, respectfully requests that this Honorable Court enter an Order directing the United States Marshal to transport the Defendant to FDC-Miami pending resolution of the above-captioned case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 29, 2022,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

                Respectfully submitted,

                **PRIETO LAW FIRM**
                55 Merrick Way, Suite 212
                Coral Gables, FL 33134
                Phone: (305) 577-3440
                Fax:    (786) 971-5658
                frank@frankprietolaw.com

By:   ***/s/Frank A. Prieto***
        FRANK A. PRIETO, ESQ.
        Florida Bar No.: 514071