# EXHIBIT "A"

**Frank Prieto**

| | |
|---|---|
| **From:** | Moyer,Amy <amoyer@pcsonet.com> |
| **Sent:** | Wednesday, August 11, 2021 12:00 PM |
| **To:** | Frank Prieto |
| **Cc:** | Pamela Corvalan; yaninasheinkerman@gmail.com; Richardson,Tamara |
| **Subject:** | RE: In-Person visit request: inmate Juan Gabriel Riossilva, Docket No.: 1870798, DOB 1/10/1982 |

Mr. Prieto,

I am sympathetic to what you are attempting accomplish with establishing him as a client.  Unfortunately, we are not allowing in-person visits in the jail at this time.  Until our procedures change, we can accommodate a visit by video.  I am sorry for any inconvenience.  Below is are directions how to schedule a visit.  I have included a link.

https://www.pcsoweb.com/video-visitation

1

**Frank Prieto**

| | |
|---|---|
| **From:** | Smith,Matthew <msmith3@pcsonet.com> |
| **Sent:** | Thursday, December 2, 2021 9:08 AM |
| **To:** | Frank Prieto |
| **Cc:** | Pamela Corvalan; Sherman,Michael |
| **Subject:** | RE: In-Person visitation with Inmate Juan Gabriel Riossilva; Docket No.: 1870798, DOB 1/10/1982 |

Good Morning,

Unfortunately your request for an in person visit was denied. As stated previously if you have any further request for in person visits with federally detained inmates please contact Captain Moyer amoyer@pcsonet.com or to Lieutenant Richardson trichardson@pcsonet.com

Please advise Mr. Prieto his in person request has been denied but we can accommodate this visit by video. Below are directions on how to schedule a visit. I have included a link.

https://www.pcsoweb.com/video-visitation

1