# EXHIBIT "B"

# Clínica Imbanaco
Grupo **quirónsalud**

## Historia Clínica de la Atención
### UROLOGIA - CIRUGIA UROLOGICA - CIRUGIA MENOR
Dirección: **Cra 38 A  5A - 100. SEDE PRINC 1**
Teléfono Directo: **3821000** -- Conmutador: **4281**

Atención No.**14282245**

*Página 1 de 3*
*02-sep.-2021 13:50*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

## Identificación del Paciente

| | | | |
|---|---|---|---|
| Paciente **RIOS SILVA JUAN GABRIEL** | | Doc. de identificación | |
| Fecha de Nacimiento | Edad **39 Años 4 Meses 23 Días** | Sexo **Masculino** | Grupo Sanguineo |
| Estado Civil **Unión libre**   Ocupación | | | |
| Teléfono   Celular | | | |
| Dirección | | | |
| Responsable **JUAN GABRIEL RIOS SILVA** | | | |

## Llegada del Paciente

**Ingreso al Servicio**

| | |
|---|---|
| Fecha y hora de Ingreso **02-jun.-2021  14:39** | Fecha y hora de Atención **02-jun.-2021  15:12** |
| El paciente se moviliza por sus propios medios? | Medio de trasporte |
| Estado de llegada | Procedencia |
| Llegó remitido de | |

## Atención Clínica

### Antecedentes Personales

| | |
|---|---|
| Patológicos | - .(Reg: 13 Ene 2021 10:18:) |
| Patológicos | Diabetes - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | Otros **-** (Reg: 04 Jun 2015 00:00:) |
| Patológicos | - DIABETES.(Reg: 21 Jul 2012 14:59:) |
| Patológicos | No Menciona Ningún Antecedente de Importancia para la Atención - (Reg: 17 May 2021 12:32:) |
| Farmacológicos | Reaccion medicamentos actuales - TRAYENTA, BIGUAX.(Reg: 04 Jun 2015 00:00:) |
| Otros | **-** pato. dm no ir en manejo con janumet una al dia. |
| | alérgicos**.** negativos |
| | tóxicos. negativos |
| | qx. circuncisión, fax antebrazo derecho**.** |
| | familiares. padre dm.(Reg: 10 Feb 2016 11:28:) |
| Otros | - PATOLOGICOS:DIABETES |
| | QUIRURGICOS: SINUSITIS VARICECTOMIA FRACTURA EXPUESTA DE MUÑECA CON INJERTO DE CADERA |
| | MEDICAMENTOS:TRAYENTA ,BIGUAS(Reg: 13 May 2015 14:53:) |
| Otros | Antecedentes quirurgicos – RED FX MUÑECA DERECHA, CIRCUNCISION, SAFENECTOMIA BILATERAL.(Reg: 04 Jun 2015 00:00:) |
| Otros | Entrega preparacion **-** (Reg: 04 Jun 2015 00:00:) |
| Otros | Explica procedimientos - (Reg: 04 Jun 2015 00:00:) |
| Otros | Frec card EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | INR - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Talla EC Unid Urol - 1.78(Reg: 04 Jun 2015 00:00:) |
| Otros | Tension EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Peso EC Unid Urol - 78 KG(Reg: 04 Jun 2015 00:00:) |
| Otros | Procedimiento que se va a realizar - - BIOPSIA DE PENE SOD |
| | (Reg: 04 Jun 2015 00:00:) |
| Otros | PT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | PTT - .(Reg: 04 Jun 2015 00:00:) |

### Antecedentes Familiares

| | Mamá | Papá | Hno(a) | Abuelo(a) | Conyuge | Hijo(a) | Otros |
|---|---|---|---|---|---|---|---|
| Otros – NO | | | | | | | |

### Diagnósticos de Ingreso

| | Localización | Tipo DX |
|---|---|---|
| -- **(N201) CALCULO DEL URETER** | | Impresion Diagnóstica |

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235   Identificación CC 67043235

### Ordenes de Examenes

**02 junio 2021  15:16** - *(UROLOGIA - CIRUGIA UROLOGICA - CIRUGIA M)*

✳ (Hora: 15:16)  872002   RADIOGRAFIA DE ABDOMEN SIMPLE                     Ubicación **No Aplica**
        Observaciones   EVALUAR CATETER DOBLE J



**Historia Clínica de la Atención**

**UROLOGIA - CIRUGIA UROLOGICA - CIRUGIA MENOR**

Dirección: **Cra 38 A 5A - 100. SEDE PRINC 1**
Teléfono Directo: **3821000** -- Conmutador: **4281**

Atención No.**14282245**

Página 2 de 3
02-sep.-2021 13:50

Paciente: **RIOS SILVA JUAN GABRIEL** (No Interno: **338.574**)

---

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235    Identificación CC 67043235

**02 junio 2021 15:17** - *(UROLOGIA - CIRUGIA UROLOGICA - CIRUGIA M)*

✱ (Hora: 15:17)  563102   URETEROSCOPIA RETROGRADA DIAGNOSTICA                                      Ubicación **No Aplica**
          Observaciones   RETIRO DE CATETER DOBLE J CON URETEROSCOPIO

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235    Identificación CC 67043235

---

## *Nota Quirúrgica*

**02 junio 2021 15:15** - *(UROLOGIA - CIRUGIA UROLOGICA - CIRUGIA M)*

**592204 CISTOLITOTOMIA O EXTRACCION DE CUERPO EXTRAÑO EN VEJIGA VIA ENDOSCOPICA**

**Fecha:** 02 jun. 2021  15:15

**Lateralidad:** Izquierda    **Medico:** MARGARITA ROSA ZAPATA SANCHEZ

**Dx Principal:** N201 CALCULO DEL URETER

**Dx Relacionado:** -o-

**Dx de Complicación:** -o-

**Descripción de acto quirúrgico / hallazgos**

ASA **1**   Tipo de Cirugia **Electiva**   Tipo de Herida **Limpia - Contaminada**   Tiempo de Cirugia  **0**min   Profilaxis

HALLAZGOS

GENITALES   EXTERNOS   NORMOCONFIGURADOS,   URETRA   ANTERIOR   SANA   SIN   ESTRECHEZ,   ESFINTER   QUE   COAPTA 100%,   PROSTATA   BILOBULAR   NO   OBSTRUCTIVA,   CUELLO   ALTO,   MEATOS   URETERALES   #2 EYACULANDO   ORINA CLARA, NO SE OBSERVA CATETER DOBLE J A NIVEL VESICAL NI A NIVEL DE MEATO URETERAL**.**

PROCEDIMIENTO

SE   VERIFICA   FIRMA   DE   CONSENTIMIENTO   INFORMADO,   PARADA   DE   SEGURIDAD,   POSICION   DE   LITOTOMIA,   ASEPSIA   Y ANTISEPSIA   EN   AREA   GENITAL,   LUBRICACION   URETRAL   CON   LIDOCAINA   JALEA   2%,   PASO   DE   CISTOSCOPIO   OLYMPUS 22FR,   VISUALIZACION   DE   HALLAGOS   DESCRITOS.   NO   SE   OBSERVA   CATETER   DOBLE   J   A   NIVEL   VESICAL   NI   URETERAL IZQUIERDO   POR   LO   QUE   NO   SE   PUEDE   RETIRAR   CATETER   DOBLE   J.   SE   DEBE   RETIRAR   BAJO   ANESTESIA   GENERAL   CON URETEROSCOPIO. SE EXPLICA AL PACIENTE.

Muestras

enviadas a patología:

NO

Complicaciones:

NO

**Colaboradores**

Cirujano 1 (Ppal):  ZAPATA SANCHEZ MARGARITA ROSA

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235    Identificación CC 67043235

---

## *Notas de Enfermería*

**02 junio 2021 14:30** - *(UROLOGIA - CIRUGIA UROLOGICA - CIRUGIA M)*

Ingreso   paciente   al   servicio   caminando   por   sus   propios   medios   para   procedimiento:   RETIRO   DE   CATETER   DOBLE   J   bajo anestesia   local,   le   realizo   tamizaje   a   lo   cual   describe   todo   no   y   lo   preparo   para   el   procedimiento,   verifico   alergias   (REFIERE NO CONOCIDAS), le educo higiene de manos y se aplica alcohol glicerinado.

Compañera   Maria   Camila   ingresa   paciente   a   la   sala,   lo   prepara   como   está   indicado   para   el   procedimiento,   dra   Margarita Zapata   le   realiza   el   procedimiento   y   no   lo   retira   por   que   el   catéter   se   subió,   le   envía   radiografía   para   ver   dónde   está   ubicado y lo reprograma bajo anestesia general.

Egresa   paciente   del   servicio   caminando   por   sus   propios   medios   con   órden   de   examen   (radiografía)    y   orden   de   autorización procedimiento bajo anestesia.

Firmado electrónicamente por **LUZ ALBA PEÑA VELASCO** -- AUXILIAR DE ENFERMERIA
Identificación CC 31952620

---

## *Control Infectologia - Epidemiologia*

**02 junio 2021 14:30** - *(UROLOGIA - CIRUGIA UROLOGICA - CIRUGIA M)*

1. ¿Ha tenido fiebre de difícil control, mayor a 37, 5º  y por más de tres días?
   Si ()   No (X)



# Clínica Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### UROLOGIA - CIRUGIA UROLOGICA - CIRUGIA MENOR
Dirección: **Cra 38 A  5A - 100. SEDE PRINC 1**
Teléfono Directo: **3821000** -- Conmutador: **4281**

Atención No.**14282245**

*Página 3 de 3*
*02-sep.-2021 13:50*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

2. ¿Ha tenido nuevos episodios de tos en los últimos 14 días?
Si ()    No (X)

3. ¿Ha perdido el gusto en los últimos 14 días?
Si ()    No (X)

4. ¿Ha perdido el olfato en los últimos 14 días?
Si ()    No (X)

5. ¿Tiene dificultad para respirar en los últimos 14 días?
Si ()    No (X)

6. ¿Presenta secreciones nasales (mocos) en los últimos 14 días?
Si ()    No (X)

7. ¿Ha tenido contacto con un paciente positivo o sospechoso de COVID- 19, en los últimos 14 días?
Si ()    No (X)

8. ¿Ha tenido contacto con personas que tengan síntomas antes mencionados en los últimos 14 días?
Si ()    No (X)

Firmado electrónicamente por **LUZ ALBA PEÑA VELASCO** -- AUXILIAR DE ENFERMERIA
Identificación CC 31952620

| *Diagnósticos de Egreso* | **Localización** | **Tipo DX** |
|---|---|---|
| **-- (N201) CALCULO DEL URETER** | | Impresion Diagnóstica |

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235    Identificación CC 67043235

| *Fórmulas Médicas* | |
|---|---|
| UROXACIN 200 mg (200 mg) -- Caja x 7 comprimidos | 1 |
| TOMAR 1 TAB CADA 12 HORAS | |

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235    Identificación CC 67043235

Firmado Electrónicamente por  **ZAPATA SANCHEZ MARGARITA ROSA**
Identificación **CC 67043235**
Especialidad **UROLOGIA**
Tarjeta Profesional  **67043235**

# Clínica Imbanaco
### Grupo quirónsalud

## Historia Clínica de la Atención
### CIRUGIA
Dirección: **Carrera 38 BIS 5B2-04. SEDE PRINC 3**
Teléfono Directo: **5550** -- Conmutador: **5544**

Atención No.**14298059**

*Página 1 de 4*
*02-sep.-2021 13:51*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

## Identificación del Paciente

| | | |
|---|---|---|
| Paciente **RIOS SILVA JUAN GABRIEL** | | Doc. de identificación ▓▓▓▓▓▓ |
| Fecha de Nacimiento ▓▓▓▓▓ | Edad **39 Años 4 Meses 30 Días** | Sexo **Masculino**   Grupo Sanguineo |
| Estado Civil **Unión libre**   Ocupación | | |
| Teléfono ▓▓▓▓▓   Celular ▓ | | |
| Dirección ▓▓▓▓▓▓▓▓▓▓▓▓▓ **SANTIAGO DE CALI - VALLE DEL** ▓▓ | | |
| Responsable **JUAN GABRIEL RIOS SILVA** | | |

## Llegada del Paciente

**Ingreso al Servicio**

| | |
|---|---|
| Fecha y hora de Ingreso **11-jun.-2021  15:05** | Fecha y hora de Atención **11-jun.-2021  15:05** |
| El paciente se moviliza por sus propios medios | Medio de trasporte |
| Estado de llegada | Procedencia |
| Llegó remitido de | |

## Atención Clínica

### Antecedentes Personales

| | |
|---|---|
| Patológicos | - .(Reg: 13 Ene 2021 10:18:) |
| Patológicos | Otros - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | Diabetes - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | - DIABETES.(Reg: 21 Jul 2012 14:59:) |
| Patológicos | No Menciona Ningún Antecedente de Importancia para la Atención - (Reg: 17 May 2021 12:32:) |
| Farmacológicos | Reaccion medicamentos actuales - TRAYENTA, BIGUAX.(Reg: 04 Jun 2015 00:00:) |
| Otros | - pato. dm no ir en manejo con janumet una al dia. |
| | alérgicos. negativos |
| | tóxicos. negativos |
| | qx. circunción, fax antebrazo derecho. |
| | familiares. padre dm.(Reg: 10 Feb 2016 11:28:) |
| Otros | - PATOLOGICOS:DIABETES |
| | QUIRURGICOS: SINUSITIS VARICECTOMIA FRACTURA EXPUESTA DE MUÑECA CON INJERTO DE CADERA |
| | MEDICAMENTOS:TRAYENTA ,BIGUAS(Reg: 13 May 2015 14:53:) |
| Otros | Antecedentes quirurgicos - RED FX MUÑECA DERECHA, CIRCUNCISION, SAFENECTOMIA BILATERAL.(Reg: 04 Jun 2015 00:00:) |
| Otros | Talla EC Unid Urol - 1.78(Reg: 04 Jun 2015 00:00:) |
| Otros | Tension EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Peso EC Unid Urol - 78 KG(Reg: 04 Jun 2015 00:00:) |
| Otros | Procedimiento que se va a realizar - - BIOPSIA DE PENE SOD (Reg: 04 Jun 2015 00:00:) |
| Otros | PT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | PTT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Entrega preparacion - (Reg: 04 Jun 2015 00:00:) |
| Otros | Explica procedimientos - (Reg: 04 Jun 2015 00:00:) |
| Otros | Frec card EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | INR - .(Reg: 04 Jun 2015 00:00:) |

### Antecedentes Familiares

| | Mamá | Papá | Hno(a) | Abuelo(a) | Conyugue | Hijo(a) | Otros |
|---|---|---|---|---|---|---|---|
| Otros | – NO | | | | | | |

### Signos vitales

| Fecha | P. A. | PAM | P. Pulm. | PPM | PVC | Temp °C | F.Card. | F. Resp | Sat O2 | FIO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/jun./2021 15:55 | 103/66 | 78 | / | | | 36 | 87 | 20 | 97 | 21 |
| 11/jun./2021 16:52 | 131/68 | 94 | / | | | 33.2 | 89 | 13 | 99 | 40 |
| 11/jun./2021 16:57 | 96/64 | 76 | / | | | 34 | 90 | 17 | 100 | 40 |
| 11/jun./2021 17:02 | 104/67 | 81 | / | | | 34.3 | 83 | 14 | 100 | 40 |
| 11/jun./2021 17:07 | 106/71 | 83 | / | | | 34.5 | 82 | 15 | 100 | 21 |
| 11/jun./2021 17:12 | 106/71 | 83 | / | | | 34.6 | 85 | 13 | 100 | 21 |
| 11/jun./2021 17:17 | 111/73 | 87 | / | | | 34.7 | 81 | 15 | 100 | 21 |
| 11/jun./2021 17:20 | 109/72 | 85 | / | | | 26.6 | 83 | 14 | 98 | 21 |
| 11/jun./2021 17:35 | 109/75 | 88 | / | | | 34 | 83 | 14 | 98 | 21 |

# Clínica Imbanaco
Grupo ✚ quironsalud

**Historia Clínica de la Atención**
**CIRUGIA**
Dirección: **Carrera 38 BIS 5B2-04. SEDE PRINC 3**
Teléfono Directo: **5550** -- Conmutador: **5544**

Atención No.**14298059**

*Página 2 de 4*
*02-sep.-2021 13:51*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/jun./2021 17:50 | 107/75 | 87 | / | | 24.8 | 82 | 12 | 97 | 21 |
| 11/jun./2021 18:05 | 109/68 | 85 | / | | 23.9 | 81 | 16 | 98 | |
| 11/jun./2021 18:20 | 109/69 | 83 | / | | 24.1 | 82 | 16 | 98 | |
| 11/jun./2021 18:35 | 104/63 | 77 | / | | 21.4 | 78 | 18 | 98 | |
| 11/jun./2021 18:50 | 104/63 | 77 | / | | 20.8 | 78 | 18 | 98 | |
| 11/jun./2021 19:05 | 104/63 | 77 | / | | 20.8 | 78 | 18 | 98 | |
| 11/jun./2021 19:20 | 104/63 | 77 | / | | 20.8 | 78 | 18 | 98 | |
| 11/jun./2021 19:35 | 104/63 | 77 | / | | 20.9 | 78 | 18 | 98 | |

## Diagnósticos de Ingreso
| | Localización | Tipo DX |
|---|---|---|
| -- (N201) CALCULO DEL URETER | | Impresion Diagnóstica |

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235   Identificación CC 67043235

## Nota de Egreso
**11 junio 2021  16:48** - *(CIRUGIA)*

HALLAZGOS
CATETER DOBLE J A NIVEL DE URETER DISTAL IZQUIERDO NO CALCIFICADO. ESTRECHEZ URETERAL DISTAL CONCENTRICA DEL 30% DISTAL A CATETER DOBLE J, POSIBLEMENTE SECUNDARIO A CALCULO URETERAL PREVIO.

PROCEDIMIENTO
SE VERIFICA FIRMA DE CONSENTIMIENTO INFORMADO, PARADA DE SEGURIDAD, ACTO ANESTESICO, POSICION DE LITOTOMIA, ASPESIA Y ANTISEPSIA EN AREA GENITAL, COLOCACION DE CAMPOS ESTERILES, LUBRICAICON URETRAL CON LIDOCAINA JALEA, PASO DE URETEROSCOPIO SEMIRIGIDO, CATETERIZACION DE MEATO URETERAL IZQUIERDO, VISUALIZACION DE HALLAZGOS DESCRITOS, PASO DE PINZA DE CUERPO EXTRAÑO, SE PINZA Y SE EXTRAE CATETER DOBLE J IZQUIERDO SIN COMPLICACIONES.

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235   Identificación CC 67043235

## Nota Quirúrgica
**11 junio 2021  16:45** - *(CIRUGIA)*
**563102 URETEROSCOPIA RETROGRADA DIAGNOSTICA**
**Fecha:** 11 jun. 2021  16:45
**Lateralidad:** Izquierda     **Medico:** MARGARITA ROSA ZAPATA SANCHEZ
**Dx Principal:** N201 CALCULO DEL URETER
**Dx Relacionado:** -o-
**Dx de Complicación:** -o-

## Descripción de acto quirúrgico / hallazgos
ASA **1**   Tipo de Cirugia **Electiva**   Tipo de Herida **Limpia - Contaminada**   Tiempo de Cirugia **0**min   Profilaxis **ceftriaxona**
HALLAZGOS
CATETER DOBLE J A NIVEL DE URETER DISTAL IZQUIERDO NO CALCIFICADO. ESTRECHEZ URETERAL DISTAL CONCENTRICA DEL 30% DISTAL A CATETER DOBLE J, POSIBLEMENTE SECUNDARIO A CALCULO URETERAL PREVIO.

PROCEDIMIENTO
SE VERIFICA FIRMA DE CONSENTIMIENTO INFORMADO, PARADA DE SEGURIDAD, ACTO ANESTESICO, POSICION DE LITOTOMIA, ASPESIA Y ANTISEPSIA EN AREA GENITAL, COLOCACION DE CAMPOS ESTERILES, LUBRICAICON URETRAL CON LIDOCAINA JALEA, PASO DE URETEROSCOPIO SEMIRIGIDO, CATETERIZACION DE MEATO URETERAL IZQUIERDO, VISUALIZACION DE HALLAZGOS DESCRITOS, PASO DE PINZA DE CUERPO EXTRAÑO, SE PINZA Y SE EXTRAE CATETER DOBLE J IZQUIERDO SIN COMPLICACIONES.
Muestras

enviadas a patología:
NO
Complicaciones:
NO

## Colaboradores
Anestesiologo 1: MUÑOZ MUÑOZ JAIME EDMUNDO
Cirujano 1 (Ppal): ZAPATA SANCHEZ MARGARITA ROSA

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235   Identificación CC 67043235

Clínica
**Imbanaco**
Grupo ♥ quirónsalud

**Historia Clínica de la Atención**
**CIRUGIA**
Dirección: **Carrera 38 BIS 5B2-04. SEDE PRINC 3**
Teléfono Directo: **5550** -- Conmutador: **5544**

Atención No.**14298059**

Página 3 de 4
02-sep.-2021 13:51

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

*Nota Egreso Enfermeria*
**11 junio 2021  16:05** - *(CIRUGIA)*

1. ¿Ha tenido fiebre de difícil control, mayor a 37, 5º  y por más de tres días?
Si ()    No (X)

2. ¿Ha tenido nuevos episodios de tos en los últimos 14 días?
Si ()    No (X)

3. ¿Ha perdido el gusto en los últimos 14 días?
Si ()    No (X)

4. ¿Ha perdido el olfato en los últimos 14 días?
Si ()    No (X)

5. ¿Tiene dificultad para respirar en los últimos 14 días?
Si ()    No (X)

6. ¿Presenta secreciones nasales (mocos) en los últimos 14 días?
Si ()    No (X)

7. ¿Ha tenido contacto con un paciente positivo o sospechoso de COVID- 19, en los últimos 14 días?
Si ()    No (X)

8. ¿Ha tenido contacto con personas que tengan síntomas antes mencionados en los últimos 14 días?
Si ()    No (X)

Firmado electrónicamente por **EDNY JULIETH GARCIA SALCEDO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130589537

---

*Control de Medicamentos*
**11 junio 2021  16:03** - *(CIRUGIA)*

\*  11 Jun 2021 16:01        CEFTRIAXONA  1 gramo POLVO LIOFILIZADO VIAL   1 AMPOLLA Via Endovenosa

\*  11 Jun 2021 16:01        CEFTRIAXONA  1 gramo POLVO LIOFILIZADO VIAL   1 AMPOLLA Via Endovenosa

Firmado electrónicamente por **ANA MILENA AGUILAR FORY** -- CIRCULANTE
Identificación CC 66978679

**11 junio 2021  16:04** - *(CIRUGIA)*

\*  11 Jun 2021 16:04        CLORURO   DE   SODIO   0,9%       SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302   1 AMPOLLA   Via
Endovenosa

Firmado electrónicamente por **ANA MILENA AGUILAR FORY** -- CIRCULANTE
Identificación CC 66978679

**11 junio 2021  16:07** - *(CIRUGIA)*

\*  11 Jun 2021 16:07        FENtanilo 0,5 mg / 10 mL SOLUCION INYECTABLE AMPOLLA x 10 mL   1 AMPOLLA Via Endovenosa

Firmado electrónicamente por **ANA MILENA AGUILAR FORY** -- CIRCULANTE
Identificación CC 66978679

**11 junio 2021  16:09** - *(CIRUGIA)*

**Observaciones**: Ver registro de anestesia

\*  11 Jun 2021 16:09        ROXICAINA  2% (20 mg/ 1 mL) JALEA TUBO x 30 mL   1 AMPOLLA Via Uretral

Firmado electrónicamente por **ANA MILENA AGUILAR FORY** -- CIRCULANTE
Identificación CC 66978679

**11 junio 2021  16:28** - *(CIRUGIA)*

\*  11 Jun 2021 16:28        CLORURO   DE   SODIO   0,9%       SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302   1 AMPOLLA   Via
Endovenosa

Firmado electrónicamente por **ANA MILENA AGUILAR FORY** -- CIRCULANTE
Identificación CC 66978679

**11 junio 2021  16:29** - *(CIRUGIA)*

\*  11 Jun 2021 16:29        PARACetamol 1 gramo / 100 mL SOLUCIÓN INYECTABLE FRASCO x 100 mL   1 AMPOLLA Via Endovenosa

Firmado electrónicamente por **ANA MILENA AGUILAR FORY** -- CIRCULANTE
Identificación CC 66978679

**11 junio 2021  16:34** - *(CIRUGIA)*

---

# Clínica
## Imbanaco
Grupo ♥quirónsalud

## Historia Clínica de la Atención
### CIRUGIA
Dirección: **Carrera 38 BIS 5B2-04. SEDE PRINC 3**
Teléfono Directo: **5550** -- Conmutador: **5544**

Atención No.**14298059**

*Página 4 de 4*
*02-sep.-2021 13:51*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| | | |
|---|---|---|
| ✳ 11 Jun 2021 16:34 | buscapina COMPUESTA (20 mg + 2,5 gramos) / 5 mL SOLUCION INYECTABLE AMPOLLA x 5 mL AMPOLLA Via Endovenosa | 1 |
| ✳ 11 Jun 2021 16:34 | ONDANsetron 8mg / 4mL SOLUCION INYECTABLE AMPOLLA x 4 mL   1 AMPOLLA Via Endovenosa | |
| ✳ 11 Jun 2021 16:34 | DEXAMETASONA FOSFATO 4 mg/ 1mL SOLUCION INYECTABLE AMPOLLAS x 1mL   1 AMPOLLA Via Endovenosa | |
| ✳ 11 Jun 2021 16:34 | DEXAMETASONA FOSFATO 4 mg/ 1mL SOLUCION INYECTABLE AMPOLLAS x 1mL   1 AMPOLLA Via Endovenosa | |

Firmado electrónicamente por **ANA MILENA AGUILAR FORY** -- CIRCULANTE
Identificación CC 66978679

**11 junio 2021  16:46** - *(CIRUGIA)*

| | | |
|---|---|---|
| ✳ 11 Jun 2021 16:46 | LACTATO DE RINGER SOLUCION INYECTABLE BOLSA x 500 mL REF:ARB2323 1 AMPOLLA Via Endovenosa | |

Firmado electrónicamente por **ANA MILENA AGUILAR FORY** -- CIRCULANTE
Identificación CC 66978679

| *Diagnósticos de Egreso* | **Localización** | **Tipo DX** |
|---|---|---|
| **-- (N201) CALCULO DEL URETER** | | Impresion Diagnóstica |

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235    Identificación CC 67043235

## Salida Urgencias
Estado vital al salir **Vivo**          Estado al salir          Destino al salir **Domicilio**

Fecha y hora de salida **11 jun. 2021  16:46**          Remitido a

Medio de trasporte

## Fórmulas Médicas
| | |
|---|---|
| CELEBREX 200 mg (200 mg) -- Caja x 10 Tabletas | 1 |
| TOMAR 1 TAB CADA 12 HORAS SI DOLOR | |

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235    Identificación CC 67043235

## Incapacidad
Fecha de Incapacidad: **11 Jun 2021**   Días de Incapacidad: **1**   Prorroga: **No**   Motivo: **Enfermedad General**

Diagnóstico: **N201   CALCULO DEL URETER**

Observación: POP URETEROSCOPIA + RETIRO DE CATETER DOBLE J IZQUIERDO

## Notas Aclaratorias
**11 junio 2021  17:07** - *(CIRUGIA)*

SALA LISTA :17:03

Firmado electrónicamente por **ANA MILENA AGUILAR FORY** -- CIRCULANTE
Identificación CC 66978679

## Datos de Enfermeria

### Dispositivos Invasivos

Firmado Electrónicamente por  **ZAPATA SANCHEZ MARGARITA ROSA**

Identificación **CC 67043235**
Especialidad **UROLOGIA**
Tarjeta Profesional  **67043235**



# Clínica Imbanaco
## Grupo quirónsalud

## Historia Clínica de la Atención
### URGENCIAS
Dirección: Cra 38 Bis No 5B2-04.   PISO 0
Teléfono Directo: 3821000 -- Conmutador: 20000

Atención No.14343781

Página 1 de 11
02-sep.-2021 13:51

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

## Identificación del Paciente

| | |
|---|---|
| Paciente **RIOS SILVA JUAN GABRIEL** | Doc. de identificación |
| Fecha de Nacimiento | Edad **39 Años 5 Meses 17 Días**    Sexo **Masculino**    Grupo Sanguíneo |
| Estado Civil **Unión libre**    Ocupación | |
| Teléfono    Celular | |
| Dirección | |
| Responsable **LINA MARIA GONZALEZ BECERRA** | |

## Llegada del Paciente

### Ingreso al Servicio
Fecha y hora de Ingreso **26-jun.-2021  21:37**    Fecha y hora de Atención **26-jun.-2021  21:59**

El paciente se moviliza por sus propios medios? **Si**    Medio de trasporte

Estado de llegada **Alerta**    Procedencia **Otro lugar externo al CMI**

Llegó remitido de

### Causa de Consulta y Anamnesis
Causa del evento: **" SINTOMAS URINARIOS Y MALESTAR GENERAL"**
Fecha de ocurrencia:  Tiempo de evolución: **3 Días** Tipo de evento: **Enfermedad General**
Tipo consulta PyP:    Sito de ocurrencia:

### Enfermedad Actual - (Anamnesis)
PACIENTE DE 39 AÑOS CON HISTORIA DE DM2, HACE 15 DIAS PROCEDIMIENTO DE URETEROSCOPIA POR UROLITIASIS Y CATETER 2J, AHORA CON CUADRO DE 3 DIAS DE EVOLUCION CONSISTENTE EN DIAFORESIS, MALESTAR GENERA , CEFALEA, DISURIA, POLIURIA Y ORINA TURBIA. QUIEN EL DIA DE AYER CONSULTA A SURA CHIPICHAPE DONDE REGISTRAN IVU Y DAN EGRESO CON NITROFURANTOINA, PACIENTE REFEIRE CONTINUIDAD Y EXACERBACION DE LOS SINTOMAS
PRUEBA ANTIGENO Y PCR PARA SARSCOV NEGATIVA  ( 25/06/2021)
SE ATIENDE CON EPP

## Atención Clínica

### Antecedentes Personales

| | |
|---|---|
| Patológicos | - .(Reg: 13 Ene 2021 10:18:) |
| Patológicos | Diabetes - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | Otros - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | - DIABETES.(Reg: 21 Jul 2012 14:59:) |
| Patológicos | No Menciona Ningún Antecedente de Importancia para la Atención - (Reg: 17 May 2021 12:32:) |
| Patológicos | - DM2(Reg: 26 Jun 2021 22:09:) |
| Quirúrgicos | - REDUCCION ABIERTA DE FX RADIO |
| | CIRCUNCISION |
| | URETEROSCOPIA |
| | CATETER 2J(Reg: 26 Jun 2021 22:09:) |
| Traumatologicos | - FX RADIO(Reg: 26 Jun 2021 22:09:) |
| Farmacológicos | Reaccion medicamentos actuales - TRAYENTA, BIGUAX.(Reg: 04 Jun 2015 00:00:) |
| Farmacológicos | - JANUMET 50/1000 CADA 12 HORAS(Reg: 26 Jun 2021 22:09:) |
| Otros | - pato. dm no ir en manejo con janumet una al dia. |
| | alérgicos. negativos |
| | tóxicos. negativos |
| | qx. circuncision, fax antebrazo derecho. |
| | familiares. padre dm.(Reg: 10 Feb 2016 11:28:) |
| Otros | - PATOLOGICOS:DIABETES |
| | QUIRURGICOS: SINUSITIS VARICECTOMIA FRACTURA EXPUESTA DE MUÑECA CON INJERTO DE CADERA |
| | MEDICAMENTOS:TRAYENTA ,BIGUAS(Reg: 13 May 2015 14:53:) |
| Otros | Antecedentes quirurgicos - RED FX MUÑECA DERECHA, CIRCUNCISION, SAFENECTOMIA BILATERAL.(Reg: 04 Jun 2015 00:00:) |
| Otros | Peso EC Unid Urol - 78 KG(Reg: 04 Jun 2015 00:00:) |
| Otros | Procedimiento que se va a realizar - - BIOPSIA DE PENE SOD |
| | (Reg: 04 Jun 2015 00:00:) |
| Otros | PT - .(Reg: 04 Jun 2015 00:00:) |

# Clínica Imbanaco
Grupo quirónsalud

**Historia Clínica de la Atención**
**URGENCIAS**
Dirección: **Cra 38 Bis No 5B2-04. PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14343781**

Página 2 de 11
02-sep.-2021 13:51

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| | |
|---|---|
| Otros | PTT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Entrega preparacion - (Reg: 04 Jun 2015 00:00:) |
| Otros | Explica procedimientos **-** (Reg: 04 Jun 2015 00:00:) |
| Otros | Frec card EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | INR - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Talla EC Unid Urol - 1.78(Reg: 04 Jun 2015 00:00:) |
| Otros | Tension EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |

## Antecedentes Familiares

| | | Mamá | Papá | Hno(a) | Abuelo(a) | Conyugue | Hijo(a) | Otros |
|---|---|---|---|---|---|---|---|---|
| Otros | – NO | | | | | | | |

## Signos vitales

| Fecha | P. A. | PAM | P. Pulm. | PPM | PVC | Temp °C | F.Card. | F. Resp | Sat O2 | FIO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 26/jun./2021 21:37 | 103/67 | 79 | / | | | 37.2 | 111 | 20 | 98 | |
| 26/jun./2021 22:09 | 103/67 | | / | | | 37.2 | 111 | 20 | 98 | |
| 27/jun./2021 05:53 | 71/42 | 48 | / | | | 35.7 | 86 | 20 | 98 | 21 |
| 27/jun./2021 10:34 | 103/69 | 80 | / | | | 36.7 | 100 | 19 | 94 | 21 |
| 27/jun./2021 19:07 | 96/62 | 73 | / | | | 37.0 | 99 | 20 | 93 | 21 |

## Revisión por Sistemas

**26 junio 2021  22:17 -** *(URG P0 LADO A)*
Observaciones. . . . . . . . . . .    **Revisión por sistemas negativo**

Firmado electrónicamente por **JOAN SEBASTIAN PAZOS REDONDO** -- MEDICINA GENERAL
Tarjeta Profesional: 1144044831    Identificación CC 1144044831

## Examen Físico

**26 junio 2021  22:17 -** *(URG P0 LADO A)*
Estado General. . . . . . . . . . .    **PACIENTE QUIEN INGRESA EN SILLA DE RUEDAS AL CONSULTORIO, HEMODINAMICAMENTE ESTABLE, ALERTA Y ORIENTADO ALGICO**
Cabeza. . . . . . . . . . . . . . .    **NORMOCEFALICO, CONJUNTIVAS ROSADAS, ESCLERAS ANICTERICAS, PUPILAS ISOCORICAS, NORMOREACTIVAS**
Boca y Faringe. . . . . . . . . . . .    **SIN ALTERACIOES**
Cuello. . . . . . . . . . . . . . . .    **MOVIL NO DOLOR NO MASAS**
Tórax. . . . . . . . . . . . . . . .    **RUIDOS CARDIACOS TAQUICARDICOS, PULMONES NORMOVENTILADOS SIN SOBREAGREGADOS**
Abdomen. . . . . . . . . . . . . .    **BLANDO DEPRESIBLE DOLOR EN FLANCO IZQUIERDO, NO MASAS NI MEGALIAS SIN SIGNOS DE IRRITACION PERITONEAL**
Genito - Urinario. . . . . . . . . .    **SE OMTE**
Musculo-esquelético. . . . . . . .    **EXT FUNCIONALES, NO EDEMA , SIMETRICAS, LLENADO CAPILAR SIN ALTERACIONES**
Neurológico. . . . . . . . . . . . .    **GLASGOW 15/15**
Piel. . . . . . . . . . . . . . . . .    **SIN ALTERACIOES**
Analisis. . . . . . . . . . . . . . .    **PACIENTE DE 39 AÑOS DE EDAD, DIABETICO, CON PROCEDIMIENTO UROLOGICO HACE 15 DIAS, AHORA CURSANDO CON IVU REFRACTARIA A PRIMERA LINEA DE ATB FORMULADA EXTRAINSTITUCIONAL, POR LO CUAL SE DECIDE INGRESAR PARA TOMA DE PRACLINICOS, MANEJO SINTOMATICO Y ATB.**
Observaciones. . . . . . . . . . .    **Revisión por sistemas negativo**
Triage. . . . . . . . . . . . . . . .    **3**

Firmado electrónicamente por **JOAN SEBASTIAN PAZOS REDONDO** -- MEDICINA GENERAL
Tarjeta Profesional: 1144044831    Identificación CC 1144044831

## Diagnósticos de Ingreso

| | Localización | Tipo DX |
|---|---|---|
| -- **(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO** | | Impresion Diagnóstica |

Firmado electrónicamente por **JOAN SEBASTIAN PAZOS REDONDO** -- MEDICINA GENERAL
Tarjeta Profesional: 1144044831    Identificación CC 1144044831

## Notas de Evolución

**27 junio 2021  00:27 -** *(URG P0 LADO A)*
Análisis de Resultados de Exámenes

902210 HEMOGRAMA IV (HEMOGLOBINA HEMATOCRITO RECUENTO DE ERITROCITOS INDICES ERITROCITARIOS LEUCOGRAMA RECUENTO DE PLAQUETAS INDICES PLAQUETARIOS Y MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO: Recuento de Leucocitos – 10.73

# Clínica
# Imbanaco
Grupo **quirón**salud

**Historia Clínica de la Atención**
**URGENCIAS**
Dirección: **Cra 38 Bis No 5B2-04.   PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Neutrófilos # - 9.12
Neutrófilos % - 84.9
Linfocitos # - 0.36
Linfocitos % - 3.4
Monocitos # - 1.22
Monocitos % - 11.4
Eosinófilos # - 0.00
Eosinófilos % - 0.0
Basófilos # - 0.03
Basófilos % - 0.3
Recuento de Eritrocitos - 4.26
Hemoglobina - 12.5
Hematocrito - 34.5
Volumen corpuscular medio - 81.0
Hemoglobina corpuscular media - 29.3
Concentración de Hemoglobina corpuscular media - 36.2
Ancho de distribución eritrocitario DS - 34.7
Ancho de distribución eritrocitario CV - 11.7
Recuento de plaquetas - 113
Volumen medio plaquetario - 12.3
Normoblastos # - 0.000
Normoblastos % - 0.0
Granulocitos Inmaduros # - 0.0700
Granulocitos Inmaduros % - 0.700
NEUTROFILIA
Análisis de Resultados de Exámenes

906914   PROTEINA C REACTIVA MANUAL O SEMIAUTOMATIZADO: Proteína C reactiva - 387.8
ELEVADA

907106   UROANALISIS: Gravedad específica - 1.021
pH. - 5.0
Leucocitos . - 25
Nitritos - NEG
Albúmina - 30
Glucosa - 2000
Cuerpos cetónicos - 10
Urobilinógeno - NORM
Bilirrubina - NEG
Eritrocitos . - NEG
Color. - AMARILLO INTENSO
Aspecto - LIG. TURBIO
SEDIMENTO URINARIO - ----
Leucocitos por citometría. - 85.6
Leucocitos equivalencia al microscopio. - 15.4
Eritrocitos por citometría. - 5.6
Eritrocitos equivalencia al microscopio. - 1.0
Células Epiteliales por citometría. - 48.2
Células Epiteliales equivalencia al microscopio. - 8.7
Cilindros por citometría. - 0.3
Cilindros equivalencia al microsopio. - 0.9
Bacterias por citometría. - 206.9
Bacterias equivalencia al microscopio - ESCASAS
Moco. - NEG
PATOLOGICO

Firmado electrónicamente por **JOAN SEBASTIAN PAZOS REDONDO** -- MEDICINA GENERAL
Tarjeta Profesional: 1144044831    Identificación CC 1144044831

**27 junio 2021  00:28** - *(URG P0 LADO A)*
Día de Hospitalización No.2

Diagnósticos:

**Historia Clínica de la Atención**

**URGENCIAS**

Dirección: **Cra 38 Bis No 5B2-04.   PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14343781**

*Página 4 de 11*
*02-sep.-2021 13:51*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Tipo Estancia: Evolución Urgencias
Criterio: Paciente que requiere valoración por alguna especialidad

PACIENTE  DE  39 AÑOS    DM2 BAJO  OBSERVACION  POR  IVU  CON  SOSPEHCA  DE  GERMEN  RESISTENTE,  SE  CONSIDERA IVU COMPLICADA. POR LO CUAL SE SOLICITA VALROACION POR MEDICINA INTERNA
Se dió información al paciente/familia sobre la condición clínica, evolución y plan de manejo

Firmado electrónicamente por **JOAN SEBASTIAN PAZOS REDONDO** -- MEDICINA GENERAL
Tarjeta Profesional: 1144044831    Identificación CC 1144044831

### Notas de Interconsultas

**27 junio 2021  01:27 -** *(URG P0 LADO A)*

PACIENTE CON UROLITIASIS   BILATERAL, EL LADO IZQUIERDO REQUIRIO EXTRACCION DE CALCULO
EL 17 DE MAYO
CON CATETER DOBLÑE J , RETIRADO EL 11 DE JUNIO

3  DIAS  CON ORINA TURBIAS, FIEBRE, DOLOR FLNACO IZQUIERDO
DESDE AYER RECIBE MACRODANTINA

AP  DIABETES  FARMACO JANUMET  HbA1C  7.1
ALERGIA NIEGA

EF  PACIENTE  EN CAMILLA,
ADINAMICO
MUCOSAS SECAS
SIN IRRITACION PERITONEAL

PCR  380
LEUCOS  10 000 NEUTROFILIA  PLAQUETAS  113.000

PACIENTE CON SEPSIS URINARIA, MANIPULAICON  ENDOSCOPIA  URETERAL  HACE 1 MES
SE DEAJ  CARBAPENEMA, SE SOLICITA  UROTAC CONTRASTADO PARA DESCARTAR  ABSCESO RENAL.
SE HOSPITALIZA
SEGUN RESULTADO DE IMAGEN DEFINIR  SI REQUIERE INTERVENCION  QUIRUGICA,

Se dió información al paciente/familia sobre la condición clínica, evolución y plan de manejo
Firmado electrónicamente por **CARLOS ALBERTO CALDERON OSORIO** -- MEDICINA INTERNA
Tarjeta Profesional: 1998    Identificación CC 16788609

### Notas de Evolución

**27 junio 2021  02:58 -** *(URG P0 LADO A)*

Análisis de Resultados de Exámenes

903895   CREATININA EN SUERO U OTROS FLUIDOS: Creatinina en suero - 1.61
ELEVADO

903856   NITROGENO UREICO: Nitrógeno Uréico en Suero. - 28.7
Úrea en suero - 61.4
ELEVADO

Firmado electrónicamente por **JOAN SEBASTIAN PAZOS REDONDO** -- MEDICINA GENERAL
Tarjeta Profesional: 1144044831    Identificación CC 1144044831

**27 junio 2021  03:40 -** *(URG P0 LADO A)*

Día de Hospitalización No.2

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

PACIENTE  QUIEN  REQUIERE  ESTUDIO  CONTRASTADO  CURSANDO  CON  FALLA  RENAL  AGUDA,  SE  DEJA  ORDEN  DE HIDRACION  Y  CONTROL  DE  FUNCION  RENAL ,  SI  MEJORIA  DE  FALLA  RENAL  REALIZAR  ESTUDIO  CONRTRASTADO,  DE  LO CONTRARIO DEFINIR CON NEFROLOGIA NEFROPROTECCION VS CAMBIO DE IMAGEN. SE EXPLICA.

# Clinica
# Imbanaco
Grupo **quironsalud**

## Historia Clínica de la Atención
### URGENCIAS
Dirección: **Cra 38 Bis No 5B2-04.   PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Firmado electrónicamente por **OSCAR LEONARDO SASTOQUE MEÑACA** -- MEDICINA GENERAL
Tarjeta Profesional: 1075208396   Identificación CC 1075208396

**27 junio 2021  08:32 -** *(URG P0 LADO A)*
Día de Hospitalización No.2

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
Tipo Estancia: Hospitalización
Criterio: Hospitalización
PACIENTE CON ITU AL PARECER POR MANIPULACION DE AL VIA URINARIA MANEJO CON CARBAPENEN.
PENDIENTE IMAGEN CONTRASTADA PERO TIENE CREATININA EN 1.6
CX. CONTINUAR PLAN DE HOSPITALIZACION . DEFINIR CON NEFROLOGIA PROTECCION RENAL.
TOMAR PCR.

Firmado electrónicamente por **LUIS GERARDO RINCON ESCOBAR** -- MEDICINA INTERNA
Tarjeta Profesional: 002312-94   Identificación CC 16703725

**27 junio 2021  09:20 -** *(URG P0 LADO A)*
Día de Hospitalización No.

Análisis de Resultados de Exámenes

903895   CREATININA EN SUERO U OTROS FLUIDOS: normal

903110   ACIDO LACTICO [L-LACTATO] SEMIAUTOMATIZADO: ELEVADO

Firmado electrónicamente por **CARLOS FERNANDO CUADRADO ARCE** -- MEDICINA GENERAL
Tarjeta Profesional: 1265/91   Identificación CC 16690123

### *Notas de Interconsultas*
**27 junio 2021  09:22 -** *(URG P0 LADO A)*
UROLOGIA

PACIENTE CONOCIDO EN EL SERVICIO POR UROLITIASIS IZQUIERDA QUE REQUIRIO DE URETERORENOSCOPIA FLEXIBLE CON LASER EL 17 DE MAYO Y RETIRO DE CATETER DOBLE EL 9 DE JUNIO EN CIRUGIA POR ASCENSO DEL CATETER AL URETER. AHORA INGRESA POR CUADRO DE 3 DIAS DE ESCALOFRIOS, FIEBRE, MALESTAR GENERAL Y SINTOMAS URINARIOS. CONSULTO A URGENCIAS Y MANDARON NITROFURANTOINA PERO NO TUVO MEJORIA POR LO QUE CONSULTA.

ANTECEDENTES
PATOLOGICOS: DIABETES NELLITUS
ALERGICOS: NEG
QX: OTS DE RADIO CIORCUNSICION URETERORENOSCOPIA FLEXIBLE CON LASER IZQUIERDA

PARACLINICOS
HEMOGRAMA: LEUCOSITOSIS
PCR 387
CREATININA 1.6 - 1.1
ACIDO LACTICO 2.4

EXAMEN FISICO
PACIENTE CON ESCALOFRIOS, ALGICO, SIN DISNEA HIDRATADO
MUCOSAS HUMEDAS CONJUNTIVAS ROSADAS ABDOMEN BLANDO NO DOLOROSO SIN IRRITACION PERITONEAL. GLUCOMETRIA 248

ANALISIS
PACIENTE DIABETICO CON SEPSIS URINARIA EN TTO EN TTO CON MEROPENEM CON MEJORIA DE LA FUNCION RENAL. SE SOLICITA UROTAC PARA DESCARTAR FALLA RENAL DE ORIGEN POSTRENAL.

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235   Identificación CC 67043235

### *Notas de Evolución*
**27 junio 2021  09:37 -** *(URG P0 LADO A)*
Día de Hospitalización No.2

# Clínica Imbanaco
Grupo quironsalud

## Historia Clínica de la Atención
### URGENCIAS
Dirección: **Cra 38 Bis No 5B2-04.  PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

NEFROLOGIA
PACIENTE DE 39 AÑOS  CON ITU AL PARECER POR MANIPULACION DE AL VIA URINARIA MANEJO CON CARBAPENEN.
PENDIENTE IMAGEN CONTRASTADA PERO TIENE CREATININA EN 1.6, REQUIERE DE NEFROPROTECCION CON LEV SS 0.9% 1 CC/KG/HORA 12 HORAS ANTES HASTA 12 HORAS DEPSUES DE PROCEDIMIENTO + NACETILCISTEINA 1800MG CADA 8 HORA 3 DOSIS ANTES Y 3 DOSIS DEPSUES DE PROCEDIMIENTO SI FUNION RENAL SE ALETRA INTERCONSULTAR NUVAMENTE

    Firmado electrónicamente por **CARLOS ALBERTO VARELA LIBREROS** -- NEFROLOGIA
    Tarjeta Profesional: 94232384   Identificación CC 94232384

**27 junio 2021  11:21** - *(URG P0 LADO A)*
    Análisis de Resultados de Exámenes

    10A001   INTERNACION COMPLEJIDAD ALTA HABITACION UNIPERSONAL: PENDIENTE TRASLADO A PISO

    906914   PROTEINA C REACTIVA MANUAL O SEMIAUTOMATIZADO: ELEVADA

    879420   TOMOGRAFIA COMPUTADA DE ABDOMEN Y PELVIS (ABDOMEN TOTAL): SE CAMBIA ORDEN
    Firmado electrónicamente por **CARLOS FERNANDO CUADRADO ARCE** -- MEDICINA GENERAL
    Tarjeta Profesional: 1265/91   Identificación CC 16690123

**27 junio 2021  14:32** - *(URG P0 LADO A)*
    Día de Hospitalización No.

    Análisis de Resultados de Exámenes

    879430   TOMOGRAFIA COMPUTADA DE VIAS URINARIAS [UROTC]: SE CAMBIA ORDEN
    Firmado electrónicamente por **CARLOS FERNANDO CUADRADO ARCE** -- MEDICINA GENERAL
    Tarjeta Profesional: 1265/91   Identificación CC 16690123

**27 junio 2021  21:14** - *(URG P0 LADO A)*
    Día de Hospitalización No.2

    Diagnósticos:
    (N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

    refiere cefalea

    Firmado electrónicamente por **HANNE SEBA HAMANN** -- MEDICINA GENERAL
    Tarjeta Profesional: 1107052997   Identificación CC 1107052997

**27 junio 2021  21:23** - *(URG P0 LADO A)*
    Día de Hospitalización No.2

    Diagnósticos:
    (N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

    Firmado electrónicamente por **HANNE SEBA HAMANN** -- MEDICINA GENERAL
    Tarjeta Profesional: 1107052997   Identificación CC 1107052997

### *Nota de Egreso*
**27 junio 2021  23:14** - *(URG P0 LADO A)*
PACIENTE DE 39 AÑOS CON HISTORIA DE DM2, HACE 15 DIAS PROCEDIMIENTO DE URETEROSCOPIA POR UROLITIASIS Y CATETER 2J, AHORA CON CUADRO DE 3 DIAS DE EVOLUCION CONSISTENTE EN DIAFORESIS, MALESTAR GENERA , CEFALEA, DISURIA, POLIURIA Y ORINA TURBIA. QUIEN EL DIA DE AYER CONSULTA A SURA CHIPICHAPE DONDE REGISTRAN IVU Y DAN EGRESO CON NITROFURANTOINA, PACIENTE REFIERE CONTINUIDAD Y EXACERBACION DE LOS SINTOMAS
PRUEBA ANTIGENO Y PCR PARA SARSCOV NEGATIVA ( 25/06/2021)
SE ATIENDE CON EPP

    Firmado electrónicamente por **ALEJANDRO RAMOS CAMACHO** -- MEDICINA GENERAL
    Tarjeta Profesional: 1107064726   Identificación CC 1107064726

### *Ordenes de Examenes*
**26 junio 2021  22:17** - *(URG P0 LADO A)*

---

**Historia Clínica de la Atención**
**URGENCIAS**
Dirección: **Cra 38 Bis No 5B2-04.  PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14343781**

Página 7 de 11
02-sep.-2021 13:51

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

---

✳ (Hora:    22:17)    901236  UROCULTIVO  (ANTIBIOGRAMA  CONCENTRACION  MINIMA  INHIBITORIA  Ubicación **No Aplica** AUTOMATIZADO)

    Observaciones   IVU RESISTENTE A PRIMERA LINEA DE MANEJO

✳ (Hora:    22:17)    902210  HEMOGRAMA  IV  (HEMOGLOBINA  HEMATOCRITO  RECUENTO  DE  ERITROCITOS  Ubicación **No Aplica** INDICES   ERITROCITARIOS   LEUCOGRAMA   RECUENTO   DE   PLAQUETAS   INDICES   PLAQUETARIOS   Y MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO

✳ (Hora: 22:17) 906914  PROTEINA C REACTIVA MANUAL O SEMIAUTOMATIZADO                              Ubicación **No Aplica**

✳ (Hora: 22:17) 907106  UROANALISIS                                                              Ubicación **No Aplica**

               Firmado electrónicamente por **JOAN SEBASTIAN PAZOS REDONDO** -- MEDICINA GENERAL
               Tarjeta Profesional: 1144044831   Identificación CC 1144044831

**27 junio 2021 00:29 -** *(URG P0 LADO A)*

✳ (Hora:    00:29)    890466  INTERCONSULTA   POR   ESPECIALISTA   EN   MEDICINA   INTERNA   (MEDICINA  Ubicación **No Aplica** INTERNA)

               Firmado electrónicamente por **JOAN SEBASTIAN PAZOS REDONDO** -- MEDICINA GENERAL
               Tarjeta Profesional: 1144044831   Identificación CC 1144044831

**27 junio 2021 01:27 -** *(URG P0 LADO A)*

✳ (Hora: 01:27) 10A001  INTERNACION COMPLEJIDAD ALTA HABITACION UNIPERSONAL                       Ubicación **No Aplica**

               Firmado electrónicamente por **CARLOS ALBERTO CALDERON OSORIO** -- MEDICINA INTERNA
               Tarjeta Profesional: 1998   Identificación CC 16788609

**27 junio 2021 01:31 -** *(URG P0 LADO A)*

✳ (Hora: 01:32) 903856  NITROGENO UREICO                                                         Ubicación **No Aplica**

✳ (Hora: 01:31) 903895  CREATININA EN SUERO U OTROS FLUIDOS                                       Ubicación **No Aplica**

               Firmado electrónicamente por **CARLOS ALBERTO CALDERON OSORIO** -- MEDICINA INTERNA
               Tarjeta Profesional: 1998   Identificación CC 16788609

**27 junio 2021 01:32 -** *(URG P0 LADO A)*

✳ (Hora: 01:32) 879430  TOMOGRAFIA COMPUTADA DE VIAS URINARIAS [UROTC]                            Ubicación **No Aplica**

    Observaciones           CONTRASTE    (ENDOVENOSO   ).    DX    DIABETES,  DESCARTAR    ABSCESO RENAL, UROLITIASIS

               Firmado electrónicamente por **CARLOS ALBERTO CALDERON OSORIO** -- MEDICINA INTERNA
               Tarjeta Profesional: 1998   Identificación CC 16788609

**27 junio 2021 03:41 -** *(URG P0 LADO A)*

✳ (Hora: 03:41) 903110  ACIDO LACTICO [L-LACTATO] SEMIAUTOMATIZADO                                Ubicación **No Aplica**

✳ (Hora: 03:41) 903426  HEMOGLOBINA GLICOSILADA AUTOMATIZADA                                      Ubicación **No Aplica**

✳ (Hora: 03:41) 903895  CREATININA EN SUERO U OTROS FLUIDOS                                       Ubicación **No Aplica**

    Observaciones   TOMAR 8 AM

               Firmado electrónicamente por **OSCAR LEONARDO SASTOQUE MEÑACA** -- MEDICINA GENERAL
               Tarjeta Profesional: 1075208396   Identificación CC 1075208396

**27 junio 2021 08:33 -** *(URG P0 LADO A)*

✳ (Hora: 08:33) 906914  PROTEINA C REACTIVA MANUAL O SEMIAUTOMATIZADO                             Ubicación **No Aplica**

               Firmado electrónicamente por **LUIS GERARDO RINCON ESCOBAR** -- MEDICINA INTERNA
               Tarjeta Profesional: 002312-94   Identificación CC 16703725

**27 junio 2021 09:20 -** *(URG P0 LADO A)*

✳ (Hora: 09:20) 890494  INTERCONSULTA POR ESPECIALISTA EN UROLOGIA (UROLOGIA)                     Ubicación **No Aplica**

               Firmado electrónicamente por **CARLOS FERNANDO CUADRADO ARCE** -- MEDICINA GENERAL
               Tarjeta Profesional: 1265/91   Identificación CC 16690123

**27 junio 2021 09:34 -** *(URG P0 LADO A)*

# Clínica Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### URGENCIAS
Dirección: **Cra 38 Bis No 5B2-04.  PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14343781**

Página 8 de 11
02-sep.-2021 13:51

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

---

❋ (Hora: 09:34)  879420   TOMOGRAFIA COMPUTADA DE ABDOMEN Y PELVIS (ABDOMEN TOTAL)                    Ubicación **No Aplica**
    Observaciones   UROTAC

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235    Identificación CC 67043235

**27 junio 2021  14:33 -** *(URG P0 LADO A)*
❋ (Hora: 14:33)  879430   TOMOGRAFIA COMPUTADA DE VIAS URINARIAS [UROTC]                    Ubicación **No Aplica**
    Observaciones   SIMPLE
    ITU COMPLICADA
    HACE 20 DIAS RETIRARON DOBLE J

Firmado electrónicamente por **CARLOS FERNANDO CUADRADO ARCE** -- MEDICINA GENERAL
Tarjeta Profesional: 1265/91    Identificación CC 16690123

## Ordenes de Medicamentos
**26 junio 2021  22:13 -** *(URG P0 LADO A)*
❋ NOVALGINA 2,5 gramos / 5 mL SOLUCION INYECTABLE AMPOLLA x 5 mL    **Dosificación**: 5 MILILITROS
    **Observaciones**: Endovenosa CADA 1 DOSIS ÚNICA DURANTE 1 DOSIS ÚNICA

❋ CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 1.000 mL REF:ARB1324    **Dosificación**: 1 UNIDAD
    **Observaciones**: Endovenosa   CADA   1 INFUSIÓN   CONTINUA   DURANTE   1 INFUSIÓN   CONTINUA   BOLO   DE   500 CC   AHORA   Y
    PASAR A 70 CC HORA

❋ CEFTRIAXONA  1 gramo POLVO LIOFILIZADO VIAL    **Dosificación**: 2 GRAMO
    **Observaciones**:   Endovenosa   CADA   12 HORAS   DURANTE   1 HASTA   NUEVA   ORDEN   2 GRAMOS   DOSIS   INICIAL,   POSTERIOR   1
    GRAMO CADA 12 HORAS

❋ ORAZOLE 40 mg POLVO LIOFILIZADO VIAL    **Dosificación**: 40 MILIGRAMOS
    **Observaciones**: Endovenosa CADA 1 DOSIS ÚNICA DURANTE 1 DOSIS ÚNICA

Firmado electrónicamente por **JOAN SEBASTIAN PAZOS REDONDO** -- MEDICINA GENERAL
Tarjeta Profesional: 1144044831    Identificación CC 1144044831

**27 junio 2021  01:28 -** *(URG P0 LADO A)*
❋ MERONEM 1 gramo  POLVO LIOFILIZADO VIAL    **Dosificación**: 2 GRAMO
    **Observaciones**: Endovenosa CADA 8 HORAS DURANTE 10 DÍAS SUPENDER  CEFTRIAZONA

❋ LACTATO DE RINGER SOLUCION INYECTABLE BOLSA x 1.000 mL REF:ARB2324    **Dosificación**: 500 MILILITROS
    **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 6 HORAS 500cc HORA POR 6 HORAS, LUEGO A 50 cc HORA

❋ CLExane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL    **Dosificación**: 40 MILIGRAMOS
    **Observaciones**: Subcutanea CADA 1 DÍAS DURANTE 10 DÍAS

❋ INSULINA CRISTALINA 5 unidades SOLUCION INYECTABLE JP    **Dosificación**: 1 UNIDAD
    **Observaciones**: Sonda CADA 1 SEGUN NECESIDAD DURANTE 10 DÍAS SEGUN GLUCOMETRIA

Firmado electrónicamente por **CARLOS ALBERTO CALDERON OSORIO** -- MEDICINA INTERNA
Tarjeta Profesional: 1998    Identificación CC 16788609

**27 junio 2021  21:14 -** *(URG P0 LADO A)*
❋ NOVALGINA 2,5 gramos / 5 mL SOLUCION INYECTABLE AMPOLLA x 5 mL    **Dosificación**: 1 UNIDAD
    **Observaciones**: Endovenosa CADA 1 DOSIS ÚNICA DURANTE 1 DOSIS ÚNICA ev

Firmado electrónicamente por **HANNE SEBA HAMANN** -- MEDICINA GENERAL
Tarjeta Profesional: 1107052997    Identificación CC 1107052997

## Ordenes Generales
**27 junio 2021  01:30 -** *(URG P0 LADO A)*
    1. Cabecera a 30 grados
    2. Control de signos vitales
    3. Curva térmica
    4. Dieta completa PARA DIABETES
    5. Esquema de Insulina 150-199 3 UDS SC, 200-249  5 UDS SC, MAYOR  250  7 UDS SC
    6. Hospitalizar a nombre de: MEDICINA INTERNA

Firmado electrónicamente por **CARLOS ALBERTO CALDERON OSORIO** -- MEDICINA INTERNA
Tarjeta Profesional: 1998    Identificación CC 16788609

---

**Clínica**

**Imbanaco**

Grupo **quirónsalud**

**Historia Clínica de la Atención**

**URGENCIAS**

Dirección: **Cra 38 Bis No 5B2-04.  PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14343781**

*Página 9 de 11*
*02-sep.-2021 13:51*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

### Notas de Enfermeria

**26 junio 2021 23:25** - *(URG P0 LADO A)*

INGRESA PACIENTE DE SEXO MASCULINO MAYOR DE EDAD AL SEFVICIO DE URGENCIAS EN SILLA DE RUEDAS CONSCIENTE ORIENTADO EN TIEMPO LUGAR Y PERSONA, FIO2 21%, MOVILIZA EXTREMIDADES, SE ENCUENTRA EN COMPAÑIA DE FAMILIAR. CONSULTA POR DOLOR TIPO COLICO ES VALORADO POR MEDICO DE TURNO QUIEN DA ORDENES QUE SE VERIFICAN Y SE CUMPLEN. SE LE EXPLICA AL PACIENTE CONDUCTA A SEGUIR EL CUAL REFIERE ENTENDER Y ACEPTAR,     SE CANALIZA PREVIA TECNICA ANTISEPTICA EN CARA INTERNA DE ANTEBRAZO DERECHO CATETER 22 SE TOMAN PARACLINICOS SE FIJA CON TEGADERM Y VALVULA LBIRE DE AGUJA, NIEGA ALERGIAS, SE INICIAN LEV POR BI, POR ORDEN MEDICA SE ADMINISTRA ANALGASIA, ANTIBIOTERAPIA Y LEV. SE UBICA PACIENTE EN CAMILLA CON BARANDAS EN ALTO, PENDIENTE REPORTE DE PARACLINICOS

Firmado electrónicamente por **KATHERINE ALEXANDRA DIAZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1151941892

**27 junio 2021 06:15** - *(URG P0 LADO A)*

PACIENTE QUE DURANTE LA NOCHE PASA ESTABLE, SE LE TOMA GLUCOMETRIA CON RESULTADO DE 363MG/DL SE LE INFORMA A MEDICO TRANTE, SE LE ADMINISTRAN 7 UNIDADES DE INSULINA CRISTALINA SUBCUTANEAS, SE LE EXPLICA AL PACIENTE PREOCEDIMIENTO EL CUAL REFIERE ENTENDER Y ACEPTAR, ES VALORADO POR MEDICINA INTERNA DEJA ORDEN DE TOMAR UROTAC Y HOSPITALIZAR, SE CONFIRMA CREATININA DE 1.61 MEDICO ORDENA EN EL MOMENTO DIFERIR EXAMEN HASTA TOMAR NUEVO CONTROL, PACIENTE CON ACCESO VENOSO EN ANTEBRAZO DERECHO CON CATETER NO. 22 PERMEABLE, CON CONECTOR LIBRE DE AGUJA FIJADO CON TEGAADER Y ROTULADO CON FECHA DEL 27-06-2021. PASANDO GOTEO DE HARTMAN A 500CC/HR POR BI, DUERMA LARGOS INTERVALOS DE FACIL DESPERTAR, REALIAZA MICCIONES ESPONTANEAS.

ENTREGO PACIENTE DE SEXO MASCULINO MAYOR DE EDAD EN EL SERVICIO DE OBSERVACION EN CAMILLA CON BARANDAS EN ALTO EN COMPAÑIA DE FAMILIAR,. DESPIERTO, ALERTA, CONSCIENTE Y ORIENTADO EN SUS TRES ESFERAS MENTALES TIEMPO, LUGAR Y PERSONA, RESPIRANDO AIRE AMBIENTE SIN SIGNOS DE DIFICULTAD RESPIRATORIA,TOLERA     Y RECIBE SU PLAN FARMACOLOGICO, SE LE TOMAN SIGNOS VITALES DENTRO DE PARAMETROS NORMALES, REFIERE MEJORIA DEL DOLOR, PENDIENTE TOMA DE PARACLINICOS DE CONTROL A LAS 8AM CONTINUA EN SEGUIMIENTO POR MEDICINA INTERNA,.

Firmado electrónicamente por **KATHERINE ALEXANDRA DIAZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1151941892

**27 junio 2021 09:19** - *(URG P0 LADO A)*

RECIBO PACIENTE EN EL AREA DE URGENCIAS CUBICULO #12 SE OBSERVA ACOSTADO EN CAMILLA ,SE OBSERVA EN REGULARES CONDICIONES GENERALES CONCIENTE ORIENTADO EN TIEMPO LUGAR Y PERSONA , ALERTA AL LLAMADO CON RESPUESTA VERBAL Y OCULAR , DX SEPSIS URINARIA     , SE OBSERVA RESPIRANDO AL MEDIO AMBIENTE , CON MUCOSAS ORALES HUMEDAS E HIDARATADAS    , CON TORAX NORMOESPANDIBLE CON ABDOMEN BLANDO LEVE DOLOR   ALA PALPACION , ELIMINANDO ESPONTANEO EN BAÑO   , CON ACESO VENOSO EN MIEMBRO SUPERIOR DERECHO    CUBIERTO CON TEGADER SIN SIGNOS DE FLEBITIS PASANDOLE LACTATO DE RINGER A 50CC HORA POR BOMBA ,PACIENTE QUE REFIERE ESCALOFRIO PRESENTA TEMPERATURA DE 37.6 , SELE TOMO LABORATORIOS DE CONTROL PENDIENTE REPORTE  . NOTA REALIZADA POR AUXILIAR NATHALY CORTES

Firmado electrónicamente por **VIVIAN VANESSA GONZALEZ SANDOVAL** -- AUXILIAR DE ENFERMERIA
Identificación CC 1144046993

**27 junio 2021 18:44** - *(URG P0 LADO A)*

entrego paciente en cubículo #12 acostado en camilla   conciente orientado en tiempo lugar y persona respirando al medio ambiente con mucosas orales húmedas e hidratada , tórax normoespandible con abdomen blando no doloroso ala palapcion eliminando espontaneo en baño , con extremidades presentes funcionales con aceso venoso permeasble por el cual recibe hartman 50cc hora por bomba de infuccion ,pendiente reporte de urotac y hospitalizacion .

Firmado electrónicamente por **VIVIAN VANESSA GONZALEZ SANDOVAL** -- AUXILIAR DE ENFERMERIA
Identificación CC 1144046993

**27 junio 2021 19:06** - *(URG P0 LADO A)*

PACIENTE QUE SE LE REALIZA TOMA DE GLUCOMETRIA LA CUAL DA 301 MG/DL SE INFORMA A MEDICO DE TURNO Y SE ADMINISTRA INSULINA CRISTALINA  UI SEGUN ESQUEMA

Firmado electrónicamente por **VIVIAN VANESSA GONZALEZ SANDOVAL** -- AUXILIAR DE ENFERMERIA
Identificación CC 1144046993

---

### Control de Medicamentos

**26 junio 2021 23:26** - *(URG P0 LADO A)*

**Observaciones**: Se diluye en 100cc de ssn al 0.9%

✱ 26 Jun 2021 23:25      CEFTRIAXONA  1 gramo POLVO LIOFILIZADO VIAL   1 GRAMO Via Endovenosa

**Observaciones**: se diluye  en 100cc de ssn al 0.9%

✱ 26 Jun 2021 23:26      NOVALGINA 2,5 gramos / 5 mL SOLUCION INYECTABLE AMPOLLA x 5 mL   2.5 GRAMO Via Endovenosa

---

**Historia Clínica de la Atención**
**URGENCIAS**
Dirección: **Cra 38 Bis No 5B2-04. PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14343781**

*Página 10 de 11*
*02-sep.-2021 13:51*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

| | |
|---|---|
| **Observaciones**: goteo a 100cc/hr | |
| * 26 Jun 2021 23:27 | CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 1.000 mL  REF:ARB1324 1 LITROS Via Endovenosa |

**Observaciones**: se diluye en 100cc de ssn al 0.9%
* 26 Jun 2021 23:27      ORAZOLE 40 mg POLVO LIOFILIZADO VIAL  40 MILIGRAMOS Via Endovenosa

Firmado electrónicamente por **KATHERINE ALEXANDRA DIAZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1151941892

**27 junio 2021  02:10 -** *(URG P0 LADO A)*
**Observaciones**: DELTOIDE IZQUIERDO
* 27 Jun 2021 02:10      CLExane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL  40 MILIGRAMOS Via Subcutanea

**Observaciones**: EN 100CC DE SSN
* 27 Jun 2021 02:10      MERONEM 1 gramo POLVO LIOFILIZADO VIAL  2 GRAMO Via Endovenosa

Firmado electrónicamente por **KATHERINE ALEXANDRA DIAZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1151941892

**27 junio 2021  02:14 -** *(URG P0 LADO A)*
**Observaciones**: 500CC HORA POR 6 HORAS
* 27 Jun 2021 02:13      LACTATO DE RINGER SOLUCION INYECTABLE BOLSA x 1.000 mL  REF:ARB2324 4 LITROS Via Endovenosa

Firmado electrónicamente por **KATHERINE ALEXANDRA DIAZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1151941892

**27 junio 2021  03:31 -** *(URG P0 LADO A)*
**Observaciones**: PERIUMBILICAL
* 27 Jun 2021 03:31      INSULINA CRISTALINA 5 unidades SOLUCION INYECTABLE JP  7 UNIDADES INTERNACIONALES Via Subcutanea

Firmado electrónicamente por **DORA CRISTINA GARCIA VERA** -- ENFERMERA   (O) JEFE
Identificación CC 41908398

**27 junio 2021  10:05 -** *(URG P0 LADO A)*
**Observaciones**: DILUIDO EN 100CC DE SSN 0,9%
* 27 Jun 2021 10:00      MERONEM 1 gramo POLVO LIOFILIZADO VIAL  2 GRAMO Via Endovenosa

Firmado electrónicamente por **VIVIAN VANESSA GONZALEZ SANDOVAL** -- AUXILIAR DE ENFERMERIA
Identificación CC 1144046993

**27 junio 2021  18:22 -** *(URG P0 LADO A)*
**Observaciones**: diluida en 100 cc de ssn
* 27 Jun 2021 18:00      MERONEM 1 gramo POLVO LIOFILIZADO VIAL  2 GRAMO Via Endovenosa

Firmado electrónicamente por **VIVIAN VANESSA GONZALEZ SANDOVAL** -- AUXILIAR DE ENFERMERIA
Identificación CC 1144046993

**27 junio 2021  22:00 -** *(URG P0 LADO A)*
**Observaciones**: se administra en 100cc de ssn, lento.
* 27 Jun 2021 21:30      NOVALGINA 2,5 gramos / 5 mL SOLUCION INYECTABLE AMPOLLA x 5 mL  2.5 GRAMO Via Endovenosa

Firmado electrónicamente por **RONAL ADRIAN LOPEZ CERON** -- AUXILIAR DE ENFERMERIA
Identificación CC 16930110

---

*Glucometria*
**27 junio 2021  03:32 -** *(URG P0 LADO A)*
Fecha Fecha: 27/06/2021 03:32
Resultados Resultados: 363mg/dl

Firmado electrónicamente por **KATHERINE ALEXANDRA DIAZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1151941892

**27 junio 2021  09:02 -** *(URG P0 LADO A)*
Fecha Fecha: 27/06/2021 09:02
Resultados Resultados: 243 mg/dL
Valores de Referencia:70-110

Firmado electrónicamente por **VIVIAN VANESSA GONZALEZ SANDOVAL** -- AUXILIAR DE ENFERMERIA
Identificación CC 1144046993

---

*Diagnósticos de Egreso*                                                    **Localización**           **Tipo DX**



**Clínica Imbanaco**
Grupo quirónsalud

**Historia Clínica de la Atención**
**URGENCIAS**
Dirección: **Cra 38 Bis No 5B2-04. PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14343781**

*Página 11 de 11*
*02-sep.-2021 13:51*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| | |
|---|---|
| **-- (N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO** | Impresion Diagnóstica |

Firmado electrónicamente por **ALEJANDRO RAMOS CAMACHO** -- MEDICINA GENERAL
Tarjeta Profesional: 1107064726    Identificación CC 1107064726

**Salida Urgencias**

Estado vital al salir **Vivo**                Estado al salir                        Destino al salir **Hospitalización**

Fecha y hora de salida **27 jun. 2021  23:12**          Remitido a

Medio de transporte

**Datos de Enfermeria**

**Dispositivos Invasivos**

Firmado Electrónicamente por  **PAZOS REDONDO JOAN SEBASTIAN**
   Identificación **CC 1144044831**
   Especialidad **MEDICINA GENERAL**
   Tarjeta Profesional  **1144044831**

# Clínica Imbanaco
Grupo **quirónsalud**

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

*Página 1 de 21*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

## Identificación del Paciente

| | |
|---|---|
| Paciente **RIOS SILVA JUAN GABRIEL** | Doc. de identificación |
| Fecha de Nacimiento | Edad **39 Años 5 Meses 20 Días** | Sexo **Masculino** | Grupo Sanguíneo |
| Estado Civil **Unión libre**       Ocupación | |
| Teléfono            Celular | |
| Dirección | |
| Responsable **LINA MARIA GONZALEZ BECERRA** | |

## *Llegada del Paciente*

### Ingreso al Servicio

| | |
|---|---|
| Fecha y hora de Ingreso **27-jun.-2021 21:55** | Fecha y hora de Atención **27-jun.-2021 21:55** |
| El paciente se moviliza por sus propios medios? **No** | Medio de trasporte |
| Estado de llegada **Alerta** | Procedencia **Urgencias** |
| Llegó remitido de | |

### Causa de Consulta y Anamnesis

Causa del evento: **DX  1  SEPSIS URINARIA .**
**2  POP DE URETERORRENOSCOPIA FLEXIBLE CON LASER 17/05**
Fecha de ocurrencia: **27/06/2021 23:30** Tiempo de evolución: **2 Días** Tipo de evento: **Enfermedad General**
Tipo consulta PyP:    Sito de ocurrencia:

### Enfermedad Actual - (Anamnesis)

paciente de 39 años con historia de dm2, hace 15 dias procedimiento de ureteroscopia por urolitiasis y cateter 2j, ahora con cuadro de 3 dias de evolucion consistente en diaforesis, malestar genera , cefalea, disuria, poliuria y orina turbia. quien el dia de ayer consulta a sura chipichape donde registran ivu y dan egreso con nitrofurantoina, paciente refeire continuidad y exacerbacion de los sintomas
prueba antigeno y pcr para sarscov negativa ( 25/06/2021)
se atiende por epp.
paciente de 39 años de edad, diabetico, con procedimiento urologico hace 15 dias, ahora cursando con ivu refractaria a primera linea de atb formulada extrainstitucional, por lo cual se decide ingresar para toma de praclinicos, manejo sintomatico y atb..
 md interna  paciente con urolitiasis  bilateral, el lado izquierdo requirio extraccion de calculo
el 17 de mayo
con cateter doble j , retirado el 11 de junio

3 dias  con orina turbias, fiebre, dolor flanco   izquierdo
desde ayer recibe macrodantina

ap  diabetes  farmaco janumet  hba1c  7.1
alergia niega

ef  paciente  en camilla,
adinamico
mucosas secas
sin irritacion peritoneal

pcr  380
leucos  10 000 neutrofilia  plaquetas  113.000

paciente con sepsis urinaria, manipulaicon endoscopia  ureteral  hace 1 mes
se deja   carbapenema, se solicita  urotac contrastado para descartar  absceso renal.
se hospitaliza
segun resultado de imagen definir  si requiere intervencion  quirugica,.
    urologia

paciente conocido en el servicio por urolitiasis izquierda que requirio de ureterorrenoscopia flexible con laser el 17 de mayo y retiro de cateter doble el 9 de junio en cirugia por ascenso del cateter al ureter. ahora ingresa por cuadro de 3 dias de escalofrios, fiebre, malestar general y sintomas urinarios. consulto a urgencias y mandaron nitrofurantoina pero no tuvo mejoria por lo que consulta.

antecedentes
patologicos: diabetes nellitus

## Clínica Imbanaco
Grupo quirónsalud

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Página 2 de 21
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

alergicos: neg
qx: ots de radio ciorcuncision ureterorenoscopia flexible con laser izquierda

paraclinicos
hemograma: leucositosis
pcr 387
creatinina 1.6 - 1.1
acido lactico 2.4

examen fisico
paciente con escalofrios, algico, sin disnea hidratado
mucosas humedas conjuntivas rosadas abdomen blando no doloroso sin irritacion peritoneal. glucometria 248

analisis
paciente diabetico con sepsis urinaria en tto con meropenem con mejoria de la funcion renal. se solicita urotac para descartar falla renal de origen postrenal.

### *Atención Clínica*

#### *Antecedentes Personales*

| | |
|---|---|
| Patológicos | - .(Reg: 13 Ene 2021 10:18:) |
| Patológicos | Diabetes - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | Otros - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | - DIABETES.(Reg: 21 Jul 2012 14:59:) |
| Patológicos | No Menciona Ningún Antecedente de Importancia para la Atención - (Reg: 17 May 2021 12:32:) |
| Patológicos | - DM2(Reg: 26 Jun 2021 22:09:) |
| Quirúrgicos | - REDUCCION ABIERTA DE FX RADIO CIRCUNCISION URETEROSCOPIA CATETER 2J(Reg: 26 Jun 2021 22:09:) |
| Traumatologicos | - FX RADIO(Reg: 26 Jun 2021 22:09:) |
| Farmacológicos | Reaccion medicamentos actuales - TRAYENTA, BIGUAX.(Reg: 04 Jun 2015 00:00:) |
| Farmacológicos | - JANUMET 50/1000 CADA 12 HORAS(Reg: 26 Jun 2021 22:09:) |
| Otros | - pato. dm no ir en manejo con janumet una al dia. alérgicos. negativos tóxicos. negativos qx. circuncision, fax antebrazo derecho. familiares. padre dm.(Reg: 10 Feb 2016 11:28:) |
| Otros | - PATOLOGICOS:DIABETES QUIRURGICOS: SINUSITIS VARICECTOMIA FRACTURA EXPUESTA DE MUÑECA CON INJERTO DE CADERA MEDICAMENTOS:TRAYENTA ,BIGUAS(Reg: 13 May 2015 14:53:) |
| Otros | Peso EC Unid Urol - 78 KG(Reg: 04 Jun 2015 00:00:) |
| Otros | Procedimiento que se va a realizar - - BIOPSIA DE PENE SOD (Reg: 04 Jun 2015 00:00:) |
| Otros | PT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | PTT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Entrega preparacion - (Reg: 04 Jun 2015 00:00:) |
| Otros | Explica procedimientos - (Reg: 04 Jun 2015 00:00:) |
| Otros | Frec card EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | INR - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Talla EC Unid Urol - 1.78(Reg: 04 Jun 2015 00:00:) |
| Otros | Tension EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Antecedentes quirurgicos - RED FX MUÑECA DERECHA, CIRCUNCISION, SAFENECTOMIA BILATERAL.(Reg: 04 Jun 2015 00:00:) |

#### *Antecedentes Familiares*

| | Mamá | Papá | Hno(a) | Abuelo(a) | Conyugue | Hijo(a) | Otros |
|---|---|---|---|---|---|---|---|
| Otros | - NO | | | | | | |

#### Signos vitales

| Fecha | P. A. | PAM | P. Pulm. | PPM | PVC | Temp °C | F.Card. | F. Resp | Sat O2 | FIO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 27/jun./2021 22:00 | 129/78 | 95 | / | | | 35.9 | 110 | 19 | 91 | 21 |
| 27/jun./2021 23:35 | 132/74 | | / | | | 37 | 95 | 16 | 98 | |
| 28/jun./2021 06:10 | 78/47 | 57 | / | | | 36.1 | 102 | 18 | 96 | 21 |

# Clínica Imbanaco
Grupo quironsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

*Página 3 de 21*
*02-sep.-2021 13:52*

| Fecha | Hora | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28/jun./2021 | 07:39 | 83/48 | 60 | / | | 36.5 | 87 | 22 | 85 | 32 |
| 28/jun./2021 | 08:00 | 90/52 | 65 | / | | 36.21 | 84 | 20 | 94 | 80 |
| 28/jun./2021 | 09:00 | 100/63 | 75 | / | | 36 | 89 | 18 | 97 | 80 |
| 28/jun./2021 | 15:20 | 99/66 | 77 | / | | 36.1 | 102 | 18 | 96 | 80 |
| 28/jun./2021 | 21:00 | 118/77 | 91 | / | | 37 | 97 | 20 | 90 | 60 |
| 29/jun./2021 | 06:02 | 97/64 | 75 | / | | 36.4 | 89 | 22 | 86 | 70 |
| 29/jun./2021 | 09:00 | 131/81 | 98 | / | | 36 | 88 | 18 | 94 | 80 |
| 29/jun./2021 | 14:15 | 119/78 | 92 | / | | 36.1 | 105 | 20 | 91 | 80 |

## Revisión por Sistemas
**27 junio 2021  23:35 -** *(PISO 5 (TORRE SUR) HOSP)*

Observaciones. . . . . . . . . . .   **Revisión por sistemas negativo**

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

## Examen Físico
**27 junio 2021  23:35 -** *(PISO 5 (TORRE SUR) HOSP)*

| | |
|---|---|
| Estado General. . . . . . . . . . . | **BUENO  HIDRATADO  AFEBRIL** |
| Cabeza. . . . . . . . . . . . . . . . | **NORMOCEFALA** |
| Boca y Faringe. . . . . . . . . . . . | **PATRON  VENTILATORIO ADECUADO** |
| Cuello. . . . . . . . . . . . . . . . | NORMAL |
| Tórax. . . . . . . . . . . . . . . . | **COMPENSADA** |
| Abdomen. . . . . . . . . . . . . . | **BLANDO  DEPRESIBLE** |
| Musculo-esquelético. . . . . . . . | **LLENADO CAPILAR 2  SG** |
| Neurológico. . . . . . . . . . . . | **GLASGOW  15/15** |
| Piel. . . . . . . . . . . . . . . . . | **ANICTERICA** |
| Analisis. . . . . . . . . . . . . . . | analisis |

**paciente  diabetico  con  sepsis  urinaria  en  tto  con  meropenem  con  mejoria  de  la  funcion renal. se solicita urotac para descartar falla renal de origen postrenal.**

| | |
|---|---|
| Observaciones. . . . . . . . . . . | **Revisión por sistemas negativo** |
| Triage. . . . . . . . . . . . . . . | **3** |

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

## Diagnósticos de Ingreso

| | Localización | Tipo DX |
|---|---|---|
| -- **(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO** | | Impresion Diagnóstica |

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**-- (E116)  DIABETES  MELLITUS  NO  INSULINODEPENDIENTE  CON  OTRAS COMPLICACIONES ESPECIFICADAS**                                     Impresion Diagnóstica

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**-- (Y838) OTROS PROCEDIMIENTOS QUIRURGICOS**                          Impresion Diagnóstica

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

## Notas de Evolución
**27 junio 2021  23:44 -** *(PISO 5 (TORRE SUR) HOSP)*

Día de Hospitalización No.1

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Tipo Estancia: Hospitalización
Criterio: Paciente que requiera administración prolongada  de líquidos endovenosos.
    NOTA  DE INGRESO  A HOSPITALIZACION  MD  GENERAL  .

paciente      diabetico    con    sepsis    urinaria    conocido   en   el   servicio   por   urolitiasis   izquierda   que   requirio   de   ureterorenoscopia flexible   con   laser   el   17   de   mayo   y   retiro   de   cateter   doble   el   9 de   junio   en   cirugia   por   ascenso   del   cateter   al   ureter.   ahora ingresa    con            sepsis   urinaria   en   tto   con   meropenem   con   mejoria   de   la   funcion   renal.  se   solicita   urotac   para   descartar   falla renal de origen postrenal.
urotac  compromiso del intersticio pulmonar, se sugieren estudios complementarios.
nefrolitiasis derecha
litiasis en uréter proximal izquierdo.

**Clinica**
**Imbanaco**
Grupo quironsalud

**Historia Clinica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

bazo accesorio.
hernia umbilical de contenido graso.
cambios degenerativos l5-s1..
paciente estable compensado . .
se interroga epidemiologia respiratoria niega contactos con pac covid + .
hay compromiso del intersticio respiratorio en la fase toracica del urotac .
prueba de sars cov 2 extrainstitucional negativa .
PLAN manejo antibiótico .
Estudios de seguimiento intrahospitalario

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**27 junio 2021  23:48 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.1

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO.
ESQUEMA MOVIL DE INSULINA .
1     DE 140 A 180     APLICAR 4 UI SC .
2     DE 180 A 220     APLICAR 6 UI SC .
3     DE 220 A 260    APLICAR 8 UI SC .
4  DE 260 A300     APLICAR 10 UI SC .
5  MAYOR DE300     APLICAR 12 UI SC

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**28 junio 2021  08:26 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.2

ATIENDO LLAMADO
PACIENTE QUE PRESENTA EPISODIO DE DESATURACION A PESAR DE TENER CANULA DE OXIGENO A 3 LITROS/MINUTO, ADEMAS HIPOTENSION
PACIENTE ASINTOMATICO
ALERTA, HIDRATADO, AFEBRIL, NO DISNEA. SV: FC: 102LPM, FR:18RPM, TA: 78/47MMHG, SAO2: 96%
C/P: RUIDOS CARDIACOS RITMICOS, NO SOPLOS, PULMONES VENTILADOS, ESTERTORES BIBASALES
ABDOMEN: BLANDO, DEPRESIBLE, NO SIGNOS DE IRRITACION PERITONEAL
EXT: NO EDEMA, MOTRICIDAD CONSERVADA
SNC: SIN ALTERACION

PLAN: BOLO DE LEV 200C Y CONTINUAR A 80CC/HORA

RX DE TORAX, PRUEBA DE COVID
FERRITINA, DIMERO D, TROPONINA, LDH,     POTASIO, SODIO, BUN, CREATININA, GASES, PCR, HEMOGRAMA Y ACIDO LACTICO.
Firmado electrónicamente por **LEONARDO ATEHORTUA ROJAS** -- MEDICINA GENERAL
Tarjeta Profesional: 765176-11   Identificación CC 1130606340

**28 junio 2021  09:22 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.2

MEDICINA INTERNA
EDAD 39 AÑOS
. SIRS:  1. FOCO URINARIO ? , -2-  DESCARTAR INFECCION POR COVID
. UROLITIASIS
- DM2 DESCOMPENSADA

PACIENTE QUE EN HOAS DE LA MAÑANA PRESENTA TENDENCIA A LA HIPOTENSION QUE MEJORA CON VOLUMEN
EN UROTAC ADEMAS DE CAMBIOS UROLITIASIS SE OBSERVA UN INFILTRADO BASAS INTESSTICIAL
TA 90 / 58, FC DE 100 FR 18
CP DIFERIDO
NEUROLOGICO NORMAL
EN EL MOMENTO DE LA VISITA EN ESTA MAÑANA ANTES DE EVENTO DE HIPOTENSION REFIERIA QUE SE SENTIA MUCHO MEJOR
COMENTARIO ANTE HALLAZGOS RADIOLOGICOS, UROCULTIVO VA NEGATIVO, ES NECESARIO DESCARTAR INFECCION

## Clínica
# Imbanaco
Grupo ♥ quirónsalud

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

*Página 5 de 21*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

POR COVID 10 ,
PENDIENTE RX DE TORAX, PCR PARA COVID, SEGUIMIENTO DE RESPUESTA INFLMATORIA, CONTINUAR CON VOLUMEN

Firmado electrónicamente por **DAVID IDROBO MARTINEZ** -- MEDICINA INTERNA
Tarjeta Profesional: RM 102/95   Identificación CC 12986795

**28 junio 2021  09:48 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.2

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

UROLOGIA
DX
1. SEPSIS 1. URINARIA ? 2. INFECCION POR COVID?
2. NEFROLITIASIS
3. ANTECEDETNE DE URETERORENOSCOPIA FLEXIBLE CON LASER IZQUIERDA 17 MAYO 2021
4. RETIRO DE CATETER DOBLE J 9 JUNIO 2021

TTO MEROPENEM

S: PACIENTE HA ESTADO CON DESATURACION E HIPOTENSION QUE HA MEJORADO CON LIQUIDOS.

UROTAC: Bases pulmonares: No hay derrames pleurales. Llama la atención la presencia de infiltrados intersticiales y áreas de opacidad en vidrio esmerilado bibasales por lo que amerita estudios complementarios.
Riñón derecho: De forma, posición y tamaño normal. Se identifican imágenes de litiasis que se proyectan en grupo calicial superior, la mayor con diámetro de 3.5 mm, no se observa dilatación de cavidades excretoras.
Riñón izquierdo: De forma, posición y tamaño normal, observando en proyección del ureter proximal una imagen de litiasis que alcanza diámetro de 3.8 mm, con densidad 273 UH sin que condicione dilatación de cavidades excretoras.
Existe estriación de la grasa perirrenal bilateral y discreta estriación de la grasa periureteral izquierda.
Ambas glándulas suprarrenales son de morfología habitual sin áreas de engrosamiento.
Vejiga de paredes finas sin imágenes de litiasis ni presencia de lesión ocupativa.
Próstata homogénea.
En el resto del estudio evaluado:
Hígado de densidad homogénea.
Bazo sin lesiones focales. Como variante bazo accesorio, ovalado, que alcanza diámetro de 13 mm.
Vesícula sin imágenes de litiasis identificables por este método.
Páncreas homogéneo de tamaño normal.
Pequeña hernia umbilical de contenido graso.
No hay líquido libre en cavidad abdominal.
Densidad de las estructuras óseas visualizadas conservada. Fenómeno de vacío L5-S1, con esclerosis de los platillos articulares y disminución del espacio articular.

OPINIÓN:Compromiso    del    intersticio    pulmonar,    se    sugieren    estudios    complementarios.Nefrolitiasis    derechaLitiasis    en    uréter proximal izquierdo.Bazo accesorio.Hernia umbilical de contenido graso.Cambios degenerativos L5-S1.

ANALISIS
PACIENTE CON SEPSIS CON POSIBLE FOCO URINARIO SIN EMBARGO CON DESATURACION POR LO QUE SE SOLICITO PRUEBA DE COVID. SE REVISA IMAGEN DE UROTAC DONDE SE EVIDENCIAN ARENILLAS A NIVEL URETERAL PROXIMAL IZQUIERDO SIN GENERAR DILATACION PIELOCALICIAL NI UROPATIA OBSTRUCTIVA POR LO QUE EN EL MOMENTO NO REQUIERE INTERVENCION QUIRURGICA. TIENE PENDIENTE RESULTADO DE UROCULTIVO TOMADO EN SURA PREVIO AL INICIO DE TOMA DE ANTBIOTICO. QUEDO ATENTA A EVOLCUION.

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235   Identificación CC 67043235

**28 junio 2021  12:12 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.

EVOLUCION MEDICO GENERAL

SUBJETIVO: PACIENTE NIEGA DISNEA, NIEGA FIEBRE, INFORMA SENTIRSE BIEN
OBJETIVO: ALERTA, HIDRATADO, AFEBRIL, NO DISNEA. SV: FC: 90LPM, SAO2: 96% TA: 100/60MMHG
C/P: RUIDOS CARDIACOS RITMICOS, NO SOPLOS, PULMONES VENTILADOS, NO TIRAJE, ESTERTORES BIBASALES
ABDOMEN: BLANDO, DEPRESIBLE, NO SIGNOS DE IRRITACION PERITONEAL

**Clínica Imbanaco**
Grupo **quironsalud**

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

EXT: LLENADO CAPILAR MENOR DE 1 SEGUNDO
SNC: GLASGLOW 15/15

PACIENTE HEMODINAMICAMENTE ESTABLE, INFORMA ESTAR ASINTOMATICO.

Análisis de Resultados de Exámenes

871121 RADIOGRAFIA DE TORAX (P.A. O A.P. Y LATERAL, DECUBITO LATERAL, OBLICUAS O LATERAL CON BARIO): Silueta cardíaca de tamaño normal.
Los contornos mediastinales son normales.
En el parénquima pulmonar se observan opacidades mixtas perihiliares y basales, con zonas en vidrio esmerilado, No hay lesiones cavitadas ni masas.
Ángulos costodiafragmáticos libres.
LEIDA POR DR. DANIEL MAAURICIO VARON ORJUELA

903839 GASES ARTERIALES (EN REPOSO O EN EJERCICIO): GASES ARTERIALES: PH ARTERIAL 7.463, PCO2: 30, PO2: 54.9, HCO3: 21 (HIPOXEMIA)

903110 ACIDO LACTICO [L-LACTATO] SEMIAUTOMATIZADO: Acido Láctico - 2.13 (ELEVADO EN DESCENSO)
          Firmado electrónicamente por **LEONARDO ATEHORTUA ROJAS** -- MEDICINA GENERAL
          Tarjeta Profesional: 765176-11   Identificación CC 1130606340

**28 junio 2021  12:50 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.

Análisis de Resultados de Exámenes

903439 TROPONINA T CUANTITATIVA: Troponina T Ultrasensible **-** 0.016 (LIGERAMENTE POSITIVO, PACIENTE SIN DISNEA, SIN DOLOR TORAXICO, PUEDE SER FALSO POSITIVO, SE SOLICITA DELTA TROPONINA)

903828 DESHIDROGENASA LACTICA: Deshidrogenasa Láctica. - 229 (DENTRO DE VALOR NORMAL)

908856 IDENTIFICACION DE OTRO VIRUS (ESPECIFICA) POR PRUEBAS MOLECULARES: AMPLIFICACION ISOTERMICA COVID 19: NEGATIVO (PACIENTE INFORMA RESULTADO DE PRUEBA DE COVID NEGATIVO MIERCOLES Y VIERNES SEMANA PASADA)

903856 NITROGENO UREICO: Nitrógeno Uréico en Suero. - 21.6 (LIGERAMENTE INCREMENTADO)
Úrea en suero - 46.2

903895 CREATININA EN SUERO U OTROS FLUIDOS: Creatinina en suero - 0.87 (NORMAL)

903859 POTASIO EN SUERO U OTROS FLUIDOS: Potasio en suero - 4.06 (NORMAL)

903864 SODIO EN SUERO U OTROS FLUIDOS: Sodio en suero **-** 135.0 (NORMAL)

906914 PROTEINA C REACTIVA MANUAL O SEMIAUTOMATIZADO: Proteína C reactiva **-** 349.0 (ELEVADO)

902104 DIMERO D AUTOMATIZADO: Dimero D. - 4415.53 (ELEVADO), SE COMENTA CON  MEDICINA INTERNA, SE DECIDE TOMA DE ANGIOTAC PARA  DESCARTAR TROMBOEMBOLISMO
          Firmado electrónicamente por **LEONARDO ATEHORTUA ROJAS** -- MEDICINA GENERAL
          Tarjeta Profesional: 765176-11   Identificación CC 1130606340

**28 junio 2021  18:12 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No**.**2

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

PACIENTE CON CEFALEA, SE FORMULA ACETAMNINOFEN
          Firmado electrónicamente por **LEONARDO ATEHORTUA ROJAS** -- MEDICINA GENERAL
          Tarjeta Profesional: 765176-11   Identificación CC 1130606340

**28 junio 2021  19:52 -** *(PISO 5 (TORRE SUR) HOSP)*
          Análisis de Resultados de Exámenes

**Clínica**
**Imbanaco**
Grupo quironsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

903439   TROPONINA T CUANTITATIVA: Troponina T Ultrasensible - 0.016  (NORMAL)
Firmado electrónicamente por **LEONARDO ATEHORTUA ROJAS** -- MEDICINA GENERAL
Tarjeta Profesional: 765176-11   Identificación CC 1130606340

**29 junio 2021  00:55 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.3

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

ANGIOTAC 28/06:
COMENTARIOS:
1. Angiotomografía de arteria pulmonar negativo para tromboembolismo pulmonar agudo.
2. Hallazgos descritos del parénquima pulmonar compatible con neumonía multilobar.
3. Hallazgos descritos del intersticio y distribución centrifuga que pudiera estar a favor de sobre carga hidrica, correlacionar con estado clínico de la paciente.
4. Derrame pleural bilateral de distribución libre.

Tipo Estancia: Hospitalización
Criterio: Paciente que requiera administración prolongada  de líquidos endovenosos
Firmado electrónicamente por **DANIEL FERNANDO CARVAJAL CARDENAS** -- MEDICINA GENERAL
Tarjeta Profesional: 1143866465   Identificación CC 1143866465

**29 junio 2021  08:09 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.3

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

UROLOGIA
DX
1. SEPSIS
A. URINARIA x E.COLI BLEE POSITIVA
B. INFECCION POR COVID? NEUMONIA MULTILOBAR
2. NEFROLITIASIS
3. ANTECEDETNE DE URETERORENOSCOPIA FLEXIBLE CON LASER IZQUIERDA 17 MAYO 2021
4. RETIRO DE CATETER DOBLE J 9 JUNIO 2021
5. DIABETES

TTO MEROPENEM DIA 3

S: PACIENTE HA ESTADO CON DESATURACION E HIPOTENSION QUE HA MEJORADO CON LIQUIDOS.

O: PACIENTE EN REGULARES CONDICIONES GENERALES CON MASCARA DE OXIGENOSOMNOLIENTO
ABDOMEN BLANDO NO DOLOROSO

ANGIOTAC 28/06:
COMENTARIOS:
1. Angiotomografía de arteria pulmonar negativo para tromboembolismo pulmonar agudo.
2. Hallazgos descritos del parénquima pulmonar compatible con neumonía multilobar.
3. Hallazgos descritos del intersticio y distribución centrifuga que pudiera estar a favor de sobre carga hidrica, correlacionar con estado clínico de la paciente
DIMERO D ELEVADO
FERIRTINA ELEVADO

ANALISIS
PACIENTE CON SEPSIS URINARIA POR E.COLI BLEE POSITIVA EN TTO CON MEROPENEM DIA 3 CON LEVE DISMINUCION DE LEUCOSITOSIS Y NEUTROFILIA, SIN EMBARGO CON COMPROMISO RESPIRATORIO POR DESATURACION QUE HA REQUERIDO DE OXGIENO, ANGIOTAC CON NEUMONIA MULTILOBARL, ELEVACION DE FERRITINA Y DIMERO D POR LO QUE SE DESCARTO TEP. PRUEBA DE COVID NEGATIVA. POR PARTE DE UROLOGIA ESTAREMOS ATENTOS A EVOLUCION. NO REQUIERE MANEJO QUIRURGICO POR EL MOMENTO.

# Historia Clínica de la Atención

## HOSPITALIZACION

Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Firmado electrónicamente por **MARGARITA ROSA ZAPATA SANCHEZ** -- UROLOGIA
Tarjeta Profesional: 67043235   Identificación CC 67043235

**29 junio 2021  08:55** - *(PISO 5 (TORRE SUR) HOSP)*

Análisis de Resultados de Exámenes

902210 HEMOGRAMA IV (HEMOGLOBINA HEMATOCRITO RECUENTO DE ERITROCITOS INDICES ERITROCITARIOS LEUCOGRAMA RECUENTO DE PLAQUETAS INDICES PLAQUETARIOS Y MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO: Recuento de Leucocitos – 6.23
Neutrófilos # **-** 4.72
Neutrófilos % **-** 75.7
Linfocitos # **-** 0.63
Linfocitos % **-** 10.1
Monocitos # **-** 0.87
Monocitos % - 14.0
Eosinófilos # **-** 0.00
Eosinófilos % - 0.0
Basófilos # - 0.01
Basófilos % - 0.2
Recuento de Eritrocitos - 3.43
Hemoglobina - 10.3
Hematocrito - 28.2
Volumen corpuscular medio - 82.2
Hemoglobina corpuscular media - 30.0
Concentración de Hemoglobina corpuscular media - 36.5
Ancho de distribución eritrocitario DS - 37.1
Ancho de distribución eritrocitario CV **-** 12.0
Recuento de plaquetas - 104
Volumen medio plaquetario **-** 13.0
Normoblastos # **-** 0.000
Normoblastos % **-** 0.0
Granulocitos Inmaduros # **-** 0.0900
Granulocitos Inmaduros % **-** 1.400
NORMAL

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  08:58** - *(PISO 5 (TORRE SUR) HOSP)*

Día de Hospitalización No.3

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  09:00** - *(PISO 5 (TORRE SUR) HOSP)*

Día de Hospitalización No.3

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  09:04** - *(PISO 5 (TORRE SUR) HOSP)*

Día de Hospitalización No.3

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  09:10** - *(PISO 5 (TORRE SUR) HOSP)*

Día de Hospitalización No.3

**Clínica Imbanaco**
Grupo quirónsalud

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO.
  nota de md general .
  pac masc de 39 años de edad .
  dx 1 DX
1. SEPSIS
A. URINARIA x E.COLI BLEE POSITIVA
B. INFECCION POR COVID? NEUMONIA MULTILOBAR
2. NEFROLITIASIS
3. ANTECEDETNE DE URETERORENOSCOPIA FLEXIBLE CON LASER IZQUIERDA 17 MAYO 2021
4. RETIRO DE CATETER DOBLE J 9 JUNIO 2021
5. DIABETES
paciente con mascara de no reinhalacion 15 litros saturando 90%.
  angiotac neumonia multilobar en manejo con meronem .
  haciendo episodios de hipotension se ordena perfundir con lactato de ringer .
se ordena terapia respiratoria con incentivo .
  esta en manejo por md interna

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  09:37 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No**.**3

MEDICINA INTERNA
EDAD 39 AÑOS
. SIRS:   1.  FOCO URINARIO ? , -2- DESCARTAR INFECCION VIRAL , DENGUE?, COVID ?
- DISFUNCION PULMONAR HIPOXEMICA, NEUMONIA VIARAL ?. SOBRECARGA HIDRICA?
. UROLITIASIS
- DM2 DESCOMPENSADA

SIGUE CON CON ALTO SOPORTE DE OXIGENO , CON SATURACIONES LIMITROFES,
NO SE HA SUSTENTADO FIEBRE,
NO DOLOR IMPORTEANTE

TA 90 / 58, FC DE 100 FR 18
CP DIFERIDO
NEUROLOGICO NORMAL
EN EL MOMENTO DE LA VISITA EN ESTA MAÑANA ANTES DE EVENTO DE HIPOTENSION REFIERIA QUE SE SENTIA MUCHO MEJOR
  COMENTARIO
AUNQUE EL UROCULTIVO EN LA CLINICA VA NEGATIVO SE ESPERA UROCULTIVO TOMADO EXTRAINSTITUCIONAL ANTES DE INCIO DE ANTIBIOTICO
LLAMA LA ANTECION HALLAZGOS PULMONARES, SE DESCARTO TEP, ADEMAS SE HA RELIZADO TRES PRUEBAS PARA COVID QUE HAN SIDO NEGATIVAS, NO SE DESCARTAR INFECCION POR DENGUE TENIENDO EN CUENTA QUE TIENE TROMBOCITOPENIA
TROPONINA ESTABLE 0.016, SE SOLICITA ECOCARDIOGRAMA TT
DISMINUIR APORTE DE VOLUMEN , UNA DOSIS DE FUROSEMIDA
SEGUIMEINTO ESTRECHO , SE SOLICITA GASES ARTERIALES , , PODRIA REQUERIR  TRASLADO A UCI

Firmado electrónicamente por **DAVID IDROBO MARTINEZ** -- MEDICINA INTERNA
Tarjeta Profesional: RM 102/95   Identificación CC 12986795

**29 junio 2021  12:36 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No**.**3

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  12:42 -** *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No**.**3

Diagnósticos:

# Clínica Imbanaco

Grupo **quirón**salud

## Historia Clínica de la Atención

**HOSPITALIZACION**

Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**

Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Página 10 de 21
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO.
 ECOCARDIOGRAMA  TT  .
1  FE DEL 60 %  .
2  DERRAME PLEURAL  Y  PERICARDICO  .
3  PROBABILIDAD  INTERMEDIA  DE HIPERTENSION  PULMONAR

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000    Identificación CC 92225790

**29 junio 2021  12:56** - *(PISO 5 (TORRE SUR) HOSP)*

Día de Hospitalización No.3


NEUMOLOGIA.


RESPONDO A LLAMADO DE INTERCONSULTA.


39 AÑOS DE EDAD.
DIABETES.
HISTORIA DE PROCEDIMIENTO UROLOGICO HACE 20 DIAS.
HISTORIA RECIENTE DE INFECCION DE VIAS URINARIAS POR E COLI BLEE +


INGRESA  POR  SINTOMAS  QUE  INICIARON  YA  HACE  6 DIAS  CON  SINTOMAS  CONSTITUCIONALES,  FIEBRE,  SINTOMAS
URINARIOS. DIFICULTAD RESPIRATORIA PROGRESIVA.
UROCULTIVO INSTITUCIONAL NEGATIVO.
ANGIOTAC  DE  TORAX  CON  EVIDENCIA  DE  DERRAME  PLEURAL  BILATERAL  NO  SIGNIFICATIVO.  HAY  OPACIDADES
ALVEOLARES EN AMBOS CAMPOS PULMONARES.


AL  EXAMEN  FÍSICO  LO  ENCUENTRO  SOMNOLIENTO,  DISNEICO  TAQUIPNEICO.SaO2 87%  CON  MÁSCARA  DE  NO
REINHALACIÓN
SE AUSCULTAN RONCUS EN AMBOS CAMPOS PULMONARES
NO EDEMAS.


CONSIDERO  COMO  POSIBILIDADES  DIAGNOSTICAS:  1.  SEPSIS  DE  ORIGEN  URINARIO  NO  COMPENSADA.  2.  SDRA  A.
SECUNDARIO A IVU VS B.SECUNDARIO A COVID-19.


PLAN SUGERIDO:
-MANEJO EN CUIDADOS INTENSIVOS.
-POSIBILIDAD DE CÁNULA DE ALTO FLUJO.
-HACER PROCALCITONINA.
-HACER ELISA PARA VIH.
-REPETIR PRUEBA PARA SARSCOV2 EN 48 HORAS.

Firmado electrónicamente por **SOCORRO ISABEL PALACIOS ORTEGA** -- NEUMOLOGIA
Tarjeta Profesional: 190426/06    Identificación CC 34315088

**29 junio 2021  13:00** - *(PISO 5 (TORRE SUR) HOSP)*

Análisis de Resultados de Exámenes


903867  TRANSAMINASA  GLUTAMICO  OXALACETICA  [ASPARTATO  AMINO  TRANSFERASA]:  Transaminasa  oxaloácetica
ASAT - 52
normal
Análisis de Resultados de Exámenes


903866   TRANSAMINASA GLUTAMICO-PIRUVICA [ALANINO AMINO TRANSFERASA]: Transaminasa pirúvica ALAT - 38
normal

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000    Identificación CC 92225790

**29 junio 2021  13:01** - *(PISO 5 (TORRE SUR) HOSP)*

Día de Hospitalización No.3


Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO.
 NOTA  DE  MEDICINA  INTERNA  .
 PAC MASC  DE  39  AÑOS  DE EDAD .

**Clínica Imbanaco**
Grupo quirónsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

*Página 11 de 21*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

```
         DX  1   DX
         1. SEPSIS
         A. URINARIA x E.COLI BLEE POSITIVA
         B. INFECCION POR COVID? NEUMONIA MULTILOBAR
         2. NEFROLITIASIS
         3. ANTECEDETNE DE URETERORENOSCOPIA FLEXIBLE CON LASER IZQUIERDA 17 MAYO 2021
         4. RETIRO DE CATETER DOBLE J 9 JUNIO 2021
         5. DIABETES

         PACIENTE  AL  MOMENTO  DESATURADO  86%  CON MASCARA DE NO REINHALACION .
          NEUMONIA  MULTILOBAR  EN MANEJO  ANTIBIOTICO .
           PACIENTE  CON  RIESGO ALTO  DE  FALLA  VENTILATORIA .
         SE ACTIVA  RESPUESTA  RAPIDA  DR  DIEGO  Hernandez .
         SS  VALORACION  POR  NEUMOLOGIA  DRA   ISABEL  PALACIOS
```

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  13:24** - *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.3

Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

### Notas de Interconsultas
**29 junio 2021  13:31** - *(PISO 5 (TORRE SUR) HOSP)*
INTERCONSULTA EQUIPO DE RESPUESTA RÁPIDA
MEDICINA INTERNA
Juan Gabriel Ríos Silva, 39 años
Diagnósticos:
1. Síndrome de dificultad respiratoria aguda
2. Insuficiencia respiratoria aguda grave
3. Sepsis de origen a establecer
3.1. Urinario vs COVID vs Dengue
4. Diabetes mellitus tipo 2

Paciente de 39 años de edad, quien se encuentra hospitalizado en contexto de sepsis de origen no claro con sospecha de foco urinario bacteriano vs proceso viral activo, con pruebas previas para SARS-CoV2 negativas pero en quien por hallazgos imagenológicos persiste duda diagnóstica. Atiendo a llamado como equipo de respuesta rápida por SDRA severo e IRA grave, en el momento con oxígeno por máscara de no reinhalación a 15 litros/minuto sin lograr metas de saturación, y alto riesgo de falla ventilatoria, por lo que requiere traslado a UCI para inicio de ventilación mecánica. Valorado por neumología y médico tratante quienes están de acuerdo con traslado. Ya comentado a terapia intensiva por médico hospitalario y aceptado.

Firmado electrónicamente por **DIEGO ANDRES HERNANDEZ DINAS** -- MEDICINA INTERNA
Tarjeta Profesional: 1130619130   Identificación CC 1130619130

### Nota de Egreso
**29 junio 2021  18:21** - *(PISO 5 (TORRE SUR) HOSP)*
paciente de 39 años con historia de dm2, hace 15 dias procedimiento de ureteroscopia por urolitiasis y cateter 2j, ahora con cuadro de 3 dias de evolucion consistente en diaforesis, malestar genera , cefalea, disuria, poliuria y orina turbia. quien el dia de ayer consulta a sura chipichape donde registran ivu y dan egreso con nitrofurantoina, paciente refeire continuidad y exacerbacion de los sintomas
prueba antigeno y pcr para sarscov negativa ( 25/06/2021)
se atiende con epp.
paciente de 39 años de edad, diabetico, con procedimiento urologico hace 15 dias, ahora cursando con ivu refractaria a primera linea de atb formulada extrainstitucional, por lo cual se decide ingresar para toma de praclinicos, manejo sintomatico y atb..
 md interna  paciente con urolitiasis  bilateral, el lado izquierdo requirio extraccion de calculo
el 17 de mayo
con cateter doble j , retirado el 11 de junio

3 dias  con orina turbias, fiebre, dolor flanco   izquierdo

# Clínica Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

*Página 12 de 21*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

desde ayer recibe macrodantina

ap  diabetes  farmaco janumet  hba1c 7.1
alergia niega

ef  paciente  en camilla,
adinamico
mucosas secas
sin irritacion peritoneal

pcr  380
leucos  10 000 neutrofilia  plaquetas  113.000

paciente con sepsis urinaria, manipulaicon  endoscopia  ureteral  hace 1 mes
se deja   carbapenema, se solicita  urotac contrastado para descartar  absceso renal.
se hospitaliza
segun resultado de imagen definir  si requiere intervencion  quirugica,.
   urologia

paciente  conocido  en  el  servicio  por  urolitiasis  izquierda  que  requirio  de  ureterorenoscopia  flexible  con  laser  el  17 de  mayo  y  retiro  de  cateter  doble  el  9 de  junio  en  cirugia  por  ascenso  del  cateter  al  ureter.  ahora  ingresa  por  cuadro  de  3 dias  de  escalofrios,  fiebre,  malestar  general  y  sintomas  urinarios.  consulto  a  urgencias  y  mandaron  nitrofurantoina  pero  no  tuvo  mejoria por lo que consulta.

antecedentes
patologicos: diabetes nellitus
alergicos: neg
qx: ots de radio ciorcunsicion ureterorenoscopia flexible con laser izquierda

paraclinicos
hemograma: leucositosis
pcr 387
creatinina 1.6 - 1.1
acido lactico 2.4

examen fisico
paciente con escalofrios, algico, sin disnea hidratado
mucosas humedas conjuntivas rosadas abdomen blando no doloroso sin irritacion peritoneal. glucometria 248

analisis
paciente  diabetico  con  sepsis  urinaria  en  tto  con  meropenem  con  mejoria  de  la  funcion  renal.  se  solicita  urotac  para descartar falla renal de origen postrenal.
Paciente  de  39 años  de  edad,  quien  se  encuentra  hospitalizado  en  contexto  de  sepsis  de  origen  no  claro  con  sospecha  de foco  urinario  bacteriano  vs  proceso  viral  activo,  con  pruebas  previas  para  SARS-CoV2 negativas  pero  en  quien  por  hallazgos imagenológicos  persiste  duda  diagnóstica.  Atiendo  a  llamado  como  equipo  de  respuesta  rápida  por  SDRA  severo  e  IRA grave,  en  el  momento  con  oxígeno  por  máscara  de  no  reinhalación  a  15 litros/minuto  sin  lograr  metas  de  saturación,  y  alto riesgo  de  falla  ventilatoria,  por  lo  que  requiere  traslado  a  UCI  posiblemente  para  inicio  de  ventilación  mecánica.  Valorado  por neumología  y  médico  tratante  quienes  están  de  acuerdo  con  traslado.  Ya  comentado  a  terapia  intensiva  por  médico hospitalario y aceptado.

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

## Ordenes de Examenes
**28 junio 2021  08:27** - *(PISO 5 (TORRE SUR) HOSP)*

∗ (Hora: 08:30)  902104   DIMERO D AUTOMATIZADO                                                    Ubicación **No Aplica**

∗ (Hora:   08:27)   902210  HEMOGRAMA  IV  (HEMOGLOBINA  HEMATOCRITO  RECUENTO  DE  ERITROCITOS  Ubicación **No Aplica** INDICES  ERITROCITARIOS  LEUCOGRAMA  RECUENTO  DE  PLAQUETAS  INDICES  PLAQUETARIOS  Y MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO

(Hora: 08:30)  903016   FERRITINA                                                                Ubicación **No Aplica**

**Clínica**
# Imbanaco
Grupo ♥ quirónsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

*Página 13 de 21*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| | |
|---|---|
| ✳ (Hora: 08:27)  903110   ACIDO LACTICO [L-LACTATO] SEMIAUTOMATIZADO | Ubicación **No Aplica** |
| ✳ (Hora: 08:30)  903439   TROPONINA T CUANTITATIVA | Ubicación **No Aplica** |
| ✳ (Hora: 08:30)  903828   DESHIDROGENASA LACTICA | Ubicación **No Aplica** |
| ✳ (Hora: 08:28)  903839   GASES ARTERIALES (EN REPOSO O EN EJERCICIO) | Ubicación **No Aplica** |
| ✳ (Hora: 08:28)  903856   NITROGENO UREICO | Ubicación **No Aplica** |
| ✳ (Hora: 08:28)  903859   POTASIO EN SUERO U OTROS FLUIDOS | Ubicación **No Aplica** |
| ✳ (Hora: 08:28)  903864   SODIO EN SUERO U OTROS FLUIDOS | Ubicación **No Aplica** |
| ✳ (Hora: 08:27)  906914   PROTEINA C REACTIVA MANUAL O SEMIAUTOMATIZADO | Ubicación **No Aplica** |
| ✳ (Hora: 08:28)  903895   CREATININA EN SUERO U OTROS FLUIDOS | Ubicación **No Aplica** |
| ✳ (Hora: 08:30)  908856   IDENTIFICACION DE OTRO VIRUS (ESPECIFICA) POR PRUEBAS MOLECULARES | Ubicación **No Aplica** |

  Observaciones   COVID 19---- PRUEBA RAPIDA POR FAVOR
ID NOW

Firmado electrónicamente por **LEONARDO ATEHORTUA ROJAS** -- MEDICINA GENERAL
Tarjeta Profesional: 765176-11   Identificación CC 1130606340

**28 junio 2021  08:29 -** *(PISO 5 (TORRE SUR) HOSP)*

| | |
|---|---|
| ✳ (Hora:  08:29)      871121  RADIOGRAFIA  DE  TORAX  (P.A.  O  A.P.  Y  LATERAL,  DECUBITO  LATERAL, | Ubicación **No Aplica** |

OBLICUAS O LATERAL CON BARIO)
  Observaciones   DESATURACION

| | |
|---|---|
| ✳ (Hora: 08:29)  031096   PORTATILES PARA ESTUDIOS RADIOGRAFICOS SIMPLES | Ubicación **No Aplica** |

  Observaciones   RX DE TORAX

Firmado electrónicamente por **LEONARDO ATEHORTUA ROJAS** -- MEDICINA GENERAL
Tarjeta Profesional: 765176-11   Identificación CC 1130606340

**28 junio 2021  12:54 -** *(PISO 5 (TORRE SUR) HOSP)*

| | |
|---|---|
| ✳ (Hora: 12:54)  903439   TROPONINA T CUANTITATIVA | Ubicación **No Aplica** |

  Observaciones   TOMAR CONTROL EN 5 HORAS

Firmado electrónicamente por **LEONARDO ATEHORTUA ROJAS** -- MEDICINA GENERAL
Tarjeta Profesional: 765176-11   Identificación CC 1130606340

**28 junio 2021  13:09 -** *(PISO 5 (TORRE SUR) HOSP)*

| | |
|---|---|
| ✳ (Hora: 13:09)  879901C  ANGIOTAC ARTERIA PULMONAR | Ubicación **No Aplica** |

  Observaciones   DESCARTAR TEP

Firmado electrónicamente por **LEONARDO ATEHORTUA ROJAS** -- MEDICINA GENERAL
Tarjeta Profesional: 765176-11   Identificación CC 1130606340

**28 junio 2021  17:03 -** *(PISO 5 (TORRE SUR) HOSP)*

| | |
|---|---|
| ✳ (Hora:   17:03)    902210  HEMOGRAMA  IV  (HEMOGLOBINA  HEMATOCRITO  RECUENTO  DE  ERITROCITOS | Ubicación **No Aplica** |

INDICES    ERITROCITARIOS    LEUCOGRAMA    RECUENTO    DE    PLAQUETAS    INDICES    PLAQUETARIOS    Y
MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO
  Observaciones   TOMAR 29/JUNIO/2021

Firmado electrónicamente por **SAMUEL ALBERTO CARDENAS LOPEZ** -- MEDICINA INTERNA
Tarjeta Profesional: 522236   Identificación CC 16986741

**29 junio 2021  09:38 -** *(PISO 5 (TORRE SUR) HOSP)*

| | |
|---|---|
| ✳ (Hora: 09:39)  903839   GASES ARTERIALES (EN REPOSO O EN EJERCICIO) | Ubicación **No Aplica** |

  Observaciones   TOMAR AHORA

| | |
|---|---|
| ✳ (Hora: 09:38)  903866   TRANSAMINASA GLUTAMICO-PIRUVICA [ALANINO AMINO TRANSFERASA] | Ubicación **No Aplica** |

# Clínica Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

* (Hora:    09:38)    903867  TRANSAMINASA  GLUTAMICO  OXALACETICA  [ASPARTATO  AMINO  Ubicación **No Aplica**
TRANSFERASA]

* (Hora: 09:39) 906207   DENGUE ANTICUERPOS IG G                                          Ubicación **No Aplica**

* (Hora: 09:38) 906208   DENGUE ANTICUERPOS IG M                                          Ubicación **No Aplica**

Firmado electrónicamente por **DAVID IDROBO MARTINEZ** -- MEDICINA INTERNA
Tarjeta Profesional: RM 102/95   Identificación CC 12986795

**29 junio 2021  09:40** - *(PISO 5 (TORRE SUR) HOSP)*
* (Hora: 09:40) 881202   ECOCARDIOGRAMA TRANSTORACICO                                     Ubicación **No Aplica**
     Observaciones   - SIRS FOCO NO ESTABLECIDO, DISFUNCION PULMONAR HIPOXEMICA
SOBRECARGAR HIDRICA?

Firmado electrónicamente por **DAVID IDROBO MARTINEZ** -- MEDICINA INTERNA
Tarjeta Profesional: RM 102/95   Identificación CC 12986795

**29 junio 2021  12:33** - *(PISO 5 (TORRE SUR) HOSP)*
* (Hora: 12:33) 906841   PROCALCITONINA SEMIAUTOMATIZADO O AUTOMATIZADO                   Ubicación **No Aplica**

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  12:35** - *(PISO 5 (TORRE SUR) HOSP)*
* (Hora:    12:35)    9088321  VIRUS  DE  INMUNODEFICIENCIA  HUMANA  CARGA  VIRAL  (VIH  1 EN  LCR,  RNA  Ubicación **No Aplica**
CARGA VIRAL)

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  13:09** - *(PISO 5 (TORRE SUR) HOSP)*
* (Hora:    13:09)    890466  INTERCONSULTA  POR  ESPECIALISTA  EN  MEDICINA  INTERNA  (MEDICINA  Ubicación **No Aplica**
INTERNA)
     Observaciones   SS29/06

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

## Ordenes de Medicamentos
**27 junio 2021  23:47** - *(PISO 5 (TORRE SUR) HOSP)*
* ORAZOLE 40 mg POLVO LIOFILIZADO VIAL    **Dosificación:**  40 MILIGRAMOS
**Observaciones**: Endovenosa CADA 24 HORAS DURANTE 5 DÍAS

* MERONEM 1 gramo  POLVO LIOFILIZADO VIAL    **Dosificación**: 2 GRAMO
**Observaciones**: Endovenosa CADA 8 HORAS DURANTE 10 DÍAS SUPENDER  CEFTRIAZONA

* LACTATO DE RINGER SOLUCION INYECTABLE BOLSA x 1.000 mL REF:ARB2324    **Dosificación**: 500 MILILITROS
**Observaciones**: Endovenosa CADA 1 HORAS DURANTE 6 HORAS 500cc HORA POR 6 HORAS, LUEGO A 50 cc HORA

* CLEXane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL    **Dosificación**:  40 MILIGRAMOS
**Observaciones**: Subcutanea CADA 1 DÍAS DURANTE 10 DÍAS

* INSULINA CRISTALINA 5 unidades SOLUCION INYECTABLE JP    **Dosificación**:  1 UNIDAD
**Observaciones**: Sonda CADA 1 SEGUN NECESIDAD DURANTE 10 DÍAS SEGUN GLUCOMETRIA

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**28 junio 2021  09:24** - *(PISO 5 (TORRE SUR) HOSP)*
* LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL    **Dosificación**:  15 UNIDADES INTERNACIONALES
**Observaciones**: Subcutanea CADA 24 HORAS DURANTE 5 DÍAS

Firmado electrónicamente por **DAVID IDROBO MARTINEZ** -- MEDICINA INTERNA
Tarjeta Profesional: RM 102/95   Identificación CC 12986795

**28 junio 2021  18:12** - *(PISO 5 (TORRE SUR) HOSP)*
* ACETAMINOFEN 500 mg TABLETA    **Dosificación**:  1 GRAMO
**Observaciones**: Oral CADA 8 HORAS DURANTE 3 DÍAS

**Clínica**
# Imbanaco
Grupo ● quirónsalud

# Historia Clínica de la Atención
## HOSPITALIZACION
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Firmado electrónicamente por **LEONARDO ATEHORTUA ROJAS** -- MEDICINA GENERAL
Tarjeta Profesional: 765176-11   Identificación CC 1130606340

**29 junio 2021  09:02** - *(PISO 5 (TORRE SUR) HOSP)*
✱ SINALGEN 5 mg + 325 mg TABLETA    **Dosificación**: 325 MILIGRAMOS
Observaciones: Oral CADA 12 HORAS DURANTE 5 DÍAS SOLO EN CASO DE  EPISODIO  AGUDO DE CEFALEA

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  09:04** - *(PISO 5 (TORRE SUR) HOSP)*
✱ LACTATO DE RINGER SOLUCION INYECTABLE BOLSA x 1,000 mL REF:ARB2324    **Dosificación**: 250 MILILITROS
Observaciones: Endovenosa CADA 1 INFUSIÓN CONTINUA DURANTE 1 INFUSIÓN CONTINUA PASAR 250 CC    EN    BOLO    Y    A    100 CC  HORA

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  09:40** - *(PISO 5 (TORRE SUR) HOSP)*
✱ FUROSEMIDA 20 mg /2 mL SOLUCION INYECTABLE AMPOLLA x 2 mL    **Dosificación**: 20 MILIGRAMOS
Observaciones: Endovenosa CADA 1 DOSIS ÚNICA DURANTE 1 DÍAS APLICAR UNA DOSIS

Firmado electrónicamente por **DAVID IDROBO MARTINEZ** -- MEDICINA INTERNA
Tarjeta Profesional: RM 102/95   Identificación CC 12986795

## Ordenes Generales
**28 junio 2021  09:22** - *(PISO 5 (TORRE SUR) HOSP)*
Otras Metas INFORMAR RESULADO DE LABORATORIO SOLICITADO

Firmado electrónicamente por **DAVID IDROBO MARTINEZ** -- MEDICINA INTERNA
Tarjeta Profesional: RM 102/95   Identificación CC 12986795

**29 junio 2021  09:04** - *(PISO 5 (TORRE SUR) HOSP)*
Terapia respiratoria DOS  AL  DIA  CON  INCENTIVO

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

**29 junio 2021  09:41** - *(PISO 5 (TORRE SUR) HOSP)*
Otras Metas LEV DE MANTENIMIENTO

Firmado electrónicamente por **DAVID IDROBO MARTINEZ** -- MEDICINA INTERNA
Tarjeta Profesional: RM 102/95   Identificación CC 12986795

**29 junio 2021  13:31** - *(PISO 5 (TORRE SUR) HOSP)*
1. Traslado a: Traslado a UCI

Firmado electrónicamente por **DIEGO ANDRES HERNANDEZ DINAS** -- MEDICINA INTERNA
Tarjeta Profesional: 1130619130   Identificación CC 1130619130

## Procedimientos Fisioterapia
**28 junio 2021  10:18** - *(PISO 5 (TORRE SUR) HOSP)*
Paciente con Acompañante: : No
Fecha y Hora: : 28/06/2021 10:16:26 a. m.
Descripción : NOTA

SE    REALIZA    TOMA    DE    PRUEBA    RAPIDA    PARA    COVID,    SE    UTILIZAN    LOS    EPP    Y    PROTOCOLOS    INSTITUCIONALES,    SE
ROTULA SE EMBALA, SE ENTREGA A JEFE DE TURNO.

Firmado electrónicamente por **STEVEN GIRALDO MEDINA** -- FISIOTERAPEUTA
Identificación CC 1107057914

**29 junio 2021  10:19** - *(PISO 5 (TORRE SUR) HOSP)*
Paciente con Acompañante: : Si
Acompañante: : FAMILIAR
Fecha y Hora: : 29/06/2021 10:16:22 a. m.
Descripción : SOPORTE DE OXIGENO INICIAL: MASCARA DE NOREINHALACION

SOPORTE DE OXIGENO FINAL: MASCARA DE NOREINLACION

DIAGNÓSTICO MÉDICO:
SESPSIS DE ORIGEN URINARIO

ANTECEDENTES:
DM

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

**Clínica Imbanaco** Grupo quironsalud

Atención No.**14343781**

Página 16 de 21
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

SIGNOS VITALES:
FRECUENCIA CARDIACA: 90LPM
FRECUENCIA RESPIRATORIA: 25RPM
SATURACION DE O2: 91%
ESCALA DE BORG:2
ESCALA DE EVA: 0/10
EVALUACION:
INSPECCIÓN: PATRON COSTAL SUPERIOR, SIN SIGNOS DE DIFICULTAD RESPIRATORIA, REQUIRIENDO OXIGENO POR MNR
PARAMETROS VENTILATORIOS
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NA
Nº TRAQUEOSTOMIA:NA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO: NA
OCLUSION DE TQT:NA
PALPACIÓN: EXPANSION SIMETRICA
AUSCULTACIÓN: MURMULLO VESICULAR PRESENTE EN AMBOS CAMPOS PULMONARES
GASES ARTERIALES: PaO2: CO2: HCO3: BE: SvO2: PaO2/FIO2: FIO2: NA
INTERPRETACION GASES: NO TIENE
MEDICAMENTOS TERAPEUTICOS: NO
EXAMENES Y AYUDAS DIAGNOSTICAS: LEUCOS 6,23 HB 10,3 HTO 28,2 PLAQ 104

OBJETIVOS TERAPEUTICOS:
MEJORAR VENTILACION
MEJORAR OXIGENACION
PREVENIR DETERIORO RESPIRATORIO

EVOLUCIÓN:
PACIENTE EN CAMA CON ACOMPAÑANTE, REQUIRIENDO OXIGENO POR MNR A 15LPM, SATRURANDO 91%, REALIZO EJERCICIOS DE VENTILAICON DIRIGIDA, EJERCICIOS DE REEXPANSION COSTAL INFERIOR, EJERCICIOS DE RESPIRACION FRACCIONADA, TOS DIRIIGDA IMPRODUCITVA, PENDIENTE INICIAR EL INCENTIVO QUE LO TRAE LA FAMILIAR.
SE DAN INDICAICONES DE MANTENER BARANDAS ARRIBA Y NIVEL BAJO DE LA CAMA, REALIZAR LOS EJERCICIOS RESPRIATORIOS DURANTE EL DIA.

INSUMOS: NO

AYUDAS TERAPEUTICAS: NO

Firmado electrónicamente por **LUZ MYRIAM TABARES QUINTERO** -- FISIOTERAPEUTA
Identificación CC 31476270

### Notas de Enfermeria

**27 junio 2021  22:00 -** *(PISO 5 (TORRE SUR) HOSP)*
22:00horas Ingresa paciente de 39 años de edad en silla de ruedas en compañía de familiar, mensajero y auxiliar de enfermería, proveniente del servicio de URGENCIAS, paciente despierto consciente, y orientado en sus tres esferas mentales, al examen físico observo paciente con mucosas orales húmedas, inhalando oxigeno a medio ambiente, no signos de dificultad respiratoria, acceso venoso en antebrazo derecho en el momento pasando Novalgina en Ssn 100cc FI:26/06/21 no signos de flebitis, diuresis espontanea, con movilidad conservada en sus cuatro extremidades, sin dificultad para la marcha, paciente que se moviliza por sus propios medios.

Tomo signos vitales
Dejo cerca llamado de enfermería
Se dan recomendaciones acerca de los riesgos de caída a familiar y paciente, se hace firmar respectivo formato...

Se entrega habitación mas control de TV, y se hacen firmar respectivos formatos.

Firmado electrónicamente por **JENYFFER ALEJANDRA LOBATON VILLAMIL** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143950170

**28 junio 2021  06:33 -** *(PISO 5 (TORRE SUR) HOSP)*
05:00am Tomo signos vitales.
Paciente que duerme a intervalos largos, le administran su tratamiento farmacológico, no tiene cambios desfavorables hasta el momento.
Entrego paciente en cama con barandas arriba en compañía de familiar, acceso venoso permeable funcional en antebrazo derecho con LEV pasando Ringer a100cchora no signos deflebitis , diuresis espontanea.

Firmado electrónicamente por **JENYFFER ALEJANDRA LOBATON VILLAMIL** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143950170

**Clinica Imbanaco**
Grupo quironsalud

**Historia Clinica de la Atención**
**HOSPITALIZACION**
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Página 17 de 21
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

**28 junio 2021  11:38** - *(PISO 5 (TORRE SUR) HOSP)*

07.00hr recibo paciente en habitación, con las barandas arriba, consiente orientado en tiempo lugar y persona, no presenta alteraciones, refiere eva 0/10, acompañada de su familiar, respirando con soporte de oxígeno por cánula nasal 3l', saturando 85%, TA 83/48mmhg, asintomático, se informa a medico de turno y se coloca soporte con mascara no Re inhalación a 15lx'. Saturando 95%, tolerando la vía oral en buena cantidad, tórax con buena expansión sin dificultad, con catéter venoso corto permeable en msd antebrazo del 26/06 / 2021, maddox 0/5 sin dolor, ni eritema, ni edema, ni cordón palpable.  pasando ringer a 100cc/hr, cubierta con adhesivo trasparente fija y permeable, abdomen blando a la palpación, elimino espontáneo no realiza deposición por el momento, con buena movilidad en miembros inferiores.

08.00 -11.00hr se realiza ronda de recibo y entrega de turno, se controlan signos vitales los cuales están en parámetros normales, se asiste a ducha en baño la cual tolera sin complicación, se realizan medidas de bienestar y confort, se organiza habitación y cambio de tendidos de la cama, se coloca aislamiento por gotas, se brindaron recomendación de medidas preventivas de riesgos de caídas, uso correcto del timbre de enfermería y de los demás protocolos de seguridad del paciente, se observa buena aceptación para cumplimiento.

Firmado electrónicamente por **ROSNAIRA YORELY ARTUNDUAGA MOLINA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107079158

**28 junio 2021  17:05** - *(PISO 5 (TORRE SUR) HOSP)*

Se atiende llamado de enfermería paciente quien recibe antibiótico flebitico meropenem aun sin tiempo definido, paciente canalizado en antebrazo con catéter funcional, paciente muestra resultado de urocultivo tomado extra institucional con germen e coli, sensible al medicamento actual , estaremos atentos a que medicina interna defina tiempo de tratamiento , paciente presenta buenos accesos vasculares periféricos con vena funcional sin signos de flebitis escala de maddox de 0. Estaremos atentos se habla con la jefe de turno.

Firmado electrónicamente por **GRUPO CATETER VENOSO PICC** -- ENFERMERA JEFE I
Identificación CC 67033873

**28 junio 2021  18:38** - *(PISO 5 (TORRE SUR) HOSP)*

13.30hr - 16.00hr se realiza ronda se controlan signos vitales los cuales están en parámetros normales, se realizan medidas de bienestar y confort, nuevamente se refuerza al familiar y paciente, recomendación de medidas preventivas de riesgos de caídas, uso correcto del timbre de enfermería y de los demás protocolos de seguridad del paciente, se observa buena aceptación para cumplimiento, grupo de catéter seguro no pasa dispositivos periférico por el momento.

19.00hr entrego paciente en igual condiciones consiente orientado en tiempo lugar y persona, no presenta alteraciones, refiere eva 0/10, acompañada de su familiar, respirando con soporte de oxígeno MNR a 10lx', saturando 96%, sin via oral para cumplir ayuno para toma de angiotac, tórax con buena expansión sin dificultad, con catéter venoso corto permeable en msd antebrazo pasando ringer a 100cc/hr, cubierta con adhesivo trasparente fija y permeable, abdomen blando a la palpación, elimino espontáneo no realiza deposición por el momento, con buena movilidad en miembros inferiores

Firmado electrónicamente por **ROSNAIRA YORELY ARTUNDUAGA MOLINA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107079158

**28 junio 2021  23:23** - *(PISO 5 (TORRE SUR) HOSP)*

19:00horas Recibo paciente de 39 años de edad en cama con barandas arriba en compañía de familiar, paciente despierto consciente, y orientado en sus tres esferas mentales, al examen físico observa paciente con mucosas orales húmedas, inhalando oxigeno por mascara de no re inhalación a 10L, no signos de dificultad respiratoria, acceso venoso en antebrazo derecho con LEV pasando Ringer a 100cchora FI:26/06/21 no signos de flebitis, diuresis espontanea, con movilidad conservada en sus cuatro extremidades, sin dificultad para la marcha, paciente que se moviliza por sus propios medios.

Paciente que es trasladado a toma de Angiotac de arteria pulmonar, lo trasladan en silla de ruedas con soporte de oxigeno por mascara de no reinhalacion, en compañía de familiar y mensajero.
Retorna a habitación.
Tomo signos vitales
Dejo cerca llamado de enfermería
Se dan recomendaciones acerca de los riesgos de caída y riesgos de flebitis a familiar y paciente...

Firmado electrónicamente por **JENYFFER ALEJANDRA LOBATON VILLAMIL** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143950170

**29 junio 2021  06:37** - *(PISO 5 (TORRE SUR) HOSP)*

05:00am Tomo signos vitales.
Paciente que duerme a intervalos largos, le administran su tratamiento farmacológico, no tiene cambios desfavorables hasta el momento, queda con soporte de oxigeno por mascara de no reinhalacion a 10L SAT: 86%
Entrego paciente en cama con barandas arriba en compañía de familiar, acceso venoso permeable funcional en antebrazo derecho con LEV pasando Ringer a100cchora no signos de flebitis , diuresis espontanea.

Firmado electrónicamente por **JENYFFER ALEJANDRA LOBATON VILLAMIL** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143950170

**29 junio 2021  13:00** - *(PISO 5 (TORRE SUR) HOSP)*

07.00hr recibo paciente en habitación, con las barandas arriba, consciente orientado en tiempo lugar y persona, refiere eva

**Historia Clínica de la Atención**

**Clínica Imbanaco**
Grupo quirónsalud

**HOSPITALIZACION**

Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Página 18 de 21
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

0/10, acompañada de su familiar, respirando con soporte de oxígeno por MNR 15%, saturando 96%, tórax con buena expansión sin dificultad, con catéter venoso corto permeable en msd antebrazo del 26/06 / 2021, Maddux 0/5 sin dolor, ni eritema, ni edema, ni cordón palpable.  pasando ringer a 100cc/hr, cubierta con adhesivo trasparente fija y permeable, abdomen blando a la palpación, elimino espontáneo no realiza deposición por el momento, con buena movilidad en miembros inferiores.

08.00 -11.00hr se realiza ronda de recibo y entrega de turno, se controlan signos vitales los cuales están en parámetros normales, pero los paraclínicos no mejoran, el paciente se observa asintomático, dependiente de soporte de oxigeno por MNR a 15lx'.  se realizan medidas de bienestar y confort, se organiza habitación y cambio de tendidos de la cama, se brindaron recomendación de medidas preventivas de riesgos de caídas, uso correcto del timbre de enfermería y de los demás protocolos de seguridad del paciente, se observa buena aceptación para cumplimiento.

13.00hr ENTREGO PACIENTE CON ORDEN DE PASAR A UCI , PENDIENTE TRASLADO

13hrs recibo paciente en habitación 526, con las barandas arriba, consciente orientado en tiempo lugar y persona, refiere eva 0/10, acompañada de su familiar, respirando con soporte de oxígeno por MNR  a 15lts, con dificultad respiratoria marcada, en el momento en posición prono, con catéter venoso corto permeable en msd antebrazo del 26/06 / 2021, Maddux  0/5 sin dolor, ni eritema, ni edema, ni cordón palpable. pasando ringer a 100cc/hr, cubierta con adhesivo trasparente fija y permeable, abdomen blando a la palpación, movilizándose por sus propios medios en cama y habitación.

14hrs se toman SV encontrándose TA 119/78-  FC105 T  36.8 SAT  90%  , se brinda educación a paciente y familiar respecto a la importancia en el seguimiento a los protocolos de riesgos de caidas y UPP, entienden y aceptan.

Firmado electrónicamente por **FABIAN ALEXANDER VARGAS VILLAMARIN** -- AUXILIAR DE ENFERMERIA
Identificación CC 94539187

**29 junio 2021  14:57** - *(PISO 5 (TORRE SUR) HOSP)*

se toman SV nuevamente al referir sensación de malestar observando variación hemodinámica súbita: FC  115 - FR  34 SAT 87%- TA  137/78-  T°  38.2°C- se informa a jefe y medico de turno, se inicia monitoria no invasiva, se administra paracetamol 1grs IV.

Firmado electrónicamente por **FABIAN ALEXANDER VARGAS VILLAMARIN** -- AUXILIAR DE ENFERMERIA
Identificación CC 94539187

**29 junio 2021  15:45** - *(PISO 5 (TORRE SUR) HOSP)*

paciente que por estado clínico es comentado a UCI, se le asigna cama y se realiza tramite de traslado.
- se coloca bata, se diligencia formato de traslado y traslada en cama, en compañía de jefe y medico de turno.

Firmado electrónicamente por **FABIAN ALEXANDER VARGAS VILLAMARIN** -- AUXILIAR DE ENFERMERIA
Identificación CC 94539187

### *Control de Medicamentos*

**27 junio 2021  22:54** - *(PISO 5 (TORRE SUR) HOSP)*

| | | | |
|---|---|---|---|
| ✻ | 27 Jun 2021 22:54 | CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 25 mL    REF:ARB1300 1 UNIDAD Via Endovenosa | |

Firmado electrónicamente por **DIANA MARCELA SANCHEZ CANO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130604337

**28 junio 2021  01:38** - *(PISO 5 (TORRE SUR) HOSP)*

| | | |
|---|---|---|
| ✻ | 28 Jun 2021 01:38 | CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 25 mL    REF:ARB1300 1 UNIDAD Via Endovenosa |
| ✻ | 28 Jun 2021 01:38 | CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 100mL    REF:ARB1302 1 UNIDAD Via Endovenosa |
| ✻ | 28 Jun 2021 01:38 | MERONEM 1 gramo POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa |
| ✻ | 28 Jun 2021 01:39 | EQUIPO PARA ADMINISTRACION DEL LIQUIDOS ENDOVENOSOS INFUSOMAT REF  8700110SP           1 UNIDAD Via Endovenosa |

Firmado electrónicamente por **DIANA MARCELA SANCHEZ CANO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130604337

**28 junio 2021  06:01** - *(PISO 5 (TORRE SUR) HOSP)*

| | | |
|---|---|---|
| ✻ | 28 Jun 2021 06:00 | ORAZOLE 40 mg POLVO LIOFILIZADO VIAL  40 MILIGRAMOS Via Endovenosa |
| ✻ | 28 Jun 2021 06:01 | CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 25 mL    REF:ARB1300 1 UNIDAD Via Endovenosa |
| ✻ | 28 Jun 2021 06:01 | CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 50 mL    REF:ARB1301 1 UNIDAD Via Endovenosa |

# Clínica Imbanaco
**Grupo** **quironsalud**

## Historia Clínica de la Atención
**HOSPITALIZACION**
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Página 19 de 21
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Firmado electrónicamente por **DIANA MARCELA SANCHEZ CANO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130604337

**28 junio 2021  06:49 -** *(PISO 5 (TORRE SUR) HOSP)*

\*   28 Jun 2021 06:49        INSULINA CRISTALINA 5 unidades SOLUCION INYECTABLE JP   5 UNIDAD Via Subcutanea

Firmado electrónicamente por **DIANA MARCELA SANCHEZ CANO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130604337

**28 junio 2021  13:11 -** *(PISO 5 (TORRE SUR) HOSP)*

\*   28 Jun 2021 10:00        MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

\*   28 Jun 2021 10:00        CLEXane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL  40 MILIGRAMOS Via Endovenosa

\*   28 Jun 2021 10:00        CLORURO    DE    SODIO    0,9%    SOLUCION    INYECTABLE    BOLSA    x    25 mL        REF:ARB1300   1 UNIDAD        Via Endovenosa

\*   28 Jun 2021 10:00        CLORURO    DE    SODIO    0,9%        SOLUCION    INYECTABLE    BOLSA    x    100mL        REF:ARB1302   1 UNIDAD        Via Endovenosa

Firmado electrónicamente por **SARA CAROLINA SIERRA SAAVEDRA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1144203732

**28 junio 2021  18:12 -** *(PISO 5 (TORRE SUR) HOSP)*

\*   28 Jun 2021 18:11        MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

\*   28 Jun 2021 18:12        CLORURO    DE    SODIO    0,9%    SOLUCION    INYECTABLE    BOLSA    x    25 mL        REF:ARB1300   1 UNIDAD        Via Endovenosa

\*   28 Jun 2021 18:12        CLORURO    DE    SODIO    0,9%        SOLUCION    INYECTABLE    BOLSA    x    100mL        REF:ARB1302   1 UNIDAD        Via Endovenosa

Firmado electrónicamente por **SARA CAROLINA SIERRA SAAVEDRA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1144203732

**28 junio 2021  21:45 -** *(PISO 5 (TORRE SUR) HOSP)*

\*   28 Jun 2021 21:04        ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Oral

\*   28 Jun 2021 21:46        LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL  15 UNIDAD Via Subcutanea

Firmado electrónicamente por **LINA MARCELA BETANCOURTH HURTADO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143971822

**29 junio 2021  03:47 -** *(PISO 5 (TORRE SUR) HOSP)*

\*   29 Jun 2021 02:00        MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

\*   29 Jun 2021 02:00        CLORURO    DE    SODIO    0,9%        SOLUCION    INYECTABLE    BOLSA    x    100mL        REF:ARB1302   1 UNIDAD        Via Endovenosa

\*   29 Jun 2021 02:00        CLORURO    DE    SODIO    0,9%        SOLUCION    INYECTABLE    BOLSA    x    25 mL        REF:ARB1300   1 UNIDAD        Via Endovenosa

Firmado electrónicamente por **LINA MARCELA BETANCOURTH HURTADO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143971822

**29 junio 2021  05:03 -** *(PISO 5 (TORRE SUR) HOSP)*

\*   29 Jun 2021 05:03        ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Oral

\*   29 Jun 2021 05:03        ORAZOLE 40 mg POLVO LIOFILIZADO VIAL  40 MILIGRAMOS Via Endovenosa

\*   29 Jun 2021 05:03        CLORURO    DE    SODIO    0,9%    SOLUCION    INYECTABLE    BOLSA    x    25 mL        REF:ARB1300   1 UNIDAD        Via Endovenosa

\*   29 Jun 2021 05:04        CLORURO    DE    SODIO    0,9%        SOLUCION    INYECTABLE    BOLSA    x    50 mL        REF:ARB1301   1 UNIDAD        Via Endovenosa

Firmado electrónicamente por **LINA MARCELA BETANCOURTH HURTADO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143971822

**29 junio 2021  08:44 -** *(PISO 5 (TORRE SUR) HOSP)*
**Observaciones:** CON EL DESAYUNO

\*   29 Jun 2021 08:00        humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL   3 UNIDAD Via Subcutanea

Firmado electrónicamente por **MARIA PILAR ZUÑIGA TORO** -- AUXILIAR DE ENFERMERIA
Identificación CC 29113426

**29 junio 2021  09:08 -** *(PISO 5 (TORRE SUR) HOSP)*

# Clínica Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| | | |
|---|---|---|
| * | 29 Jun 2021 09:08 | SINALGEN 5 mg + 325 mg TABLETA  1 UNIDAD Via Oral |

Firmado electrónicamente por **MARIA PILAR ZUÑIGA TORO** -- AUXILIAR DE ENFERMERIA
Identificación CC 29113426

**29 junio 2021 11:29 -** *(PISO 5 (TORRE SUR) HOSP)*

| | | |
|---|---|---|
| * | 29 Jun 2021 11:00 | MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa |
| * | 29 Jun 2021 11:00 | CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   25 mL       REF:ARB1300  1 UNIDAD   Via Endovenosa |
| * | 29 Jun 2021 11:00 | CLORURO   DE   SODIO   0,9%       SOLUCION   INYECTABLE   BOLSA   x   100mL     REF:ARB1302  1 UNIDAD   Via Endovenosa |
| * | 29 Jun 2021 11:00 | CLEXane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL  40 MILIGRAMOS Via Subcutanea |

Firmado electrónicamente por **MARIA PILAR ZUÑIGA TORO** -- AUXILIAR DE ENFERMERIA
Identificación CC 29113426

**29 junio 2021 15:16 -** *(PISO 5 (TORRE SUR) HOSP)*

| | | |
|---|---|---|
| * | 29 Jun 2021 15:00 | PARACetamol 1 gramo / 100 mL SOLUCIÓN INYECTABLE FRASCO x 100 mL   1 GRAMO Via Endovenosa |
| * | 29 Jun 2021 15:00 | CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   25 mL       REF:ARB1300  1 UNIDAD   Via Endovenosa |

Firmado electrónicamente por **MARIA PILAR ZUÑIGA TORO** -- AUXILIAR DE ENFERMERIA
Identificación CC 29113426

### Glucometria
**28 junio 2021 06:30 -** *(PISO 5 (TORRE SUR) HOSP)*
Fecha Fecha: 28/06/2021 06:30
Resultados Resultados: 308 mg/dL
Valores de Referencia:70-110

Firmado electrónicamente por **DIANA MARCELA SANCHEZ CANO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130604337

**28 junio 2021 12:04 -** *(PISO 5 (TORRE SUR) HOSP)*
Fecha Fecha: 28/06/2021 12:04
Resultados Resultados: 321 mg/dL
Valores de Referencia:70-110

Firmado electrónicamente por **WEIMAR GEOVANY CRIOLLO CRIOLLO** -- AUXILIAR DE ENFERMERIA
Identificación CC 76150139

**28 junio 2021 17:57 -** *(PISO 5 (TORRE SUR) HOSP)*
Fecha Fecha: 28/06/2021 17:57
Resultados Resultados: 249 mg/dL
Valores de Referencia:70-110

Firmado electrónicamente por **WEIMAR GEOVANY CRIOLLO CRIOLLO** -- AUXILIAR DE ENFERMERIA
Identificación CC 76150139

**29 junio 2021 05:06 -** *(PISO 5 (TORRE SUR) HOSP)*
Fecha Fecha: 29/06/2021 05:06
Resultados Resultados: 184 mg/dL
Valores de Referencia:70-110

Firmado electrónicamente por **LINA MARCELA BETANCOURTH HURTADO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143971822

**29 junio 2021 11:57 -** *(PISO 5 (TORRE SUR) HOSP)*
Fecha Fecha: 29/06/2021 11:57
Resultados Resultados: 236 mg/dL
Valores de Referencia:70-110

Firmado electrónicamente por **MARIA PILAR ZUÑIGA TORO** -- AUXILIAR DE ENFERMERIA
Identificación CC 29113426

| Diagnósticos de Egreso | Localización | Tipo DX |
|---|---|---|
| -- (J120) NEUMONIA DEBIDA A ADENOVIRUS | | Impresion Diagnóstica |

Firmado electrónicamente por **EDUARD FRANCISCO MENCO PUERTA** -- MEDICINA GENERAL
Tarjeta Profesional: 01321-2000   Identificación CC 92225790

### Salida Urgencias
| | | |
|---|---|---|
| Estado vital al salir **Vivo** | Estado al salir | Destino al salir **UCI** |
| Fecha y hora de salida **29 jun. 2021  18:21** | Remitido a | |



**Clínica**
**Imbanaco**
Grupo quirónsalud

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

*Página 21 de 21*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

Medio de trasporte

Firmado Electrónicamente por  **CALDERON OSORIO CARLOS ALBERTO**

Identificación **CC 16788609**
Especialidad **MEDICINA INTERNA**
Tarjeta Profesional  **1998**

# Clínica Imbanaco
Grupo quironsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 1 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

## Identificación del Paciente

| | |
|---|---|
| Paciente **RIOS SILVA JUAN GABRIEL** | Doc. de identificación |
| Fecha de Nacimiento | Edad **39 Años 5 Meses 20 Días**   Sexo **Masculino**   Grupo Sanguíneo |
| Estado Civil **Unión libre**   Ocupación | |
| Teléfono   Celular | |
| Dirección | |
| Responsable **LINA MARIA GONZALEZ BECERRA** | |

## Llegada del Paciente

### Ingreso al Servicio
Fecha y hora de Ingreso **29-jun.-2021  15:39**          Fecha y hora de Atención **29-jun.-2021  15:40**

El paciente se moviliza por sus propios medios? **No**          Medio de trasporte

Estado de llegada **Alerta**          Procedencia **Hospitalización**

Llegó remitido de

### Causa de Consulta y Anamnesis
Causa del evento: **TRASLADO DESDE**
Fecha de ocurrencia: **29/06/2021 17:46** Tiempo de evolución: **1 Días** Tipo de evento: **Enfermedad General**
Tipo consulta PyP:    Sito de ocurrencia: **UCI - CLINICA IMBANACO**

### Enfermedad Actual - (Anamnesis)
PACIENTE DM2, HACE 15 DIAS PROCEDIMIENTO DE URETEROSCOPIA POR UROLITIASIS Y CATETER 2J, AHORA CON CUADRO DE 3 DIAS DE EVOLUCION CONSISTENTE EN DIAFORESIS, MALESTAR GENERA , CEFALEA,     DISURIA, POLIURIA Y ORINA TURBIA. PRUEBA ANTIGENO Y PCR PARA SARSCOV NEGATIVA ( 25/06/2021) - SURA CHIPICHAPE.
HOSPITALIZACION CON SOSEPCHA DE INFECCION DE VIAS URINARIAS;     MANEJO ATB - CEFTRIAXONE. DETERIORO RESPIRATORIO + DISNEA EN LAS ULTIMAS 24 HORAS - NO MEJORIA CON MASCARA DE NO REINHALACION - SATURACION DE 84- 85%
REPORTE DE ANGIOTAC - NEGATIVO PARA TEP / CONSOLIDACION BASAL BILATERAL + DERRAME PLEURAL DE PREDOMINIO DERECHO
SE CONSIDERA NECESIDAD DE IOT + VM / PASO DE CATETER VENOSO CENTRAL.
SE ORDENA SET DE CULTIVOS - ESQUEMA DE ATB - MEROPENÉM´+ LINEZOLID.
*********** REPORTE DE PRUEBA PCR - CLINICA IMBANACO 27.06.2021: NEGATIVO

## Atención Clínica

### Antecedentes Personales

| | |
|---|---|
| Patológicos | - .(Reg: 13 Ene 2021 10:18:) |
| Patológicos | Otros - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | Diabetes - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | - DIABETES.(Reg: 21 Jul 2012 14:59:) |
| Patológicos | No Menciona Ningún Antecedente de Importancia para la Atención - (Reg: 17 May 2021 12:32:) |
| Patológicos | - DM2(Reg: 26 Jun 2021 22:09:) |
| Quirúrgicos | - REDUCCION ABIERTA DE FX RADIO |
| | CIRCUNCISION |
| | URETEROSCOPIA |
| | CATETER 2J(Reg: 26 Jun 2021 22:09:) |
| Traumatologicos | - FX RADIO(Reg: 26 Jun 2021 22:09:) |
| Farmacológicos | Reaccion medicamentos actuales - TRAYENTA, BIGUAX.(Reg: 04 Jun 2015 00:00:) |
| Farmacológicos | - JANUMET 50/1000 CADA 12 HORAS(Reg: 26 Jun 2021 22:09:) |
| Otros | - pato. dm no ir en manejo con janumet una al dia. |
| | alérgicos. negativos |
| | tóxicos. negativos |
| | qx. circuncision, fax antebrazo derecho. |
| | familiares. padre dm.(Reg: 10 Feb 2016 11:28:) |
| Otros | - PATOLOGICOS:DIABETES |
| | QUIRURGICOS: SINUSITIS VARICECTOMIA FRACTURA EXPUESTA DE MUÑECA CON INJERTO DE CADERA |
| | MEDICAMENTOS:TRAYENTA ,BIGUAS(Reg: 13 May 2015 14:53:) |
| Otros | Entrega preparacion - (Reg: 04 Jun 2015 00:00:) |



# Historia Clínica de la Atención

## UNIDAD DE CUIDADO INTENSIVO ADULTO

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 2 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| | |
|---|---|
| Otros | Explica procedimientos - (Reg: 04 Jun 2015 00:00:) |
| Otros | Frec card EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | INR - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Talla EC Unid Urol - 1.78(Reg: 04 Jun 2015 00:00:) |
| Otros | Tension EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Antecedentes quirurgicos – RED FX MUÑECA DERECHA, CIRCUNCISION, SAFENECTOMIA BILATERAL.(Reg: 04 Jun 2015 00:00:) |
| Otros | Peso EC Unid Urol - 78 KG(Reg: 04 Jun 2015 00:00:) |
| Otros | Procedimiento que se va a realizar - - BIOPSIA DE PENE SOD (Reg: 04 Jun 2015 00:00:) |
| Otros | PT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | PTT - .(Reg: 04 Jun 2015 00:00:) |

### *Antecedentes Familiares*

| | Mamá | Papá | Hno(a) | Abuelo(a) | Conyugue | Hijo(a) | Otros |
|---|---|---|---|---|---|---|---|
| Otros | – NO | | | | | | |

### *Signos vitales*

| Fecha | P. A. | PAM | P. Pulm. | PPM | PVC | Temp °C | F.Card. | F. Resp | Sat O2 | FIO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 29/jun./2021 15:30 | 134/82 | 99 | / | | | 38.3 | 108 | 20 | 85 | 70 |
| 29/jun./2021 16:00 | 117/79 | 89 | / | | | 38.2 | 101 | 32 | 88 | 70 |
| 29/jun./2021 17:00 | 177/83 | 111 | / | | | 38 | 110 | 20 | 99 | 70 |
| 29/jun./2021 17:46 | 123/72 | | / | | | 37 | 98 | 36 | 84 | |
| 29/jun./2021 18:00 | 103/64 | 77 | / | | | 37.2 | 99 | 20 | 98 | 60 |
| 29/jun./2021 20:00 | 106/57 | 73 | / | | | 37.2 | 80 | 20 | 100 | 40 |
| 29/jun./2021 21:00 | 126/70 | 87 | / | | | 37.3 | 84 | 19 | 94 | 40 |
| 29/jun./2021 22:00 | 96/52 | 65 | / | | | 37.2 | 78 | 20 | 99 | 40 |
| 29/jun./2021 23:00 | 95/73 | 66 | / | | | 37.1 | 78 | 20 | 100 | 40 |
| 30/jun./2021 00:00 | 96/53 | 67 | / | | | 36.4 | 77 | 20 | 100 | 40 |
| 30/jun./2021 01:00 | 102/55 | 69 | / | | | 36.4 | 77 | 20 | 100 | 35 |
| 30/jun./2021 02:00 | 97/54 | 67 | / | | | 36.8 | 73 | 20 | 100 | 35 |
| 30/jun./2021 03:00 | 118/66 | 82 | / | | | 36.9 | 75 | 20 | 100 | 35 |
| 30/jun./2021 04:00 | 98/55 | 69 | / | | | 36.9 | 71 | 20 | 100 | 35 |
| 30/jun./2021 05:00 | 105/69 | 73 | / | | | 36.9 | 72 | 20 | 98 | 35 |
| 30/jun./2021 06:00 | 118/66 | 82 | / | | | 36.9 | 75 | 20 | 100 | 35 |
| 30/jun./2021 08:00 | 114/62 | 79 | / | | | 36.9 | 72 | 20 | 97 | 30 |
| 30/jun./2021 09:00 | 106/58 | 74 | / | | | 36.9 | 75 | 20 | 95 | 30 |
| 30/jun./2021 10:00 | 108/64 | 79 | / | | | 37 | 76 | 16 | 94 | 30 |
| 30/jun./2021 11:00 | 142/66 | 91 | / | | | 37 | 70 | 20 | 95 | 30 |
| 30/jun./2021 12:00 | 136/67 | 90 | / | | | 37.4 | 113 | 30 | 92 | 30 |
| 30/jun./2021 13:00 | 118/66 | 83 | / | | | 37.5 | 78 | 16 | 95 | 30 |
| 30/jun./2021 14:00 | 129/72 | 91 | / | | | 37.5 | 76 | 19 | 95 | 30 |
| 30/jun./2021 15:00 | 132/74 | 93 | / | | | 37.3 | 75 | 19 | 95 | 30 |
| 30/jun./2021 16:00 | 129/68 | 88 | / | | | 37.5 | 77 | 20 | 96 | 30 |
| 30/jun./2021 17:00 | 116/76 | 89 | / | | | 37.2 | 75 | 20 | 96 | 30 |
| 30/jun./2021 18:00 | 136/70 | 92 | / | | | 37.5 | 72 | 20 | 97 | 30 |
| 30/jun./2021 20:00 | 154/40 | 78 | / | | | 37.2 | 77 | 20 | 99 | 30 |
| 30/jun./2021 21:00 | 163/83 | 110 | / | | | 38.4 | 84 | 20 | 99 | 30 |
| 30/jun./2021 22:00 | 143/67 | 92 | / | | | 38.6 | 88 | 21 | 98 | 30 |
| 30/jun./2021 23:00 | 127/67 | 87 | / | | | 38.9 | 84 | 20 | 96 | 30 |
| 01/jul./2021 00:00 | 159/84 | 109 | / | | | 37.9 | 75 | 18 | 97 | 30 |
| 01/jul./2021 01:00 | 164/87 | 113 | / | | | 37.9 | 70 | 20 | 97 | 30 |
| 01/jul./2021 02:00 | 109/58 | 75 | / | | | 37.6 | 66 | 16 | 97 | 30 |
| 01/jul./2021 03:00 | 110/59 | 76 | / | | | 37.4 | 64 | 16 | 96 | 30 |
| 01/jul./2021 04:00 | 127/69 | 88 | / | | | 36.4 | 66 | 16 | 96 | 30 |
| 01/jul./2021 05:00 | 137/69 | 92 | / | | | 35.4 | 67 | 17 | 97 | 30 |
| 01/jul./2021 06:00 | 109/57 | 74 | / | | | 36.2 | 66 | 8 | 97 | 35 |
| 01/jul./2021 07:00 | 115/83 | 94 | / | | | 36.4 | 65 | 18 | 97 | 35 |
| 01/jul./2021 08:00 | 124/66 | 84 | / | | | 37.2 | 68 | 19 | 97 | 35 |
| 01/jul./2021 09:00 | 134/70 | 91 | / | | | 37 | 78 | 20 | 100 | 35 |
| 01/jul./2021 10:00 | 128/67 | 87 | / | | | 37 | 76 | 22 | 96 | 35 |
| 01/jul./2021 11:00 | 147/78 | 100 | / | | | 37.4 | 79 | 21 | 96 | 35 |

# Clínica Imbanaco
Grupo quirónsalud

**Historia Clínica de la Atención**
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 3 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| Fecha/Hora | | TA | FC | | | | T | FR | | SpO2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/jul./2021 12:00 | 146/74 | 98 | / | | | | 37.3 | 76 | 24 | 98 | 35 |
| 01/jul./2021 12:57 | 152/79 | 103 | / | | | | 37 | 92 | 30 | 93 | 32 |
| 01/jul./2021 14:00 | 156/75 | 102 | / | | | | 37.3 | 77 | 29 | 96 | 32 |
| 01/jul./2021 14:00 | | 102 | / | | | | 37.3 | 77 | 29 | 96 | 32 |
| 01/jul./2021 15:00 | 155/74 | 101 | / | | | | 37.2 | 76 | 30 | 94 | 32 |
| 01/jul./2021 16:00 | 152/74 | 100 | / | | | | 37.1 | 74 | 29 | 94 | 32 |
| 01/jul./2021 17:00 | 150/73 | 99 | / | | | | 37.2 | 73 | 30 | 96 | 32 |
| 01/jul./2021 18:00 | 154/74 | 101 | / | | | | 36.7 | 70 | 20 | 96 | 32 |
| 01/jul./2021 19:00 | 155/74 | 101 | / | | | | 36.6 | 73 | 20 | 96 | 32 |
| 01/jul./2021 20:00 | 159/70 | 100 | / | | | | 36.1 | 74 | 21 | 95 | 32 |
| 01/jul./2021 21:00 | 148/81 | 103 | / | | | | 36.1 | 76 | 26 | 96 | 32 |
| 01/jul./2021 22:00 | 140/66 | 91 | / | | | | 36.1 | 78 | 24 | 94 | 32 |
| 01/jul./2021 23:00 | 134/65 | 88 | / | | | | 36.3 | 74 | 29 | 95 | 32 |
| 02/jul./2021 00:00 | 133/63 | 86 | / | | | | 36.4 | 73 | 26 | 95 | 32 |
| 02/jul./2021 01:00 | 149/70 | 96 | / | | | | 36.6 | 76 | 31 | 90 | 32 |
| 02/jul./2021 02:00 | 138/66 | 90 | / | | | | 36.6 | 73 | 30 | 91 | 32 |
| 02/jul./2021 03:00 | 131/64 | 86 | / | | | | 36.6 | 74 | 13 | 93 | 32 |
| 02/jul./2021 04:00 | 130/67 | 88 | / | | | | 36.7 | 82 | 24 | 96 | 32 |
| 02/jul./2021 05:00 | 141/70 | 94 | / | | | | 36.7 | 75 | 21 | 96 | 32 |
| 02/jul./2021 06:00 | 124/59 | 81 | / | | | | 37.2 | 75 | 27 | 92 | 32 |
| 02/jul./2021 07:00 | 136/64 | 88 | / | | | | 37.2 | 69 | 21 | 92 | 32 |
| 02/jul./2021 08:00 | 133/63 | 86 | / | | | | 36.2 | 69 | 24 | 94 | 32 |
| 02/jul./2021 09:00 | 134/64 | 88 | / | | | | 36.2 | 69 | 26 | 92 | 32 |
| 02/jul./2021 10:00 | 142/72 | 95 | / | | | | 36.1 | 63 | 16 | 96 | 32 |
| 02/jul./2021 11:00 | 149/75 | 100 | / | | | | 36 | 77 | 23 | 96 | 32 |
| 02/jul./2021 12:00 | 143/77 | 100 | / | | | | 36 | 77 | 21 | 96 | 32 |
| 02/jul./2021 12:00 | | 100 | / | | | | 36 | 77 | 21 | 96 | 32 |
| 02/jul./2021 13:00 | 150/79 | 103 | / | | | | 36.4 | 74 | 22 | 97 | 32 |
| 02/jul./2021 14:00 | 145/77 | 99 | / | | | | 36.4 | 80 | 27 | 97 | 32 |
| 02/jul./2021 20:00 | 148/77 | 101 | / | | | | 36.4 | 71 | 26 | 95 | 21 |
| 02/jul./2021 21:00 | 143/77 | 99 | / | | | | 36.2 | 65 | 19 | 94 | 21 |
| 02/jul./2021 22:00 | 150/70 | 104 | / | | | | 36.3 | 70 | 24 | 95 | 21 |
| 02/jul./2021 23:00 | 149/75 | 100 | / | | | | 36 | 71 | 23 | 96 | 21 |
| 03/jul./2021 00:00 | 128/71 | 92 | / | | | | 36.1 | 62 | 21 | 97 | 21 |
| 03/jul./2021 01:00 | 130/72 | 91 | / | | | | 36.3 | 62 | 25 | 95 | 21 |
| 03/jul./2021 02:00 | 129/70 | 90 | / | | | | 36.2 | 60 | 23 | 96 | 21 |
| 03/jul./2021 03:00 | 137/68 | 91 | / | | | | 36.5 | 60 | 18 | 95 | 21 |
| 03/jul./2021 04:00 | 133/73 | 93 | / | | | | 36.4 | 66 | 21 | 97 | 21 |
| 03/jul./2021 05:00 | 138/77 | 97 | / | | | | 36.7 | 61 | 17 | 95 | 21 |
| 03/jul./2021 06:00 | 149/80 | 103 | / | | | | 36.5 | 65 | 19 | 93 | 21 |
| 03/jul./2021 07:00 | 137/73 | 94 | / | | | | 36.3 | 69 | 19 | 94 | 21 |
| 03/jul./2021 08:00 | 156/61 | 93 | / | | | | 36 | 70 | 19 | 96 | 32 |
| 03/jul./2021 09:00 | 160/80 | 107 | / | | | | 36 | 74 | 21 | 95 | 32 |
| 03/jul./2021 10:00 | 145/75 | 98 | / | | | | 36.2 | 74 | 26 | 95 | 32 |
| 03/jul./2021 12:00 | 138/70 | 93 | / | | | | 36.4 | 76 | 22 | 97 | 32 |
| 03/jul./2021 14:00 | 128/67 | 87 | / | | | | 36.3 | 77 | 18 | 97 | 32 |
| 03/jul./2021 16:00 | 131/68 | 89 | / | | | | 36.2 | 78 | 13 | 98 | 32 |
| 03/jul./2021 18:00 | 128/71 | 90 | / | | | | 36.4 | 75 | 14 | 97 | 32 |
| 03/jul./2021 20:00 | 146/69 | 95 | / | | | | 36.6 | 72 | 15 | 94 | 24 |
| 03/jul./2021 22:00 | 153/78 | 103 | / | | | | 36.2 | 71 | 23 | 94 | 24 |
| 04/jul./2021 00:00 | 129/73 | 94 | / | | | | 35.8 | 64 | 13 | 95 | 24 |
| 04/jul./2021 02:00 | 126/72 | 92 | / | | | | 36.2 | 64 | 16 | 94 | 24 |
| 04/jul./2021 04:00 | 133/75 | 97 | / | | | | 36 | 59 | 11 | 97 | 24 |
| 04/jul./2021 06:00 | 125/70 | 90 | / | | | | 36.2 | 64 | 16 | 95 | 24 |
| 04/jul./2021 08:00 | 154/82 | 103 | / | | | | 36 | 76 | 18 | 97 | 28 |
| 04/jul./2021 10:00 | 142/71 | 93 | / | | | | 36.4 | 69 | 18 | 97 | 28 |
| 04/jul./2021 12:00 | 140/78 | 99 | / | | | | 36.3 | 73 | 20 | 94 | 28 |

**Revisión por Sistemas**
**29 junio 2021  17:46 -** *(UCIA CUIDADO ADULTO)*
Observaciones. . . . . . . . . . . . . .          **Revisión por sistemas negativo**

# Historia Clínica de la Atención

## UNIDAD DE CUIDADO INTENSIVO ADULTO

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Clínica
**Imbanaco**
Grupo 💟 quirónsalud

Atención No.**14343781**

*Página 4 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| | |
|---|---|
| Firmado electrónicamente por **JUAN SEBASTIAN MARTINEZ COLLAZOS** -- MEDICINA CRITICA Y CUIDADO INTENSIVO | |
| Tarjeta Profesional: 79903577   Identificación CC 79903577 | |

## Examen Físico

**29 junio 2021  17:46** - *(UCIA CUIDADO ADULTO)*

| | |
|---|---|
| Estado General. . . . . . . . . . . | **DISNEA SEVERA** |
| Cabeza. . . . . . . . . . . . . . . . | **NO ALTERACIONES.** |
| Boca y Faringe. . . . . . . . . . . | **MUCOSAS SEMISECAS Y ROSADAS** |
| Cuello. . . . . . . . . . . . . . . . | **NO INGURGITACION YUGULAR** |
| Tórax. . . . . . . . . . . . . . . . | **RUIDOS CARDIACOS RTIMICOS, NO SOPLOS.** |
| | **HIPOVENTILACION BASAL BILATERAL, CON ESCASOS ESTERTORES BASALES** |
| Abdomen. . . . . . . . . . . . . . | **ABDOMEN BLANDO DEPRESIBLE, NO HAY DOLOR A LA PALPACION. PERISTALTISMO LENTO.** |
| Genito - Urinario. . . . . . . . . . | **NO ALTERACIONES** |
| Musculo-esquelético. . . . . . . . | **NO ALTERACIONES** |
| Neurológico. . . . . . . . . . . . | **ORIENTADO EN TIEMPO, LUGAR Y PERSONA** |
| Piel. . . . . . . . . . . . . . . . . | **NO ALTERACIONES.** |
| Analisis. . . . . . . . . . . . . . . | **PACIENTE DM2, HACE 15 DIAS PROCEDIMIENTO DE URETEROSCOPIA POR UROLITIASIS Y CATETER 2J, AHORA CON CUADRO DE 3 DIAS DE EVOLUCION CONSISTENTE EN DIAFORESIS, MALESTAR GENERA , CEFALEA, DISURIA, POLIURIA Y ORINA TURBIA. PRUEBA ANTIGENO Y PCR PARA SARSCOV NEGATIVA ( 25/06/2021) – SURA CHIPICHAPE.** |
| | **HOSPITALIZACION CON SOSEPCHA DE INFECCION DE VIAS URINARIAS;  MANEJO ATB - CEFTRIAXONE. DETERIORO RESPIRATORIO + DISNEA EN LAS ULTIMAS 24 HORAS - NO MEJORIA CON MASCARA DE NO REINHALACION - SATURACION DE 84- 85%** |
| | **REPORTE DE ANGIOTAC – NEGATIVO PARA TEP /  CONSOLIDACION BASAL BILATERAL + DERRAME PLEURAL DE PREDOMINIO DERECHO** |
| | **SE CONSIDERA NECESIDAD DE IOT + VM / PASO DE CATETER VENOSO CENTRAL.** |
| | **SE ORDENA SET DE CULTIVOS – ESQUEMA DE ATB - MEROPÉNEM´+ LINEZOLID.** |
| | **\*\*\*\*\*\*\*\*\*\* REPORTE DE PRUEBA PCR – CLINICA IMBANACO 27.06.2021: NEGATIVO** |
| | **DIAGNOSTICOS:** |
| | **1- SEPSIS DE ORIGEN URINARIO + PULMONAR -** |
| | **\*\*\*\*\*\* REPORTE DE PCR – NEGATIVO  (27.06.2021)** |
| | **2. DM** |
| | **3. RECIENTE UROLITIASIS + CATETER DOBLE J.** |
| Observaciones. . . . . . . . . . . | **Revisión por sistemas negativo** |
| Triage. . . . . . . . . . . . . . . | **3** |

| | |
|---|---|
| Firmado electrónicamente por **JUAN SEBASTIAN MARTINEZ COLLAZOS** -- MEDICINA CRITICA Y CUIDADO INTENSIVO | |
| Tarjeta Profesional: 79903577   Identificación CC 79903577 | |

## Diagnósticos de Ingreso

| | Localización | Tipo DX |
|---|---|---|
| **-- (J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA** | | Impresion Diagnóstica |

| | |
|---|---|
| Firmado electrónicamente por **JUAN SEBASTIAN MARTINEZ COLLAZOS** -- MEDICINA CRITICA Y CUIDADO INTENSIVO | |
| Tarjeta Profesional: 79903577   Identificación CC 79903577 | |

| | | |
|---|---|---|
| **-- (R060) DISNEA** | | Impresion Diagnóstica |

| | |
|---|---|
| Firmado electrónicamente por **ERIKA NATALIA MUÑOZ ALVAREZ** -- MEDICINA GENERAL | |
| Tarjeta Profesional: 197763/08   Identificación CC 29360944 | |

## Notas de Evolución

**29 junio 2021  15:50** - *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No**.**1


Diagnósticos:
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO


Tipo Estancia: UCI
Criterio: Ventilación mecánica invasiva

| | |
|---|---|
| Firmado electrónicamente por **JUAN SEBASTIAN MARTINEZ COLLAZOS** -- MEDICINA CRITICA Y CUIDADO INTENSIVO | |
| Tarjeta Profesional: 79903577   Identificación CC 79903577 | |

**29 junio 2021  20:17** - *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.1

# Historia Clínica de la Atención

**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Clínica
Imbanaco
Grupo quironsalud

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Diagnósticos:
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

CAMA 48
EVOLUCION UCI NOCHE
JUAN GABRIEL RIOS SILVA
EDAD: 39 AÑOS CC: 5690819

DIAGNOSTICOS:
1- SEPSIS DE ORIGEN URINARIO + PULMONAR -
****** REPORTE DE PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXEMICA
2. DM2 X HC
3. RECIENTE UROLITIASIS + CATETER DOBLE J.

CRITERIO UCI
VENTILACION MECANICA INVASIVA
SOPORTE VASOPRESOR

*CULTIVOS: EN PROCESO
*ATB: MEROPENEM + LINEZOLID FI 29/6/21
*PROCALCITONINA 29/6/21: 3.31 POSITIVA*
*REPORTE DE PRUEBA PCR - SARS-COV2 - CLINICA IMBANACO 27.06.2021: NEGATIVO

MONITORIA UCI
PACIENTE EN RASS 0
ALERTABLE AL LLAMADO – SE AUMENTA DOSIS DE SEDACION*
ACOPLADO A VMI – RESTO DE EXPLORACION FISICA SIN CAMBIOS
SV T: 37.2 FC 90 FR 21 TA: 100/49(66)MMHG
GLUCOMETRIA: 258MG/DL
LEV 80CC/H – PROPOFOL 15CC/H – FENTANILO 0.03MCG/KG/MIN
NOREPINEFRINA 0.03MCG/KG/MIN
NO DEPOSICIONES
GU: 1.1CC/KG/H BAL +304 LA 644 LE 340
ACOMULADO +304
VMI VC SAT 100% FR 20 VT 500 FIO2: 50% PEEP 10 PP 26 PM 15 DIST 58 DP 10

PARACLINICOS: 29/6/21
CH LEUC: 5.690 NEU: 65% LINF: 16% PLA: 111.000 HB: 11.1 HCT: 31.1 VCM 81
CL: 99 CREA: 0.71 P: 2.8 BUN: 14.1 K: 3.9 SODIO: 132
LACTATO: 1.30
GASES PH: 7.343 PCO2: 42.6 PO2: 75.6 HCO3: 22.6 SAO2: 95.1 BE -3.0
PAFI 150
HIV 0.14 NO REACTIVO

ANALISIS/PLAN
PACIENTE DM2, HACE 15 DÍAS PROCEDIMIENTO DE URETEROSCOPIA POR UROLITIASIS Y CATETER 2J, AHORA CON CUADRO DE 3 DÍAS DE EVOLUCION CONSISTENTE EN DIAFORESIS, MALESTAR GENERA , CEFALEA, DISURIA, POLIURIA Y ORINA TURBIA. PRUEBA ANTIGENO Y PCR PARA SARSCOV NEGATIVA ( 25/06/2021) - SURA CHIPICHAPE. HOSPITALIZACIÓN CON SOSPECHA DE INFECCION DE VIAS URINARIAS; MANEJO ATB - CEFTRIAXONE. DETERIORO RESPIRATORIO + DISNEA EN LAS ULTIMAS 24 HORAS - NO MEJORÍA CON MASCARA DE NO REINHALACION - SATURACION DE 84- 85% REPORTE DE ANGIOTAC - NEGATIVO PARA TEP / CONSOLIDACION BASAL BILATERAL + DERRAME PLEURAL DE PREDOMINIO DERECHO. CURSA CON FALLA VENTILATORIA HIPOXEMICA, REQUERIMIENTO DE IOT Y CONEXIÓN A VENTILACION MECANICA INVASIVA. GASOMETRIA CONTROL TRASTORNO MODERADO A SEVERO DE LA OXIGENACION EN EQUILIBRIO ACIDOBASICO – BUENA FUNCION RENAL SIN ALTERACION ELECTROLITICA – INDICES DE PERFUSION TISULAR EN METAS – TENDENCIA A LEUCOPENIA CARS? – HEPATOTROPOS Y VIRUS TROPICALES NEGATIVOS. CONTINUA MANEJO ATB EMPIRICO Y REANIMACION GUIADA POR METAS – VIGILANCIA UCI.

**Clínica**
**Imbanaco**
Grupo ✚ quirónsalud

**Historia Clínica de la Atención**
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 6 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: 338.574)

---

Firmado electrónicamente por **RONIE ALVAREZ MALDONADO** -- MEDICINA DE URGENCIAS
Tarjeta Profesional: 1047428232    Identificación CC 1047428232

**30 junio 2021  05:43** - *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.2

Diagnósticos:
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Tipo Estancia: UCI
Criterio: Ventilación mecánica invasiva

Firmado electrónicamente por **RONIE ALVAREZ MALDONADO** -- MEDICINA DE URGENCIAS
Tarjeta Profesional: 1047428232    Identificación CC 1047428232

**30 junio 2021  08:44** - *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.2

Diagnósticos:
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

DIAGNOSTICOS:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. Nefroliatiasis derecha + Litiasis en uréter proximal izquierdo (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4.TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

PROBLEMAS:
REQUERIMIENTO DE VENTILACIÓN MECÁNICA INVASIVA.
HIPONATREMIA
GLUCOMETRÍAS FUERA DE METAS
BALANCE POSITIVO

OBJETIVO
TA 104/57 MMHG  TAM 70 MMHG  FC  75 LPM SO2: 95%
CARDIOVASCULAR:  RUIDOS  CARDIACOS  RÍTMICOS,  SINCRÓNICOS  CON  EL  PULSO,  SIN  SOPLOS,  PULSOS  PERIFÉRICOS
DE ADECUADA AMPLITUD, LLENADO CAPILAR < 3 SEG, SIN REQUERIMIENTO DE VASOPRESOR
RESPIRATORIO:  RUIDOS  RESPIRATORIOS  DE  ADECUADA  INTENSIDAD,  SIN  AGREGADOS,  BAJO  VMI  MODO  AC  POR
VOLUMEN: FR 20, VT 500, PEEP 10I:E 1: 2.3, FIO2: 30%, PPICO 26
ABDOMEN DEPRESIBLE PERITALTISMO PRESENTE, 2 DEPOSICIONES AYER
METABÓLICO GLUCOMETRÍAS 258, 235
HEMATOLÓGICO: SIN SANGRADOS
INFECCIOSO. T° MÁXIMA AYER DE 38.3°C, SIN SIGNOS DE INFECCIÓN EN SITIOS DE PUNCIÓN
EXTREMIDADES: SIN EDEMA
RENAL: LA 2341, LE 980, DIURESIS 0.9 CC/KG/H, BALANCE +1361
NEUROLÓGICO: BAJO SEDACIÓN RASS –4

AYUDAS DIAGNÓSTICAS
30/06/21
HEMOGRAMA: LEUCOS 4.460, NAU 2.710, LS 960, HB 9.1, PLAQ 124.000
GASES ARTERIALES: PH 7.43, PCO2 35.4, PO2 86.3,  HCO3 23.2, SO2 97.1, BE -0.7, DAaO2 5.9
LACTATO 1.65
BUN 18.2, CREA 0.72
NA 133, K 4.2, CL 100, P 3

**Clínica**
**Imbanaco**
Grupo ♥ quirónsalud

**Historia Clínica de la Atención**
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**
Página 7 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

RX DE TÓRAX
Silueta cardíaca de tamaño y morfología usual.
Pedículo vascular no ensanchado.
Opacidades mixtas bilaterales predominantemente derechas que pueden estar en relación con edema pulmonar o neumonía multilobar.
Obliteración de ángulo costofrénico derecho por probable presencia de líquido pleural.
Catéter subclavio derecho con extremo distal en unión cavo atrial.
Tubo endotraqueal localizado a 4 cm de la carina.
Elementos de monitoria externa.

ANÁLISIS:

PACIENTE CON ANTECEDENTE DE DIABETES MELLITUS MAL CONTROLADA, HACE 2 SEMANAS REALIZAN URETEROSCOPIA POR UROLITIASIS Y CATETER 2J. INGRESA CON CONTEXTO DE SÍNTMAS GENERALES Y FIEBRE, SE SOSPECHÓ INICIALMENTE SEPSIS DE ORIGEN URINARIO, UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE, UROCULTIVO DEL 26/06/21 NEGATIVO. EN RADIOGRAFÍA DE TÓRAX EVIDENCIA DE OPACIDADES MIXTAS BILATERALES DE PREDOMINIO DERECHO, ANTE DETERIORO RESPIRATORIO SE INDICÓ ANGIOTAC, SIN EVIDENCIA DE TROMBOS EN GRANDES VASOS, CON OPACIDADES RETICULARES Y TENDENCIA A LA CONSOLIDACIÓN BILATERAL DE PREDOMINIO CENTRAL, CON ALGUNOS MICRONÓDULOS. SE DESCARTÓ COVID, SE SOLCITIA FIBROBRNCOSPITA + LBA PARA ESTUDIOS DE ETIOLGÍA DE FALLA HIPOXÉMICA. EN PACIENTE INMUNOSUPRIMIDO QUE INCLUYA PANEL DE NEUMONÍA Y ESTUDIOS DE TB. PENDIENTES HEMOCULTIVOS DE HOY.

Se dió información al paciente/familia sobre la condición clínica, evolución y plan de manejo

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

---

### Notas de Interconsultas
**30 junio 2021  12:19 -** *(UCIA CUIDADO ADULTO)*
GRUPO DE SOPORTE NUTRICIONAL
39 AÑOS
PACIENTE CON DIAGNOSTICO
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. Nefrolitiasis derecha + Litiasis en uréter proximal izquierdo (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4.TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO
PROBLEMAS:
REQUERIMIENTO DE VENTILACIÓN MECÁNICA INVASIVA.
HIPONATREMIA
GLUCOMETRÍAS FUERA DE METAS
BALANCE POSITIVO
PESO 76 KG
TALLA 176 CM
IMC 24.5 KG/M2
PACIENTE CON DESNUTRICION ASOCIADA A SEPSIS , DIABETES , ALTAS DEMANDAS METABOLICAS, REQUIERE SOPORTE NUTRICIONAL POR SNY  CON FORMULA POLIMERICA  HIPERPROTEICA MODIFICADA EN CARBOHIDRATOS
25     KCAL /KG/DIA
1.5 g/dia de proteína
PLAN
1.    INSTALAR SNY
2.    VIGILAR POSICION SNY
3.    NET POR SNY  GLUCERNA 1.5 20 CC/H  , AUMENTAR  10 CC/H CADA 8H HORAS HASTA 50 CC/H

Firmado electrónicamente por **RAFAEL HUMBERTO ARIAS GOMEZ** -- CIRUGIA LAPAROSCOPICA AVANZADA
Tarjeta Profesional: 6939   Identificación CC 79447574

---

### Notas de Evolución
**30 junio 2021  22:27 -** *(UCIA CUIDADO ADULTO)*

# Clínica
# Imbanaco
Grupo **quirón**salud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 8 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Día de Hospitalización No.2

EVOLUCION UCI NOCHE
JUAN GABRIEL RIOS DE 39 AÑOS

DIAGNOSTICOS DE TRABAJO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

PROBLEMAS:
• REQUERIMIENTO DE VENTILACIÓN MECÁNICA INVASIVA.
• HIPONATREMIA
• GLUCOMETRÍAS FUERA DE METAS
• BALANCE POSITIVO

CARDIOVASCULAR: RUIDOS CARDIACOS RÍTMICOS, SINCRÓNICOS CON EL PULSO, SIN SOPLOS, PULSOS PERIFÉRICOS DE ADECUADA AMPLITUD, LLENADO CAPILAR < 3 SEG, TA: 154/90 TAM: 103 FC: 77 XMIN. SIN REQUERIMIENTO DE VASOPRESOR.
RESPIRATORIO: RUIDOS RESPIRATORIOS DE ADECUADA INTENSIDAD, SIN AGREGADOS, BAJO VMI MODO VC FR 20/20, VT 500 CC, PEEP 10, FIO2: 30%, SAO2: 100%.
ABDOMEN: DEPRESIBLE PERISTALTISMO PRESENTE, NO DEPOSICIONES.
METABÓLICO: GLUCOMETRÍAS: 217-226 MG/DL. CON NET A ESTIMULO.
HEMATOLÓGICO: SIN SANGRADOS
INFECCIOSO. Tº: 37.2ºC, SIN SIGNOS DE INFECCIÓN EN SITIOS DE PUNCIÓN
EXTREMIDADES: SIN EDEMA
RENAL: DIURESIS: 0.8 A 1.0 CC/KG/H, BALANCE +975 CC/12H.
NEUROLÓGICO: BAJO SEDACIÓN RASS -2, CON PROPOFOL Y FENTANYL.

ANÁLISIS/PLAN:
PACIENTE CON ANTECEDENTE DE DIABETES MELLITUS MAL CONTROLADA, HACE 2 SEMANAS REALIZAN URETEROSCOPIA POR UROLITIASIS Y CATETER 2J. INGRESA CON CONTEXTO DE SÍNTOMAS GENERALES Y FIEBRE, SE SOSPECHÓ INICIALMENTE SEPSIS DE ORIGEN URINARIO, UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE, UROCULTIVO DEL 26/06/21 NEGATIVO. EN RADIOGRAFÍA DE TÓRAX EVIDENCIA DE OPACIDADES MIXTAS BILATERALES DE PREDOMINIO DERECHO, ANTE DETERIORO RESPIRATORIO SE INDICÓ ANGIOTAC, SIN EVIDENCIA DE TROMBOS EN GRANDES VASOS, CON OPACIDADES RETICULARES Y TENDENCIA A LA CONSOLIDACIÓN BILATERAL DE PREDOMINIO CENTRAL, CON ALGUNOS MICRONÓDULOS. SE DESCARTÓ COVID. HOY SE REALIZO BRONCOSCOPIA LA CUAL MOSTRÓ RESTOS DE COÁGULOS EN LÓBULO INFERIOR DERECHO, SE ASPIRAN. FINALMENTE LA MUESTRA ASPIRADA ES CLARA LO QUE REDUCE LA POSIBILIDAD DE HEMORRAGIA ALVEOLAR. MUCOSA BRONQUIAL ES SANA SIN LESIONES, LAS SECRECIONES SON CLARAS. SE ENVÍAN MUESTRAS DE LAVADO BRONCOALVEOLAR A LABORATORIO PARA DIRECTO Y CULTIVO PARA BACTERIAS, MICOBACTERIAS Y HONGOS, CITOLOGIA, GEN XPERT PARA TUBERCULOSIS, PLATA METELAMINA, GALACTOMANANO, CMV. PEND/ REPORTE DE HEMOCULTIVOS DE CONTROL. POR EL MOMENTO SIN CAMBIOS. SE CONTINUA IGUAL SOPORTE.
　　　　Firmado electrónicamente por **MAURICIO ARAGON DELGADO** -- MEDICINA INTERNA
　　　　Tarjeta Profesional: 50976/76   Identificación CC 94060583

**01 julio 2021  09:54** - *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.3

Diagnósticos:
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Tipo Estancia: UCI

**Clínica**
**Imbanaco**
Grupo **quirónsalud**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Criterio: Ventilación mecánica invasiva

Presión Arterial: 115/83
Pulso: 65/min
Frec. Resp.: 18/min
Temperatura: 36.4°C
Sat. Oxígeno: 97
EVA: 0
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

PROBLEMAS:
• REQUERIMIENTO DE VENTILACIÓN MECÁNICA INVASIVA.
• HIPONATREMIA
• GLUCOMETRÍAS FUERA DE METAS
• BALANCE POSITIVO

CARDIOVASCULAR: En el momento en ritmo sinusal, buen llenado capilar, pulso
periféricos presentes ,   SIN SOPORTE
RESPIRATORIO: No  estertores ,no  sibilancias , expansión simétrica , pafi 220
GASTRO INTESTINAL:  no signos clínicos de irritación peritoneal peristaltismo positivo tolera la via enteral
RENAL : mantiene diuresis
METABÓLICO: glucometris  mejor controladas
NEUROLÓGICO:obedece ordenes moviliza  las 4 extremidades ,
EXTREMIDADES : Buenos pulsos no hematomas en los sitios de punción
HEMATOLÓGICO: sin sangrados anormales sin hematomas sin petequias

VALORE  Y EXAMINE PACIENTE CON EQUIPOS DE PROTECCION PERSONA L
Pa02/Fi02 220
LABORATORIOS :

EXAMEN  DIRECTO  PARA  HONGOS  NEGATIVO,      CULTIVO  DE  ASPIRADO  TRAQUEAL  NEGATIVO  A  LAS  24 HORAS  ,  WBC
5000 HB 8,7 PLAQUETAS 135.000  hiv negatico
CR  0.877 CLORO  100 FOSFOR  3.0 ,  BUN  18 SODIO  130 ,   ACIDO  LACTICO  1.3 GASES  LEVE  RETENCION  DE  CO2 Pa02 97
, HCO3 22
IGG DENNGUE POSITIVO  PERO LA M NEGATIVO ANTIGENO NEGATIVO

Paciente    en  mejores  condiciones  respiratorias  se  paso  a  ventilación  espontanea   con  presión  soporte , buena  evolucion , el
plan   es  progresarlo  en  el  retiro  de  la  ventilacion  mecanica , hasta  el  momento  los  cultivos  van  negativos , no  hay  fiebre  en
la fibro encontraron un coagulo en un bronquio .
tien anemia sin criterios de transfusión
Se dió información al paciente/familia sobre la condición clínica, evolución y plan de manejo

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

---

*Notas de Interconsultas*
**01 julio 2021  14:50** - *(UCIA CUIDADO ADULTO)*
        J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
        (N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
        (N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

        Tipo Estancia: UCI

**Clínica**

# Imbanaco

Grupo ♥quirónsalud

## Historia Clínica de la Atención

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 10 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Criterio: Ventilación mecánica invasiva

Presión Arterial: 115/83
Pulso: 65/min
Frec. Resp.: 18/min
Temperatura: 36.4°C
Sat. Oxígeno: 97
EVA: 0
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO
tolera net en metas, glucometrias controladas, sin soporte vasoacivo con sodio 130, resto ok.
plan de extubacion
por ahora igual soporte enteral

Firmado electrónicamente por **RAFAEL HUMBERTO ARIAS GOMEZ** -- CIRUGIA LAPAROSCOPICA AVANZADA
Tarjeta Profesional: 6939    Identificación CC 79447574

---

## *Notas de Evolución*

**01 julio 2021  22:37** - *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.3

Diagnósticos:
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

UCI NOCHE

JUAN GABRIEL RIOS SILVA

DIANGOSTICOS:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

PROBLEMAS:
• EXTUBACION RECINETE
• HIPONATREMIA
• GLUCOMETRÍAS FUERA DE METAS
• BALANCE POSITIVO

SABANA 12 HRS
. PRESENTANDO PICO FEBRILES
. TA: 140/66 (91) MMHG, FC: 78  LPM
. FR: 26 RPM, FIO2: 0.32, SO2: 94%
. GLUCOMETRIAS: 205-210  MG/DL
. DIURESIS: 2.5  CC/KG/HR

---

**Clínica**
# Imbanaco
Grupo ♥quirónsalud

### Historia Clínica de la Atención
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

. BALANCE : +3.2LT
. NET: 20 CC/HR
. DEPOSICIONES (-)

PARACLINICOS:
CITOMEGALOVIRUS LBA:POSITIVO  < 500 COPIAS / ML
CULTIVO LBA: NEAGTIVO A LAS 24 HRS
HONGOS LBA: NEGATIVO
CULTIVO DE ASPIRADO TRAQUEAL NEGATIVO A LAS 24 HRS

EF:
* CARDIOVASCULAR: RUIDOS CARDÍACOS RITMICOS. RITMO SINUSAL POR EL VISOSCOPIO.SOPORTE VASOPRESOR
* RESPIRATORIO: MURMULLO VESICULAR PRESENTE EN AMBOS CAMPOS PULMONARES,
    *  GASTROINTESTINAL: ABDOMEN BLANDO,NO  DISTENDIDO, NO HAY DOLOR A LA PALPACION NO SIGNOS DE IRRITACION PERITONEAL
* HEMATOLÓGICO: SIN EVIEDENCIA DE SANGRADO
* METABOLICO: DESCONTROL METABOLICO, CORRECCIONES CON INSULINA CRISTALINA
* RENAL:ADECUADO GASTO URINARIO
* EXTREMIDADES: SIMÉTRICAS, SIN EDEMAS, LLENADO CAPILAR DE 2 SEG.,
* NEUROLOGICO: ECG: 11/15, EXTUBACION RECIENTE
*INFECCIOSO:  SIN PICOS FEBRILES,

ANALISIS / PLAN:
PACIENTE INGRESADO POR SEPSIS DE ORIGEN URINARIO Y PULMOANR, SE DESCARTO INFECCION POR COVID 19, SE LOGRA EXTUBACION PROGRAMADA CON ADECUADA TOLERANCIA , SIRS MODULADA, ADECUADA GASTO URINARIO, PEDIENTE RESULTADOS DE LBA, NO SE RALIZAN CAMBOS AL MANEJO MEDICO INSTAURADO, PRONOSTICO LIGADO A EVOLUCION, SE SOLICITAN PARACLINICOS

ORDENES MEDICAS
MANEJO Y MONITORIA UCI
PARACLINICOS
ORDENES MEDICAS SIN CAMBIOS
               Firmado electrónicamente por **ANDRES FELIPE ROMERO SATIZABAL** -- CIRUGIA GENERAL
               Tarjeta Profesional: 94505061    Identificación CC 94505061

**02 julio 2021  09:22** - *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.4

Diagnósticos:
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Tipo Estancia: UCI post extubación menor a 24 horas
Criterio:retiro de la  Ventilación mecánica invasiva menor a 24 horas
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

PROBLEMAS:
post extubación

Presión Arterial: 136/64
Pulso: 69/min

**Clínica**
**Imbanaco**
Grupo **quironsalud**

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 12 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Frec. Resp.: 21/min
Temperatura: 37.2°C
Sat. Oxígeno: 92
Peso: 76Kg.
CARDIOVASCULAR: En el momento en ritmo sinusal, buen llenado capilar, pulso
periféricos presentes ,   SIN SOPORTE
RESPIRATORIO: No  estertores ,no  sibilancias , expansión simétrica ,  respiración espontánea
GASTRO INTESTINAL: no signos clínicos de irritación peritoneal peristaltismo positivo tolera la via enteral
RENAL : mantiene diuresis  1.4 cckg hora ,  balance de 2880 +
METABÓLICO: glucometris  mejor controladas 174
NEUROLÓGICO:obedece ordenes moviliza  las 4 extremidades ,
EXTREMIDADES : Buenos pulsos no hematomas en los sitios de punción
HEMATOLÓGICO: sin sangrados anormales sin hematomas sin petequias

EXAMEN DIRECTO PARA HONGOS NEGATIVO,  CULTIVO DE ASPIRADO TRAQUEAL NEGATIVO A LAS 24 HORAS ,

BUN   10 SODIO   138 POTASIO  3,39 ,    CLORO   102 ,    CR  0.59 ,     FOSFORO  2,8 ,   WBC   5550 ,   HB   9,8 PLAQUETAS
166.000
OH 7,48 CO2 32  02 66  BICARBONATO DE 24  ACIDO LACTICO 1,08..

Paciente quien esta en sus  promeras  18 horas   post extubación hasta el momento bien tolerado,    llama  la  atencion  que
todos  los  cultivos  son negativos ,    pero dado  la condicion  en la que  estuvo  el paciente      no  se pueden  retirar ,  esta
pendiente  el  GENxper  fundamental dado que las imagenes en el TAC  orientan a TBC , ordeno potasio reposicion .

EVA: 0
Se dió información al paciente/familia sobre la condición clínica, evolución y plan de manejo
Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**02 julio 2021  21:37** - *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.4

Diagnósticos:
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

UCI NOCHE

JUAN GABRIEL RIOS SILVA

DIANGOSTICOS:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

PROBLEMAS:
• EXTUBACION RECINETE
• HIPOKALEMIA
• GLUCOMETRÍAS FUERA DE METAS
• BALANCE POSITIVO

SABANA 12 HRS
. PRESENTANDO PICO FEBRILES
. TA: 150/80 (104) MMHG, FC:72  LPM

# Clínica
# Imbanaco
Grupo ♥ quirónsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 13 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

. FR: 20RPM, FIO2: 0.28, SO2: 96%
. GLUCEMETRIAS: 245-224 MG/DL
. DIURESIS: 2.5  CC/KG/HR
. BALANCE : +2.8LT
. NET: 50 CC/HR
. DEPOSICIONES (-)

PARACLINICOS
GALACTOMANANO NEGATIVO

EF:
* CARDIOVASCULAR: RUIDOS CARDÍACOS RITMICOS. RITMO SINUSAL POR EL VISOSCOPIO.SOPORTE VASOPRESOR
* RESPIRATORIO: MURMULLO VESICULAR PRESENTE EN AMBOS CAMPOS PULMONARES,
    * GASTROINTESTINAL: ABDOMEN BLANDO,NO DISTENDIDO, NO HAY DOLOR A LA PALPACION NO SIGNOS DE IRRITACION PERITONEAL
* HEMATOLÓGICO: SIN EVIEDENCIA DE SANGRADO
* METABOLICO: DESCONTROL METABOLICO, CORRECCIONES CON INSULINA CRISTALINA
* RENAL:ADECUADO GASTO URINARIO
* EXTREMIDADES: SIMÉTRICAS, SIN EDEMAS, LLENADO CAPILAR DE 2 SEG.,
* NEUROLOGICO: ECG: 11/15, EXTUBACION RECIENTE
*INFECCIOSO:  SIN PICOS FEBRILES,


ANALISIS / PLAN:
PACIENTE EN 4 DECADA DE LA VIDA INGRESADO POR SEPSIS DE ORIGEN URINARIO Y PULMONAR, SE DESCARTO INFECCION POR COVID 19, TOLERANDO EXTUBACION PROGRAMADA, RESPUESTA INFLAMATORIA SISTEMICA MODULADA, REPORTE DE GALACTOMANANO EN LIQUIDOS NEGATIVO EN ESPERA DE GENXPERT , REPOSICION DE POTASIO POR HIPOKALEMIA, NO SE REALIZAN CAMBIOS AL MANEJO MEDICO INSTAURADO , PARACLINICOS DE CONTROL

ORDENES MEDICAS
MANEJO Y MONITORIA UCI
PARACLINICOS
ORDENES MEDICAS SIN CAMBIOS
        Firmado electrónicamente por **ANDRES FELIPE ROMERO SATIZABAL** -- CIRUGIA GENERAL
        Tarjeta Profesional: 94505061    Identificación CC 94505061
**03 julio 2021  09:19 -** *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.5

Diagnósticos:
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Tipo Estancia: UCIN
Criterio: Pulmonar: Paciente sin Ventilación Mécanica, pero con necesidad de realizar 4 ó más sesiones diarias de terapia respiratoria
        Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
        Tarjeta Profesional: 3980-94    Identificación CC 79420172
**03 julio 2021  12:04 -** *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.5

*** EVOLUCIÓN CUIDADO INTERMEDIO DÍA ***
DIAGNÓSTICOS =
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
1.1 - (UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE)
2. DIABETES MELLITUS TIPO 2 (HBA1C: 9.74%)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATÉTER 2J HACE 2 SEMANAS
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

# Clínica
# Imbanaco
Grupo **quirónsalud**

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 14 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

SUBJETIVO:
REFIERE SENTIRSE BIEN. NIEGA CEFALEA.

OBJETIVO:
GLASGOW (AO: 4, RV: 5, RM: 6)    /    TA: 138/70 (93) MMHG    /    T: 36.4°C    /    FC: 76 X MIN    /    FR: 22 X MIN    /    GLUCOMETRÍA: 118 MG/DL    /    DIURESIS 6 H: 0.8 CC/KG/H

INFUSIONES:
.- SSN 10 CC/H

INVASIONES:
.- C. SUBCLAVIO DERECHO
.- L. ARTERIAL RADIAL IZQUIERDA

CONCIENTE, ORIENTADO Y MOVILIZANDO LAS CUATRO EXTREMIDADES CON FUERZA MUSCULAR 5/5. SIN PARESIA APARENTE DE PARES CRANEANOS. SE OBSERVA EUPNEICA. SE AUSCULTAN RUIDOS RESPIRATORIOS SIMÉTRICOS SIN AGREGADOS. NO SOPLOS. ABDOMEN GLOBOSO, BLANDO A LA PALPACIÓN. LOS PULSOS PERIFÉRICOS SON DE ADECUADA AMPLITUD. NO SE OBSERVA EDEMA EN EXTREMIDADES.

REPORTE DE PARACLÍNICOS =
1) HEMOGRAMA: LEU 5.080/MM3, NEU 57%, HB 10, PLQ 183.000
2) GASES ARTERIALES 00:31 H = PH 7.47, PO2: 76, PCO2: 33, HCO3: 24, BE: 0.7, PF 253
3) BUN 11 MG/DL, CREATININA 0.58 MG/DL
4) NA 139 MMOL/L, K: 4.23 MMOL/L, CL 104 MMOL/L, P: 2.8 MG/DL
5) RX DE TÓRAX = PROYECCIÓN AP, ROTADA, CON AMBOS ESPACIOS COSTOFRÉNICOS OCUPADOS. OPACIDADES ALVEOLARES EN AMBAS BASES PULMONARES. SILUETA CARDÍACA AUMENTADA DE TAMAÑO CON BRONCOGRAM AAÉREO BILATERAL. CATÉTER SUBCLAVIO DERECHO. ELECTRODOS DE MONITORIA EXTERNA.

ANÁLISIS:
EL PACIENTE CURSA 48 H DE EXTUBACIÓN OROTRAQUEAL EXITOSA. HASTA EL MOMENTO SIN SIGNOS CLÍNICOS QUE SUGIERAN AUMENTO DEL TRABAJO RESPIRATORIO Y TOLERANDO TITULACIÓN DE FIO2. CONSERVA ESTABILIDAD HEMODINÁMICA Y METABÓLICA. TIENE PENDIENTE REPORTE DE GENXPERT EN LAVADO BRONCOALVEOLAR, PARA DETERMINAR SI AMERITA CAMBIOS EN LA CONDUCTA FARMACOLÓGICA. EN EL MOMENTO NO SE INDICAN INTERVENCIONES ADICIONALES.

Firmado electrónicamente por **JUAN JOSE GUTIERREZ PATERNINA** -- MEDICINA CRITICA Y CUIDADO INTENSIVO
Tarjeta Profesional: 1047404224    Identificación CC 1047404224

**03 julio 2021  15:21 -** *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.5

RUTINA DE PARACLÍNICOS

Firmado electrónicamente por **JUAN JOSE GUTIERREZ PATERNINA** -- MEDICINA CRITICA Y CUIDADO INTENSIVO
Tarjeta Profesional: 1047404224    Identificación CC 1047404224

**03 julio 2021  22:16 -** *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.5

Diagnósticos:
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

EVOLUCION UCIN NOCHE
JUAN GABRIEL RIOS
39 AÑOS
CC 5690819

DIAGNÓSTICOS =
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
1.1 - (UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE)
2. DIABETES MELLITUS TIPO 2 (HBA1C: 9.74%)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTC 27/06/21)

**Clínica**
**Imbanaco**
Grupo **quirónsalud**

**Historia Clínica de la Atención**
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**
Página 15 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

*URETEROSCOPIA POR UROLITIASIS Y CATÉTER 2J HACE 2 SEMANAS
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

SUBJETIVO:
REFIERE SENTIRSE BIEN. NIEGA CEFALEA.

SV TA 128/71  FR 14 FC 75 TEMP 36.5  SAT 89
RENAL  1.3  CCKHR
METABOLICO  131/118  MGDL
DESPIERTO ALERTA
SOPORTE DE O2  POR CN FIO2 24  %
RSCSRSR NO SOPLOS
CAMPOS PULMONARES VENTILADOS
ABD NEGATIVO
EXT SIMETRICAS
GLASGOW 15/15

ANÁLISIS:
PACIENTE CON CUADRO CLÍNICO DESCRITO
CURSO   CON   ESTADO   DE   FALLA   VENTILATORIA   SECUNDARIA A NEUMONÍA AHORA CON EXTUBACIÓN HACE   48
HORAS  TOLERADA ,   EN  PLAN  DE  ATB  TERAPIA  GUIDADA  POR  GRUPO  DE  INFECTOLOGIA  Y  EN  LA  ESPERA  DE  REPORTE
DE ESTUDIOS  DE  EXTENSIÓN CON EL FIN DE DOCUMENTAR  GERMEN MICROBIOLÓGICAMENTE
AHORA  ESTABLE N EPLAN DE REHABILITACIÓN  Y RETIRO PAULATINO DE SOPORTE DE O2
SE CONTINUA PLAN DE TTO MEDICO
SE ORDENA PARÁCLITOS CONTROL

Firmado electrónicamente por **ANDRES FELIPE ZAFRA FLOREZ** -- MEDICINA GENERAL
Tarjeta Profesional: 94552284    Identificación CC 94552284

**04 julio 2021  10:20** - *(UCIA CUIDADO ADULTO)*
Día de Hospitalización No.6

Tipo Estancia: UCIN
Criterio:  Varios:  Cualquier  paciente  que  requiera  una  valoración  mínima  cada  2  horas  por  enfermería  ó  periodos  extensos  en
tiempo  que  no  está  considerado  en  las  categorías  anteriores  puede  ser  candidato  a  admisión;  Ej.:  Enfermedad  de  Addison,
Falla Renal, Delirium Tremens, Etc.)

EVOLUCION UCIN DIA

Diagnósticos:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
1.1 - (UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE)
2. DIABETES MELLITUS TIPO 2 (HBA1C: 9.74%)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATÉTER 2J HACE 2 SEMANAS
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

PROBLEMAS:
HIPOXEMIA MODERADA
ANEMIA MODERADA
HIPERGLUCEMIA

SUBJETIVO:  REFIERE  SENTIRSE  EN  MEJORES  CONDICIONES  GENERALES,  AHORA  SIN  DISNEA  EN  REPOSO,  NIEGA  OTRO
SINTOMA, RECIBE LA VIA ORAL.
OBJETIVO:  ALERTA,  ORIENTADO,  COLABORADOR,  CIFRAS  TENSIONALES  DENTRO  DE  PARAMETROS  ACEPTABLES,
NORMOCARDICO, NO DISTRESS RESPIRATORIO, TOLERANDO DESTETE DE FIO2. FUNCION RENAL PRESERVADA.
SIGNOS VITALES: TA: 125/70 TAM: 90 FC: 64 FR: 16 SPO2: 95% FIO: 24% T: 36.2°C GLASGOW 15/15 EVA 2/10
GLUCOMETRIA POR CAPILAR: 118 - 132 - 180 - 204 MG/DL
MUCOSAS HUMEDAS, ESCLERAS ANICTERICAS, NO IGY A 45°
RUIDOS CARDIACOS RITMICOS, SINUSAL, NO SOPLOS.
AMBOS   CAMPOS   PULMONARES   VENTILADOS,   MURMULLO   VESICULAR   POSITIVO   DISMINUIDO   EN   BASES,   NO

**Clínica**
# Imbanaco
Grupo ● quironsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 16 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

SOBREAGREGADOS, NO TIRAJES.
ABDOMEN BLANDO, DEPRESIBLE, NO SIGNOS DE IRRITACION PERITONEAL, NO MASAS, PERISTALTISMO POSITIVO, DEPOSICION POSITIVA, BLANDA.
RENAL: MICCION POR SONDA VESICAL, RATA 2 CC/KG/HR BALANCE: - 1.520 CC ACUMULADO: + 930 CC
EXTREMIDADES SIN EDEMA, LLENADO CAPILAR < 2 SEG, CALOR DISTAL.
SNC: NO FOCALIZACION. PINR. FUERZA Y SENSIBILIDAD CONSERVADA.

PARACLÍNICOS:
- HEMOGRAMA W: 6.54 N: 3.94 L: 1.81 Hb: 10.7 Hto: 29 PLT: 217
- Cr: 0.64 BUN: 11
- Na: 132 K: 4.51 Cl: 97 P: 3.0
- GASES ARTERIALES PH: 7.46 PCO2: 33 PO2: 70 HCO3: 23.5 BE: 0.9  SaO2: 94% PA/FI: 175

ANÁLISIS Y PLAN:
EN REVISTA CON EL DR JUAN GUTIERREZ INTENSIVISTA SE VALORA PACIENTE MASCULINO DE 39 AÑOS, CON INSTRUMENTACION VIA URINARIA RECIENTE, DM MAL CONTROLADA, INGRESA POR DETERIORO RESPIRATORIO AGUDO POR NAC, SE DESCARTA SARS COV2, REQUERIMIENTO DE IOT Y VMI, SUSPENDIDA HACE 72 HRS, TOLERANDO DESTETE DE OXIGENO SUPLEMENTARIO, NO DETERIORO DE MECANICA VENTILATORIA, HEMOCULTIVOS, UROCULTIVO Y CULTIVO DE SOT NEGATIVO, MANEJO ANTIBIOTICO LINEZOLID Y MEROPENEM DESDE EL 29.06.2021, PENDIENTE REPORTE DE GENXPERT EN LAVADO BRONCOALVEOLAR, PARA DETERMINAR SI AMERITA CAMBIOS EN LA CONDUCTA FARMACOLÓGICA. INTERCONSULTA CON INFECTOLOGIA, PARA DETERMINAR REQUERIMIENTO DE CONTINUAR MANEJO CON LINEZOLID.
TOLERA LA VIA ORAL, MEJOR CONTROL GLUCEMICO, SIN EMBARGO PERSISTE VALORES ELEVADOS EN AYUNAS, SE INCREMENTA INSULINA DE DEPOSITO: LANTUS 12 UI SC DIA.
EVOLUCION HACIA LA MEJORIA, SE CONSIDERA TRASLADO A HOSPITALIZACION PARA CONTINUAR MANEJO A CARGO DE MEDICINA INTERNA, TERAPIA RESPIRATORIA ESTRICTA.

Firmado electrónicamente por **ERIKA NATALIA MUÑOZ ALVAREZ** -- MEDICINA GENERAL
Tarjeta Profesional: 197763/08   Identificación CC 29360944

---

### *Notas de Interconsultas*
**04 julio 2021  14:52** - *(UCIA CUIDADO ADULTO)*
PACIENTE VALORADO CON MÉDICO DE SALA - RESPUESTA A IC EN PROCESO
POR EL MOMENTO ANTE CONTEXTO CLÍNICA ACTUAL Y REPORTE DE CULTIVOS SE INDICA SUSPENDER LINEZOLID Y AJUSTAR DOSIS DE MEROPENEM A 1 GR EV CADA 8 HRS. NO CAMBIOS ADICIONALES POR INFECTOLOGÍA. ATENTOS A EVOLUCIÓN.

Firmado electrónicamente por **JOSE MILLAN OÑATE GUTIERREZ** -- INFECTOLOGIA ADULTOS
Tarjeta Profesional: 760296-99   Identificación CC 77183641

---

### *Nota de Egreso*
**04 julio 2021  16:40** - *(UCIA CUIDADO ADULTO)*
Diagnósticos:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
1.1 - (UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE)
2. DIABETES MELLITUS TIPO 2 (HBA1C: 9.74%)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATÉTER 2J HACE 2 SEMANAS
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

PROBLEMAS:
HIPOXEMIA MODERADA
ANEMIA MODERADA
HIPERGLUCEMIA

SUBJETIVO: REFIERE SENTIRSE EN MEJORES CONDICIONES GENERALES, AHORA SIN DISNEA EN REPOSO, NIEGA OTRO SINTOMA, RECIBE LA VIA ORAL.
OBJETIVO: ALERTA, ORIENTADO, COLABORADOR, CIFRAS TENSIONALES DENTRO DE PARAMETROS ACEPTABLES, NORMOCARDICO, NO DISTRESS RESPIRATORIO, TOLERANDO DESTETE DE FIO2. FUNCION RENAL PRESERVADA.
SIGNOS VITALES: TA: 125/70 TAM: 90 FC: 64 FR: 16 SPO2: 95% FIO: 24% T: 36.2°C GLASGOW 15/15 EVA 2/10
GLUCOMETRIA POR CAPILAR: 118 - 132 - 180 - 204 MG/DL
MUCOSAS HUMEDAS, ESCLERAS ANICTERICAS, NO IGY A 45°
RUIDOS CARDIACOS RITMICOS, SINUSAL, NO SOPLOS.

**Clínica**
**Imbanaco**
Grupo ● quirónsalud

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

AMBOS CAMPOS PULMONARES VENTILADOS, MURMULLO VESICULAR POSITIVO DISMINUIDO EN BASES, NO SOBREAGREGADOS, NO TIRAJES.
ABDOMEN BLANDO, DEPRESIBLE, NO SIGNOS DE IRRITACION PERITONEAL, NO MASAS, PERISTALTISMO POSITIVO, DEPOSICION POSITIVA, BLANDA.
RENAL: MICCION POR SONDA VESICAL, RATA 2 CC/KG/HR BALANCE: - 1.520 CC ACUMULADO: + 930 CC
EXTREMIDADES SIN EDEMA, LLENADO CAPILAR < 2 SEG, CALOR DISTAL.
SNC: NO FOCALIZACION. PINR. FUERZA Y SENSIBILIDAD CONSERVADA.

PARACLÍNICOS:
**-** HEMOGRAMA W: 6.54 N: 3.94 L: 1.81 Hb: 10.7 Hto: 29 PLT: 217
- Cr: 0.64 BUN: 11
**-** Na: 132 K: 4.51 Cl: 97 P: 3.0
- GASES ARTERIALES PH: 7.46 PCO2: 33 PO2: 70 HCO3: 23.5 BE: 0.9  SaO2: 94% PA/FI: 175

ANÁLISIS Y PLAN:
EN REVISTA CON EL DR JUAN GUTIERREZ INTENSIVISTA SE VALORA PACIENTE MASCULINO DE 39 AÑOS, CON INSTRUMENTACION VIA URINARIA RECIENTE, DM MAL CONTROLADA, INGRESA POR DETERIORO RESPIRATORIO AGUDO POR NAC, SE DESCARTA SARS COV2, REQUERIMIENTO DE IOT Y VMI, SUSPENDIDA HACE 72 HRS, TOLERANDO DESTETE DE OXIGENO SUPLEMENTARIO, NO DETERIORO DE MECANICA VENTILATORIA, HEMOCULTIVOS, UROCULTIVO Y CULTIVO DE SOT NEGATIVO, MANEJO ANTIBIOTICO LINEZOLID Y MEROPENEM DESDE EL 29.06.2021, PENDIENTE REPORTE DE GENXPERT EN LAVADO BRONCOALVEOLAR, PARA DETERMINAR SI AMERITA CAMBIOS EN LA CONDUCTA FARMACOLÓGICA. INTERCONSULTA CON INFECTOLOGIA, PARA DETERMINAR REQUERIMIENTO DE CONTINUAR MANEJO CON LINEZOLID.
TOLERA LA VIA ORAL, MEJOR CONTROL GLUCEMICO, SIN EMBARGO PERSISTE VALORES ELEVADOS EN AYUNAS, SE INCREMENTA INSULINA DE DEPOSITO: LANTUS 12 UI SC DIA.
EVOLUCION HACIA LA MEJORIA, SE CONSIDERA TRASLADO A HOSPITALIZACION PARA CONTINUAR MANEJO A CARGO DE MEDICINA INTERNA, TERAPIA RESPIRATORIA ESTRICTA.

Firmado electrónicamente por **ERIKA NATALIA MUÑOZ ALVAREZ** -- MEDICINA GENERAL
Tarjeta Profesional: 197763/08   Identificación CC 29360944

---

**Ordenes de Examenes**

**29 junio 2021 15:50** – *(UCIA CUIDADO ADULTO)*

✳ (Hora:  15:51)      902210 HEMOGRAMA IV (HEMOGLOBINA HEMATOCRITO RECUENTO DE ERITROCITOS      Ubicación **No Aplica**
INDICES ERITROCITARIOS LEUCOGRAMA RECUENTO DE PLAQUETAS INDICES PLAQUETARIOS Y
MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO
          Observaciones   RUTINA

✳ (Hora: 15:50)  903110  ACIDO LACTICO [L-LACTATO] SEMIAUTOMATIZADO      Ubicación **No Aplica**

✳ (Hora: 15:51)  903813  CLORO      Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora: 15:51)  903835  FOSFORO EN SUERO U OTROS FLUIDOS      Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora: 15:50)  903839  GASES ARTERIALES (EN REPOSO O EN EJERCICIO)      Ubicación **No Aplica**

✳ (Hora: 15:51)  903856  NITROGENO UREICO      Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora: 15:51)  903859  POTASIO EN SUERO U OTROS FLUIDOS      Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora: 15:51)  903864  SODIO EN SUERO U OTROS FLUIDOS      Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora: 15:51)  903895  CREATININA EN SUERO U OTROS FLUIDOS      Ubicación **No Aplica**
          Observaciones   RUTINA

Firmado electrónicamente por **JUAN SEBASTIAN MARTINEZ COLLAZOS** -- MEDICINA CRITICA Y CUIDADO INTENSIVO
Tarjeta Profesional: 79903577   Identificación CC 79903577

# Historia Clínica de la Atención

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

**Clínica Imbanaco**
Grupo **quirón**salud

Atención No.**14343781**

Página 18 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

**29 junio 2021  15:51** - *(UCIA CUIDADO ADULTO)*
* (Hora:   15:51)   871121 RADIOGRAFIA DE TORAX (P.A. O A.P. Y LATERAL, DECUBITO LATERAL,   Ubicación **No Aplica**
OBLICUAS O LATERAL CON BARIO)

* (Hora: 15:51) 031096  PORTATILES PARA ESTUDIOS RADIOGRAFICOS SIMPLES   Ubicación **No Aplica**

Firmado electrónicamente por **JUAN SEBASTIAN MARTINEZ COLLAZOS** -- MEDICINA CRITICA Y CUIDADO INTENSIVO
Tarjeta Profesional: 79903577   Identificación CC 79903577

**29 junio 2021  15:52** - *(UCIA CUIDADO ADULTO)*
* (Hora:   15:52)   890402 INTERCONSULTA POR OTRAS ESPECIALIDADES MEDICAS (GRUPO SOPORTE   Ubicación **No Aplica**
NUTRICIONAL ADULTOS)

Firmado electrónicamente por **JUAN SEBASTIAN MARTINEZ COLLAZOS** -- MEDICINA CRITICA Y CUIDADO INTENSIVO
Tarjeta Profesional: 79903577   Identificación CC 79903577

**29 junio 2021  20:18** - *(UCIA CUIDADO ADULTO)*
* (Hora: 20:18) 901221  HEMOCULTIVO AEROBIO AUTOMATIZADO CADA MUESTRA   Ubicación **No Aplica**

* (Hora:   20:18)   901236 UROCULTIVO (ANTIBIOGRAMA CONCENTRACION MINIMA INHIBITORIA   Ubicación **No Aplica**
AUTOMATIZADO)

* (Hora: 20:18) 9012211 HEMOCULTIVO AEROBIO POR METODO AUTOMATICO (#2)   Ubicación **No Aplica**

Firmado electrónicamente por **RONIE ALVAREZ MALDONADO** -- MEDICINA DE URGENCIAS
Tarjeta Profesional: 1047428232   Identificación CC 1047428232

**30 junio 2021  05:43** - *(UCIA CUIDADO ADULTO)*
* (Hora:   05:43)   902210 HEMOGRAMA IV (HEMOGLOBINA HEMATOCRITO RECUENTO DE ERITROCITOS   Ubicación **No Aplica**
INDICES ERITROCITARIOS LEUCOGRAMA RECUENTO DE PLAQUETAS INDICES PLAQUETARIOS Y
MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO
Observaciones   RUTINA

* (Hora: 05:43) 903110  ACIDO LACTICO [L-LACTATO] SEMIAUTOMATIZADO   Ubicación **No Aplica**

* (Hora: 05:43) 903813  CLORO   Ubicación **No Aplica**
Observaciones   RUTINA

* (Hora: 05:43) 903835  FOSFORO EN SUERO U OTROS FLUIDOS   Ubicación **No Aplica**
Observaciones   RUTINA

* (Hora: 05:43) 903839  GASES ARTERIALES (EN REPOSO O EN EJERCICIO)   Ubicación **No Aplica**

* (Hora: 05:43) 903856  NITROGENO UREICO   Ubicación **No Aplica**
Observaciones   RUTINA

* (Hora: 05:43) 903859  POTASIO EN SUERO U OTROS FLUIDOS   Ubicación **No Aplica**
Observaciones   RUTINA

* (Hora: 05:43) 903864  SODIO EN SUERO U OTROS FLUIDOS   Ubicación **No Aplica**
Observaciones   RUTINA

* (Hora: 05:43) 903895  CREATININA EN SUERO U OTROS FLUIDOS   Ubicación **No Aplica**
Observaciones   RUTINA

Firmado electrónicamente por **RONIE ALVAREZ MALDONADO** -- MEDICINA DE URGENCIAS
Tarjeta Profesional: 1047428232   Identificación CC 1047428232

**30 junio 2021  09:25** - *(UCIA CUIDADO ADULTO)*
* (Hora:   09:25)   890402 INTERCONSULTA POR OTRAS ESPECIALIDADES MEDICAS (GRUPO SOPORTE   Ubicación **No Aplica**
NUTRICIONAL ADULTOS)
Observaciones   INICIO DE NET

---

# Clinica
# Imbanaco
Grupo **quirón**salud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**30 junio 2021  09:26 -** *(UCIA CUIDADO ADULTO)*
∗ (Hora: 09:26) 890471  INTERCONSULTA POR ESPECIALISTA EN NEUMOLOGIA (NEUMOLOGIA)                        Ubicación **No Aplica**
        Observaciones        REALIZACIÓN FIBROBRONCOSCOPIA + LBA, FALLA VENTILATORIA HIPOXÉMICA, CONSOLIDACIÓNBILATERAL EN TAC

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**30 junio 2021  09:28 -** *(UCIA CUIDADO ADULTO)*
∗ (Hora: 09:28) 332203  BRONCOSCOPIA CON LAVADO BRONCOALVEOLAR                        Ubicación **No Aplica**
        Observaciones        PACIETNE JOVEN CON FALLA VENTILATORIA, MULTIPLES CONSOLIDADES Y NÓDULOS EN TAC DE TÓRAX, REQUIERE ESTUDIOS DE ETIOLOGÍA, SE DESCARTÓ COVID

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**30 junio 2021  10:52 -** *(UCIA CUIDADO ADULTO)*
∗ (Hora: 10:52) 332203  BRONCOSCOPIA CON LAVADO BRONCOALVEOLAR                        Ubicación **No Aplica**
        Observaciones        PACIETNE JOVEN CON FALLA VENTILATORIA, MULTIPLES CONSOLIDADES Y NÓDULOS EN TAC DE TÓRAX, REQUIERE ESTUDIOS DE ETIOLOGÍA, SE DESCARTÓ COVID. REQUIERE FIBRONBRONCOSCOPIA Y LAVADO BRONCOALVEOLAR CON ANESTESIÓLOGO

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**30 junio 2021  11:38 -** *(UCIA CUIDADO ADULTO)*
∗ (Hora: 11:38) 332203  BRONCOSCOPIA CON LAVADO BRONCOALVEOLAR                        Ubicación **No Aplica**
        Observaciones        PACIETNE JOVEN CON FALLA VENTILATORIA, MULTIPLES CONSOLIDADES Y NÓDULOS EN TAC DE TÓRAX, REQUIERE ESTUDIOS DE ETIOLOGÍA, SE DESCARTÓ COVID. REQUIERE FIBRONBRONCOSCOPIA Y LAVADO BRONCOALVEOLAR CON ANESTESIÓLOGO

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**30 junio 2021  12:31 -** *(UCIA CUIDADO ADULTO)*
∗ (Hora: 12:31)  9012184 CULTIVO PARA MICROORGANISMOS ANAEROBIOS DE CUALQUIER MUESTRA  Ubicación **No Aplica**
DIFERENTE A MEDULA OSEA (MATERIA FECAL # 1)
        Observaciones   cultivo de secreción bronquial .

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**30 junio 2021  15:04 -** *(UCIA CUIDADO ADULTO)*
∗ (Hora: 15:04) 901107  COLORACION GRAM Y LECTURA PARA CUALQUIER MUESTRA                        Ubicación **No Aplica**
        Observaciones   LAVADO BRONCOALVEOLAR

∗ (Hora: 15:05) 901213  CULTIVO PARA HONGOS MICOSIS SUPERFICIAL                        Ubicación **No Aplica**
        Observaciones   LAVADO BRONCOALVEOLAR

∗ (Hora: 15:05)  901217 CULTIVO PARA MICROORGANISMOS EN CUALQUIER MUESTRA DIFERENTE A  Ubicación **No Aplica**
MEDULA OSEA ORINA Y HECES
        Observaciones   LAVADO BRONCOALVEOLAR

∗ (Hora: 15:05) 901230  MYCOBACTERIUM TUBERCULOSIS CULTIVO                        Ubicación **No Aplica**
        Observaciones   LAVADO BRONCOALVEOLAR

∗ (Hora: 15:04) 901305  EXAMEN DIRECTO PARA HONGOS (KOH)                        Ubicación **No Aplica**
        Observaciones   LAVADO BRONCOALVEOLAR

∗ (Hora: 15:05)  9011014 BACILOSCOPIA COLORACION ACIDO ALCOHOL-RESISTENTE  Ubicación **No Aplica**
[ZIEHL-NEELSEN] (MUESTRA 4)
        Observaciones   LAVADO BRONCOALVEOLAR

---

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 20 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: 338.574)

---

✳ (Hora: 15:06)  908805   CITOMEGALOVIRUS CARGA VIRAL                                              Ubicación **No Aplica**
          Observaciones   LAVADO BRONCOALVEOLAR

✳ (Hora:   15:06)   9063332 ASPERGILLUS   SPP   ANTIGENO   [GALACTOMANAN]   SEMIAUTOMATIZADO   O   Ubicación **No Aplica**
AUTOMATIZADO (LAVADO BRONCOALVEOLAR)

✳ (Hora:   15:06)   908825B   MYCOBACTERIUM   TUBERCULOSIS   IDENTIFICACION   REACCION   EN   CADENA   Ubicación **No Aplica**
DE LA POLIMERASA ( RIFAMPICINA (Muestras respiratorias)
          Observaciones   LAVADO BRONCOALVEOLAR


          Firmado electrónicamente por **SOCORRO ISABEL PALACIOS ORTEGA** -- NEUMOLOGIA
          Tarjeta Profesional: 190426/06   Identificación CC 34315088
**30 junio 2021  15:06 -** *(UCIA CUIDADO ADULTO)*
✳ (Hora:   15:06)   8980028 ESTUDIO   DE   COLORACIÓN   BASICA   EN   CITOLOGIA   DE   LIQUIDO   CORPORAL   O   Ubicación **No Aplica**
SECRECION (LAVADO BRONQUIAL)
          Observaciones   SOSPECHA DE INFECCION MICOTICA PULMONAR

✳ (Hora:   15:07)   8982222 ESTUDIO   DE   COLORACION   HISTOQUIMICA   EN   ESPECIMEN   CON   MULTIPLE   Ubicación **No Aplica**
MUESTREO (METENAMINA DE PLATA)
          Observaciones   SOSPECHA DE INFECCION MICOTICA PULMONAR


          Firmado electrónicamente por **SOCORRO ISABEL PALACIOS ORTEGA** -- NEUMOLOGIA
          Tarjeta Profesional: 190426/06   Identificación CC 34315088
**30 junio 2021  19:18 -** *(UCIA CUIDADO ADULTO)*
✳ (Hora:   19:18)   902210 HEMOGRAMA   IV   (HEMOGLOBINA   HEMATOCRITO   RECUENTO   DE   ERITROCITOS   Ubicación **No Aplica**
INDICES   ERITROCITARIOS   LEUCOGRAMA   RECUENTO   DE   PLAQUETAS   INDICES   PLAQUETARIOS   Y
MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO
          Observaciones   RUTINA

✳ (Hora: 19:18) 903813   CLORO                                                                      Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora: 19:18) 903835   FOSFORO EN SUERO U OTROS FLUIDOS                                            Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora: 19:18) 903856   NITROGENO UREICO                                                            Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora: 19:18) 903859   POTASIO EN SUERO U OTROS FLUIDOS                                            Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora: 19:18) 903864   SODIO EN SUERO U OTROS FLUIDOS                                              Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora: 19:18) 903895   CREATININA EN SUERO U OTROS FLUIDOS                                         Ubicación **No Aplica**
          Observaciones   RUTINA

✳ (Hora:   19:18)   871121 RADIOGRAFIA   DE   TORAX   (P.A.   O   A.P.   Y   LATERAL,   DECUBITO   LATERAL,   Ubicación **No Aplica**
OBLICUAS O LATERAL CON BARIO)

✳ (Hora: 19:18) 031096   PORTATILES PARA ESTUDIOS RADIOGRAFICOS SIMPLES                               Ubicación **No Aplica**


          Firmado electrónicamente por **CARLOS JULIAN DEVIA SANTACRUZ** -- NEFROLOGIA
          Tarjeta Profesional: 762446-03   Identificación CC 94330310
**01 julio 2021  18:39 -** *(UCIA CUIDADO ADULTO)*
✳ (Hora:   18:41)   902210 HEMOGRAMA   IV   (HEMOGLOBINA   HEMATOCRITO   RECUENTO   DE   ERITROCITOS   Ubicación **No Aplica**
INDICES   ERITROCITARIOS   LEUCOGRAMA   RECUENTO   DE   PLAQUETAS   INDICES   PLAQUETARIOS   Y
MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO
          Observaciones   RUTINA

---

**Clínica**
**Imbanaco**
Grupo **quirón**salud

**Historia Clínica de la Atención**
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

---

* (Hora: 18:39)  903110   ACIDO LACTICO [L-LACTATO] SEMIAUTOMATIZADO                                Ubicación **No Aplica**

* (Hora: 18:41)  903813   CLORO                                                                     Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:41)  903835   FOSFORO EN SUERO U OTROS FLUIDOS                                          Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:41)  903839   GASES ARTERIALES (EN REPOSO O EN EJERCICIO)                               Ubicación **No Aplica**

* (Hora: 18:41)  903856   NITROGENO UREICO                                                          Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:41)  903859   POTASIO EN SUERO U OTROS FLUIDOS                                          Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:41)  903864   SODIO EN SUERO U OTROS FLUIDOS                                            Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:41)  903895   CREATININA EN SUERO U OTROS FLUIDOS                                       Ubicación **No Aplica**
        Observaciones   RUTINA

Firmado electrónicamente por **CAROLINA GARCIA RAMIREZ** -- MEDICINA INTERNA
Tarjeta Profesional: 29664968   Identificación CC 29664968

**02 julio 2021  18:37 -** *(UCIA CUIDADO ADULTO)*
* (Hora:   18:37)      902210   HEMOGRAMA   IV   (HEMOGLOBINA   HEMATOCRITO   RECUENTO   DE   ERITROCITOS   Ubicación **No Aplica**
INDICES      ERITROCITARIOS      LEUCOGRAMA      RECUENTO      DE      PLAQUETAS      INDICES      PLAQUETARIOS      Y
MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO
        Observaciones   RUTINA

* (Hora: 18:37)  903813   CLORO                                                                     Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:37)  903835   FOSFORO EN SUERO U OTROS FLUIDOS                                          Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:37)  903839   GASES ARTERIALES (EN REPOSO O EN EJERCICIO)                               Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:37)  903856   NITROGENO UREICO                                                          Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:37)  903859   POTASIO EN SUERO U OTROS FLUIDOS                                          Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:37)  903864   SODIO EN SUERO U OTROS FLUIDOS                                            Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora: 18:37)  903895   CREATININA EN SUERO U OTROS FLUIDOS                                       Ubicación **No Aplica**
        Observaciones   RUTINA

* (Hora:   18:37)      871121   RADIOGRAFIA   DE   TORAX   (P.A.   O   A.P.   Y   LATERAL,   DECUBITO   LATERAL,   Ubicación **No Aplica**
OBLICUAS O LATERAL CON BARIO)

* (Hora: 18:37)  031096   PORTATILES PARA ESTUDIOS RADIOGRAFICOS SIMPLES                            Ubicación **No Aplica**

Firmado electrónicamente por **ANDRES FELIPE ROMERO SATIZABAL** -- CIRUGIA GENERAL
Tarjeta Profesional: 94505061   Identificación CC 94505061

**03 julio 2021  15:21 -** *(UCIA CUIDADO ADULTO)*

**Clínica**

# Imbanaco
Grupo ♦ quirónsalud

## Historia Clínica de la Atención

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**

Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 22 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: 338.574)

---

✱ (Hora:    15:21)    902210  HEMOGRAMA    IV    (HEMOGLOBINA    HEMATOCRITO    RECUENTO    DE    ERITROCITOS  Ubicación **No Aplica**
INDICES    ERITROCITARIOS    LEUCOGRAMA    RECUENTO    DE    PLAQUETAS    INDICES    PLAQUETARIOS    Y
MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO
  Observaciones   RUTINA

✱ (Hora: 15:21)  903813   CLORO                                                                    Ubicación **No Aplica**
  Observaciones   RUTINA

✱ (Hora: 15:21)  903835   FOSFORO EN SUERO U OTROS FLUIDOS                                         Ubicación **No Aplica**
  Observaciones   RUTINA

✱ (Hora: 15:22)  903839   GASES ARTERIALES (EN REPOSO O EN EJERCICIO)                             Ubicación **No Aplica**

✱ (Hora: 15:21)  903856   NITROGENO UREICO                                                         Ubicación **No Aplica**
  Observaciones   RUTINA

✱ (Hora: 15:21)  903859   POTASIO EN SUERO U OTROS FLUIDOS                                        Ubicación **No Aplica**
  Observaciones   RUTINA

✱ (Hora: 15:21)  903864   SODIO EN SUERO U OTROS FLUIDOS                                          Ubicación **No Aplica**
  Observaciones   RUTINA

✱ (Hora: 15:21)  903895   CREATININA EN SUERO U OTROS FLUIDOS                                     Ubicación **No Aplica**
  Observaciones   RUTINA

  Firmado electrónicamente por JUAN JOSE GUTIERREZ PATERNINA -- MEDICINA CRITICA Y CUIDADO INTENSIVO
  Tarjeta Profesional 1047404224   Identificación CC 1047404224
**04 julio 2021 12:54** - *(UCIA CUIDADO ADULTO)*
✱ (Hora:    12:54)    890454    INTERCONSULTA    POR    ESPECIALISTA    EN    INFECTOLOGIA    (INFECTOLOGIA  Ubicación **No Aplica**
ADULTOS)

  Firmado electrónicamente por **ERIKA NATALIA MUÑOZ ALVAREZ** -- MEDICINA GENERAL
  Tarjeta Profesional 197763/08   Identificación CC 29360944

---

### *Ordenes de Medicamentos*

**29 junio 2021 16:28** - *(UCIA CUIDADO ADULTO)*
✱  FENtanilo 0,1mg / 2mL SOLUCION INYECTABLE AMPOLLA x 2 mL    **Dosificación**:  10 MICROGRAMOS
  **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 1 DÍAS titular rass -4

✱  PROPOFOL 1% ( 10 mg / 1 mL ) EMULSIÓN INYECTABLE FRASCO x 20 mL    **Dosificación**:  0,1 MICROgramos/ Kg / min
  **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 1 DÍAS titlar rass -4

✱  ORAZOLE 40 mg POLVO LIOFILIZADO VIAL    **Dosificación**:  40 MILIGRAMOS
  **Observaciones**: Endovenosa CADA 24 HORAS DURANTE 1 DÍAS

✱  LACTATO DE RINGER SOLUCION INYECTABLE BOLSA x 1.000 mL REF:ARB2324    **Dosificación**:  80 MILILITROS
  **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 1 DÍAS

✱  MERONEM 1 gramo  POLVO LIOFILIZADO VIAL    **Dosificación**:  2 GRAMO
  **Observaciones**: Endovenosa CADA 8 HORAS DURANTE 1 DÍAS

✱  ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL    **Dosificación**:  600 MILIGRAMOS
  **Observaciones**: Endovenosa CADA 12 HORAS DURANTE 1 DÍAS

✱  CLEXane 60 mg / 0,6 mL SOLUCION INYECTABLE JP x 0,6mL    **Dosificación**:  60 MILIEQUIVALENTES
  **Observaciones**: Subcutanea CADA 24 HORAS DURANTE 1 DÍAS

✱  humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL    **Dosificación**:  10 UNIDAD
  **Observaciones**: Subcutanea CADA 1 DOSIS ÚNICA DURANTE 1 DÍAS esquema de corrección uci

  Firmado electrónicamente por **JUAN SEBASTIAN MARTINEZ COLLAZOS** -- MEDICINA CRITICA Y CUIDADO INTENSIVO
  Tarjeta Profesional 79903577   Identificación CC 79903577
**30 junio 2021 09:23** - *(UCIA CUIDADO ADULTO)*
✱  FENtanilo 0,1mg / 2mL SOLUCION INYECTABLE AMPOLLA x 2 mL    **Dosificación**:  10 MICROGRAMOS

# Clínica
# Imbanaco
Grupo ♥ quirónsalud

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 23 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

---

  **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 1 DÍAS titular rass -4

✳ PROPOFOL 1% ( 10 mg / 1 mL ) EMULSIÓN INYECTABLE FRASCO x 20 mL   **Dosificación**: 0,1 MICROgramos/ Kg / min
  **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 1 DÍAS titlar rass -4

✳ ORAZOLE 40 mg POLVO LIOFILIZADO VIAL   **Dosificación**: 40 MILIGRAMOS
  **Observaciones**: Endovenosa CADA 24 HORAS DURANTE 1 DÍAS

✳ LACTATO DE RINGER SOLUCION INYECTABLE BOLSA x 1.000 mL REF:ARB2324   **Dosificación**: 80 MILILITROS
  **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 1 DÍAS
  **Suspendido por**: OM

✳ MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   **Dosificación**: 2 GRAMO
  **Observaciones**: Endovenosa CADA 8 HORAS DURANTE 1 DÍAS

✳ ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL   **Dosificación**: 600 MILIGRAMOS
  **Observaciones**: Endovenosa CADA 12 HORAS DURANTE 1 DÍAS

✳ CLEXane 60 mg/ 0,6 mL SOLUCION INYECTABLE JP x 0,6mL   **Dosificación**: 60 MILIEQUIVALENTES
  **Observaciones**: Subcutanea CADA 24 HORAS DURANTE 1 DÍAS
  **Suspendido por**: OM

✳ humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL   **Dosificación**: 10 UNIDAD
  **Observaciones**: Subcutanea CADA 1 DOSIS ÚNICA DURANTE 1 DÍAS esquema de corrección uci

✳ LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL   **Dosificación**: 10 UNIDAD
  **Observaciones**: Subcutanea CADA 24 HORAS DURANTE 5 DÍAS

✳ CLExane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL   **Dosificación**: 40 MILIGRAMOS
  **Observaciones**: Subcutanea CADA 24 HORAS DURANTE 24 HORAS

✳ CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 500 mL REF:ARB 1323   **Dosificación**: 50 MILILITROS
  **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 24 HORAS

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**30 junio 2021  12:20 -** *(UCIA CUIDADO ADULTO)*
✳ GLUCERNA 1,5 Kcal/ 1 mL EMULSION PARA ALIMENTACION FRASCO  LPC x 1.000 mL   **Dosificación**: 50 MILILITROS
  **Observaciones**: Enteral CADA 1 HORAS DURANTE 30 DÍAS

Firmado electrónicamente por **RAFAEL HUMBERTO ARIAS GOMEZ** -- CIRUGIA LAPAROSCOPICA AVANZADA
Tarjeta Profesional: 6939   Identificación CC 79447574

**30 junio 2021  22:38 -** *(UCIA CUIDADO ADULTO)*
✳ ACETAMINOFEN 500 mg TABLETA   **Dosificación**: 1 GRAMO
  **Observaciones**: Oral CADA 8 HORAS DURANTE 1 DÍAS

Firmado electrónicamente por **MAURICIO ARAGON DELGADO** -- MEDICINA INTERNA
Tarjeta Profesional: 50976/76   Identificación CC 94060583

**01 julio 2021  09:58 -** *(UCIA CUIDADO ADULTO)*
✳ FENtanilo 0,1mg / 2mL SOLUCION INYECTABLE AMPOLLA x 2 mL   **Dosificación**: 0,5 MICROgramos / Kg / HORA
  **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 1 DÍAS titular rass -4

✳ PROPOFOL 1% ( 10 mg / 1 mL ) EMULSIÓN INYECTABLE FRASCO x 20 mL   **Dosificación**: 3 MILILITROS
  **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 1 DÍAS titlar rass -4

✳ ORAZOLE 40 mg POLVO LIOFILIZADO VIAL   **Dosificación**: 40 MILIGRAMOS
  **Observaciones**: Endovenosa CADA 24 HORAS DURANTE 1 DÍAS

✳ MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   **Dosificación**: 2 GRAMO
  **Observaciones**: Endovenosa CADA 8 HORAS DURANTE 1 DÍAS

✳ ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL   **Dosificación**: 600 MILIGRAMOS
  **Observaciones**: Endovenosa CADA 12 HORAS DURANTE 1 DÍAS

✳ humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL   **Dosificación**: 10 UNIDAD
  **Observaciones**: Subcutanea CADA 1 DOSIS ÚNICA DURANTE 1 DÍAS esquema de corrección uci

✳ LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL   **Dosificación**: 10 UNIDAD

**Clínica**
**Imbanaco**
Grupo ♥ quirónsalud

**Historia Clínica de la Atención**
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 24 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

---

**Observaciones:** Subcutanea CADA 24 HORAS DURANTE 5 DÍAS

✳ CLEXane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL    **Dosificación:** 40 MILIGRAMOS
**Observaciones:** Subcutanea CADA 24 HORAS DURANTE 24 HORAS

✳ CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 500 mL  REF:ARB 1323    **Dosificación:** 50 MILILITROS
**Observaciones:** Endovenosa CADA 1 HORAS DURANTE 24 HORAS

✳ GLUCERNA 1,5 Kcal/ 1 mL EMULSION PARA ALIMENTACION FRASCO  LPC x 1.000 mL    **Dosificación:** 50 MILILITROS
**Observaciones:** Enteral CADA 1 HORAS DURANTE 30 DÍAS

✳ ACETAMINOFEN 500 mg TABLETA    **Dosificación:** 1 GRAMO
**Observaciones:** Oral CADA 8 HORAS DURANTE 1 DÍAS

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**02 julio 2021  09:24** - *(UCIA CUIDADO ADULTO)*
✳ FENtanilo 0,1mg / 2mL SOLUCION INYECTABLE AMPOLLA x 2 mL    **Dosificación:** 0,5 MICROgramos / Kg / HORA
**Observaciones:** Endovenosa CADA 1 HORAS DURANTE 1 DÍAS AL TERMIONAR MEZCLA SUSPENDER

✳ PROPOFOL 1% ( 10 mg / 1 mL ) EMULSIÓN INYECTABLE FRASCO x 20 mL    **Dosificación:** 3 MILILITROS
**Observaciones:** Endovenosa CADA 1 HORAS DURANTE 1 DÍAS titlar rass -4
**Suspendido por:** om

✳ ORAZOLE 40 mg POLVO LIOFILIZADO VIAL    **Dosificación:** 40 MILIGRAMOS
**Observaciones:** Endovenosa CADA 24 HORAS DURANTE 1 DÍAS
**Suspendido por:** om

✳ MERONEM 1 gramo  POLVO LIOFILIZADO VIAL    **Dosificación:** 2 GRAMO
**Observaciones:** Endovenosa CADA 8 HORAS DURANTE 1 DÍAS

✳ ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL    **Dosificación:** 600 MILIGRAMOS
**Observaciones:** Endovenosa CADA 12 HORAS DURANTE 1 DÍAS

✳ humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL    **Dosificación:** 10 UNIDAD
**Observaciones:** Subcutanea CADA 1 DOSIS ÚNICA DURANTE 1 DÍAS esquema de corrección uci

✳ LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL    **Dosificación:** 10 UNIDAD
**Observaciones:** Subcutanea CADA 24 HORAS DURANTE 5 DÍAS

✳ CLEXane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL    **Dosificación:** 40 MILIGRAMOS
**Observaciones:** Subcutanea CADA 24 HORAS DURANTE 24 HORAS

✳ CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 500 mL  REF:ARB 1323    **Dosificación:** 10 MILILITROS
**Observaciones:** Endovenosa CADA 1 HORAS DURANTE 24 HORAS

✳ GLUCERNA 1,5 Kcal/ 1 mL EMULSION PARA ALIMENTACION FRASCO  LPC x 1.000 mL    **Dosificación:** 50 MILILITROS
**Observaciones:** Enteral CADA 1 HORAS DURANTE 30 DÍAS

✳ ACETAMINOFEN 500 mg TABLETA    **Dosificación:** 1 GRAMO
**Observaciones:** Oral CADA 8 HORAS DURANTE 1 DÍAS

✳ SEGREGAM 40 mg TABLETA    **Dosificación:** 40 MILIGRAMOS
**Observaciones:** Oral CADA 24 HORAS DURANTE 7 DÍAS

✳ POTASIO CENTRAL 100 mEq / 500 mL SOLUCION INYECTABLE BOLSA x 500mL    **Dosificación:** 30 MILILITROS
**Observaciones:** Endovenosa CADA 1 HORAS DURANTE 1 DÍAS
**Suspendido por:** om

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**03 julio 2021  09:20** - *(UCIA CUIDADO ADULTO)*
✳ FENtanilo 0,1mg / 2mL SOLUCION INYECTABLE AMPOLLA x 2 mL    **Dosificación:** 0,5 MICROgramos / Kg / HORA
**Observaciones:** Endovenosa CADA 1 HORAS DURANTE 1 DÍAS AL TERMIONAR MEZCLA SUSPENDER

✳ MERONEM 1 gramo  POLVO LIOFILIZADO VIAL    **Dosificación:** 2 GRAMO
**Observaciones:** Endovenosa CADA 8 HORAS DURANTE 1 DÍAS

# Clínica
# Imbanaco
Grupo quironsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 25 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

✱ ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL    **Dosificación**: 600 MILIGRAMOS
   **Observaciones**: Endovenosa CADA 12 HORAS DURANTE 1 DÍAS

✱ humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL    **Dosificación**: 10 UNIDAD
   **Observaciones**: Subcutanea CADA 1 DOSIS ÚNICA DURANTE 1 DÍAS esquema de corrección uci

✱ LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL    **Dosificación**: 10 UNIDAD
   **Observaciones**: Subcutanea CADA 24 HORAS DURANTE 5 DÍAS

✱ CLExane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL    **Dosificación**: 40 MILIGRAMOS
   **Observaciones**: Subcutanea CADA 24 HORAS DURANTE 24 HORAS

✱ CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 500 mL  REF:ARB 1323    **Dosificación**: 10 MILILITROS
   **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 24 HORAS

✱ GLUCERNA 1,5 Kcal/ 1 mL EMULSION PARA ALIMENTACION FRASCO  LPC x 1.000 mL    **Dosificación**: 50 MILILITROS
   **Observaciones**: Enteral CADA 1 HORAS DURANTE 30 DÍAS
   **Suspendido por**: om

✱ ACETAMINOFEN 500 mg TABLETA    **Dosificación**: 1 GRAMO
   **Observaciones**: Oral CADA 8 HORAS DURANTE 1 DÍAS

✱ SEGREGAM 40 mg TABLETA    **Dosificación**: 40 MILIGRAMOS
   **Observaciones**: Oral CADA 24 HORAS DURANTE 7 DÍAS

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**04 julio 2021  10:19** - *(UCIA CUIDADO ADULTO)*
✱ MERONEM 1 gramo  POLVO LIOFILIZADO VIAL    **Dosificación**: 2 GRAMO
   **Observaciones**: Endovenosa CADA 8 HORAS DURANTE 1 DÍAS

✱ ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL    **Dosificación**: 600 MILIGRAMOS
   **Observaciones**: Endovenosa CADA 12 HORAS DURANTE 1 DÍAS

✱ humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL    **Dosificación**: 10 UNIDAD
   **Observaciones**: Subcutanea CADA 1 DOSIS ÚNICA DURANTE 1 DÍAS esquema de corrección uci

✱ LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL    **Dosificación**: 10 UNIDAD
   **Observaciones**: Subcutanea CADA 24 HORAS DURANTE 5 DÍAS
   **Suspendido por**: CAMBIO DOSIS

✱ CLExane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL    **Dosificación**: 40 MILIGRAMOS
   **Observaciones**: Subcutanea CADA 24 HORAS DURANTE 24 HORAS

✱ CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 500 mL  REF:ARB 1323    **Dosificación**: 10 MILILITROS
   **Observaciones**: Endovenosa CADA 1 HORAS DURANTE 24 HORAS

✱ ACETAMINOFEN 500 mg TABLETA    **Dosificación**: 1 GRAMO
   **Observaciones**: Oral CADA 8 HORAS DURANTE 1 DÍAS

✱ SEGREGAM 40 mg TABLETA    **Dosificación**: 40 MILIGRAMOS
   **Observaciones**: Oral CADA 24 HORAS DURANTE 7 DÍAS

✱ LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL    **Dosificación**: 12 UNIDAD
   **Observaciones**: Subcutanea CADA 24 HORAS DURANTE 1 DÍAS

Firmado electrónicamente por **ERIKA NATALIA MUÑOZ ALVAREZ** -- MEDICINA GENERAL
Tarjeta Profesional: 197763/08   Identificación CC 29360944

---

### *Ordenes Generales*
**29 junio 2021  16:33** - *(UCIA CUIDADO ADULTO)*
   CABECERA A 30º
   CAMBIOS DE POSICION CADA 2 HORAS
   CONTROL DE LIQUIDOS ADMINISTRADOS / LIQUIDOS ELIMINADOS
   CORRECCION GLUCEMIAS SEGÚN PROTOCOLO DE INSULINA CRISTALINA
   CUANTIFICACION ESTRICA DE LA - LE
   GLUCOMETRIAS CADA   6 HORAS



Clínica Imbanaco
Grupo quirónsalud

# Historia Clínica de la Atención

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL** (No Interno: **338.574**)

INFORMACION A FAMILIARES
MANTA TERMICA HASTA LOGRAR NORMOTERMIA.RECALENTAMIENTO ACTIVO
MEDIDAS DE PREVENCION ESTANDAR (BARANDAS EN ALTO, HIGIENE ORAL , CUIDADOS DE PIEL)
MONITORIA HEMODINAMICA INVASIVA: SONDA VESICAL, CATETER VENOSO CENTRAL Y LINEA ARTERIAL
ORDENES UCI
TERAPIA FISICA CADA 12H
TERAPIA RESPIRATORIA CADA 6H
VENTILACION MECANICA INVASIVA PARAMETROS PROTECTIVOS

Firmado electrónicamente por **JUAN SEBASTIAN MARTINEZ COLLAZOS** -- MEDICINA CRITICA Y CUIDADO INTENSIVO
Tarjeta Profesional: 79903577 Identificación CC 79903577

**30 junio 2021 09:26** - *(UCIA CUIDADO ADULTO)*

CABECERA A 30°
CAMBIOS DE POSICION CADA 2 HORAS
CONTROL DE LIQUIDOS ADMINISTRADOS / LIQUIDOS ELIMINADOS
CORRECCION GLUCEMIAS SEGÚN PROTOCOLO DE INSULINA CRISTALINA
CUANTIFICACION ESTRICA DE LA - LE
GLUCOMETRIAS CADA 6 HORAS
INFORMACION A FAMILIARES
MEDIDAS DE PREVENCION ESTANDAR (BARANDAS EN ALTO, HIGIENE ORAL , CUIDADOS DE PIEL)
MONITORIA HEMODINAMICA INVASIVA: SONDA VESICAL, CATETER VENOSO CENTRAL Y LINEA ARTERIAL
ORDENES UCI
TERAPIA FISICA CADA 12H
TERAPIA RESPIRATORIA CADA 6H
VENTILACION MECANICA INVASIVA PARAMETROS PROTECTIVOS

Esquemas / Metas:
ORDENES DE DIÁLISIS META TAM 65-75 MMHG
DIURESIS 0.5-1 CC/KG/H
GLUCOMETRÍAS 140-180 MG/DL
PRECAUCIONES DE CONTACTO

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94 Identificación CC 79420172

**01 julio 2021 10:02** - *(UCIA CUIDADO ADULTO)*

CABECERA A 30°
-.METAS : FC 60-90, TAM 65-75 mmhg , SATURACION : mayor de 92%//
-.GLUCOMETRIAS : metas de 140-180 (Informar si no se cumplen ) CADA 6 HORAS //
-DIURESIS informar si menor a 0.8 cc/kg/hora o mayor a 3 cc/ kg /hora //
-.NEUROLOGICO: informar si hay deterioro neurologico //
-.Informar si presenta sangrados anormales o hematomas //
- Ajuste de alarmas a Metas hemodinámicas respiratorias //
- Cuantificar líquidos administrados y eliminados //
-. Fijar disitivos (verificar que no tengan signos de infección) //
-.Examinar con equipos de protección
-. Cambios de posicion cada 2 horas //
- Terapia respiratoria 6 HORAS //
- terapia fisica cada 12 horas //
--Monitoria hemodinamica invasiva //
ORDENES UCI

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94 Identificación CC 79420172

**02 julio 2021 09:30** - *(UCIA CUIDADO ADULTO)*

CABECERA A 30°
-.METAS : FC 60-90, TAM 65-75 mmhg , SATURACIÓN : mayor de 92%//
-.GLUCOMETRIAS : metas de 140-180 (Informar si no se cumplen ) CADA 6 HORAS //
-DIURESIS informar si menor a 0.8 cc/kg/hora o mayor a 3 cc/ kg /hora //
-.NEUROLOGICO: informar si hay deterioro neurológico //
-.Informar si presenta sangrados anormales o hematomas //
- Ajuste de alarmas a Metas hemodinámicas respiratorias //
- Cuantificar líquidos administrados y eliminados //
-. Fijar dispositivos (verificar que no tengan signos de infección) //
-.Examinar con equipos de protección

# Clínica
# Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

-. Cambios de posición cada 2 horas //
- Terapia respiratoria  6 HORAS //
- terapia física cada  12 horas //
ORDENES UCI

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**03 julio 2021  09:28** - *(UCIA CUIDADO ADULTO)*
CABECERA A 30°
-.METAS  :  FC 60-90, TAM 65-75 mmhg ,  SATURACIÓN : mayor de  92%//
-.GLUCOMETRIAS : metas de  140-180 (Informar si no se cumplen ) CADA  6   HORAS //
-DIURESIS informar si   menor a  0.8 cc/kg/hora  o mayor a 3 cc/ kg /hora //
-.NEUROLOGICO: informar si hay deterioro neurológico //
-.Informar si presenta  sangrados  anormales  o hematomas //
- Ajuste de alarmas a Metas  hemodinámicas    respiratorias //
- Cuantificar  líquidos  administrados y eliminados //
 -. Fijar dispositivos    (verificar que no tengan signos de infección) //
  -.Examinar con equipos de protección
-. Cambios de posición cada 2 horas //
- Terapia respiratoria  6 HORAS //
- terapia física cada  12 horas //
ORDENES UCIN

Firmado electrónicamente por **HUGO ERNESTO PEÑA REINA** -- MEDICINA INTERNA
Tarjeta Profesional: 3980-94   Identificación CC 79420172

**04 julio 2021  10:23** - *(UCIA CUIDADO ADULTO)*
CABECERA A 30°
CAMBIOS DE POSICION CADA 2 HORAS
CONTROL DE LIQUIDOS ADMINISTRADOS / LIQUIDOS ELIMINADOS / PESO DIARIO
CORRECCION GLUCEMIAS SEGÚN PROTOCOLO DE INSULINA CRISTALINA
GLUCOMETRIAS POR CAPILAR PREPRANDIAL + 22:00
INFORMACION A FAMILIARES
PENDIENTE REPORTE DE CULTIVOS Y GEN EXPERT
MEDIDAS DE PREVENCION ESTANDAR (BARANDAS EN ALTO, HIGIENE ORAL, CUIDADOS DE PIEL)
RETIRO DE MONITORIA INVASIVA
TRASLADO   A   HOSPITALIZACION   A   CARGO   DE   MEDICINA   INTERNA   DE   TURNO.   SEGUIMIENTO   POR   NEUMOLOGIA,
INFECTOLOGIA.
TERAPIA FISICA CADA 12 HR
TERAPIA RESPIRATORIA CADA 8 H + INCENTIVO RESPIRATORIO CADA HORA

Firmado electrónicamente por **ERIKA NATALIA MUÑOZ ALVAREZ** -- MEDICINA GENERAL
Tarjeta Profesional: 197763/08   Identificación CC 29360944

## *Procedimiento de Fisioterapeuta*
**29 junio 2021  17:53** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 29/06/2021 05:48:03 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: MASCARA DE NO REHINALACION

SOPORTE DE OXIGENO FINAL: VENTILACION MECANICA INVASIVA

DIAGNÓSTICO MÉDICO: 1. SEPSIS
A. URINARIA x E.COLI BLEE POSITIVA
B. INFECCION POR COVID? NEUMONIA MULTILOBAR
2. NEFROLITIASIS
3. ANTECEDETNE DE URETERORENOSCOPIA FLEXIBLE CON LASER IZQUIERDA 17 MAYO 2021
4. RETIRO DE CATETER DOBLE J 9 JUNIO 2021
5. DIABETES

SIGNOS VITALES:
FRECUENCIA CARDIACA:  70LPM
FRECUENCIA RESPIRATORIA:  30RPM
SATURACION DE O2: 87%
ESCALA DE BORG: N.A

# Clínica
# Imbanaco
Grupo ● quironsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 28 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

ESCALA DE EVA: 0/10
EVALUACION: INGRESA PACIENTE MASCULINO, 39 AÑOS DE EDAD, EN REGULARES CONDICIONES GENERALES, ALERTA, TRANQUILO, COLABORADOR, HEMODINAMICAMENTE ESTABLE SIN SOPORTE VASOACTIVO, FEBRIL, CON SOPORTE DE MNR A 15 LT.
INSPECCIÓN: TIPO DE RESPIRACIÓN: SUPERFICIAL, CON SIGNOS DE DIFICULTAD RESPIRATORIA.
PARAMETROS VENTILATORIOS: N.A
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: N.A
Nº TRAQUEOSTOMIA: N.A
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO: N.A
OCLUSION DE TQT: N.A
PALPACIÓN: SIN ALTERACIONES
AUSCULTACIÓN: MURMULLO VESICULAR PRESENTE CON CREPITOS
GASES ARTERIALES: PH: 7,47 PaO2:52 CO2:30,6 HCO3:21,9 BE:-1,3 SvO2: PaO2/FIO2:65 FIO2: 80%
INTERPRETACION GASES: ALCALOSIS RESPIRATORIA CON DISFUNCION PULMONAR SEVERA
MEDICAMENTOS TERAPEUTICOS: N.A
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE DE CONTROL

OBJETIVOS TERAPEUTICOS: MEJORAR INDICES DE OXIGENACION
MEJORAR CAPACIDADES Y VOLUMENES PULMONAR
FAVORECER RECLUTAMIENTO ALVEOLAR
FAVORECER VENTILACION
PERMEABILIZAR VIA AEREA
EVITAR COMPLICACIONES DEL SISTEMA RESPIRATORIO

EVOLUCIÓN: PACIENTE QUE INGRESA CON SIGNOS DE DIFICULTAD RESPIRATORIA, FEBRIL, HIPOXEMICO, MEDICO DE TURNO DECIDE ASEGURAR VIA AEREA EXITOSO AL PRIMER INTENTO TOT#8.0 FIJO EN 24CM, SE CONECTA A VM EN MODO VC VT500 PEEP12 FR20/20 FIO2 70%. TOLERA LA INTERVENCION, QUEDA ESTABLE BAJO MONITOREO, MEDIDAS DE SEGURIDAD, MANILLA LILA, NIVEL DE CAMA BAJA.

INSUMOS: 1 TOT #8.0, 1 VALVA #3, 1 NARI DE CAMELLO, 1 TUBO SILICONADO, 1 LINER, 1 SONDA DE SUCCION CERRADA, 1 GUIA DE INTUBACION.

AYUDAS TERAPEUTICAS: N.A

Firmado electrónicamente por **GLEYDIS ALEXANDRA BEJARANO GONZALEZ** -- FISIOTERAPEUTA UCI
Identificación CC 1151947154

**30 junio 2021  00:47 -** *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 29/06/2021 08:40:00 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL Y FINAL: SOPORTE VENTILATORIO INVASIVO

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN URINARIO + PULMONAR -
****** REPORTE DE PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXEMICA
2. DM2 X HC
3. RECIENTE UROLITIASIS + CATETER DOBLE J.

SIGNOS VITALES:
FRECUENCIA CARDIACA:  FC 82 LPM TA 108/58 MMHG
FRECUENCIA RESPIRATORIA:  20/20 RPM
SATURACION DE O2:100%
ESCALA DE BORG:NA
ESCALA DE EVA:NA
EVALUACION:
INSPECCIÓN:PATRON TORACOABDOMINAL, SUPERFICIAL, BAJO SEDOANALGESIA Y RELAJACION .
PARAMETROS VENTILATORIOS: MODO VC VT 500/517 ML FR 20/20 RPM FIO2 60%, PEEP 10 CMH2O, PRESION PICO 26 CMH2O
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT:TOT 8 FIJO A 24 CM
Nº TRAQUEOSTOMIA:NA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETONA
OCLUSION DE TQT:NA

---

# Historia Clínica de la Atención

**Clínica Imbanaco**
Grupo quironsalud

## UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

PALPACIÓN:SIN EDEMA
AUSCULTACIÓN:RUIDOS RESPIRATORIOS PRESENTES SIN SOBREAGREGADOS
GASES ARTERIALES:PH 7.34  PaO2:67 CO2:42 HCO3:22 BE:-3.0 SvO2:NA PaO2/FIO2:70 FIO2:80%
INTERPRETACION GASES:ACIDOSIS METABOLICA COMPENSADA CON HIPOXEMIA SEVERA
MEDICAMENTOS TERAPEUTICOS:NA
EXAMENES Y AYUDAS DIAGNOSTICAS:RX NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
MANTENER ADECUADOS VOLUMENES PULMONARES
MANTENER PERMEABLE VIA AEREA ARTIFICIAL
OPTIMIZAR PARAMETROS VENTILATORIOS

EVOLUCIÓN:
PACIENTE QUE SE ENCUENTRA EN REGULARES CONDICIONES, CON HIPOXEMIA SEVERA, PRESENTA FALLA RESPIRATORIA REQUIRIENDO IOT, SE ENCUENTRA INESTABLE HEMODINAMICAMENTE, CON VASOACTIVO A DOSIS ALTAS, CON SOPORTE VENTILATORIO INVASIVO EN PARAMETROS ALTOS, CON RELAJACION Y ANALGESIA RASS -2, SE POSICIONA EN SEMISEDENTE EN CAMA, MONITORIA, SE PERMEABILIZA VIA AEREA ARTIFICIAL ENCONTRANDO MODERADA CANTIDAD DE SECRECION MUCOHEMATICA, ESCASA SECRECION HIALINA POR BOCA, PACIENTE TOLERA, SE DEJA CON FIO2 45% SATURANDO 98%, CON PLATEU DE 20 CMH2O, COMPLIANCE 58 CMH2O, DP 10, SE DEJA BAJO MONITORIA CON BARNADS ARRIBA Y NIVEL BAJO DE CAMA POR RIESGO DE CAIDAS

INSUMOS:
1 SONDA SUCCION 14, 1 JERINGA PRELLENADA
AYUDAS TERAPEUTICAS:NA

Firmado electrónicamente por **NATALIA YANDY LEON** -- FISIOTERAPEUTA UCI
Identificación CC 1144066532

**30 junio 2021  05:37 -** *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 30/06/2021 05:36:25 a. m.
Descripción : SOPORTE DE OXIGENO INICIAL Y FINAL: SOPORTE VENTILATORIO INVASIVO

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN URINARIO + PULMONAR -
****** REPORTE DE PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXEMICA
2. DM2 X HC
3. RECIENTE UROLITIASIS + CATETER DOBLE J.

SIGNOS VITALES:
FRECUENCIA CARDIACA:  FC 72 LPM TA 111/61 MMHG
FRECUENCIA RESPIRATORIA:  20/20 RPM
SATURACION DE O2:100%
ESCALA DE BORG:NA
ESCALA DE EVA:NA
EVALUACION:
INSPECCIÓN:PATRON TORACOABDOMINAL, SUPERFICIAL, BAJO SEDOANALGESIA Y RELAJACION .
PARAMETROS VENTILATORIOS: MODO VC VT 500/520 ML FR 20/20 RPM FIO2 40%, PEEP 10 CMH2O, PRESION PICO 25 CMH2O
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT:TOT 8 FIJO A 24 CM
N° TRAQUEOSTOMIA:NA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETONA
OCLUSION DE TQT:NA
PALPACIÓN:SIN EDEMA
AUSCULTACIÓN:RUIDOS RESPIRATORIOS PRESENTES SIN SOBREAGREGADOS
GASES ARTERIALES:PH 7.34  PaO2:67 CO2:42 HCO3:22 BE:-3.0 SvO2:NA PaO2/FIO2:70 FIO2:80%
INTERPRETACION GASES:ACIDOSIS METABOLICA COMPENSADA CON HIPOXEMIA SEVERA
MEDICAMENTOS TERAPEUTICOS:NA
EXAMENES Y AYUDAS DIAGNOSTICAS:RX NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
MANTENER ADECUADOS VOLUMENES PULMONARES

---

# Clínica
# Imbanaco
Grupo **quirón**salud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 30 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

---

MANTENER PERMEABLE VIA AEREA ARTIFICIAL
OPTIMIZAR PARAMETROS VENTILATORIOS

EVOLUCIÓN:
PACIENTE QUE SE ENCUENTRA EN REGULARES CONDICIONES, SE ENCUENTRA INESTABLE HEMODINAMICAMENTE, CON VASOACTIVO A DOSIS ALTAS, CON SOPORTE VENTILATORIO INVASIVO EN PARAMETROS ALTOS, CON RELAJACION Y ANALGESIA RASS -4, SE POSICIONA EN SEMISEDENTE EN CAMA, MONITORIA, SE PERMEABILIZA VIA AEREA ARTIFICIAL ENCONTRANDO MODERADA CANTIDAD DE SECRECION MUCOHEMATICA, ESCASA SECRECION HIALINA POR BOCA, PACIENTE TOLERA,SE DEJA CON FIO2 35% SATURANDO 98%, BAJO MONITORIA CON BARNADS ARRIBA Y NIVEL BAJO DE CAMA POR RIESGO DE CAIDAS

INSUMOS:
1 SONDA SUCCION 14, 1 JERINGA PRELLENADA
AYUDAS TERAPEUTICAS:NA

Firmado electrónicamente por **NATALIA YANDY LEON** -- FISIOTERAPEUTA UCI
Identificación CC 1144066532

**30 junio 2021  07:28** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora : : 30/06/2021 07:28:34 a. m.
Descripción : PACIENTE CON SOPORTE POR VENTILACION MECANICA INVASIVA

DIAGNÓSTICO MÉDICO: SEPSIS DE ORIGEN URINARIO + PULMONAR: REPORTE DE PCR – NEGATIVO    (27.06.2021), FALLA VENTILATORIA HIPOXEMICA.

ANTECEDENTES: DM2. RECIENTE UROLITIIASIS + CATETER DOBLE J.

SIGNOS VITALES:
FRECUENCIA CARDIACA:  80LPM
FRECUENCIA RESPIRATORIA:  17RPM
SATURACION DE O2: 95%
ESCALA DE BORG: NIEGA DISNEA
ESCALA DE EVA: NIEGA DOLOR

EVALUACION:
INSPECCIÓN: PACIENTE EN CAMA, DESPIERTO, ALERTA, COLABORADOR, SIN SIGNOS DE DIFICULTAD RESPIRATORIA, PATRON VENTIL.ATORIO DE PREDOMINIO COSTAL SUPERIOR, SUPERFICIAL.
PARAMETROS VENTILATORIOS: CPAP PS 10 PEEP 8 FIO2 30%
POSICION, FIJACION Y PRESION CUFF DEL TOT: CENTRAL, 24CMS, 28CMH2O
Nº TRAQUEOSTOMIA: NA
KIT TRAQUEOSTOMIA: NA
OCLUSION DE TQT: NA
PALPACIÓN: TORAX SIN ALTERACIONES
AUSCULTACIÓN: MURMULLO VESICULAR CONSERVADO, SIN PRESENCIA DE RUIDOS SOBREAGREGADOS.

OBJETIVOS TERAPEUTICOS:
MANTENER ADECUADA VENTILACION Y OXIGENACION
PROMOVER EXPANSION PULMONAR
PREVENIR COMPLICACIONES ASOCIADAS A REPOSO

EVOLUCIÓN:
PACIENTE EN CAMA, EN CONDICIONES DESCRITAS. SE ASISTE POSICIONAMIENTO, REALIZO MOVILIZACIONES Y BLOQUEOS COSTALES, MOVILIZACIONES Y BLOQUEOS COSTALES, SUCCIÓN POR TOT OBTENIENDO POCA CANTIDAD DE SECRECIONES HEMATICAS (SE TOMA MUESTRA PARA PANEL), ENTREGO ROTULADO. REALIZO CAMBIO DE FIJACIÓN DE TOT SIN COMPLICACIONES. TOLERA INTERVENCION, QUEDA ESTABLE DENTRO DE SU CONDICION. BARANDAS ARRIBA, CAMA EN NIVEL MAS BAJO.

Firmado electrónicamente por **MARIA DEL MAR MARMOLEJO ARAMBURO** -- FISIOTERAPEUTA
Identificación CC 1130623653

**30 junio 2021  07:30** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora : : 30/06/2021 07:30:35 a. m.
Descripción : PACIENTE CON SOPORTE POR VENTILACION MECANICA INVASIVA

# Clínica
# Imbanaco
Grupo ♥quirónsalud

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

DIAGNÓSTICO MÉDICO: SEPSIS DE ORIGEN URINARIO + PULMONAR: REPORTE DE PCR - NEGATIVO (27.06.2021), FALLA VENTILATORIA HIPOXEMICA.

ANTECEDENTES: DM2. RECIENTE UROLITIASIS + CATETER DOBLE J.

SIGNOS VITALES:
FRECUENCIA CARDIACA: 80LPM
FRECUENCIA RESPIRATORIA: 17RPM
SATURACION DE O2: 95%
ESCALA DE BORG: NIEGA DISNEA
ESCALA DE EVA: NIEGA DOLOR
RANGOS DE MOVILIDAD ARTICULAR: CONSERVADOS
FUERZA MUSCULAR: 3/5
EDEMA EN EXTREMIDADES: NO
ESCALA MRC: 36
ESCALA BARTHEL: DEPENDENCIA MODERADA

OBJETIVOS TERAPEUTICOS:
MANTENER ARCOS DE MOVILIDAD ARTICULAR
OPTIMIZAR FUERZA MUSCULAR
PROMOVER ACTIVIDAD FISICA
PREVENIR COMPLICACIONES ASOCIADAS A REPOSO

FASE DE MOVILIZACION: 2

EVOLUCIÓN:
PACIENTE EN CAMA, EN ESTABLES CONDICIONES. SE ASISTE POSICIONAMIENTO, REALIZA EJERCICIOS ACTIVOS LIBRES DE 4 EXTREMIDADES, DESCARGAS DE PESO, ESTIRAMIENTOS. TOLERA INTERVENCION, QUEDA ESTABLE DENTRO DE SU CONDICION. BARANDAS ARRIBA, CAMA EN NIVEL MAS BAJO.

INSUMOS:
TRAMPA DE LUKEN

Firmado electrónicamente por **MARIA DEL MAR MARMOLEJO ARAMBURO** -- FISIOTERAPEUTA
Identificación CC 1130623653

**30 junio 2021  15:21** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 30/06/2021 03:20:39 p. m.
Descripción : PACIENTE CON SOPORTE POR VENTILACION MECANICA INVASIVA

DIAGNÓSTICO MÉDICO: SEPSIS DE ORIGEN URINARIO + PULMONAR: REPORTE DE PCR - NEGATIVO (27.06.2021), FALLA VENTILATORIA HIPOXEMICA.

ANTECEDENTES: DM2. RECIENTE UROLITIASIS + CATETER DOBLE J.

SIGNOS VITALES:
FRECUENCIA CARDIACA: 72LPM
FRECUENCIA RESPIRATORIA: 18RPM
SATURACION DE O2: 96%
ESCALA DE BORG: NIEGA DISNEA
ESCALA DE EVA: NIEGA DOLOR

EVALUACION:
INSPECCIÓN: PACIENTE EN CAMA, DESPIERTO, ALERTA, COLABORADOR, SIN SIGNOS DE DIFICULTAD RESPIRATORIA, PATRON VENTILATORIO DE PREDOMINIO COSTAL SUPERIOR, SUPERFICIAL.
PARAMETROS VENTILATORIOS: CPAP PS 10 PEEP 8 FIO2 30%
POSICION, FIJACION Y PRESION CUFF DEL TOT: CENTRAL, 24CMS, 28CMH2O
N° TRAQUEOSTOMIA: NA
KIT TRAQUEOSTOMIA: NA
OCLUSION DE TQT: NA
PALPACIÓN: TORAX SIN ALTERACIONES

**Clínica Imbanaco**
Grupo quirónsalud

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

---

AUSCULTACIÓN: MURMULLO VESICULAR CONSERVADO, SIN PRESENCIA DE RUIDOS SOBREAGREGADOS.

OBJETIVOS TERAPEUTICOS:
MANTENER ADECUADA VENTILACION Y OXIGENACION
PROMOVER EXPANSION PULMONAR
PREVENIR COMPLICACIONES ASOCIADAS A REPOSO

EVOLUCIÓN:
PACIENTE EN CAMA, EN CONDICIONES DESCRITAS HEMODINAMICAMENTE ESTALE. SE ASISTE POSICIONAMIENTO, REALIZO MOVILIZACIONES Y BLOQUEOS COSTALES, MOVILIZACIONES Y BLOQUEOS COSTALES, SUCCIÓN POR TOT OBTENIENDO POCA CANTIDAD DE SECRECIONES HEMATICAS, ESCASAS HIALINAS POR BOCA. REALIZO CAMBIO DE FIJACIÓN DE TOT SIN COMPLICACIONES. TOLERA INTERVENCION, QUEDA ESTABLE DENTRO DE SU CONDICION. BARANDAS ARRIBA, CAMA EN NIVEL MAS BAJO.

Firmado electrónicamente por **MARIA DEL MAR MARMOLEJO ARAMBURO** -- FISIOTERAPEUTA
Identificación CC 1130623653

**30 junio 2021  15:23 -** *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante : : No
Fecha y Hora: : 30/06/2021 03:23:38 p. m.
Descripción : PACIENTE CON SOPORTE POR VENTILACION MECANICA INVASIVA

DIAGNÓSTICO MÉDICO: SEPSIS DE ORIGEN URINARIO + PULMONAR: REPORTE DE PCR - NEGATIVO   (27.06.2021), FALLA VENTILATORIA HIPOXEMICA.

ANTECEDENTES: DM2. RECIENTE UROLITIASIS + CATETER DOBLE J.

SIGNOS VITALES:
FRECUENCIA CARDIACA:  72LPM
FRECUENCIA RESPIRATORIA:  18RPM
SATURACION DE O2: 96%
ESCALA DE BORG: NIEGA DISNEA
ESCALA DE EVA: NIEGA DOLOR
RANGOS DE MOVILIDAD ARTICULAR: CONSERVADOS
FUERZA MUSCULAR: 3/5
EDEMA EN EXTREMIDADES: NO
ESCALA MRC: 36
ESCALA BARTHEL: DEPENDENCIA MODERADA

OBJETIVOS TERAPEUTICOS:
MANTENER ARCOS DE MOVILIDAD ARTICULAR
OPTIMIZAR FUERZA MUSCULAR
PROMOVER ACTIVIDAD FISICA
PREVENIR COMPLICACIONES ASOCIADAS A REPOSO

FASE DE MOVILIZACION: 2

EVOLUCIÓN:
PACIENTE EN CAMA, ESTALBE, DESPIERTO, ALERTA, COLABORADOR. SE ASISTE POSICIONAMIENTO, REALIZA EJERCICIOS ACTIVOS LIBRES DE 4 EXTREMIDADES, DESCARGAS DE PESO, ESTIRAMIENTOS. TOLERA INTERVENCION, QUEDA ESTABLE DENTRO DE SU CONDICION. BARANDAS ARRIBA, CAMA EN NIVEL MAS BAJO.

Firmado electrónicamente por **MARIA DEL MAR MARMOLEJO ARAMBURO** -- FISIOTERAPEUTA
Identificación CC 1130623653

**01 julio 2021  03:37 -** *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante : : No
Fecha y Hora: : 01/07/2021 03:32:21 a. m.
Descripción : SOPORTE DE OXIGENO INICIAL: VENTILACION MECANICA INVASIVA

SOPORTE DE OXIGENO FINAL: VENTILACION MECANICA INVASIVA

DIAGNÓSTICO MÉDICO:1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO (27.06.2021)

**Clínica**
**Imbanaco**
Grupo quironsalud

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

SIGNOS VITALES:
FRECUENCIA CARDIACA:  80LPM
FRECUENCIA RESPIRATORIA:  20/25RPM
SATURACION DE O2: 99%
ESCALA DE BORG: N.A
ESCALA DE EVA: N.V
EVALUACION:  PACIETNE  MASCULINO,  39  AÑOS  DE  EDAD,  EN  CRITICAS  CONDICIONES  GENERALES,  BAJO
SEDOANALGESIA  RASS  0,  HEMODINAMICAMENTE  ESTABLE  SIN  SOPORTE  VASOACTIVO,  SOPORTE  VENTILATORIO  POR
TOT FUNCIONAL Y PERMEABLE EN SINCRONIA.
INSPECCIÓN: TIPO DE RESPIRACIÓN: COSTAL SUPERIOR, SIN SIGNOS DE DIFICULTAD RESPIRATORIA.
PARAMETROS VENTILATORIOS: VC VT 500 PEEP8 FR 20%25 FIOE 35%
POSICION: ARCADA DENTAL, FIJACION: 24CM Y PRESION CUFF DEL TOT: 28CMH2O
N° TRAQUEOSTOMIA: N.A
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO: N.A
OCLUSION DE TQT: N.A
PALPACIÓN: SIN ALTERACIONES
AUSCULTACIÓN: MURMULLO VESICULAR PRESNETE SIN RUIDOS SOBREAGREDOS
GASES ARTERIALES: PaO2: CO2: HCO3: BE: SvO2: PaO2/FIO2: FIO2: NO TIENE DE CONTROL
INTERPRETACION GASES: N.A
MEDICAMENTOS TERAPEUTICOS: N.A
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE DE CONTROL

OBJETIVOS TERAPEUTICOS: MEJORAR INDICES DE OXIGENACION
MEJORAR CAPACIDADES Y VOLUMENES PULMONARES
FAVORECER VENTILACION
PERMEABILIZAR VIA AEREA
EVITAR COMPLICACIONES DEL SISTEMA RESPIRATORIO

EVOLUCIÓN:  SE  POSICIONA  ADECUADAMENTE  EN  CAMA,  SE  REALIZAN  MOVILIZACIONES  COSTALES,
REDIRECCIONAMIENTO  DE  FLUJO,  ACELERACION  DE  FLUJO  ESPIRATORIO,  BLOQUEOS  COSTALES,  HIGIENE  BRONQUIAL
POR  SONDA  DE  SUCCION  CERRADA  OBTENIENDO  ESCAS  CANTIDAD  DE  SECRECIONES  HIALINAS  CON  TRAZOS
HEMATICOS,  HIGIENE  OROFARINGEA  OBTENIENDO  ESCASO  CONTENIDO  SALIVAL,  TOLERA  LA  INTERVENCION,  QUEDA
BAJO MONITOREO, MEDIDAS DE SEGURIDAD, MANILLA LILA, NIVEL DE CAMA BAJA

INSUMOS: 1 SONDA DE SUCCION#14

AYUDAS TERAPEUTICAS: N.A
                    Firmado electrónicamente por **GLEYDIS ALEXANDRA BEJARANO GONZALEZ** -- FISIOTERAPEUTA UCI
                    Identificación CC 1151947154
**01 julio 2021  11:11** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 01/07/2021 11:11:39 a. m.
Descripción : SOPORTE DE OXIGENO INICIAL: VENTILACION MECANICA INVASIVA

SOPORTE DE OXIGENO FINAL: VENTILACION MECANICA INVASIVA

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 34 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR    PATRÓN: E Y F
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA    GRAVE    EN    CAPACIDADES    Y    VOLUMENES    PULMONARES,    INTERCAMBIO    DE    OXIGENO,    EN    HIGIENE
BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA:  75 LPM
FRECUENCIA RESPIRATORIA:  20 RPM
SATURACION DE O2: 96%
RANGOS DE MOVILIDAD ARTICULAR: COMPLETOS A LA MOVILIZACION PASIVA
FUERZA MUSCULAR: 3/5
EDEMA EN EXTREMIDADES: NO PRESENTA
ESCALA DE BORG: 0
ESCALA DE EVA: 0
ESCALA MRC: 36
ESCALA BARTHEL: DEPENDENCIA TOTAL
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
* FASE 2
- MANTENER Y MEJORAR ARCOS DE MOVILIDAD ARTICULAR
- MANTENER Y MEJORAR FUERZA MUSCULAR
- FAVORECER CIRCULACION
- PREVENIR COMPLICACIONES RELACIONADAS CON EL REPOSO

EVOLUCIÓN:
PACIENTE EN CAMA, CURSANDO DIA 2 DE VENTILACION MECANICA, ESTABLE HEMODINAMICAMENTE, RASS 0
SE  INICIA  INTERVENCION  CON  ADECUADO  POSICIONAMIENTO  EN  CAMA,  SE  CONTINUA  CON  EJERCICIOS  ACTIVOS
LIBRES  Y  ACTIVOS  DIRIGIDOS  EN  MIEMBROS  SUPERIORES  E  INFERIORES,  EJERCICIOS  CIRCULATORIOS,  SE  FINALIZA
CON  ESTIRAMIENTOS  EN  4 EXTREMIDADES.    DEJO  PACIENTE  EN  CAMA,  TOLERANDO  INTERVENCION,CON  MEDIDAS  DE
PREVENCION DE CAIDAS, NIVEL DE CAMA BAJO, BARANDAS ARRIBA

INSUMOS:
- NO SE USAN

AYUDAS TERAPEUTICAS: NO SE USAN
Paciente con Acompañante: : No
Fecha y Hora: : 01/07/2021 11:11:46 a. m.
Descripción : SOPORTE DE OXIGENO INICIAL: VENTILACION MECANICA INVASIVA

SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)

**Clínica**

**Imbanaco**

Grupo **quirónsalud**

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**

Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 35 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR    PATRÓN: E Y F
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA    GRAVE    EN    CAPACIDADES    Y    VOLUMENES    PULMONARES,    INTERCAMBIO    DE    OXIGENO,    EN    HIGIENE
BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA:  75 LPM
FRECUENCIA RESPIRATORIA:  20 RPM
SATURACION DE O2: 96%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:    PACIENTE    ESTABLE    DENTRO    DE    SU    CONDICION    CLINICA,    BAJO    EFECTOS    DE    RELAJACION    Y    ANALGESIA,
RASS    0,    DESPIERTO,    COLABORADOR,    OBEDECE    ORDENES    SENCILLAS,    ESTABLE    HEMODINAMICAMENTE,    CON    VIA    AEREA
INSTRUMENTALIZADA, CURSANDO SEGUNDO DIA DE VENTILACION MECANICA
INSPECCIÓN: ACOPLADO, SIN SIGNOS DE DIFICULTAD RESPIRATORIA.
PARAMETROS VENTILATORIOS: MODO VOLUMEN CONTROL, PEEP 8, FIO2 35%, FR 16/19, VT 500
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: TOT # 8.0, FIJO 24 CMS
Nº TRAQUEOSTOMIA: NO APLICA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
OCLUSION DE TQT: NO APLICA
PALPACIÓN: TORAX SIN ALTERACION
AUSCULTACIÓN: MURMULLO VESICULAR PRESENTE CON RONCUS APICALES
GASES ARTERIALES: PH: 7.44 PaO2: 90 PCO2: 36  HCO3: 24 BE: 0.3  SO2: 97 PaO2/FIO2: 257 FIO2: 35%
INTERPRETACION GASES: EN EQUILIBRIO CON TRANSTORNO LEVE EN LA OXIGENACION
MEDICAMENTOS TERAPEUTICOS: NO USA
EXAMENES    Y    AYUDAS    DIAGNOSTICAS:        Persisten    opacidades    de    ocupación    alveolar    en    bases    pulmonares    sin    cambios
significativos respecto a estudio.  Obliteración del ángulo costofrénico izquierdo

OBJETIVOS TERAPEUTICOS:
- MANTENER VIA AEREA LIMPIA Y PERMEABLE
- MANTENER Y MEJORAR OXIGENACION
- MANTENER VOLUMENES Y CAPACIDADES PULMONARES
- PREVENIR COMPLICACIONES RESPIRATORIAS
- DESTETE VENTILATORIO

EVOLUCIÓN:
INICIO    INTERVENCION    CON    ADECUADO    POSICIONAMIENTO    EN    CAMA,    CONTINUO    CON    MOVILIZACIONES    COSTALES,
ACELERACION    DE    FLUJO    ESPIRATORIO,    PERMEABILIZACION    DE    VIA    AEREA    MEDIANTE    SUCCION,    OBTENIENDO    ESCASA
CANTIDAD    DE    SECRECIONES,    POR    BOCA    ESCASA    CANTIDAD    DE    SECRECIONES    MUCOHIALINAS,    CAMBIO    PARAMETROS
VENTILATORIOS    ASI:    MODO    CPAP+PS,    PEEP    8,    FIO2 30%,    PS    8,    PACIENTE    REALIZA    ADECUADOS    VOLUMENES,
POSTERIORMENTE    DISMINUYO    PARAMETROS    VENTILATORIOS,    REALIZO    PRUEBA    DE    FUGA,    LA    CUAL    ES    NEGATIVA
PARA    ESTRIDOR,    PROCEDO        A    REALIZAR    EXTUBACION    PROGRAMADA    Y    ACOPLO    A    CANULA    NASAL    SIMPLE    FIO2 32%.
DEJO    PACIENTE    EN    CAMA,    ESTABLE    DENTRO    DE    SU    CONDICION    CLINICA,    TOLERNADO    INTERVENCION,    CON    BARANDAS
ARRIBA, NIVEL DE CAMA BAJO, MANILLA LILA

INSUMOS:
- 2 SONDA DE SUCCION 14 FR
- 1 JERINGA PRELENADA 10 CC SSN 0.9%
- 1 CANULA NASAL SIMPLE

AYUDAS TERAPEUTICAS: VENTILADOR MECANICO

---



**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**

Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Firmado electrónicamente por **YAKLIN ASTRID MARTINEZ VALENCIA** -- FISIOTERAPEUTA UCI
Identificación CC 67030621

**01 julio 2021  15:11** - *(UCIA CUIDADO ADULTO)*

Paciente con Acompañante: : No
Fecha y Hora: : 01/07/2021 03:11:50 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL SIMPLE

SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR   PATRÓN: E Y F
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA     GRAVE    EN    CAPACIDADES    Y    VOLUMENES    PULMONARES,    INTERCAMBIO    DE    OXIGENO,    EN    HIGIENE
BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA:  86 LPM
FRECUENCIA RESPIRATORIA:  24 RPM
SATURACION DE O2: 94%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:   PACIENTE    EN    CAMA,    DESPIERTO,    COLABORADOR,    CON    EXTUBACION    RECIENTE,    TOLERANDO
ADEUCADAMENTE
INSPECCIÓN:   PATRON   RESPIRATORIO   COSTODIAFRAGMATICO,   RITMICO,   SUPERFICIAL,   SIN   SIGNOS   DE   DIFICULTAD
RESPIRATORIA.
PARAMETROS VENTILATORIOS: CANULA NASAL SIMPLE 3 LPM
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NO APLICA
Nº TRAQUEOSTOMIA: NO APLICA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
OCLUSION DE TQT: NO APLICA
PALPACIÓN: TORAX SIN ALTERACION
AUSCULTACIÓN: MURMULLO VESICULAR PRESENTE SIN RUIDOS SOBREAGREGADOS
GASES ARTERIALES: PaO2: CO2: HCO3: BE: SvO2: PaO2/FIO2: FIO2:// NO TIENE RECIENTE
INTERPRETACION GASES: NO APLICA
MEDICAMENTOS TERAPEUTICOS: NO USA
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
- MANTENER Y MEJORAR OXIGENACION
- MANTENER Y MEJORAR VOLUMENES Y CAPACIDADES PULMONARES
- PREVENIR COMPLICACIONES RESPIRATORIAS

EVOLUCIÓN:
PACIENTE    EN    CAMA,    CON    EXTUBACION    RECIENTE,    TOLERANDO    ADECUADAMENTE,    SIN    SIGNOS    DE    DIFICULTAD

---

**Clínica**
# Imbanaco
Grupo **quirónsalud**

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No. **14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

RESPIRATORIA
SE INICIA INTERVENCION CON ADECUADO POSICIONAMIENTO EN CAMA, SE CONTINUA CON EJERCICIOS DE PATRON RESPIRATORIO DIAFRAGMATICO, INSPIRACIONES FRACCIONADAS EN DOS TIEMPOS, INSPIRACIONES SOSTENIDAS, TOS DIRIGIDA, PACIENTE LOGRA MOVILIZAR ESCASA CANTIDAD DE SECRECIONES MUCOBLANQUECINAS, FINALIZO CONESTIRAMIENTOS DE REJA COSTAL. DEJO PACIENTE EN CAMA, TOLERANDO INTERVENCION, CON MEDIDAS DE PREVENCION DE CAIDAS, NIVEL DE CAMA BAJO, BARANDAS ARRIBA

INSUMOS: NO SE USAN

AYUDAS TERAPEUTICAS: NO SE USAN

Firmado electrónicamente por **YAKLIN ASTRID MARTINEZ VALENCIA** -- FISIOTERAPEUTA UCI
Identificación CC 67030621

**01 julio 2021  15:12 -** *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora : : 01/07/2021 03:12:01 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL SIMPLE

SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR   PATRÓN: E Y F
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA   GRAVE   EN   CAPACIDADES   Y   VOLUMENES   PULMONARES,   INTERCAMBIO   DE   OXIGENO,   EN   HIGIENE BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA:  86 LPM
FRECUENCIA RESPIRATORIA:  24 RPM
SATURACION DE O2: 94%
RANGOS DE MOVILIDAD ARTICULAR: COMPLETOS A LA MOVILIZACION PASIVA
FUERZA MUSCULAR: 3/5
EDEMA EN EXTREMIDADES: NO PRESENTA
ESCALA DE BORG: 0
ESCALA DE EVA: 0
ESCALA MRC: 36
ESCALA BARTHEL: DEPENDENCIA TOTAL
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
* FASE 2
- MANTENER Y MEJORAR ARCOS DE MOVILIDAD ARTICULAR
- MANTENER Y MEJORAR FUERZA MUSCULAR
- FAVORECER CIRCULACION
- PREVENIR COMPLICACIONES RELACIONADAS CON EL REPOSO

---

# Clínica Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 38 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

EVOLUCIÓN:
PACIENTE EN CAMA, CON EXTUBACION RECIENTE, DESPIERTO, ORIENTADO, COLABORADOR, ESTABLE HEMODINAMICAMENTE
SE INICIA INTERVENCION CON ADECUADO POSICIONAMIENTO EN CAMA, SE CONTINUA CON EJERCICIOS ACTIVOS LIBRES Y ACTIVOS DIRIGIDOS EN MIEMBROS SUPERIORES E INFERIORES, EJERCICIOS CIRCULATORIOS, SE FINALIZA CON ESTIRAMIENTOS EN 4 EXTREMIDADES.   DEJO PACIENTE EN CAMA, TOLERANDO INTERVENCION,CON MEDIDAS DE PREVENCION DE CAIDAS, NIVEL DE CAMA BAJO, BARANDAS ARRIBA

INSUMOS:
- NO SE USAN

AYUDAS TERAPEUTICAS: NO SE USAN

   Firmado electrónicamente por **YAKLIN ASTRID MARTINEZ VALENCIA** -- FISIOTERAPEUTA UCI
   Identificación CC 67030621

**01 julio 2021  23:36** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 01/07/2021 11:34:26 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL DE OXIGENO

SOPORTE DE OXIGENO FINAL: CANULA NASAL DE OXIGENO

DIAGNÓSTICO MÉDICO:1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

SIGNOS VITALES:
FRECUENCIA CARDIACA:  71LPM
FRECUENCIA RESPIRATORIA:  24RPM
SATURACION DE O2: 94%
ESCALA DE BORG: N.A
ESCALA DE EVA: N.V
EVALUACION: PACIETNE MASCULINO, 39 AÑOS DE EDAD, EN REGULARES CONDICIONES GENERALES,SIN SEDACION, GLASGOW 15/15, HEMODINAMICAMENTE ESTABLE SIN SOPORTE VASOACTIVO, SOPORTE DE OXIGENO POR CANULA NASAL A 3LT. TOLERA EXTUBACION PROGRAMADA
INSPECCIÓN: TIPO DE RESPIRACIÓN: COSTAL SUPERIOR, SIN SIGNOS DE DIFICULTAD RESPIRATORIA.
PARAMETROS VENTILATORIOS: N.A
POSICION: FIJACION: Y PRESION CUFF DEL TOT: N.A
Nº TRAQUEOSTOMIA: N.A
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO: N.A
OCLUSION DE TQT: N.A
PALPACIÓN: SIN ALTERACIONES
AUSCULTACIÓN: MURMULLO VESICULAR PRESNETE SIN RUIDOS SOBREAGREDOS
GASES ARTERIALES: PaO2: CO2: HCO3: BE: SvO2: PaO2/FIO2: FIO2: NO TIENE DE CONTROL
INTERPRETACION GASES: N.A
MEDICAMENTOS TERAPEUTICOS: N.A
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE DE CONTROL

OBJETIVOS TERAPEUTICOS: PLAN VIGILANCIA Y MONITOREO RESPIRATORIO
   Firmado electrónicamente por **GLEYDIS ALEXANDRA BEJARANO GONZALEZ** -- FISIOTERAPEUTA UCI
   Identificación CC 1151947154
**02 julio 2021  17:20** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 02/07/2021 05:20:31 p. m.

**Clínica**
**Imbanaco**
Grupo quirónsalud

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 39 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL SIMPLE

SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR    PATRÓN: A
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA  GRAVE  EN  CAPACIDADES  Y  VOLUMENES  PULMONARES,  INTERCAMBIO  DE  OXIGENO,  EN  HIGIENE BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

*********NOTA ACLARATORIA: INTERVENCION AM***************************

SIGNOS VITALES:
FRECUENCIA CARDIACA:  79 LPM
FRECUENCIA RESPIRATORIA:  20 RPM
SATURACIÓN DE O2: 95%
FUERZA MUSCULAR: 3/5
EDEMA EN EXTREMIDADES: NO PRESENTA
ESCALA DE BORG: 0
ESCALA DE EVA: 0
ESCALA MRC: 36
ESCALA BARTHEL: DEPENDENCIA TOTAL
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
* FASE 2
- MANTENER Y MEJORAR ARCOS DE MOVILIDAD ARTICULAR
- MANTENER Y MEJORAR FUERZA MUSCULAR
- FAVORECER CIRCULACION
- PREVENIR COMPLICACIONES RELACIONADAS CON EL REPOSO

EVOLUCIÓN:
PACIENTE EN SILLA RECLINABLE, DESPIERTO, ORIENTADO, COLABORADOR, ESTABLE HEMODINAMICAMENTE
SE  INICIA  INTERVENCION  CON  ADECUADO  POSICIONAMIENTO  EN  SILLA,  SE  REALIZA  TRANSICION  A  BIPEDO,  SE CONTINUA  CON  EJERCICIOS  ACTIVOS  LIBRES  Y  ACTIVOS  DIRIGIDOS  EN  MIEMBROS  SUPERIORES  E  INFERIORES, MARCHA  ESTATICA,  SE  REGRESA  A  SILLA  Y  SE  FINALIZA  CON  ESTIRAMIENTOS  EN  4 EXTREMIDADES.  DEJO  PACIENTE EN  CAMA,  TOLERANDO  INTERVENCION,  CON  MANILLA  LILA  DE  RIESGO  DE  CAIDAS,  SE  RECOMIENDA  REALIZAR TRASLADOS SOLO EN COMPAÑIA DE PERSONAL

INSUMOS:
- NO SE USAN

AYUDAS TERAPEUTICAS: NO SE USAN
Paciente con Acompañante: : No

# Clínica
# Imbanaco
Grupo ● quirónsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Fecha y Hora : 02/07/2021 05:20:39 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL SIMPLE

SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

************NOTA ACLARATORIA: INTERVENCION AM************************************

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR   PATRÓN: A
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA     GRAVE     EN     CAPACIDADES     Y     VOLUMENES     PULMONARES,     INTERCAMBIO     DE     OXIGENO,     EN     HIGIENE
BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA:  79 LPM
FRECUENCIA RESPIRATORIA:  20 RPM
SATURACION DE O2: 95%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:     PACIENTE     EN     SILLA     RECLINABLE,     DESPIERTO,     COLABORADOR,     CON     MENOS     DE     24 HORAS     DE
EXTUBACION     TOLERANDO     ADECUADAMENTE,     HEMODINAMICAMENTE     ESTABLE,     CON     SOPORTE     DE     OXIGENO     MEDIANTE
CANULA NASAL SIMPLE
INSPECCIÓN:     PATRON     RESPIRATORIO     COSTODIAFRAGMATICO,     RITMICO,     SUPERFICIAL,     SIN     SIGNOS     DE     DIFICULTAD
RESPIRATORIA.
PARAMETROS VENTILATORIOS: CANULA NASAL SIMPLE 3 LPM
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NO APLICA
Nº TRAQUEOSTOMIA: NO APLICA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
OCLUSION DE TQT: NO APLICA
PALPACIÓN: TORAX SIN ALTERACION
AUSCULTACIÓN: MURMULLO VESICULAR PRESENTE SIN RUIDOS SOBREAGREGADOS
GASES ARTERIALES: PH: 7.48 PaO2: 66 CO2: 32 HCO3: 24 BE: 1.7 SO2: 95% PaO2/FIO2: 207 FIO2: 32%
INTERPRETACION GASES: ALCALOSIS RESPIRATORIA CON TRANSTORNO LEVE EN LA OXIGENACION
MEDICAMENTOS TERAPEUTICOS: NO USA
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
- MANTENER Y MEJORAR OXIGENACION
- MANTENER Y MEJORAR VOLUMENES Y CAPACIDADES PULMONARES
- PREVENIR COMPLICACIONES RESPIRATORIAS

EVOLUCIÓN:
PACIENTE EN SILLA RECLINABLE, DESPIERTO, COLABORADOR, SIN SIGNOS DE DIFICULTAD RESPIRATORIA
SE     INICIA     INTERVENCION     CON     ADECUADO     POSICIONAMIENTO     EN     CAMA,     SE     CONTINUA     CON     EJERCICIOS     DE     PATRON

---

**Clínica**
# Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**  (No Interno: **338.574**)

RESPRIATORIO DIAFRAGMATICO, INSPIRACIONES FRACCIONADAS EN DOS TIEMPOS, INSPIRACIONES SOSTENIDAS, EJERCICIOS RESPIRATORIOS CON USO DE MIEMBROS SUPERIORES, FINALIZO CON ESTIRAMIENTOS DE REJA COSTAL. DEJO PACIENTE EN CAMA, TOLERANDO INTERVENCION, SE RECOMIENDA REALIZAR TRASLADOS SOLO EN COMPAÑIA DE PERSONAL DE SALA

INSUMOS: NO SE USAN

AYUDAS TERAPEUTICAS: NO SE USAN

Firmado electrónicamente por **YAKLIN ASTRID MARTINEZ VALENCIA** -- FISIOTERAPEUTA UCI
Identificación CC 67030621

**02 julio 2021  17:44** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 02/07/2021 05:39:56 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL SIMPLE

SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR    PATRÓN: A
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA    GRAVE    EN    CAPACIDADES    Y    VOLUMENES    PULMONARES,    INTERCAMBIO    DE    OXIGENO,    EN    HIGIENE BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

***************NOTA ACLARATORIA:  INTERVENCION PM*************************

SIGNOS VITALES:
FRECUENCIA CARDIACA:  65 LPM
FRECUENCIA RESPIRATORIA: 17 RPM
SATURACION DE O2: 96%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:  PACIENTE  EN  SILLA  RECLINABLE,  DESPIERTO,  COLABORADOR,  CON  MAS  DE  24 HORAS  DE  EXTUBACION TOLERANDO    ADECUADAMENTE,    SIN    COMPLICACIONES,    HEMODINAMICAMENTE    ESTABLE,    CON    SOPORTE    DE    OXIGENO MEDIANTE CANULA NASAL SIMPLE
INSPECCIÓN:  PATRON  RESPIRATORIO  COSTODIAFRAGMATICO,  RITMICO,  SUPERFICIAL,  SIN  SIGNOS  DE  DIFICULTAD RESPIRATORIA.
PARAMETROS VENTILATORIOS: CANULA NASAL SIMPLE 3 LPM
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NO APLICA
Nº TRAQUEOSTOMIA: NO APLICA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
OCLUSION DE TQT: NO APLICA
PALPACIÓN: TORAX SIN ALTERACION
AUSCULTACIÓN: MURMULLO VESICULAR PRESENTE SIN RUIDOS SOBREAGREGADOS
GASES ARTERIALES: NO TIENE RECIENTE

**Clínica**
# Imbanaco
Grupo ♥quirónsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 42 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

INTERPRETACION GASES: NO APLICA
MEDICAMENTOS TERAPEUTICOS: NO USA
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
- MANTENER Y MEJORAR OXIGENACION
- MANTENER Y MEJORAR VOLUMENES Y CAPACIDADES PULMONARES
- PREVENIR COMPLICACIONES RESPIRATORIAS

EVOLUCIÓN:
PACIENTE EN SILLA RECLINABLE, DESPIERTO, COLABORADOR, SIN SIGNOS DE DIFICULTAD RESPIRATORIA
SE INICIA INTERVENCION CON ADECUADO POSICIONAMIENTO EN CAMA, SE CONTINUA CON EJERCICIOS DE PATRON RESPIRATORIO DIAFRAGMATICO, INSPIRACIONES FRACCIONADAS EN DOS TIEMPOS, INSPIRACIONES SOSTENIDAS, EJERCICIOS RESPIRATORIOS CON USO DE MIEMBROS SUPERIORES, FINALIZO CON ESTIRAMIENTOS DE REJA COSTAL. DEJO PACIENTE EN CAMA, TOLERANDO INTERVENCION, SE RECOMIENDA REALIZAR TRASLADOS SOLO EN COMPAÑIA DE PERSONAL DE SALA

INSUMOS: NO SE USAN

AYUDAS TERAPEUTICAS: NO SE USAN
Paciente con Acompañante: : No
Fecha y Hora: : 02/07/2021 05:44:43 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL SIMPLE

SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR   PATRÓN: A
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA   GRAVE  EN  CAPACIDADES  Y  VOLUMENES  PULMONARES,  INTERCAMBIO   DE  OXIGENO,  EN  HIGIENE BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

***************NOTA ACLARATORIA:  INTERVENCION PM*************************

SIGNOS VITALES:
FRECUENCIA CARDIACA:  65 LPM
FRECUENCIA RESPIRATORIA: 17 RPM
SATURACIÓN DE O2: 96%
RANGOS DE MOVILIDAD ARTICULAR: COMPLETOS A LA MOVILIZACION PASIVA
FUERZA MUSCULAR: 3/5
EDEMA EN EXTREMIDADES: NO PRESENTA
ESCALA DE BORG: 0
ESCALA DE EVA: 0
ESCALA MRC: 36



**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**

Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 43 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

---

ESCALA BARTHEL: DEPENDENCIA TOTAL
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
* FASE 2
- MANTENER Y MEJORAR ARCOS DE MOVILIDAD ARTICULAR
- MANTENER Y MEJORAR FUERZA MUSCULAR
- FAVORECER CIRCULACION
- PREVENIR COMPLICACIONES RELACIONADAS CON EL REPOSO

EVOLUCIÓN:
PACIENTE EN SILLA RECLINABLE, DESPIERTO, ORIENTADO, COLABORADOR, ESTABLE HEMODINAMICAMENTE
SE INICIA INTERVENCION CON ADECUADO POSICIONAMIENTO EN SILLA, SE REALIZA TRANSICION A BIPEDO, SE CONTINUA CON EJERCICIOS ACTIVOS LIBRES Y ACTIVOS DIRIGIDOS EN MIEMBROS SUPERIORES E INFERIORES, MARCHA ESTATICA, SE REGRESA A SILLA Y SE FINALIZA CON ESTIRAMIENTOS EN 4 EXTREMIDADES. DEJO PACIENTE EN CAMA, TOLERANDO INTERVENCION, CON MANILLA LILA DE RIESGO DE CAIDAS, SE RECOMIENDA REALIZAR TRASLADOS SOLO EN COMPAÑIA DE PERSONAL

INSUMOS:
- NO SE USAN

AYUDAS TERAPEUTICAS: NO SE USAN

Firmado electrónicamente por **YAKLIN ASTRID MARTINEZ VALENCIA** -- FISIOTERAPEUTA UCI
Identificación CC 67030621

**02 julio 2021  23:49** - (UCIA CUIDADO ADULTO)
Paciente con Acompañante: : No
Fecha y Hora: : 02/07/2021 11:47:57 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL

SOPORTE DE OXIGENO FINAL: CANULA NASAL

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR    PATRÓN: A
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA  GRAVE EN CAPACIDADES Y VOLUMENES PULMONARES, INTERCAMBIO DE OXIGENO, EN HIGIENE BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA: 62 LPM
FRECUENCIA RESPIRATORIA: 17 RPM
SATURACION DE O2: 97%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:    PACIENTE    DESPIERTO,    COLABORADOR,    SIN    COMPLICACIONES,    HEMODINAMICAMENTE    ESTABLE,    CON

**Clínica**
**Imbanaco**
Grupo **quirónsalud**

**Historia Clínica de la Atención**
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

SOPORTE DE OXIGENO MEDIANTE CANULA NASAL SIMPLE
INSPECCIÓN: CON PATRON RESPIRATORIO COSTODIAFRAGMATICO, RITMICO, SUPERFICIAL, SIN SIGNOS DE DIFICULTAD RESPIRATORIA.
PARAMETROS VENTILATORIOS: CANULA NASAL SIMPLE 3 LPM
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NO APLICA
Nº TRAQUEOSTOMIA: NO APLICA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
OCLUSION DE TQT: NO APLICA
PALPACIÓN: TORAX SIN ALTERACION
AUSCULTACIÓN: RUIDOS RESPIRATORIOS  PRESENTE SIN RUIDOS SOBREAGREGADOS
GASES ARTERIALES: NO TIENE RECIENTE
INTERPRETACION GASES: NO APLICA
MEDICAMENTOS TERAPEUTICOS: NO USA
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
VIGILANCIA RESPIRATORIA

EVOLUCIÓN:
PACIENTE ESTABLE, ALERTA, COLABORADOR, SIN SIGNOS DE DIFICULTAD RESPIRATORIA, CON ADECUADO PATRON RESPIRATORIO, SE DEJA EN VIGILANCIA RESPIRATORIA ESTRICTA, QUEDA EN CAMA CON BARANDAS ARRIBA Y NIVEL DE CAMA BAJO. POR RIESGO DE CAIDA.

INSUMOS: NO SE USAN

AYUDAS TERAPEUTICAS: NO SE USAN

Firmado electrónicamente por **CAROLINA LEONOR CHAVEZ ACOSTA** -- FISIOTERAPEUTA
Identificación CC 25286215

**03 julio 2021  13:20** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 03/07/2021 01:20:10 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL SIMPLE

SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR   PATRÓN: A
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA  GRAVE EN CAPACIDADES Y VOLUMENES PULMONARES, INTERCAMBIO DE OXIGENO, EN HIGIENE BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

**************NOTA ACLARATORIA:  INTERVENCION PM*************************

SIGNOS VITALES:

# Clínica
# Imbanaco
Grupo **quirón**salud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 45 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

FRECUENCIA CARDIACA:  65 LPM
FRECUENCIA RESPIRATORIA: 19 RPM
SATURACION DE O2: 94%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION: PACIENTE EN SILLA RECLINABLE, DESPIERTO, COLABORADOR, CON MAS DE 24 HORAS DE EXTUBACION TOLERANDO ADECUADAMENTE, SIN COMPLICACIONES, HEMODINAMICAMENTE ESTABLE, CON SOPORTE DE OXIGENO MEDIANTE CANULA NASAL SIMPLE
INSPECCIÓN: PATRON RESPIRATORIO COSTODIAFRAGMATICO, RITMICO, SUPERFICIAL, SIN SIGNOS DE DIFICULTAD RESPIRATORIA.
PARAMETROS VENTILATORIOS: CANULA NASAL SIMPLE 3 LPM
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NO APLICA
Nº TRAQUEOSTOMIA: NO APLICA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
OCLUSION DE TQT: NO APLICA
PALPACIÓN: TORAX SIN ALTERACION
AUSCULTACIÓN: MURMULLO VESICULAR PRESENTE SIN RUIDOS SOBREAGREGADOS
GASES ARTERIALES: NO TIENE RECIENTE
INTERPRETACION GASES: NO APLICA
MEDICAMENTOS TERAPEUTICOS: NO USA
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
- MANTENER Y MEJORAR OXIGENACION
- MANTENER Y MEJORAR VOLUMENES Y CAPACIDADES PULMONARES
- PREVENIR COMPLICACIONES RESPIRATORIAS

EVOLUCIÓN:
PACIENTE EN SILLA RECLINABLE, DESPIERTO, COLABORADOR, SIN SIGNOS DE DIFICULTAD RESPIRATORIA
SE INICIA INTERVENCION CON ADECUADO POSICIONAMIENTO EN CAMA, SE CONTINUA CON EJERCICIOS DE PATRON RESPIRATORIO DIAFRAGMATICO, INSPIRACIONES FRACCIONADAS EN DOS TIEMPOS, INSPIRACIONES SOSTENIDAS, EJERCICIOS RESPIRATORIOS CON USO DE MIEMBROS SUPERIORES, FINALIZO CON ESTIRAMIENTOS DE REJA COSTAL. DEJO PACIENTE EN CAMA, TOLERANDO INTERVENCION, SE RECOMIENDA REALIZAR TRASLADOS SOLO EN COMPAÑIA DE PERSONAL DE SALA

INSUMOS: NO SE USAN

AYUDAS TERAPEUTICAS: NO SE USAN
Paciente con Acompañante: : No
Fecha y Hora: : 03/07/2021 01:20:30 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL SIMPLE
SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR   PATRÓN: A
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO

**Clínica**
**Imbanaco**
Grupo quironsalud

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**

Teléfono Directo: **3821000** -- Conmutador: **22101**

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

DEFICIENCIA GRAVE EN CAPACIDADES Y VOLUMENES PULMONARES, INTERCAMBIO DE OXIGENO, EN HIGIENE BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN LA PARTICIPACIÓN SOCIAL Y FAMILIAR

**************NOTA ACLARATORIA: INTERVENCION PM*************************

SIGNOS VITALES:
FRECUENCIA CARDIACA: 66 LPM
FRECUENCIA RESPIRATORIA: 20 RPM
SATURACION DE O2: 95%
RANGOS DE MOVILIDAD ARTICULAR: COMPLETOS A LA MOVILIZACION PASIVA
FUERZA MUSCULAR: 3/5
EDEMA EN EXTREMIDADES: NO PRESENTA
ESCALA DE BORG: 0
ESCALA DE EVA: 0
ESCALA MRC: 36
ESCALA BARTHEL: DEPENDENCIA TOTAL
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
* FASE 2
- MANTENER Y MEJORAR ARCOS DE MOVILIDAD ARTICULAR
- FAVORECER CIRCULACION
- PREVENIR COMPLICACIONES RELACIONADAS CON EL REPOSO

EVOLUCIÓN:
PACIENTE EN SILLA RECLINABLE, DESPIERTO, ORIENTADO, COLABORADOR, ESTABLE HEMODINAMICAMENTE
SE INICIA INTERVENCION CON ADECUADO POSICIONAMIENTO EN SILLA, SE REALIZA TRANSICION AL BORDE DE CAMA, SE CONTINUA CON EJERCICIOS ACTIVOS LIBRES Y ACTIVOS DIRIGIDOS EN MIEMBROS SUPERIORES E INFERIORES, MARCHA ESTATICA, SE REGRESA A SILLA Y SE FINALIZA CON ESTIRAMIENTOS EN 4 EXTREMIDADES. DEJO PACIENTE EN CAMA, TOLERANDO INTERVENCION, CON MANILLA LILA DE RIESGO DE CAIDAS, SE RECOMIENDA REALIZAR TRASLADOS SOLO EN COMPAÑIA DE PERSONAL

INSUMOS:
- NO SE USAN

AYUDAS TERAPEUTICAS: NO SE USAN

Firmado electrónicamente por **JENNY MARCELA ARIAS CAMPO** -- FISIOTERAPEUTA UCI
Identificación CC 1130610392

**03 julio 2021 19:04** - *(UCIA CUIDADO ADULTO)*

Paciente con Acompañante: : No
Fecha y Hora: : 03/07/2021 07:02:14 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL SIMPLE

SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

# Clinica
# Imbanaco
Grupo quironsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR   PATRÓN: A
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA    GRAVE    EN   CAPACIDADES   Y   VOLUMENES   PULMONARES,   INTERCAMBIO   DE   OXIGENO,   EN   HIGIENE
BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

***************NOTA ACLARATORIA:  INTERVENCION PM**************************

SIGNOS VITALES:
FRECUENCIA CARDIACA:  65 LPM
FRECUENCIA RESPIRATORIA: 19 RPM
SATURACION DE O2: 94%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:   PACIENTE   EN   SILLA   RECLINABLE,   DESPIERTO,   COLABORADOR,   CON   MAS   DE   24 HORAS   DE   EXTUBACION
TOLERANDO   ADECUADAMENTE,   SIN   COMPLICACIONES,   HEMODINAMICAMENTE   ESTABLE,   CON   SOPORTE   DE   OXIGENO
MEDIANTE CANULA NASAL SIMPLE
INSPECCIÓN:   PATRON   RESPIRATORIO   COSTODIAFRAGMATICO,   RITMICO,   SUPERFICIAL,   SIN   SIGNOS   DE   DIFICULTAD
RESPIRATORIA.
PARAMETROS VENTILATORIOS: CANULA NASAL SIMPLE 3 LPM
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NO APLICA
Nº TRAQUEOSTOMIA: NO APLICA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
OCLUSION DE TQT: NO APLICA
PALPACIÓN: TORAX SIN ALTERACION
AUSCULTACIÓN: MURMULLO VESICULAR PRESENTE SIN RUIDOS SOBREAGREGADOS
GASES ARTERIALES: NO TIENE RECIENTE
INTERPRETACION GASES: NO APLICA
MEDICAMENTOS TERAPEUTICOS: NO USA
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
- MANTENER Y MEJORAR OXIGENACION
**-** MANTENER Y MEJORAR VOLUMENES Y CAPACIDADES PULMONARES
- PREVENIR COMPLICACIONES RESPIRATORIAS
EVOLUCIÓN:
PACIENTE   DESPIERTO   Y   COLABORADOR   GLASGOW:   15/15 CON   SOPORTE   DE   OXIGENO   POR   CANULA   NASAL,   SIN
DISNEA,   CON   TOS   FRECUENTE,   REALIZO;   POSICIONAMIENTO   SEDENTE   AL   BORDE   DE   LA   CAMA,   CICLO   ACTIVO,
PATRON   DIAFRAGMATICO,   EJERCICIOS   DE   REEXPANSION   PULMONAR   CON   MMSS,   TOS   DIRIGIDA   NO   PRODUCTIVA,
MOVILIZA   900ML   EN   INCENTIVO   RESPIRATORIO,   4 SERIES   DE   10 RES   C/U   TOLERA   DEJO   ESTABLE   EDUCACION   SOBRE
LA   IMPORTANCIA   DE   LOS   EJERCICIOS   RESPIRATORIOS   DURANTE   LA   HOSPITALIZACION,   DEJO   ESTABLE   CON   BARANDAS
ARRIBA Y CAMA BAJA.
INSUMOS:

AYUDAS TERAPEUTICAS:

Firmado electrónicamente por **DAYANA CRISTINA ORTEGA ORDOÑEZ** -- FISIOTERAPEUTA UCI
Identificación CC 38644663
**03 julio 2021  19:06 -** *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 03/07/2021 07:04:20 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL SIMPLE

SOPORTE DE OXIGENO FINAL: CANULA NASAL SIMPLE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)

# Historia Clínica de la Atención

## UNIDAD DE CUIDADO INTENSIVO ADULTO

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

---

1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR    PATRÓN: A
PACIENTE MASCULINO DE 39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA       GRAVE    EN    CAPACIDADES    Y    VOLUMENES    PULMONARES,    INTERCAMBIO    DE    OXIGENO,    EN    HIGIENE
BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

***************NOTA ACLARATORIA:  INTERVENCION PM*************************

SIGNOS VITALES:
FRECUENCIA CARDIACA:  65 LPM
FRECUENCIA RESPIRATORIA: 19 RPM
SATURACION DE O2: 94%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:  PACIENTE  EN  SILLA  RECLINABLE,  DESPIERTO,  COLABORADOR,  CON  MAS  DE  24 HORAS  DE  EXTUBACION
TOLERANDO      ADECUADAMENTE,      SIN      COMPLICACIONES,      HEMODINAMICAMENTE      ESTABLE,      CON      SOPORTE      DE      OXIGENO
MEDIANTE CANULA NASAL SIMPLE
INSPECCIÓN:  PATRON  RESPIRATORIO  COSTODIAFRAGMATICO,  RITMICO,  SUPERFICIAL,  SIN  SIGNOS  DE  DIFICULTAD
RESPIRATORIA.
PARAMETROS VENTILATORIOS: CANULA NASAL SIMPLE 3 LPM
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NO APLICA
Nº TRAQUEOSTOMIA: NO APLICA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
OCLUSION DE TQT: NO APLICA
PALPACIÓN: TORAX SIN ALTERACION
AUSCULTACIÓN: MURMULLO VESICULAR PRESENTE SIN RUIDOS SOBREAGREGADOS
GASES ARTERIALES: NO TIENE RECIENTE
INTERPRETACION GASES: NO APLICA
MEDICAMENTOS TERAPEUTICOS: NO USA
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE
RANGOS DE MOVILIDAD ARTICULAR: CONSERVADOS
FUERZA MUSCULAR:4/5 EN CUATRO EXTREMIDADES
EDEMA EN EXTREMIDADES: SIN EDEMA
ESCALA MRC:48
ESCALA BARTHEL: DEPENDENCIA LEVE
OBJETIVOS TERAPEUTICOS:
MANTENER AMAS
EVITAR EFECTOS DE REPOSO EN CAMA
PROPICIAR TRANSICIONES Y DEAMBULACION
EVOLUCIÓN:
PACIENTE  EN  SILLA  RECLINABLE,  DESPIERTO,  COLABORADOR,  CON  MAS  DE  24 HORAS  DE  EXTUBACION  TOLERANDO
ADECUADAMENTE,    SIN    COMPLICACIONES,    HEMODINAMICAMENTE    ESTABLE,    CON    SOPORTE    DE    OXIGENO    MEDIANTE
CANULA    NASAL    SIMPLE,    REALIZO;    POSICIONAMIENTO    SEDENTE    EN    CAMA,    ESTIRAMIENTO    SOSTENIDO    EN    CUATRO
EXTREMIDADES,    EJERCICIOS    ACTIVOS    LIBRES    EN    CUATRO    EXTREMIDADES,    TRANSICION    A    SEDENTE    AL    BORDE    DE    LA
CAMA,    TRANSICION    A    BIPEDO,    EJERCICIOS    DE    ENDEREZAMIENTO    Y    EQUILIBRIO,    DEAMBULACION    POR    CUBICULO    DEJO
ESTABLE EN CAMA, CON BARANDAS ARRIBA Y CAMA BAJA.
INSUMOS:
NO USO

# Historia Clínica de la Atención

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 49 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

AYUDAS TERAPEUTICAS: NO USO

Firmado electrónicamente por **DAYANA CRISTINA ORTEGA ORDOÑEZ** -- FISIOTERAPEUTA UCI
Identificación CC 38644663

**04 julio 2021 10:49** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 04/07/2021 10:45:38 a. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL

SOPORTE DE OXIGENO FINAL: AIRE AMBIENTE.

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR   PATRÓN: A
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA   GRAVE   EN   CAPACIDADES   Y   VOLUMENES   PULMONARES,   INTERCAMBIO   DE   OXIGENO,   EN   HIGIENE BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA: 62 LPM
FRECUENCIA RESPIRATORIA: 17 RPM
SATURACION DE O2: 95%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:   PACIENTE   ESTABLE,   ALERTA,   DESPIERTO,   COLABORADOR,   HEMODINAMICAMENTE   ESTABLE,   CON SOPORTE DE OXIGENO MEDIANTE CANULA NASAL
RANGOS DE MOVILIDAD ARTICULAR: CONSERVADOS
FUERZA MUSCULAR:4/5 EN CUATRO EXTREMIDADES
EDEMA EN EXTREMIDADES: SIN EDEMA
ESCALA MRC:48
ESCALA BARTHEL: DEPENDENCIA LEVE

OBJETIVOS TERAPEUTICOS:
PROMOVER MOVILIZACION TEMPRANA FASE 4
MANTENER AMAS
EVITAR EFECTOS DE REPOSO EN CAMA
PROPICIAR TRANSICIONES Y DEAMBULACION

EVOLUCIÓN:
PACIENTE   ESTABLE,   EN   SILLA   RECLINABLE,   DESPIERTO,   COLABORADOR,   HEMODINAMICAMENTE   ESTABLE,   CON SOPORTE   DE   OXIGENO   MEDIANTE   CANULA   NASAL   SIMPLE,   REALIZO   POSICIONAMIENTO   ADECUADO,   SE   TRABAJA EJERCICIOS   ACTIVOS   DIRIGIDOS   DE   MSS   CON   BARRA   EN   T,   EJERCICIOS   CON   CICLOERGOMETRO   POR   5 MIN,   SE FINALIZA CON ESTIRAMIENTOS , DEJO ESTABLE EN SILLA, SE DA RECOMENDACIONES POR RIESGO DE CAIDA.

INSUMOS: NO
AYUDAS TERAPEUTICAS: NO



# Historia Clínica de la Atención

## UNIDAD DE CUIDADO INTENSIVO ADULTO

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 50 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

---

Firmado electrónicamente por **CAROLINA LEONOR CHAVEZ ACOSTA** -- FISIOTERAPEUTA
Identificación CC 25286215

**04 julio 2021  11:12** - *(UCIA CUIDADO ADULTO)*

Paciente con Acompañante: : No
Fecha y Hora: : 04/07/2021 11:00:45 a. m.
Descripción : SOPORTE DE OXIGENO INICIAL: CANULA NASAL

SOPORTE DE OXIGENO FINAL: AIRE AMBIENTE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR    PATRÓN: A
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA  GRAVE EN CAPACIDADES Y VOLUMENES PULMONARES, INTERCAMBIO DE OXIGENO, EN HIGIENE BRONQUIAL
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA:  62 LPM
FRECUENCIA RESPIRATORIA: 17 RPM
SATURACION DE O2: 95%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:  PACIENTE EN SILLA RECLINABLE, DESPIERTO, COLABORADOR, HEMODINAMICAMENTE ESTABLE, CON SOPORTE DE OXIGENO MEDIANTE CANULA NASAL.
INSPECCIÓN:  PATRON RESPIRATORIO COSTODIAFRAGMATICO, RITMICO, SUPERFICIAL, SIN SIGNOS DE DIFICULTAD RESPIRATORIA.
PARAMETROS VENTILATORIOS: NA
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NO APLICA
Nº TRAQUEOSTOMIA: NO APLICA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
OCLUSION DE TQT: NO APLICA
PALPACIÓN: TORAX SIN ALTERACION
AUSCULTACIÓN: RUIDOS RESPIRATORIOS  PRESENTE SIN RUIDOS SOBREAGREGADOS
GASES ARTERIALES: PH:7.46, PCO2:33, PAO2:70, HCO3:23, PAFIO2:291
INTERPRETACION GASES: EQUILIBRIO ACIDO BASE, SIN  DISFUNCION PULMONAR.
MEDICAMENTOS TERAPEUTICOS: NO USA
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

OBJETIVOS TERAPEUTICOS:
MANTENER Y MEJORAR OXIGENACION
MANTENER Y MEJORAR VOLUMENES Y CAPACIDADES PULMONARES
PREVENIR COMPLICACIONES RESPIRATORIAS

EVOLUCIÓN:
PACIENTE DESPIERTO ALERTA, COLABORADOR, SE REALIZA POSICIONAMIENTO EN SILLA, SE REALIZA EJERCICIOS DE

Clínica
Imbanaco
Grupo quironsalud

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

REEXPANSION PULMONAR CON MMSS, MOVILIZA 1000 EN INCENTIVO RESPIRATORIO, 4 SERIES DE 10 RES C/U, SE TRABAJA FACILITACION DIAFRAGMATICO, TOLERA LA INTERVENCION, DEJO ESTABLE EN SILLA, SE DA RECOMENDACIONES POR EL RIESGO DE CAIDA.

INSUMOS: NA

AYUDAS TERAPEUTICAS:INCENTIVO
    Firmado electrónicamente por **CAROLINA LEONOR CHAVEZ ACOSTA** -- FISIOTERAPEUTA
    Identificación CC 25286215

**04 julio 2021  14:50** - *(UCIA CUIDADO ADULTO)*
    Paciente con Acompañante: : No
    Fecha y Hora: : 04/07/2021 02:49:17 p. m.
    Descripción : SOPORTE DE OXIGENO INICIAL: AIRE AMBIENTE

    SOPORTE DE OXIGENO FINAL: AIRE AMBIENTE

    DIAGNÓSTICO MÉDICO:
    1- SEPSIS DE ORIGEN PULMONAR + URINARIO
    UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
    COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
    1.1 FALLA VENTILATORIA HIPOXÉMICA
    2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
    *MAL CONTROLADA HBA1C 9.74% (27/06/21)
    3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
    *URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
    4. TROMBOCITOPENIA LEVE
    5. BAZO ACCESORIO

    ANTECEDENTES: YA MENCIONADOS

    DIAGNÓSTICO FISIOTERAPÉUTICO:
    DOMINIO: CARDIOPULMONAR    PATRÓN: A Y B
    PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
    DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
    DEFICIENCIA     GRAVE    EN    CAPACIDADES    Y    VOLUMENES    PULMONARES,    INTERCAMBIO    DE    OXIGENO,    EN    HIGIENE BRONQUIAL
     DEFICIENCIA ASOCIADA AL DESACONDICIONAMIENTO FÍSICO
    LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
    RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

    SIGNOS VITALES:
    FRECUENCIA CARDIACA: 74 LPM
    FRECUENCIA RESPIRATORIA: 18 RPM
    SATURACION DE O2: 95%
    ESCALA DE BORG: 0
    ESCALA DE EVA: 0
    EVALUACION:    PACIENTE    EN    SILLA    RECLINABLE,    DESPIERTO,    COLABORADOR,    HEMODINAMICAMENTE    ESTABLE,    SIN SOPORTE DE OXIGENO.
    INSPECCIÓN:    PATRON    RESPIRATORIO    COSTODIAFRAGMATICO,    RITMICO,    SUPERFICIAL,    SIN    SIGNOS    DE    DIFICULTAD RESPIRATORIA.
    PARAMETROS VENTILATORIOS: NA
    POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NO APLICA
    N° TRAQUEOSTOMIA: NO APLICA
    KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
    OCLUSION DE TQT: NO APLICA
    PALPACIÓN: TORAX SIN ALTERACION
    AUSCULTACIÓN: RUIDOS RESPIRATORIOS  PRESENTE SIN RUIDOS SOBREAGREGADOS
    GASES ARTERIALES: PH:7.46, PCO2:33, PAO2:70, HCO3:23, PAFIO2:291
    INTERPRETACION GASES: EQUILIBRIO ACIDO BASE, SIN  DISFUNCION PULMONAR.
    MEDICAMENTOS TERAPEUTICOS: NO USA
    EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE

# Clínica
# Imbanaco
Grupo ♥ quirónsalud

## Historia Clínica de la Atención

### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 52 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

OBJETIVOS TERAPEUTICOS:
MANTENER Y MEJORAR OXIGENACION
MANTENER Y MEJORAR VOLUMENES Y CAPACIDADES PULMONARES
PREVENIR COMPLICACIONES RESPIRATORIAS

EVOLUCIÓN:
PACIENTE DESPIERTO ALERTA, COLABORADOR, EN COMPAÑIA DE LA FAMILIA, SE REALIZA POSICIONAMIENTO ADECUADO. SE REALIZA EJERCICIOS DE REEXPANSION PULMONAR CON MMSS, SE TRABAJA VENTILACION DIRIGIDA, REALIZO INCENTIVO RESPIRATORIO, 2 SERIES DE 10 RES C/U, MOVILIZA 1000, SE TRABAJA FACILITACION DIAFRAGMATICO, TOLERA LA INTERVENCION, DEJO ESTABLE EN SILLA, SE DA RECOMENDACIONES POR EL RIESGO DE CAIDA.

INSUMOS: NA

AYUDAS TERAPEUTICAS:INCENTIVO
        Firmado electrónicamente por **CAROLINA LEONOR CHAVEZ ACOSTA** -- FISIOTERAPEUTA
        Identificación CC 25286215

**04 julio 2021  14:53** - *(UCIA CUIDADO ADULTO)*
Paciente con Acompañante: : No
Fecha y Hora: : 04/07/2021 02:53:26 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: AIRE AMBIENTE.

SOPORTE DE OXIGENO FINAL: AIRE AMBIENTE.

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR – NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR    PATRÓN: A Y B
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA GRAVE EN CAPACIDADES Y VOLUMENES PULMONARES, INTERCAMBIO DE OXIGENO, EN HIGIENE BRONQUIAL
DEFICIENCIA ASOCIADA AL DESACONDICIONAMIENTO FÍSICO
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA: 74 LPM
FRECUENCIA RESPIRATORIA: 18 RPM
SATURACION DE O2: 95%
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:  PACIENTE ESTABLE, ALERTA, DESPIERTO, COLABORADOR, HEMODINAMICAMENTE ESTABLE, SIN SOPORTE DE OXIGENO
RANGOS DE MOVILIDAD ARTICULAR: CONSERVADOS
FUERZA MUSCULAR:4/5 EN CUATRO EXTREMIDADES
EDEMA EN EXTREMIDADES: SIN EDEMA
ESCALA MRC:48

# Clínica
# Imbanaco
Grupo ♥ quirónsalud

## Historia Clínica de la Atención

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**

Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 53 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

ESCALA BARTHEL: DEPENDENCIA LEVE

OBJETIVOS TERAPEUTICOS:
PROMOVER MOVILIZACION TEMPRANA FASE 4
MANTENER AMAS
EVITAR EFECTOS DE REPOSO EN CAMA
PROMOVER DEAMBULACION

EVOLUCIÓN:
PACIENTE ESTABLE, EN SILLA RECLINABLE, DESPIERTO, COLABORADOR, HEMODINAMICAMENTE ESTABLE, TOLERANDO SIN SOPORTE DE OXIGENO, REALIZO POSICIONAMIENTO ADECUADO, SE TRABAJA EJERCICIOS ACTIVOS DIRIGIDOS DE MSS CON BARRA EN T, ACTIVOS DIRIGIDOS DE MII, SE FINALIZA CON ESTIRAMIENTOS , DEJO ESTABLE EN SILLA, SE DA RECOMENDACIONES POR RIESGO DE CAIDA.

INSUMOS: NO
AYUDAS TERAPEUTICAS: NO

Firmado electrónicamente por **CAROLINA LEONOR CHAVEZ ACOSTA** -- FISIOTERAPEUTA
Identificación CC 25286215

---

### *Notas de Enfermeria*
**29 junio 2021  19:04 -** *(UCIA CUIDADO ADULTO)*
CAMA 48
15:35  19:00
Ingresa paciente masculino adulto a la unidad de cuidado intensivo procedente de hospitalización en delicadas condiciones generales de salud, en compañía del personal asistencial, se ubica en el cubículo 48, se pasa a la cama, a la valoración se observa despierto consciente, orientado en sus tres esferas, glasgow 15/15, pupilas en 3mm reactivas a la luz, con soporte de oxigeno por mascara denorehinalacion saturando 82%, se observa región occipital pabellón auricular integro, se monitoriza con invasiva observándose 134/82 TAM 99MMHG, FC 108IPM, FR 20IPM, FEBRIL 38.3°C, tórax simétrico, abdomen blando depresible no doloroso a la palpación, acceso venoso en tercio medio del miembro superior derecho permeable pasando plan a mantenimiento y medicamento paracetamol, cubierto con tegaderm limpio seco sin signos de flebitis, genitales íntegros, región sacra, trocanterica bilateral e interglutea sin lesión, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar,  colchón antiescaras funcionando.
Escala de Braden: 10
RASS: 0
EVA: 0/10
Alergias NO
Manilla de identificación en: MSD
Manilla de Riego Caída: SÍ
Aislamiento: NO
Riesgo de LPP: Fricción, Humedad, Presión, Adhesivos.
Higiene Oral con clorhexidina: SÍ
Higiene del Meato Urinario: si
Prevención de caídas: cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila.
E le toma glucometria de ingreso 258mgdl se le informa al médico no ordena ninguna conducta.
El doctor lo valora y dialoga con el paciente y la familia y le informa la conducta a seguir el paciente y la familia aceptan el tratamiento a seguir.
16:20 el doctor ordena pasar 150mcg de fentanyl, 100mg de Esmeron, 100mg de propofol, se realiza entubación orotraqueal con tubo #8.0 sin complicación se conecta a ventilación mecánica saturando 92%.
17:10 el doctor le pasa catéter venoso central trilumen con previa técnica séptica y antiséptica único intento en subclavio derecho se cubre con tegaderm limpio seco sin signos de infección.
La jefe le canaliza línea arterial radial de miembro superior izquierdo con previa sepsia y antisepsia después de dos intentos se cubre con tegaderm limpio seco, pulso ulnar y radial presentes buen llenado capilar, buena curva en el monitor.
Por orden del jefe se le retira el acceso venoso sin complicación.
La jefe le pasa sonda vesical con precia sepsia y antisepsia único intento se conecta  cistoflo sin complicación.
18:30 se le inicia sedación propofol a 10cc/h, fentanyl a 10cc/h, plan de líquidos en ringer a 80cc/h, y se inicia tratamiento médico, paciente desacoplado con el ventilador el doctor ordena bolo de propofol 10cc y aumentar el fentanyl a 12cc/h,
19:00 entrego paciente en cama en delicadas condiciones generales bajo efecto de sedación y analgesia Rass de −5, pupilas en 3mm reactivas a la luz, sin cambios en sus dispositivos médicos.

Firmado electrónicamente por **INGRIS ADALGIZA LANDAZURY CABEZAS** -- AUXILIAR DE ENFERMERIA
Identificación CC 27126374

**30 junio 2021  06:34 -** *(UCIA CUIDADO ADULTO)*

---

# Clínica
# Imbanaco
Grupo **quirónsalud**

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 54 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

CAMA 48

19:00Recibo paciente en cama 35° con goteos de sedo analgesia , a la valoración se observa pupilas en 3mm reactivas a la luz, con soporte de oxigeno por mascara denorehinalacion saturando 82%, se observa región occipital pabellón auricular integro, conectando a tot conectado a ventilación mecánica fio2 40% con CVC trilumen canalizado en subclavio derecho permeable, con sitio de inserción cubierto con apósito transparente con clorhexidina, limpio, seco y sin signos de infección, permeable pasando infusión de fentanyl 12cc/h a, Propofol a 15cc/h , mas medicamentos EV con horario, tórax simétrico, línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco y sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, medidas de sujeción mecánica preventiva con protección con compresas en área circundante sin evidencia de lesión, abdomen blando depresible no doloroso a la palpación,

Genitales íntegros, región sacra, trocanterica bilateral e interglutea sin lesión, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, colchón antiescaras funcionando.

Escala de Braden: 10
RASS: 0
EVA: 0/10
Alergias NO
Manilla de identificación en: MSD
Manilla de Riego Caída: SÍ
Aislamiento: NO
Riesgo de LPP: Fricción, Humedad, Presión, Adhesivos.
Higiene Oral con clorhexidina: SÍ
Higiene del Meato Urinario: si
Prevención de caídas: cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila.
paciente valorado por médico y personal de enfermería.
paciente afebril Se brindan medidas de confor , cambios de posición ms cuidados de piel con crema humectante , y linovera en prominencias oseas
se le administra tratamiento farmacológico por orden médico ,no presenta eventos adversos
Fisioterapeuta realiza terapia física y respiratoria sin complicaciones
que durante el turno pasa hemodinámicamente glucometria 235mg/dl se adminstra 7unidades insulina apidra

eliminando por sonda vesical, reforzado con furosemida, no realiza deposición,
se le realizan medidas de conofrt, cambios de posición mas cuidados de piel comn crema humecntante

7:00am entrego paciente en cama en delicadas condiciones generales bajo efecto de sedación y analgesia Rass de -5, pupilas en 3mm reactivas a la luz, sin cambios en sus dispositivos médicos.

　　Firmado electrónicamente por **MARIA PATRICIA TORO LUNA** -- AUXILIAR DE ENFERMERIA
　　　　Identificación CC 1086982196

**30 junio 2021  12:47** - *(UCIA CUIDADO ADULTO)*
　　CAMA 48
　　JUAN GABRIEL RIOS SILVA
　　CC: 5690819
　　HORA: 7:00 – 13:00

Recibo paciente en la unidad en cama 35° bajo efectos de sedación y analgesia rass –1 a la valoración se observa región occipital y pabellones auriculares sin lesiones pupilas en 3mm reactivas a la luz, sonda nasoyeunal por fosa nasal derecha permeable pinzada con soporte de oxigeno por TOT conectado a ventilación mecánica fio2 30% saturando sobre 94%. con CVC trilumen canalizado en subclavio derecho permeable, con sitio de inserción cubierto con apósito transparente con clorhexidina, limpio, seco sin signos de infección, permeable pasando infusión de Fentanyl 10cc/h a, Propofol a 15cc/h, plan a 80cc/h mas medicamentos EV con horario, tórax simétrico, con monitoria cardiaca continua invasiva, no esfuerzo respiratorio. abdomen depresible no doloroso a la palpacion. línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, medidas de sujeción mecánica preventiva con protección con compresas en área circundante sin evidencia de lesión, eliminando por sonda vesical a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y en pene en forma de cono como medida de protección, región sacra, trocanterica bilateral e interglutea sin lesión, no protección en estas áreas, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. cama con barandas elevadas, nivel bajo.

Escala de Braden: 10

---

# Clinica
# Imbanaco
Grupo **quirón**salud

**Historia Clinica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 55 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

RASS: 0
EVA: 0/10
Alergias NO
Manilla de identificación en: MSD
Manilla de Riego Caída: SÍ
Aislamiento: CONTACTO
Riesgo de LPP: Fricción, Humedad, Presión, Adhesivos.
Higiene Oral con clorhexidina: SÍ
Higiene del Meato Urinario: si
Prevención de caídas: cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila.
Paciente valorado por médico jefe y auxiliar de turno
Paciente a quien durante el turno se le realizan medidas de higiene y confort baño  general en cama y limpieza del meato urinario una vez al día según protocolo institucional higiene oral y enjuague con clorhexidina.
Se le administra tratamiento farmacológico indicado, no se presentan eventos  adversos.
Se le realizan cambios  de posición  y cuidados de piel cada 2 h, lubricación de piel con crema humectante y  aplicación de crema a base de óxido de zinc en área de pañal. Durante el turno pasa estable, despertable al llamado obedeciendo órdenes sencillas, eliminando por sonda vesical diuresis colurica, glucometrias entre parámetros, recibe visita de familiar, se cumple con el plan de enfermería.
13:00 Queda paciente en cama cabecera a 35°,  bajo efectos de sedación con RASS de **-1**. Sin  cambios en sus dispositivos médicos.

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**30 junio 2021  17:51** - *(UCIA CUIDADO ADULTO)*
CAMA 48
JUAN GABRIEL RIOS SILVA
HORA DE LÑAS 13:00 HASTA LAS 19:00

Recibo paciente en cama 35° bajo efectos de sedación y analgesia rass -1 a la valoración se observa región occipital y pabellones auriculares sin lesiones pupilas en 3mm reactivas a la luz
sonda nasoyeyunal por fosa nasal derecha permeable pinzada
 con soporte de oxigeno por TOT conectado a ventilación mecánica fio2 30% saturando sobre 94%.
con CVC trilumen canalizado en subclavio derecho permeable, con sitio de inserción cubierto con apósito transparente con clorhexidina, limpio, seco sin signos de infección, permeable pasando infusión de Fentanyl 10cc/h a, Propofol a 15cc/h, plan a 80cc/h mas medicamentos EV con horario
    tórax simétrico, con monitoria cardiaca continua invasiva, no esfuerzo respiratorio. abdomen depresible no doloroso a la palpacion.
línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco y sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, medidas de sujeción mecánica preventiva con protección con compresas en área circundante sin evidencia de lesión
eliminando por sonda vesical a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y en pene en forma de cono como medida de protección, región sacra, trocanterica bilateral e interglutea sin lesión, no protección en estas áreas, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. cama con barandas elevadas, nivel bajo.

Escala de Braden: 10
RASS: 0
EVA: 0/10
Alergias NO
Manilla de identificación en: MSD
Manilla de Riego Caída: SÍ
Aislamiento: CONTACTO
Riesgo de LPP: Fricción, Humedad, Presión, Adhesivos.
Higiene Oral con clorhexidina: SÍ
Higiene del Meato Urinario: si
Prevención de caídas: cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila.
Paciente valorado por médico jefe y´ personal de enfermería
16:00 DRA PALACIOS  realiza fibrobroncoscopia sin complicación
18:00 Se le administra tratamiento farmacológico indicado, no se presentan eventos adversos.
Se le realizan cambios de posición y cuidados de piel cada 2 h, lubricación de piel con crema humectante y aplicación de crema a base de óxido de zinc en área de pañal. Durante el turno pasa estable, despertable al llamado obedeciendo

# Clínica
# Imbanaco
Grupo ♦quirónsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 56 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

órdenes sencillas, eliminando por sonda vesical diuresis colurica,
glucometrias de 226ngdl no se coloca insulina pte en ayunas
19:00 Queda paciente en cama cabecera a 35°, bajo efectos de sedación con RASS de −1. Sin cambios en sus dispositivos médicos.
pendiente iniciar nutrición enteral
Firmado electrónicamente por **ORFAY CARABALI CARABALI** -- AUXILIAR DE ENFERMERIA
Identificación CC 34390266

**01 julio 2021  06:57 -** *(UCIA CUIDADO ADULTO)*
CAMA 48
JUAN GABRIEL RIOS SILVA.
CC: 5690819.
HORA: 19:00H-7:00AM.
19:00H.Recibo paciente en cama en la unidad de cuidados intensivos, en delicadas condiciones de salud. Bajo efectos de sedación y analgesia Rass -3 a la valoración se observa región occipital y pabellones auriculares sin lesiones pupilas en 3mm reactivas a la luz, sonda nasoyeyunal por fosa nasal derecha permeable pinzada
con soporte de oxigeno por TOT conectado a ventilación mecánica fio2 30% saturando sobre 94%.
con soporte de oxigeno por TOT conectado a ventilación mecánica fio2 30% saturando sobre 94%.
con CVC trilumen canalizado en subclavio derecho permeable, con sitio de inserción cubierto con apósito transparente con clorhexidina, limpio, seco sin signos de infección, permeable pasando infusión de Fentanyl 10cc/h a, Propofol a 15cc/h, plan a  80cc/h más medicamentos EV con horario. Tórax simétrico, con monitoria cardiaca continua invasiva, no esfuerzo respiratorio. Abdomen depresible no doloroso a la palpación.
Línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco y sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, medidas de sujeción mecánica preventiva con protección con compresas en área circundante sin evidencia de lesión. Eliminando por sonda vesical a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y en pene en forma de cono como medida de protección, región sacra, trocanterica bilateral e interglutea sin lesión, no protección en estas áreas, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. Cama con barandas elevadas, nivel bajo.
Escala de Braden: 10.
RASS: **-3**.
EVA: 0/10
Alergias NO
Manilla de identificación en: MSD
Manilla de Riego Caída: SÍ
Aislamiento: CONTACTO
Riesgo de LPP: Fricción, Humedad, Presión, Adhesivos.
Higiene Oral con clorhexidina: SÍ
Higiene del Meato Urinario: si
Prevención de caídas: cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila.
20:00H.Paciente Durante el turno se realizan medidas de bienestar y confort. Se le realizan sus cambios  de posición cada 2 horas, se lateraliza correctamente con almohadas, sin complicaciones. Se verifica permeabilidad de catéter venoso central el cual se encuentra permeables sus tres lúmenes con buen retorno. Se le hidrata la piel con crema humectante, se libera presión en prominencias óseas, se elevan talones, se cambia pañal a necesidad se aplica crema de óxido de zinc en área de pañal, se aplica sance Care spray en región perianal, inguinal y sacra, se aplica linovera spray en prominencias Oseas, Se irriga sonda yeyunal la cual se encuentra permeable se inicia soporte nutricional previa orden médica Diben Drink a 20cc/h el cual tolera hasta el momento. Sonda vesical correctamente inmovilizada, se deja cono en pene. Con Compresas de protección en área inguinal, Se Dejan compresas en axilas para aislar humedad las cuales se cambian a necesidad.
Paciente es valorado por el médico y enfermera jefe de turno.
Se le administran sus medicamentos no se presentan eventos adversos.
22:00h.paciente con tensiones arteriales dentro de metas establecidas.
00:00h.paciente le toman radiografía de tórax.
2:00am.jefe de turno toma paraclínicos de control pendiente reporte.
4:00am.pacientee en iguales condiciones de salud se le brindan todas las medidas de bienestar y confort.
5:00am.paciente le brindan medidas de higiene y confort con baño general en cama con toallas húmedas, higiene oral enjuague con clorhexidina.
6:00am.Paciente en iguales condiciones de salud, sin cambios neurológicos. Elimina en adecuada cantidad por sonda vesical Sonda yeyunal permeable, Catéter central permeable, glucometrías dentro de metas.
7:00am.queda paciente en cama en la unidad de cuidados intensivos en las mismas condiciones de salud, Rass de -3, Sin cambios en sus dispositivos médicos.
Firmado electrónicamente por **ALEJANDRA RODRIGUEZ GOMEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143985658

# Clínica
# Imbanaco
Grupo **quirón**salud

**Historia Clínica de la Atención**

**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

**01 julio 2021  13:00 -** *(UCIA CUIDADO ADULTO)*
CAMA 48
JUAN GABRIEL RIOS SILVA.
CC: 5690819.
HORA: 7:00AM.

.Recibo paciente en cama en la unidad de cuidados intensivos, en estables   condiciones de salud. Bajo efectos de sedación y analgesia Rass –3 a la valoración se observa región occipital y pabellones auriculares sin lesiones pupilas en 3mm reactivas a la luz, sonda nasoyeyunal por fosa nasal derecha permeable NET a 20 cc/h
con soporte de oxigeno por TOT conectado a ventilación mecánica fio2 30% saturando sobre 94%.
con CVC trilumen canalizado en subclavio derecho permeable, con sitio de inserción cubierto con apósito transparente con clorhexidina, limpio, seco sin signos de infección, permeable pasando infusión de Fentanyl 15cc/h a, Propofol a 10cc/h, plan a 50cc/h más medicamentos EV con horario. Tórax simétrico, con monitoria cardiaca continua invasiva, no esfuerzo respiratorio. Abdomen depresible no doloroso a la palpación.
Línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco y sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, medidas de sujeción mecánica preventiva con protección con compresas en área circundante sin evidencia de lesión. Eliminando por sonda vesical a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y en pene en forma de cono como medida de protección, región sacra, trocanterica bilateral e interglutea sin lesión, no protección en estas áreas, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. Cama con barandas elevadas, nivel bajo.
Escala de Braden: 10.
RASS: -3.
EVA: 0/10
Alergias NO
Manilla de identificación en: MSD
Manilla de Riego Caída: SÍ
Aislamiento: CONTACTO
Riesgo de LPP: Fricción, Humedad, Presión, Adhesivos.
Higiene Oral con clorhexidina: SÍ
Higiene del Meato Urinario: si
Prevención de caídas: cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila.
8 am Paciente Durante el turno se realizan medidas de bienestar y confort. Se le realizan sus cambios de posición cada 2 horas, se lateraliza correctamente con almohadas, sin complicaciones. Se verifica permeabilidad de catéter venoso central el cual se encuentra permeables sus tres lúmenes con buen retorno.
10 am Se le hidrata la piel con crema humectante, se libera presión en prominencias óseas, se elevan talones, se cambia pañal a necesidad se aplica crema de óxido de zinc en área de pañal, se aplica sance Care spray en región perianal, inguinal y sacra, linovera    en prominencias Oseas, Se irriga sonda yeyunal la cual se encuentra permeable  soporte nutricional previa orden médica Diben Drink a 20cc/h el cual tolera hasta el momento. Sonda vesical correctamente inmovilizada, se deja cono en pene. Con Compreses de protección en área inguinal, Se Dejan compresas en axilas para aislar humedad las cuales se cambian a necesidad.
12 :30 Previa aspiración de secerciones extuban queda con canula nasal a 3 lts

13 hrs Queda paciente en cama en la unidad de cuidados intensivos en las mismas condiciones de salud, Rass de -3, Sin cambios en sus dispositivos médicos.FENTANYL 5 cc/h Propofol 5 cc/h
Realizan terapia respiratoria Fue valorado por el Dr Hugo Peña
Usuario elimino por sonda vesical amarillo claro
No deposicion .

Firmado electrónicamente por **CRUZ OSWALDO GUACHETA CEBALLOS** -- AUXILIAR DE ENFERMERIA
Identificación CC 10545616

**01 julio 2021  15:58 -** *(UCIA CUIDADO ADULTO)*
Se realiza ronda de seguimiento por parte del programa de catéter seguro, se valora paciente con catéter venoso central ubicado en subclavio derecho Trilumen con apósito integro, fecha de inserción el 30 de Junio con aposito de chg, sitio de inserción limpio sin signos de infección o sagrado, más línea arterial en MSI con fecha de inserción del 30 de Junio con aposito advanced.

Se informa a jefe de turno.

Firmado electrónicamente por **GRUPO CATETER VENOSO PICC** -- ENFERMERA   (O) JEFE
Identificación CC 1118292908

**01 julio 2021  19:00 -** *(UCIA CUIDADO ADULTO)*

# Clínica
# Imbanaco
Grupo ● quirónsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 58 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

CAMA 48
JUAN GABRIEL RIOS SILVA.
CC: 5690819.
HORA: 13 pm – 19 pm

Recibo paciente en cama en la unidad de cuidados intensivos, en estables    condiciones de salud. Bajo efectos de sedación y analgesia Rass –3 a la valoración se observa región occipital y pabellones auriculares sin lesiones pupilas en 3mm reactivas a luz, sonda nasoyeyunal por fosa nasal derecha permeable NET a 20 cc/h
con soporte de oxigeno por cánula nasal, saturando sobre 94%. CVC trilumen canalizado en subclavio derecho permeable, con sitio de inserción cubierto con apósito transparente con clorhexidina, limpio, seco sin signos de infección, permeable pasando infusión de Fentanyl 3cc/h a, plan de lev en ssn a    50cc/h, más medicamentos EV con horario. Tórax simétrico, con monitoria cardiaca continua invasiva, no esfuerzo respiratorio. Abdomen depresible no doloroso a la palpación.
Línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco y sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, medidas de sujeción mecánica preventiva con protección con compresas en área circundante sin evidencia de lesión. Eliminando por sonda vesical a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y en pene en forma de cono como medida de protección, región sacra, trocanterica bilateral e interglutea sin lesión, no protección en estas áreas, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. Cama con barandas elevadas, nivel bajo.

Escala de Braden: 10
EVA: 4/10
Alergias NO
Manilla de identificación en: MSD
Manilla de Riego Caída: SÍ
Aislamiento: CONTACTO
Riesgo de LPP: Fricción, Humedad, Presión, Adhesivos.
Higiene Oral con clorhexidina: SÍ
Higiene del Meato Urinario: si
Prevención de caídas: cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila.

DURANTE: Paciente quien tolera de forma satisfactoria extubacion orotraqueal, recibe apoyo de terapia respiratoria, refiere cefalea para lo cual se administra tratamiento analgésico en tableta y continúa  con goteo de fentanil.
Elimina en moderada cantidad a través de sonda Foley a cistoflo, se cumple con tratamiento establecido.
Paciente se observa tranquilo, sin cambios  a nivel hemodinámico, se irriga sny la cual queda  permeable para paso de net.

19 pm queda paciente en cama, cabecera 35 grados, Glasgow de 14/15, pupilas talla 3 mm reactivas, saturando entre 90 y 100% con  oxígeno bajo cánula nasal sin cambios en sus dispositivos médicos.
Firmado electrónicamente por **LEIDY JOHANA CASTELLANOS LOPEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 24334589

**02 julio 2021  06:47** - *(UCIA CUIDADO ADULTO)*
CAMA 48
JUAN GABRIEL RIOS SILVA
CC: 5690819
HORA: 19:00 – 7:00

Recibo paciente en la unidad en cama 35° despierto consiente y orientado Glasgow de 15/15 a la valoración se observa región occipital y pabellones auriculares sin lesiones pupilas en 3mm reactivas a la luz, sonda nasoyeyunal por fosa nasal derecha permeable a la irrigación manual pasando net a 20cc/h con oxígeno por cánula nasal a 3lxm saturando sobre 94%. con CVC trilumen canalizado en subclavio derecho permeable, con sitio de inserción cubierto con apósito transparente con clorhexidina, limpio, seco sin signos de infección, permeable pasando infusión de Fentanyl 3cc/h plan a 50cc/h más medicamentos EV con horario, tórax simétrico, con monitoria cardiaca continua invasiva, no esfuerzo respiratorio. Abdomen depresible no doloroso a la palpación. línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco y sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, eliminando por sonda vesical a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y en pene en forma de cono como medida de protección, región sacra, trocanterica bilateral e interglutea sin lesión, no protección en estas áreas, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. Cama con barandas elevadas, nivel bajo.

# Clínica
# Imbanaco
Grupo **quirón**salud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 59 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Escala de Braden: 12
RASS: 0
EVA: 0/10
Alergias NO
Manilla de identificación en: MSD
Manilla de Riego Caída: SÍ
Aislamiento: SI CONTACTO
Riesgo de LPP: Fricción, Humedad, Presión, Adhesivos.
Higiene Oral con clorhexidina: NO
Higiene del Meato Urinario: NO
Prevención de caídas: cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila.

Paciente valorado por médico jefe y auxiliar de turno
Se le administra tratamiento farmacológico indicado, no se presentan eventos adversos.
Jefe toma paraclínicos de control sin complicaciones
Se le realizan cambios de posición y cuidados de piel cada 2 h, lubricación de piel con crema humectante y aplicación de crema a base de óxido de zinc en área de pañal, paciente se ayuda con los cambios de posición. Durante el turno pasa estable, eliminando por sonda vesical diuresis colurica, glucometrias entre parámetros, se cumple con el plan de enfermería.
7:00 Queda paciente en cama cabecera a 35°, despierto consiente orientado Glasgow de 15/15. Sin cambios en sus dispositivos médicos.

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**02 julio 2021  19:36** - *(UCIA CUIDADO ADULTO)*
CAMA 48
JUAN GABRIEL RIOS SILVA
CC: 5690819

7:00 Recibo paciente en la unidad en cama 35° despierto consciente y orientado Glasgow de 15/15 a la valoración se observa región occipital y pabellones auriculares sin lesiones pupilas en 3mm reactivas a la luz, sonda nasoyeyunal por fosa nasal derecha permeable a la irrigación manual pasando net a 30cc/h con oxígeno por cánula nasal a 3lxm saturando sobre 94%. con CVC trilumen canalizado en subclavio derecho permeable, con sitio de inserción cubierto con apósito transparente con clorhexidina, limpio, seco sin signos de infección, permeable pasando infusión de Fentanyl 3cc/h plan a 50cc/h más medicamentos EV con horario, tórax simétrico, con monitoria cardiaca continua invasiva, no esfuerzo respiratorio. Abdomen depresible no doloroso a la palpación. línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco y sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, eliminando por sonda vesical a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y en pene en forma de cono como medida de protección, región sacra, trocanterica bilateral e interglutea sin lesión, no protección en estas áreas, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. Cama con barandas elevadas, nivel bajo.

Escala de Braden: 12
RASS: 0
EVA: 0/10
Alergias NO
Manilla de identificación en: MSD
Manilla de Riego Caída: SÍ
Aislamiento: SI CONTACTO
Riesgo de LPP: Fricción, Humedad, Presión, Adhesivos.
Higiene Oral con clorhexidina: NO
Higiene del Meato Urinario: NO
Prevención de caídas: cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila.
Paciente valorado por médico y jefe de turno
8:00Durante la mañana se brindan medidas de seguridad y confort, se realiza baño en cama con pañitos de west, se realiza higiene del meato urinario con jabón de ph neutro más agua, se aplica sensicare mas crema con óxido de zinc en área del pañal, se hidrata piel con crema humectante, se deja compresas en región inguinal por protección, se realiza higiene oral con cepillo mas crema dental, se irriga sonda de gastrostomia la cual se encuentra permeable. se pasa a silla en compañía de la fisioterapeuta
durante la mañana se administra tratamiento farmacológico sin presentar reacciones adversas, se irriga sonda nasoyeyunal la cual se encuentra permeable, queda con lev a 10cc/h.
se pasa bolo de potasio de 100ml y queda a 20cc/h. se incia dieta líquida espesa la cual tolera sin complicaciones.

ALICIA VICTORIA REINA.670                    02 sep. 2021 13:52                    Página 59 de 70

Clínica
Imbanaco
Grupo quirónsalud

**Historia Clínica de la Atención**
UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 60 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: 338.574)

Se administra tratamiento farmacológico sin presentar reacciones adversas, paciente elimina por sonda vesical a cystolfo.
19:00 queda paciente en cama con barandas arriba, cama a nivel mas bajo Glasgow 15/15, sin cambios en sus dispositivos médicos.
    Firmado electrónicamente por **VIVIANA ESCOBAR CARDONA** -- AUXILIAR DE ENFERMERIA
    Identificación CC 66933718

**02 julio 2021  22:00** - *(UCIA CUIDADO ADULTO)*
    JUAN GABRIEL RIOS SILVA
    CC: 5.690.819
    19:00 horas del 2 – 07:00 horas del 03 de julio del 2021:
    Recibo paciente en cama, cabecera a 35°, despierto, consciente, orientado en sus tres esferas mentales, Glasgow de 15/15, a la valoración se observa región occipital y pabellones auriculares sin lesiones pupilas en 3mm reactivas a la luz, sonda nasoyeyunal por fosa nasal derecha, permeable, recibiendo NET con glucerna 1.5 a 30cc/h, sin soporte de oxígeno, saturando 94%. Cuello móvil, sin adenopatías, tórax simétrico, con monitoria cardiaca continua invasiva, sin esfuerzo respiratorio, con CVC trilumen subclavio derecho permeable, con sitio de inserción cubierto con apósito transparente con clorhexidina, limpio, seco sin signos de infección, permeable recibiendo infusión de reposición de potasio central 20cc/h plan en ssn a 10cc/h y medicamentos, Abdomen depresible no doloroso a la palpación. línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco, sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, eliminando por sonda vesical a cystoflo, orina amarilla clara. Genitales íntegros, con compresas en área inguinal y en pene en forma de cono como medida de protección, región sacra, trocanterica bilateral e interglutea sin lesión, no protección en estas áreas, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, sin edema. Cama a mínimo nivel con barandas de seguridad elevadas.
    BRADEN: 12
    RASS:-4
    EVA: 0
    ALERGIAS: PENICILINA
    AISLAMIENTO: CONTACTO
    MANILLA DE IDENTIFICACIÓN MSD
    MANILLA DE RIEGO CAÍDA: SI
    RIESGO UPP: FRICCIÓN - HUMEDAD - PRESIÓN - ADHESIVOS
    LIMPIEZA DEL MEATO URINARIO: SI
    HIGIENE ORAL CON CLORHEXIDINA. SI
    Paciente a quien durante el turno se le brinda medidas de bienestar y confort. Colabora con los cambios deposición, se le realiza lubricación de piel con crema humectante y aplicación de crema a base de óxido de zinc en área de pañal. Verificación y funcionamiento de colchón anti escaras, Liberación de presión protección de prominencias Oseas, Uso de removedor de adhesivos, Utilización de protectores de piel antes de poner adhesivos, Cambio frecuente de pañal, Compresas en pliegues cutáneos. Se administra tratamiento farmacológico indicado, no se presentan eventos adversos. Glucometrías entre los parámetros establecidos, no hace deposición, elimina por sonda vesical en adecuada cantidad, le toman Rx de tórax de control. Duerme intervalos largos de tiempo
    07:00 horas. Queda paciente en cama, cabecera 35°, despierto, consciente, orientado en sus tres esferas mentales, Glasgow de 15/15. Sin cambios en sus dispositivos médicos
    Firmado electrónicamente por **JAIR HERNANDO ASTUDILLO URIBE** -- AUXILIAR DE ENFERMERIA
    Identificación CC 1130677263

**03 julio 2021  10:00** - *(UCIA CUIDADO ADULTO)*
    CAMA 48
    JUAN GABRIEL RIOS SILVA
    CC: 5690819
    HORA: 7:00 – 10:00

    Recibo paciente en la unidad en cama 35° despierto consiente y orientado Glasgow de 15/15 a la valoración se observa región occipital y pabellones auriculares sin lesiones pupilas en 3mm reactivas a la luz, sonda nasoyeyunal por fosa nasal derecha permeable a la irrigación manual pasando net a 30cc/h con oxígeno por cánula nasal a 3lxm saturando sobre 94%. con CVC trilumen canalizado en subclavio derecho permeable, con sitio de inserción con apósito transparente con clorhexidina, limpio, seco sin signos de infección, permeable pasando plan a 10cc/h más medicamentos EV con horario, tórax simétrico, con monitoria cardiaca continua invasiva, no esfuerzo respiratorio. Abdomen depresible no doloroso a la palpación. línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco y sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, eliminando por sonda vesical a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y en pene en forma de cono como medida de protección, región sacra, trocanterica bilateral e interglutea sin lesión, no protección en estas áreas, se

**Clínica**
# Historia Clínica de la Atención
**Imbanaco**
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Grupo **quirónsalud**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 61 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. Cama con barandas elevadas, nivel bajo.

Escala de Braden: 12
RASS: 0
EVA: 0
Alergias NO
Manilla de identificación en: MSD
Manilla de Riego Caída: SÍ
Aislamiento: SI CONTACTO
Riesgo de LPP: Fricción, Humedad, Presión, Adhesivos.
Higiene Oral con clorhexidina: NO
Higiene del Meato Urinario: NO
Prevención de caídas: cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila.

Paciente valorado por médico jefe y auxiliar de turno
Paciente a quien durante el turno se le realizan medidas de higiene y confort baño   general en cama y limpieza del meato urinario una vez al día según protocolo institucional higiene oral y enjuague con clorhexidina.
8:00 recibe y tolera la vía oral
9:00 por orden medica se retira sonda nasoyeyunal
Se realiza cambio de equipos por protocolo, queda rotulados
Se le administra tratamiento farmacológico indicado, no se presentan eventos adversos.
10:00 Se traslada paciente a cubículo 55 expansión en cama monitorizado glasgow de 15/15 se entregan pertenecías
Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**03 julio 2021  18:56** - *(UCIA CUIDADO ADULTO)*
UCI - A
CUBICULO 55
JUAN GABRIEL RIOS SILVA
CC: 5690819
FECHA: 03/07/2021 13:00 - 19:00

13:00 Recibo paciente en la unidad en cama 35° despierto consiente y orientado Glasgow de 15/15, procedente de cubículo #48, a la valoración se observa región occipital y pabellones auriculares sin lesiones pupilas en 3mm reactivas a la luz, sonda nasoyeyunal por fosa nasal derecha permeable a la irrigación manual pasando net a 30cc/h con oxígeno por cánula nasal a 3lxm saturando sobre 94%. con CVC trilumen canalizado en subclavio derecho permeable, con sitio de inserción cubierto con apósito transparente con clorhexidina, limpio, seco sin signos de infección, permeable pasando plan a 10cc/h más medicamentos EV con horario, tórax simétrico, con monitoria cardiaca continua invasiva, no esfuerzo respiratorio. Abdomen deprecible no doloroso a la palpación. línea arterial radial de miembro superior izquierdo pulsátil, con buena curva en el monitor, sin inmovilizador, con sitio de inserción cubierto con apósito transparente, limpio, seco y sin signos de infección, se palpan pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, eliminando por sonda vesical a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y en pene en forma de cono como medida de protección, región sacra, trocanterica bilateral e interglutea sin lesión, no protección en estas áreas, se palpan pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. Cama con barandas elevadas, nivel bajo.

Escala de Braden: Alto
EVA: 0/10
Alergias: No
Aislamiento: No
Manilla de Identificación en Miembro Superior Derecho
Manilla de Riego Caída: SI
Riesgo de LPP: Fricción X – Humedad X – Presión X - Adhesivos X
Higiene Oral con clorhexidina: Si
Higiene del Meato Urinario: No
Riesgo de caída: se dan recomendaciones al paciente y/o familia sobre la prevencion de caidas, cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila, evitar retiro de sujecion mecanica y al retirar informar al personal.

14:00 Paciente que es valorado por médico y jefe de turno Paciente que se le administra tratamiento farmacológico sin ninguna complicación, se le brinda medidas de higiene y confort, se le educa sobre la importancia de los cambios de

# Clínica
# Imbanaco
Grupo quirónsalud

**Historia Clínica de la Atención**
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

posicion y el llamado a enfermeria, continua con igual manejo y cuidado de enfermería.

16:00 Paciente que pasa parte de la tarde hemodinámicamente estable sin ninguna complicación, duerme intervalos largos, no presenta ningún cambio a nivel neurológico, paciente que se le brinda higiene oral con crema dental y enjuague listerine, continua con igual manejo y cuidado de enfermeria,

18:00 paciente que pasa la tarde hemodinámicamente estable sin ninguna complicación, se le administra tratamiento farmacológico el cual tolera en su totalidad sin ninguna anormalidad, paciente que continua con dispositivos médicos en óptimas condiciones, queda permeable, lumenes de cateter venoso permeables no endurecidos, no refiere dolor presenta EVA de 0.

19:00 Queda paciente en cama con cabecera a 35°, consiente alerta presentando glasgow 15/15, con aporte de oxigeno por medio de canula nasal con Fio2 del 32%, saturando dentro de los parametros normales, paciente que continua con barandas arriba y cama frenada por seguridad del paciente, continua con igual manejo y cuidado de enfermería, avisar al médico algún cambio o anomalía.

Firmado electrónicamente por **JUAN SEBASTIAN RODRIGUEZ ESTUPIÑAN** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107519231

**04 julio 2021  06:56 -** *(UCIA CUIDADO ADULTO)*
UCI - A
CUBICULO 55
JUAN GABRIEL RIOS SILVA
CC: 5.690.819
19:00-07:00
19:00 Recibo paciente en cama, cabecera 35° despierto consiente y orientado en sus tres esferas mentales, Glasgow de 15/15, a la valoración fisica se observa región occipital y pabellones auriculares sin lesiones pupilas reactivas a la luz en talla 3mm, con  soporte de oxígeno por cánula nasal fio2 al 24% saturando sobre 92%. cuello movil sin adenopatias. CVC trilumen canulado en subclavio derecho permeable, cubierto con apósito transparente con clorhexidina, limpio y seco sin signos de infección  pasando plan a 10cc/h más medicamentos endovenosos con horario, tórax simétrico conectado a monitoria cardiaca continua, sin esfuerzo respiratorio. Abdomen blando, depresible no doloroso a la palpación. línea arterial radial izquierda, pulsátil mostrando buena curva en el monitor, sin inmovilizador, sitio de inserción cubierto con apósito transparente, limpio y seco, sin signos de infección, pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, eliminando por sonda vesical conectada a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y cono en  pene como medida de protección, región sacra, trocanterica bilateral, glutea e interglutea sin lesión y sin protección en estas áreas, pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. barandas de seguridad elevadas, cama en el nivel bajo. paciente que se moviliza por sus propios medios en cama, movilizando sus cuatro extremidades fuerza muscular 5/5.
Escala de Braden: Alto
EVA: 0/10
Alergias: No
Aislamiento: Si ( contacto)
Manilla de Identificación en Miembro Superior Derecho
Manilla de Riego Caída: SI
Riesgo de LPP: Fricción X – Humedad X – Presión X - Adhesivos X
Higiene Oral con clorhexidina: Si
Higiene del Meato Urinario: No
Riesgo de caída: se dan recomendaciones al paciente y/o familia sobre la prevencion de caidas, cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila, evitar retiro de sujecion mecanica y al retirar informar al personal.
paciente es valorado por el personal aisstencial.
20:00 paciente con piel tallada pero sin perdida de la integridad, se le brinda educacion sobre la importancia de los cambios de posicion, pacinete recibe la informacion y afirma entender, se le hidrata piel con crema humectante, tolerando la via oral.
00:00 jefe de turno toma paraclinicos de control.
se le toma glucometria de control.
04:00 paciente que duerme bien durante la noche, realzia sus cambios de posicion por sus propios medios. cateter permeable.
06:00 durante el turno se observa paciente en iguales condiciones generales de salud, tranquilo, colaborador, movilizandose por sus propios medios en cama, se le administra su tratamiento farmacologico ordenado sin presentar reacciones adversas, se le toma glucometria de control resultado de 204mg/dl se le corrige con 7 unidades de insulina cristalina.
07:00 entrego paciente en cama, cabecera 35°, con region occipital y pabellon auricular bilateral sin lesiones, con soporte

# Clínica
## Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 63 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL** (No Interno: **338.574**)

de oxiegno por canula nasal saturando dentro de parametros, con lumenes de cateter permeables, iguales goteos, piel integra sin cambios en sus dispositivos medicos.

Firmado electrónicamente por **LADY JOANA VIDAL CORRALES** -- AUXILIAR DE ENFERMERIA
Identificación CC 1113658870

**04 julio 2021 15:20** - *(UCIA CUIDADO ADULTO)*

UCI - A
CUBICULO 55
JUAN GABRIEL RIOS SILVA
CC: 5.690.819
07:00 19:00

07:00 Recibo paciente en cama, cabecera 35° despierto consiente y orientado en sus tres esferas mentales, Glasgow de 15/15, a la valoración fisica se observa región occipital y pabellones auriculares sin lesiones pupilas reactivas a la luz en talla 3mm, con soporte de oxígeno por cánula nasal fio2 al 24% saturando sobre 92%. cuello movil sin adenopatias. CVC trilumen canulado en subclavio derecho permeable, cubierto con apósito transparente con clorhexidina, limpio y seco sin signos de infección pasando plan a 10cc/h más medicamentos endovenosos con horario, tórax simétrico conectado a monitoria cardiaca continua, sin esfuerzo respiratorio. Abdomen blando, depresible no doloroso a la palpación. línea arterial radial izquierda, pulsátil mostrando buena curva en el monitor, sin inmovilizador, sitio de inserción cubierto con apósito transparente, limpio y seco, sin signos de infección, pulsos radial y ulnar presentes, conservados (+++), con adecuada perfusión distal, buen llenado capilar, eliminando por sonda vesical conectada a cystoflo, diuresis colurica en moderada cantidad. Genitales íntegros con compresas en área inguinal y cono en pene como medida de protección, región sacra, trocanterica bilateral, glutea e interglutea sin lesión y sin protección en estas áreas, pulsos pedios presentes, conservados (+++) con adecuada perfusión distal, buen llenado capilar, no edema. barandas de seguridad elevadas, cama en el nivel bajo. paciente que se moviliza por sus propios medios en cama, movilizando sus cuatro extremidades fuerza muscular 5/5.

Escala de Braden: Alto
EVA: 0/10
Alergias: No
Aislamiento: Si ( contacto)
Manilla de Identificación en Miembro Superior Derecho
Manilla de Riego Caída: SI
Riesgo de LPP: Fricción X – Humedad X – Presión X - Adhesivos X
Higiene Oral con clorhexidina: Si
Higiene del Meato Urinario: No
Riesgo de caída: se dan recomendaciones al paciente y/o familia sobre la prevencion de caidas, cama con barandas elevadas, cama con el nivel bajo de altura, paciente con manilla de color lila, evitar retiro de sujecion mecanica y al retirar informar al personal.

paciente es valorado por el personal aisstencial.

08:00 Se le realizan medidas de higiene y confort se le hace baño en cama se le asiste higiene oral y de meato uretral segun protocolo,se le brinda educacion sobre los cambios de posicion, paciente recibe la informacion. se le asiste al cambio de posicion. se pasa a silla por o.m. tolerando bien.

10:00 Le realizan terapia fisica y respiratoria sin problema tolerando bien paciente con piel tallada pero sin perdida de la integridad, se le brinda educacion sobre la importancia de los cambios de posicion, paciente recibe la informacion y afirma entender, se le hidrata piel con crema humectante, tolerando la via oral.

12:00 Pte. durante la mañana pasa tranquilo duerme a intervalos largos afebril normotenso con diuresis adecuada,con iguales goteos sin cambios especiales.Pasa a control piso por o.m. se le retira sonda vesical por o.m. pendiente eliminacion espontanea.No hace deposicion.

14:00 Se le realizan medidas de higiene y confort se le asiste higiene oral y de meato uretral segun protocolo,se le brinda educacion sobre los cambios de posicion, paciente recibe la informacion. se le asiste al cambio de posicion paciente que duerme bien durante la tarde, realiza sus cambios de posicion por sus propios medios. cateter permeable.jefe de turno toma paraclinicos de control.

16:00 Le realizan terapia fisica y respiratoria sin problema tolerando bien paciente con piel tallada pero sin perdida de la integridad, se le brinda educacion sobre la importancia de los cambios de posicion, paciente recibe la informacion y afirma entender, se le hidrata piel con crema humectante, tolerando la via oral. se le toma glucometria de controlSe traslada pte. a piso en silla de ruedas con mensajero sin problema se le entrega elementos de aseo de uso personal insentivo respiratorio celular y cargador .

Firmado electrónicamente por **HECTOR JAMES PARRA ORDOÑEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 94411524

# Clínica
# Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

Página 64 de 70
02-sep.-2021 13:52

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

### Control de Medicamentos

**29 junio 2021 17:50 -** (UCIA CUIDADO ADULTO)
* 29 Jun 2021 17:50    PROPOFOL 1% ( 10 mg / 1 mL ) EMULSIÓN INYECTABLE FRASCO x 20 mL    1200 MILIGRAMOS Via Endovenosa

Firmado electrónicamente por **INGRIS ADALGIZA LANDAZURY CABEZAS** -- AUXILIAR DE ENFERMERIA
Identificación CC 27126374

**29 junio 2021 17:51 -** (UCIA CUIDADO ADULTO)
* 29 Jun 2021 17:51    FENTanilo 0,1mg / 2mL SOLUCION INYECTABLE AMPOLLA x 2 mL   1 MILIGRAMOS Via Endovenosa

Firmado electrónicamente por **INGRIS ADALGIZA LANDAZURY CABEZAS** -- AUXILIAR DE ENFERMERIA
Identificación CC 27126374

**29 junio 2021 18:04 -** (UCIA CUIDADO ADULTO)
* 29 Jun 2021 18:00    ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL 600 MILIGRAMOS Via Endovenosa
* 29 Jun 2021 18:00    MERONEM 1 gramo POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa
* 29 Jun 2021 18:00    CLEXane 60 mg/ 0,6 mL SOLUCION INYECTABLE JP x 0,6mL   60 MILIGRAMOS Via Subcutanea

Firmado electrónicamente por **INGRIS ADALGIZA LANDAZURY CABEZAS** -- AUXILIAR DE ENFERMERIA
Identificación CC 27126374

**29 junio 2021 18:20 -** (UCIA CUIDADO ADULTO)
**Observaciones:** INFUSION CONTINUA
* 29 Jun 2021 18:20    LACTATO DE RINGER SOLUCION INYECTABLE BOLSA x 1.000 mL   REF:ARB2324 1000 MILILITROS Via Endovenosa
* 29 Jun 2021 18:20    CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 100mL   REF:ARB1302 300 MILILITROS Via Endovenosa

Firmado electrónicamente por **INGRIS ADALGIZA LANDAZURY CABEZAS** -- AUXILIAR DE ENFERMERIA
Identificación CC 27126374

**29 junio 2021 19:05 -** (UCIA CUIDADO ADULTO)
* 29 Jun 2021 18:00    ESMERON 50 mg / 5 mL SOLUCION INYECTABLE AMPOLLA x 5 mL 100 MILIGRAMOS Via Endovenosa
* 29 Jun 2021 18:00    FENTanilo 0,5 mg / 10 mL SOLUCION INYECTABLE AMPOLLA x 10 mL 150 MICROGRAMOS Via Endovenosa
* 29 Jun 2021 18:00    PROPOFOL 1% ( 10 mg / 1 mL ) EMULSIÓN INYECTABLE FRASCO x 20 mL    100 MILIGRAMOS Via Endovenosa

Firmado electrónicamente por **INGRIS ADALGIZA LANDAZURY CABEZAS** -- AUXILIAR DE ENFERMERIA
Identificación CC 27126374

**30 junio 2021 00:53 -** (UCIA CUIDADO ADULTO)
**Observaciones:** 15CC HORA
* 30 Jun 2021 00:53    PROPOFOL 1% ( 10 mg / 1 mL ) EMULSIÓN INYECTABLE BOTELLA x 50 mL    1000 MILIGRAMOS Via Endovenosa

**Observaciones:** HASTA 100CC SSN
* 30 Jun 2021 00:53    FENTanilo 0,1mg / 2mL SOLUCION INYECTABLE AMPOLLA x 2 mL   1 MILIGRAMOS Via Endovenosa

**Observaciones:** PARA GOTEO DE FENTANILO
* 30 Jun 2021 00:54    CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 100mL   REF:ARB1302 100 MILILITROS Via Endovenosa

Firmado electrónicamente por **MARIA PATRICIA TORO LUNA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1086982196

**30 junio 2021 06:29 -** (UCIA CUIDADO ADULTO)
**Observaciones:** se administra 2am,,,,,,,
* 30 Jun 2021 04:00    MERONEM 1 gramo POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

**Observaciones:** mto
* 30 Jun 2021 04:00    CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 100mL   REF:ARB1302 100 MILILITROS Via Endovenosa
* 30 Jun 2021 06:00    PROPOFOL 1% ( 10 mg / 1 mL ) EMULSIÓN INYECTABLE BOTELLA x 50 mL    2000 MILIGRAMOS Via Endovenosa

# Clínica
# Imbanaco
### Grupo ♥quirónsalud

## Historia Clínica de la Atención
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Página 1 188

Atención No.**14343781**

*Página 65 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

**Observaciones:** 30 ampollas 0.1mg
\* 30 Jun 2021 06:00        FENTanilo 0,1mg / 2mL SOLUCION INYECTABLE AMPOLLA x 2 mL   3 MILIGRAMOS Via Endovenosa

**Observaciones:** fenta
\* 30 Jun 2021 06:00        CLORURO   DE   SODIO   0,9 %   SOLUCION   INYECTABLE   BOLSA   PEBD   x   250 mL   250 MILILITROS   Via Endovenosa

\* 30 Jun 2021 06:00        LACTATO   DE   RINGER   SOLUCION   INYECTABLE   BOLSA   x   1.000 mL   REF:ARB2324 1000 MILILITROS   Via Endovenosa

\* 30 Jun 2021 06:00        ORAZOLE 40 mg POLVO LIOFILIZADO VIAL  40 MILIGRAMOS Via Endovenosa

\* 30 Jun 2021 06:00        ZYVOXID   600 mg   /   300 mL   SOLUCION   INYECTABLE   BOLSA   x   300 mL   300 MILIgramos   /   min   Via Endovenosa

Firmado electrónicamente por **MARIA PATRICIA TORO LUNA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1086982196

**30 junio 2021  10:39 -** *(UCIA CUIDADO ADULTO)*
\* 30 Jun 2021 10:00        MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

**Observaciones:** plan
\* 30 Jun 2021 10:00        CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   1.000 mL   REF:ARB1324 1000 MILILITROS   Via Endovenosa

**Observaciones:** medicamentos
\* 30 Jun 2021 10:00        CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302 100 MILILITROS   Via Endovenosa

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**30 junio 2021  12:55 -** *(UCIA CUIDADO ADULTO)*
\* 30 Jun 2021 10:00        LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL  10 UNIDAD Via Subcutanea

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**30 junio 2021  15:33 -** *(UCIA CUIDADO ADULTO)*
\* 30 Jun 2021 15:33        CLEXane 60 mg/ 0,6 mL SOLUCION INYECTABLE JP x 0,6mL   60 MILIGRAMOS Via Subcutanea

\* 30 Jun 2021 16:00        PROPOFOL   1%   (   10 mg   /   1 mL   )   EMULSIÓN   INYECTABLE   BOTELLA   x   50 mL   150 MILILITROS   Via Endovenosa

\* 30 Jun 2021 17:50        ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL 600 MILIGRAMOS Via Endovenosa

\* 30 Jun 2021 17:50        MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

\* 30 Jun 2021 17:50        CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302 100 MILILITROS   Via Endovenosa

Firmado electrónicamente por **ORFAY CARABALI CARABALI** -- AUXILIAR DE ENFERMERIA
Identificación CC 34390266

**30 junio 2021  23:56 -** *(UCIA CUIDADO ADULTO)*
\* 30 Jun 2021 22:00        ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Sonda

\* 30 Jun 2021 23:58        CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   1.000 mL   REF:ARB1324 1000 MILILITROS   Via Endovenosa

\* 01 Jul 2021 02:00        MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

\* 01 Jul 2021 05:11        FENTanilo 0,1mg / 2mL SOLUCION INYECTABLE AMPOLLA x 2 mL   1 MILIGRAMOS Via Endovenosa

**Observaciones:** 3 frascos.
\* 01 Jul 2021 05:15        PROPOFOL   1%   (   10 mg   /   1 mL   )   EMULSIÓN   INYECTABLE   BOTELLA   x   50 mL   150 MILILITROS   Via Endovenosa

**Observaciones:** mdtos.
\* 01 Jul 2021 05:16        CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302 200 MILILITROS   Via Endovenosa

\* 01 Jul 2021 06:00        ORAZOLE 40 mg POLVO LIOFILIZADO VIAL  40 MILIGRAMOS Via Endovenosa

# Clínica
## Imbanaco
Grupo ♥ quirónsalud

## Historia Clínica de la Atención
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 66 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

✱  01 Jul 2021 06:00          ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL 600 MILIGRAMOS Via Endovenosa

✱  01 Jul 2021 06:00          ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Sonda

Firmado electrónicamente por **ALEJANDRA RODRIGUEZ GOMEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143985658
**01 julio 2021  00:03** - *(UCIA CUIDADO ADULTO)*
  **Observaciones:** mdtos.
✱  01 Jul 2021 00:03          CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302 200 MILILITROS   Via Endovenosa

Firmado electrónicamente por **ALEJANDRA RODRIGUEZ GOMEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143985658
**01 julio 2021  01:04** - *(UCIA CUIDADO ADULTO)*
  **Observaciones:** POR SNY EN INFUSION CONTINUA
✱  01 Jul 2021 01:04          GLUCERNA   1,5 Kcal/   1 mL   EMULSION   PARA   ALIMENTACION   FRASCO       LPC   x   1.000 mL       1000 MILILITROS Via Sonda

Firmado electrónicamente por **ALEJANDRA RODRIGUEZ GOMEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143985658
**01 julio 2021  09:57** - *(UCIA CUIDADO ADULTO)*
  **Observaciones:**  INFUSION PROLONGADA SEGUN PROTOCOLO
✱  01 Jul 2021 10:00          MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

✱  01 Jul 2021 10:00          CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302 100 MILILITROS   Via Endovenosa

✱  01 Jul 2021 10:00          LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL  10 UNIDAD Via Subcutanea

Firmado electrónicamente por **CRUZ OSWALDO GUACHETA CEBALLOS** -- AUXILIAR DE ENFERMERIA
Identificación CC 10545616
**01 julio 2021  15:36** - *(UCIA CUIDADO ADULTO)*
✱  01 Jul 2021 18:00          ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL 600 MILIGRAMOS Via Endovenosa

✱  01 Jul 2021 18:00          MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

Firmado electrónicamente por **LEIDY JOHANA CASTELLANOS LOPEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 24334589
**01 julio 2021  15:39** - *(UCIA CUIDADO ADULTO)*
✱  01 Jul 2021 18:00          CLEXane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL  40 MILIGRAMOS Via Subcutanea

Firmado electrónicamente por **LEIDY JOHANA CASTELLANOS LOPEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 24334589
**01 julio 2021  15:41** - *(UCIA CUIDADO ADULTO)*
✱  01 Jul 2021 14:00          ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Sonda

Firmado electrónicamente por **LEIDY JOHANA CASTELLANOS LOPEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 24334589
**01 julio 2021  15:43** - *(UCIA CUIDADO ADULTO)*
✱  01 Jul 2021 15:43          CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   1.000 mL   REF:ARB1324 1000 MILILITROS Via Endovenosa

✱  01 Jul 2021 15:43          CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302 100 MILILITROS   Via Endovenosa

Firmado electrónicamente por **LEIDY JOHANA CASTELLANOS LOPEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 24334589
**01 julio 2021  22:09** - *(UCIA CUIDADO ADULTO)*
✱  01 Jul 2021 22:00          ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Sonda

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740
**02 julio 2021  02:51** - *(UCIA CUIDADO ADULTO)*
✱  02 Jul 2021 02:00          MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

---

# Clínica
# Imbanaco
Grupo **quirón**salud

## Historia Clínica de la Atención
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 67 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

**Observaciones:** medicamento
* 02 Jul 2021 02:00    CLORURO DE SODIO 0,9%    SOLUCION INYECTABLE BOLSA x 100mL    REF:ARB1302 200 MILILITROS    Via Endovenosa

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**02 julio 2021  06:39 -** *(UCIA CUIDADO ADULTO)*
* 02 Jul 2021 06:00    ORAZOLE 40 mg POLVO LIOFILIZADO VIAL  40 MILIGRAMOS Via Endovenosa
* 02 Jul 2021 06:00    ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL 600 MILIGRAMOS Via Endovenosa
* 02 Jul 2021 06:00    ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Sonda

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**02 julio 2021  13:28 -** *(UCIA CUIDADO ADULTO)*
* 02 Jul 2021 10:00    MERONEM 1 gramo POLVO LIOFILIZADO VIAL  2 GRAMO Via Endovenosa
* 02 Jul 2021 10:00    CLORURO DE SODIO 0,9%    SOLUCION INYECTABLE BOLSA x 100mL    REF:ARB1302 100 MILILITROS    Via Endovenosa
* 02 Jul 2021 10:00    LANTUS 300 unidades / 3 mL SOLUCION INYECTABLE PLUMA x 3 mL  10 UNIDAD Via Subcutanea

**Observaciones:** CENTRAL DE MEZCLAS
* 02 Jul 2021 11:00    POTASIO CENTRAL 100 mEq / 500 mL SOLUCION INYECTABLE BOLSA x 500mL  500 MILILITROS    Via Endovenosa

Firmado electrónicamente por **VIVIANA ESCOBAR CARDONA** -- AUXILIAR DE ENFERMERIA
Identificación CC 66933718

**02 julio 2021  17:48 -** *(UCIA CUIDADO ADULTO)*
* 02 Jul 2021 14:00    ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Sonda
* 02 Jul 2021 17:48    ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL 600 MILIGRAMOS Via Endovenosa
* 02 Jul 2021 17:48    CLORURO DE SODIO 0,9%    SOLUCION INYECTABLE BOLSA x 100mL    REF:ARB1302 100 MILILITROS    Via Endovenosa
* 02 Jul 2021 17:49    MERONEM 1 gramo POLVO LIOFILIZADO VIAL  2 GRAMO Via Endovenosa
* 02 Jul 2021 17:49    CLExane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL  40 MILIGRAMOS Via Subcutanea

Firmado electrónicamente por **VIVIANA ESCOBAR CARDONA** -- AUXILIAR DE ENFERMERIA
Identificación CC 66933718

**02 julio 2021  23:00 -** *(UCIA CUIDADO ADULTO)*
* 02 Jul 2021 22:00    ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Sonda

**Observaciones:** POR SNY EN INFUSION CONTINUA
* 02 Jul 2021 22:00    GLUCERNA 1,5 Kcal/ 1 mL EMULSION PARA ALIMENTACION FRASCO LPC x 1.000 mL    1000 MILILITROS Via Sonda
* 03 Jul 2021 02:00    MERONEM 1 gramo POLVO LIOFILIZADO VIAL  2 GRAMO Via Endovenosa
* 03 Jul 2021 02:00    CLORURO DE SODIO 0,9%    SOLUCION INYECTABLE BOLSA x 50 mL    REF:ARB1301 50 MILILITROS    Via Endovenosa
* 03 Jul 2021 03:00    CLORURO DE SODIO 0,9%    SOLUCION INYECTABLE BOLSA x 250 mL    REF:ARB1322 250 MILILITROS    Via Endovenosa
* 03 Jul 2021 06:00    ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL 600 MILIGRAMOS Via Endovenosa
* 03 Jul 2021 06:00    ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Sonda
* 03 Jul 2021 06:00    SEGREGAM 40 mg TABLETA  40 MILIGRAMOS Via Sonda

Firmado electrónicamente por **JAIR HERNANDO ASTUDILLO URIBE** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130677263

**03 julio 2021  09:59 -** *(UCIA CUIDADO ADULTO)*
* 03 Jul 2021 10:00    MERONEM 1 gramo POLVO LIOFILIZADO VIAL  2 MILIGRAMOS Via Endovenosa

# Clínica
# Imbanaco
### Grupo ● quirónsalud

## Historia Clínica de la Atención
### UNIDAD DE CUIDADO INTENSIVO ADULTO
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 68 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: 338.574)

---

| | | |
|---|---|---|
| ✱ | 03 Jul 2021 10:00 | LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL  10 UNIDAD Via Subcutanea |

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**03 julio 2021  10:00** - *(UCIA CUIDADO ADULTO)*
**Observaciones**: plan

| | | |
|---|---|---|
| ✱ | 03 Jul 2021 09:00 | CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   500 mL      REF:ARB   1323 500 MILILITROS   Via Endovenosa |

**Observaciones**: medicamento

| | | |
|---|---|---|
| ✱ | 03 Jul 2021 10:00 | CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302 100 MILILITROS   Via Endovenosa |

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**03 julio 2021  15:28** - *(UCIA CUIDADO ADULTO)*
**Observaciones**: NO SE AMDINISTRA

| | | |
|---|---|---|
| ✱ | 03 Jul 2021 14:00 | ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Oral |
| ✱ | 03 Jul 2021 18:00 | ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL 600 MILIGRAMOS Via Endovenosa |
| ✱ | 03 Jul 2021 18:00 | MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa |
| ✱ | 03 Jul 2021 18:00 | CLEXane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL  40 MILIGRAMOS Via Subcutanea |
| ✱ | 03 Jul 2021 18:00 | CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302 100 MILILITROS   Via Endovenosa |

Firmado electrónicamente por **JUAN SEBASTIAN RODRIGUEZ ESTUPIÑAN** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107519231

**03 julio 2021  21:56** - *(UCIA CUIDADO ADULTO)*

| | | |
|---|---|---|
| ✱ | 03 Jul 2021 22:00 | ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Oral |
| ✱ | 04 Jul 2021 02:00 | MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa |
| ✱ | 04 Jul 2021 02:00 | CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302 100 MILILITROS   Via Endovenosa |
| ✱ | 04 Jul 2021 06:00 | ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL 600 MILIGRAMOS Via Endovenosa |
| ✱ | 04 Jul 2021 06:00 | ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Oral |
| ✱ | 04 Jul 2021 06:00 | SEGREGAM 40 mg TABLETA  40 MILIGRAMOS Via Oral |

Firmado electrónicamente por **LADY JOANA VIDAL CORRALES** -- AUXILIAR DE ENFERMERIA
Identificación CC 1113658870

**04 julio 2021  07:53** - *(UCIA CUIDADO ADULTO)*
**Observaciones**: Vía:      Frecuencia:      Dilución:

| | | |
|---|---|---|
| ✱ | 04 Jul 2021 07:54 | CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   50 mL   REF:ARB1301 100 MILILITROS   Via Endovenosa |
| ✱ | 04 Jul 2021 07:54 | CLORURO   DE   SODIO   0,9%   SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302 200 MILILITROS   Via Endovenosa |
| ✱ | 04 Jul 2021 10:00 | MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa |
| ✱ | 04 Jul 2021 10:00 | LANTUS   300 unidades   /   3 mL      SOLUCION   INYECTABLE   PLUMA   x   3 mL      10 UNIDADES   INTERNACIONALES Via Subcutanea |

Firmado electrónicamente por **HECTOR JAMES PARRA ORDOÑEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 94411524

**04 julio 2021  15:20** - *(UCIA CUIDADO ADULTO)*
**Observaciones**: 2 TAB VO CADA 8 HR

| | | |
|---|---|---|
| ✱ | 04 Jul 2021 14:00 | ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Oral |

Firmado electrónicamente por **HECTOR JAMES PARRA ORDOÑEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 94411524

**06 julio 2021  16:11** - *(UCIA CUIDADO ADULTO)*

# Clínica
# Imbanaco
Grupo ♥ quirónsalud

## Historia Clínica de la Atención
**UNIDAD DE CUIDADO INTENSIVO ADULTO**
Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 69 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

| | |
|---|---|
| **Observaciones**: | Administrado el día 04/06/2021 16:00 pm se adelanta dosis por traslado paciente a hospitalización Aux James Parra |
| **٭** 06 Jul 2021 16:11 | ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL 600 MILIGRAMOS Via Endovenosa |

Firmado electrónicamente por **LUIS CARLOS VILLEGAS ALBAN** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130676977

---

### Glucometria Hospitalizacion

**29 junio 2021  16:00 -** *(UCIA CUIDADO ADULTO)*
Fecha Fecha: 29/06/2021 16:00
Resultados Resultados: 258MGDL

Firmado electrónicamente por **INGRIS ADALGIZA LANDAZURY CABEZAS** -- AUXILIAR DE ENFERMERIA
Identificación CC 27126374

**30 junio 2021  12:00 -** *(UCIA CUIDADO ADULTO)*
Fecha Fecha: 30/06/2021 12:00
Resultados Resultados: 217MG/DL

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**01 julio 2021  18:00 -** *(UCIA CUIDADO ADULTO)*
Fecha Fecha: 01/07/2021 18:00
Resultados Resultados: 210 mg/ dl

Firmado electrónicamente por **LEIDY JOHANA CASTELLANOS LOPEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 24334589

**02 julio 2021  06:00 -** *(UCIA CUIDADO ADULTO)*
Fecha Fecha: 02/07/2021 06:00
Resultados Resultados: 170mg/dl

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**02 julio 2021  06:41 -** *(UCIA CUIDADO ADULTO)*
Fecha Fecha: 02/07/2021 06:41
Resultados Resultados: 184mg/dl

Firmado electrónicamente por **SANDRA MILENA FILOTEO ARBOLEDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107063740

**03 julio 2021  00:00 -** *(UCIA CUIDADO ADULTO)*
Fecha Fecha: 03/07/2021 00:00
Resultados Resultados: 165 mg/dl

Firmado electrónicamente por **JAIR HERNANDO ASTUDILLO URIBE** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130677263

**03 julio 2021  06:00 -** *(UCIA CUIDADO ADULTO)*
Fecha Fecha: 03/07/2021 06:00
Resultados Resultados: 158 mg/dl

Firmado electrónicamente por **JAIR HERNANDO ASTUDILLO URIBE** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130677263

**03 julio 2021  12:00 -** *(UCIA CUIDADO ADULTO)*
Fecha Fecha: 03/07/2021 12:00
Resultados Resultados: 118 mg/dL Valores de Referencia: 70-110

Firmado electrónicamente por **JUAN SEBASTIAN RODRIGUEZ ESTUPIÑAN** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107519231

**03 julio 2021  18:00 -** *(UCIA CUIDADO ADULTO)*
Fecha Fecha: 03/07/2021 18:00
Resultados Resultados: 132 mg/dL Valores de Referencia: 70-110

Firmado electrónicamente por **JUAN SEBASTIAN RODRIGUEZ ESTUPIÑAN** -- AUXILIAR DE ENFERMERIA
Identificación CC 1107519231

**04 julio 2021  10:00 -** *(UCIA CUIDADO ADULTO)*
Fecha Fecha: 04/07/2021 10:00
Resultados Resultados: 261mg/dl

Firmado electrónicamente por **HECTOR JAMES PARRA ORDOÑEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 94411524

---

| *Diagnósticos de Egreso* | **Localización** | **Tipo DX** |
|---|---|---|
| -- (R060) DISNEA | | Impresion Diagnóstica |



# Historia Clínica de la Atención

**UNIDAD DE CUIDADO INTENSIVO ADULTO**

Dirección: **Cra. 38 BIS No. 5B2-04. SP 2**
Teléfono Directo: **3821000** -- Conmutador: **22101**

Atención No.**14343781**

*Página 70 de 70*
*02-sep.-2021 13:52*

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

| |
|---|
| Firmado electrónicamente por **ERIKA NATALIA MUÑOZ ALVAREZ** -- MEDICINA GENERAL<br>Tarjeta Profesional: 197763/08    Identificación CC 29360944 |

| *Salida Urgencias* | | |
|---|---|---|
| Estado vital al salir **Vivo** | Estado al salir | Destino al salir **Hospitalización** |
| Fecha y hora de salida **04 jul. 2021  16:40** | Remitido a | |
| Medio de trasporte | | |

*Datos de Enfermeria*

*Dispositivos Invasivos*

Firmado Electrónicamente por  **SOTO LIEMAN RODOLFO**

    Identificación **CC 16673119**
    Especialidad **CIRUGIA GENERAL**
    Tarjeta Profesional  **1549/88**

# Clínica
# Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

*Página 1 de 16*
*02-sep.-2021 13:53*

Paciente: **RIOS SILVA JUAN GABRIEL** (No Interno: **338.574**)

## Identificación del Paciente

| | |
|---|---|
| Paciente **RIOS SILVA JUAN GABRIEL** | Doc. de identificación |
| Fecha de Nacimiento | Edad **39 Años 5 Meses 24 Días**     Sexo **Masculino**     Grupo Sanguíneo |
| Estado Civil **Unión libre**     Ocupación | |
| Teléfono    Celular | |
| Dirección | A |
| Responsable **LINA MARIA GONZALEZ BECERRA** | |

## *Llegada del Paciente*

### Ingreso al Servicio

| | |
|---|---|
| Fecha y hora de Ingreso **04-jul.-2021 15:45** | Fecha y hora de Atención **04-jul.-2021 15:46** |
| El paciente se moviliza por sus propios medios? **No** | Medio de trasporte |
| Estado de llegada **Alerta** | Procedencia **UCI** |
| Llegó remitido de | |

### Causa de Consulta y Anamnesis

Causa del evento: **SEPSIS DE ORIGEN PULMONAR + URINARIO**
Fecha de ocurrencia: **04/07/2021 17:49** Tiempo de evolución: **1 Minutos** Tipo de evento: **Enfermedad General**
Tipo consulta PyP:    Sito de ocurrencia:

### Enfermedad Actual - (Anamnesis)

Diagnósticos:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
1.1 - (UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE)
2. DIABETES MELLITUS TIPO 2 (HBA1C: 9.74%)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATÉTER 2J HACE 2 SEMANAS
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

PROBLEMAS:
HIPOXEMIA MODERADA
ANEMIA MODERADA
HIPERGLUCEMIA

SUBJETIVO: REFIERE SENTIRSE EN MEJORES CONDICIONES GENERALES, AHORA SIN DISNEA EN REPOSO, NIEGA OTRO SINTOMA, RECIBE LA VIA ORAL.
OBJETIVO: ALERTA, ORIENTADO, COLABORADOR, CIFRAS TENSIONALES DENTRO DE PARAMETROS ACEPTABLES, NORMOCARDICO, NO DISTRESS RESPIRATORIO, TOLERANDO DESTETE DE FIO2. FUNCION RENAL PRESERVADA.
SIGNOS VITALES: TA: 125/70 TAM: 90 FC: 64 FR: 16 SPO2: 95% FIO: 24% T: 36.2°C GLASGOW 15/15 EVA 2/10
GLUCOMETRIA POR CAPILAR: 118 - 132 - 180 - 204 MG/DL
MUCOSAS HUMEDAS, ESCLERAS ANICTERICAS, NO IGY A 45°
RUIDOS CARDIACOS RITMICOS, SINUSAL, NO SOPLOS.
AMBOS CAMPOS PULMONARES VENTILADOS, MURMULLO VESICULAR POSITIVO DISMINUIDO EN BASES, NO SOBREAGREGADOS, NO TIRAJES.
ABDOMEN BLANDO, DEPRESIBLE, NO SIGNOS DE IRRITACION PERITONEAL, NO MASAS, PERISTALTISMO POSITIVO, DEPOSICION POSITIVA, BLANDA.
RENAL: MICCION POR SONDA VESICAL, RATA 2 CC/KG/HR BALANCE: - 1.520 CC ACUMULADO: + 930 CC
EXTREMIDADES SIN EDEMA, LLENADO CAPILAR < 2 SEG, CALOR DISTAL.
SNC: NO FOCALIZACION. PINR. FUERZA Y SENSIBILIDAD CONSERVADA.

PARACLÍNICOS:
- HEMOGRAMA W: 6.54 N: 3.94 L: 1.81 Hb: 10.7 Hto: 29 PLT: 217
- Cr: 0.64 BUN: 11
- Na: 132 K: 4.51 Cl: 97 P: 3.0
- GASES ARTERIALES PH: 7.46 PCO2: 33 PO2: 70 HCO3: 23.5 BE: 0.9  SaO2: 94% PA/FI: 175

ANÁLISIS Y PLAN:
PACIENTE MASCULINO DE 39 AÑOS, CON INSTRUMENTACION VIA URINARIA RECIENTE, DM MAL CONTROLADA, INGRESA POR

**Clínica**
# Imbanaco
Grupo **quirónsalud**

## Historia Clínica de la Atención
**HOSPITALIZACION**
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

DETERIORO RESPIRATORIO AGUDO POR NAC, SE DESCARTA SARS COV2, REQUERIMIENTO DE IOT Y VMI, SUSPENDIDA HACE 72 HRS, TOLERANDO DESTETE DE OXIGENO SUPLEMENTARIO, NO DETERIORO DE MECANICA VENTILATORIA, HEMOCULTIVOS, UROCULTIVO Y CULTIVO DE SOT NEGATIVO, MANEJO ANTIBIOTICO LINEZOLID Y MEROPENEM DESDE EL 29.06.2021, PENDIENTE REPORTE DE GENXPERT EN LAVADO BRONCOALVEOLAR, PARA DETERMINAR SI AMERITA CAMBIOS EN LA CONDUCTA FARMACOLÓGICA. INTERCONSULTA CON INFECTOLOGIA, PARA DETERMINAR REQUERIMIENTO DE CONTINUAR MANEJO CON LINEZOLID. TOLERA LA VIA ORAL, MEJOR CONTROL GLUCEMICO, SIN EMBARGO PERSISTE VALORES ELEVADOS EN AYUNAS, SE INCREMENTA INSULINA DE DEPOSITO: LANTUS 12 UI SC DIA. EVOLUCION HACIA LA MEJORIA, SE CONSIDERA TRASLADO A HOSPITALIZACION PARA CONTINUAR MANEJO A CARGO DE MEDICINA INTERNA, TERAPIA RESPIRATORIA ESTRICTA.

### Atención Clínica

#### Antecedentes Personales

| | |
|---|---|
| Patológicos | - .(Reg: 13 Ene 2021 10:18:) |
| Patológicos | Diabetes - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | Otros – (Reg: 04 Jun 2015 00:00:) |
| Patológicos | - DIABETES.(Reg: 21 Jul 2012 14:59:) |
| Patológicos | No Menciona Ningún Antecedente de Importancia para la Atención - (Reg: 17 May 2021 12:32:) |
| Patológicos | **-** DM2(Reg: 26 Jun 2021 22:09:) |
| Quirúrgicos | - REDUCCION ABIERTA DE FX RADIO<br>CIRCUNCISION<br>URETEROSCOPIA<br>CATETER 2J(Reg: 26 Jun 2021 22:09:) |
| Traumatologicos | - FX RADIO(Reg: 26 Jun 2021 22:09:) |
| Farmacológicos | Reaccion medicamentos actuales - TRAYENTA, BIGUAX.(Reg: 04 Jun 2015 00:00:) |
| Farmacológicos | – JANUMET 50/1000 CADA 12 HORAS(Reg: 26 Jun 2021 22:09:) |
| Otros | **-** pato. dm no ir en manejo con janumet una al dia.<br>alérgicos. negativos<br>tóxicos. negativos<br>qx. circuncision, fax antebrazo derecho.<br>familiares. padre dm.(Reg: 10 Feb 2016 11:28:) |
| Otros | - PATOLOGICOS:DIABETES<br>QUIRURGICOS: SINUSITIS VARICECTOMIA FRACTURA EXPUESTA DE MUÑECA CON INJERTO DE CADERA<br>MEDICAMENTOS:TRAYENTA ,BIGUAS(Reg: 13 May 2015 14:53:) |
| Otros | Antecedentes quirurgicos - RED FX MUÑECA DERECHA, CIRCUNCISION, SAFENECTOMIA BILATERAL.(Reg: 04 Jun 2015 00:00:) |
| Otros | Talla EC Unid Urol - 1.78(Reg: 04 Jun 2015 00:00:) |
| Otros | Tension EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Peso EC Unid Urol - 78 KG(Reg: 04 Jun 2015 00:00:) |
| Otros | Procedimiento que se va a realizar - - BIOPSIA DE PENE SOD<br>(Reg: 04 Jun 2015 00:00:) |
| Otros | PT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | PTT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Entrega preparacion - (Reg: 04 Jun 2015 00:00:) |
| Otros | Explica procedimientos - (Reg: 04 Jun 2015 00:00:) |
| Otros | Frec card EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | INR - .(Reg: 04 Jun 2015 00:00:) |

#### Antecedentes Familiares

| | Mamá | Papá | Hno(a) | Abuelo(a) | Conyugue | Hijo(a) | Otros |
|---|---|---|---|---|---|---|---|
| Otros | – NO | | | | | | |

#### Signos vitales

| Fecha | P. A. | PAM | P. Pulm. | PPM | PVC | Temp °C | F.Card. | F. Resp | Sat O2 | FIO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/jul./2021 17:16 | 132/86 | 101 | / | | | 36,3 | 74 | 20 | 94 | 21 |
| 04/jul./2021 17:54 | 132/86 | | / | | | 36,3 | 74 | 20 | 94 | |
| 04/jul./2021 21:28 | 115/85 | 95 | / | | | 35,4 | 77 | 20 | 91 | 21 |
| 05/jul./2021 05:12 | 110/73 | 85 | / | | | 35,9 | 72 | 19 | 93 | 21 |
| 05/jul./2021 10:23 | 123/84 | 97 | / | | | 35,2 | 76 | 18 | 94 | 21 |
| 05/jul./2021 14:45 | 113/70 | 84 | / | | | 36,0 | 79 | 19 | 95 | 21 |
| 05/jul./2021 20:34 | 115/72 | 86 | / | | | 35,7 | 79 | 19 | 94 | 21 |
| 05/jul./2021 20:34 | | 86 | / | | | 35,7 | 79 | 19 | 94 | 21 |
| 06/jul./2021 06:25 | 109/71 | 84 | / | | | 35,3 | 81 | 18 | 94 | 21 |
| 06/jul./2021 11:02 | 123/59 | 80 | / | | | 36 | 94 | 20 | 96 | 21 |

# Clínica
# Imbanaco
Grupo **quirónsalud**

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Página 3 de 16
02-sep.-2021 13:53

| 06/jul./2021 14:53 | 116/63 | 81 | / | | 36.7 | 76 | 20 | 96 | 21 | |
|---|---|---|---|---|---|---|---|---|---|---|

### Examen Físico
**04 julio 2021  17:54** - *(PISO 5 (TORRE SUR) HOSP)*

| | |
|---|---|
| Estado General. . . . . . . . . . . | **ACEPTABLE ESTADO EN GENERAL** |
| Cabeza. . . . . . . . . . . . . . . . . | **NORMOCEFALICO** |
| Boca y Faringe. . . . . . . . . . . . | **SIN ALTERAICONES** |
| Cuello. . . . . . . . . . . . . . . . . | **SIN ALTERAICONES** |
| Tórax. . . . . . . . . . . . . . . . . | **RITMICOS Y REGULARES NO SOPLOS MV CONSERVADOS NO SOBREARGADOS** |
| Abdomen. . . . . . . . . . . . . . | **BLANDO DEPREISBLE, NO DOOR** |
| Genito - Urinario. . . . . . . . . . | **SE OMITE** |
| Musculo-esquelético. . . . . . . . | **NO EDEMAS** |
| Neurológico. . . . . . . . . . . . . | **ALERTA** |
| Piel. . . . . . . . . . . . . . . . . . | **SIN ALTERACIOENES** |
| Analisis. . . . . . . . . . . . . . . | **PACIENTE CON NAC MANEJO ATB ENDOVNEOSO, ESTANCIA EN UCI, INGRESA A HOSPITALIZCION PARA CONITNUAR MANEJO INTEGHRAL** |

Firmado electrónicamente por **SEBASTIAN LAGO RIVERA** -- MEDICINA GENERAL
Tarjeta Profesional: 1151936563    Identificación CC 1151936563

### Diagnósticos de Ingreso
| | Localización | Tipo DX |
|---|---|---|
| **-- (N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO** | | Impresion Diagnóstica |

Firmado electrónicamente por **CRISTHIAN VASQUEZ AGUIRRE** -- MEDICINA GENERAL
Tarjeta Profesional: 762447/15    Identificación CC 1144024219

### Notas de Evolución
**05 julio 2021  04:38** - *(PISO 5 (TORRE SUR) HOSP)*

Día de Hospitalización No.2

Diagnósticos:
(R060) DISNEA
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Tipo Estancia: Hospitalización
Criterio: Paciente con patología que requiera seguimiento clínico por tiempo superior a 6 horas

Tipo Estancia: Hospitalización
Criterio: Paciente con patología que requiera seguimiento clínico por tiempo superior a 6 horas

Firmado electrónicamente por **MARIA ELENA GUERRERO DIAZ** -- MEDICINA GENERAL
Tarjeta Profesional: 76/314/200    Identificación CC 31173677

**05 julio 2021  10:42** - *(PISO 5 (TORRE SUR) HOSP)*

Día de Hospitalización No.2

Diagnósticos:
(R060) DISNEA
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO
Tipo Estancia: Hospitalización
Criterio: Hospitalización
MEDICINA INTERNA
Diagnósticos:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
1.1 - (UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE)
2. DIABETES MELLITUS TIPO 2 (HBA1C: 9.74%)
3. NEFROLITIASIS DERECHA + LITIIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATÉTER 2J HACE 2 SEMANAS
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ESTA EN MEJORES CONDICIONES GENERALES, AHORA SIN DISNEA EN REPOSO, NIEGA OTRO SINTOMA, RECIBE LA VIA ORAL.
SIN FIEBRE
ALERTA, ORIENTADO, COLABORADOR, CIFRAS TENSIONALES DENTRO DE PARAMETROS ACEPTABLES, NORMOCARDICO,

# Clínica
## Imbanaco
Grupo **quirónsalud**

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**    (No Interno: **338.574**)

NO DISTRESS RESPIRATORIO, TOLERANDO DESTETE DE FIO2. FUNCION RENAL PRESERVADA.
MUCOSAS HUMEDAS, ESCLERAS ANICTERICAS, NO IGY A 45°
RUIDOS CARDIACOS RITMICOS, SINUSAL, NO SOPLOS.
AMBOS    CAMPOS    PULMONARES    VENTILADOS,    MURMULLO    VESICULAR    POSITIVO    DISMINUIDO    EN    BASES,    NO
SOBREAGREGADOS, NO TIRAJES.
ABDOMEN    BLANDO,    DEPRESIBLE,    NO    SIGNOS    DE    IRRITACION    PERITONEAL,    NO    MASAS,    PERISTALTISMO    POSITIVO,
DEPOSICION POSITIVA, BLANDA.
RENAL: MICCION POR SONDA VESICAL, RATA 2 CC/KG/HR BALANCE: - 1.520 CC ACUMULADO: + 930 CC
EXTREMIDADES SIN EDEMA, LLENADO CAPILAR < 2 SEG, CALOR DISTAL.
SNC: NO FOCALIZACION. PINR. FUERZA Y SENSIBILIDAD CONSERVADA.

ANÁLISIS Y PLAN:
PACIENTE    MASCULINO    DE    39 AÑOS,    CON    INSTRUMENTACION    VIA    URINARIA    RECIENTE,    DM    MAL    CONTROLADA,
INGRESA    POR    DETERIORO    RESPIRATORIO    AGUDO    POR    NAC,    SE    DESCARTA    SARS    COV2,    REQUERIMIENTO    DE    IOT    Y
VMI,    SUSPENDIDA    HACE    72 HRS,    TOLERANDO    DESTETE    DE    OXIGENO    SUPLEMENTARIO,    NO    DETERIORO    DE    MECANICA
VENTILATORIA,    HEMOCULTIVOS,    UROCULTIVO    Y    CULTIVO    DE    SOT    NEGATIVO,    MANEJO    ANTIBIOTICO    LINEZOLID    Y
MEROPENEM    DESDE    EL    29.06.2021,    PENDIENTE    REPORTE    DE    GENXPERT    EN    LAVADO    BRONCOALVEOLAR,    PARA
DETERMINAR SI AMERITA CAMBIOS EN LA CONDUCTA FARMACOLÓGICA
SE PIDE LAB CONTROL.
Se dió información al paciente/familia sobre la condición clínica, evolución y plan de manejo

Firmado electrónicamente por **ANGELA MARIA FERNANDEZ TRUJILLO** -- MEDICINA INTERNA
Tarjeta Profesional: 939195    Identificación CC 31984103

**05 julio 2021  12:50** - *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.**2**

Se carga orden de Medicamento

Firmado electrónicamente por **DIANA MARIA SANCLEMENTE MONTALVO** -- MEDICINA GENERAL
Tarjeta Profesional: 762172/201    Identificación CC 1115063449

**06 julio 2021  10:00** - *(PISO 5 (TORRE SUR) HOSP)*
Día de Hospitalización No.**3**

Diagnósticos:
(R060) DISNEA
(J159) NEUMONIA  BACTERIANA, NO ESPECIFICADA
(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO

Tipo Estancia: Hospitalización
Criterio: Paciente que requiera tratamiento médico prolongado con  medicaciones  endovenosas

MEDICINA INTERNA
DX
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
1.1 - (UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE)
2. DIABETES MELLITUS TIPO 2 (HBA1C: 9.74%)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATÉTER 2J HACE 2 SEMANAS
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ESTA    EN    MEJORES    CONDICIONES    GENERALES,    AHORA    SIN    DISNEA    EN    REPOSO,    NIEGA    OTRO    SINTOMA,    RECIBE    LA    VIA
ORAL.
SIN FIEBRE. MEJORIA DE GLUCOMETRIAS.
ALERTA,    ORIENTADO,    COLABORADOR,    CIFRAS    TENSIONALES    DENTRO    DE    PARAMETROS    ACEPTABLES,    NORMOCARDICO,
NO DISTRESS RESPIRATORIO, TOLERANDO DESTETE DE FIO2. FUNCION RENAL PRESERVADA.
MUCOSAS HUMEDAS, ESCLERAS ANICTERICAS, NO IGY A 45°
RUIDOS CARDIACOS RITMICOS, SINUSAL, NO SOPLOS.
AMBOS    CAMPOS    PULMONARES    VENTILADOS,    MURMULLO    VESICULAR    POSITIVO    DISMINUIDO    EN    BASES,    NO
SOBREAGREGADOS, NO TIRAJES.
ABDOMEN    BLANDO,    DEPRESIBLE,    NO    SIGNOS    DE    IRRITACION    PERITONEAL,    NO    MASAS,    PERISTALTISMO    POSITIVO,
DEPOSICION POSITIVA, BLANDA.
RENAL: MICCION POR SONDA VESICAL, RATA 2 CC/KG/HR BALANCE: - 1.520 CC ACUMULADO: + 930 CC
EXTREMIDADES SIN EDEMA, LLENADO CAPILAR < 2 SEG, CALOR DISTAL.

# Clínica
# Imbanaco
Grupo quironsalud

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

SNC: NO FOCALIZACION. PINR. FUERZA Y SENSIBILIDAD CONSERVADA.
LAB CONTROL HGR L 8.3 N 57 L32 HB 11.9 PLAQ 320
CREAT 0.68
ANÁLISIS Y PLAN:
PACIENTE MASCULINO DE 39 AÑOS, CON INSTRUMENTACION VIA URINARIA RECIENTE, DM MAL CONTROLADA, INGRESA POR DETERIORO RESPIRATORIO AGUDO POR NAC, SE DESCARTA SARS COV2.
BUENA EVOLUCION. SE DECIDE SALIDA CON HOME CARE PARA COMPLETAR TTO ANTBIOTICO.
CONTROL POR CE.
Se dió información al paciente/familia sobre la condición clínica, evolución y plan de manejo

Firmado electrónicamente por **ANGELA MARIA FERNANDEZ TRUJILLO** -- MEDICINA INTERNA
Tarjeta Profesional: 939195   Identificación CC 31984103

## Nota de Egreso
**06 julio 2021 10:07** - *(PISO 5 (TORRE SUR) HOSP)*
Se dan recomendaciones al paciente/familia
MEDICINA INTERNA
DX
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
1.1 - (UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE)
2. DIABETES MELLITUS TIPO 2 (HBA1C: 9.74%)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATÉTER 2J HACE 2 SEMANAS
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ESTA EN MEJORES CONDICIONES GENERALES, AHORA SIN DISNEA EN REPOSO, NIEGA OTRO SINTOMA, RECIBE LA VIA ORAL.
SIN FIEBRE. MEJORIA DE GLUCOMETRIAS.
ALERTA, ORIENTADO, COLABORADOR, CIFRAS TENSIONALES DENTRO DE PARAMETROS ACEPTABLES, NORMOCARDICO, NO DISTRESS RESPIRATORIO, TOLERANDO DESTETE DE FIO2. FUNCION RENAL PRESERVADA.
MUCOSAS HUMEDAS, ESCLERAS ANICTERICAS, NO IGY A 45°
RUIDOS CARDIACOS RITMICOS, SINUSAL, NO SOPLOS.
AMBOS CAMPOS PULMONARES VENTILADOS, MURMULLO VESICULAR POSITIVO DISMINUIDO EN BASES, NO SOBREAGREGADOS, NO TIRAJES.
ABDOMEN BLANDO, DEPRESIBLE, NO SIGNOS DE IRRITACION PERITONEAL, NO MASAS, PERISTALTISMO POSITIVO, DEPOSICION POSITIVA, BLANDA.
RENAL: MICCION POR SONDA VESICAL, RATA 2 CC/KG/HR BALANCE: - 1.520 CC ACUMULADO: + 930 CC
EXTREMIDADES SIN EDEMA, LLENADO CAPILAR < 2 SEG, CALOR DISTAL.
SNC: NO FOCALIZACION. PINR. FUERZA Y SENSIBILIDAD CONSERVADA.
LAB CONTROL HGR L 8.3 N 57 L32 HB 11.9 PLAQ 320
CREAT 0.68
ANÁLISIS Y PLAN:
PACIENTE MASCULINO DE 39 AÑOS, CON INSTRUMENTACION VIA URINARIA RECIENTE, DM MAL CONTROLADA, INGRESA POR DETERIORO RESPIRATORIO AGUDO POR NAC, SE DESCARTA SARS COV2.
BUENA EVOLUCION. SE DECIDE SALIDA CON HOME CARE PARA COMPLETAR TTO ANTBIOTICO.
CONTROL POR CE.

Firmado electrónicamente por **ANGELA MARIA FERNANDEZ TRUJILLO** -- MEDICINA INTERNA
Tarjeta Profesional: 939195   Identificación CC 31984103

## Ordenes de Examenes
**05 julio 2021 10:43** - *(PISO 5 (TORRE SUR) HOSP)*
* (Hora: 10:43) 902210 HEMOGRAMA IV (HEMOGLOBINA HEMATOCRITO RECUENTO DE ERITROCITOS  Ubicación **No Aplica**
INDICES ERITROCITARIOS LEUCOGRAMA RECUENTO DE PLAQUETAS INDICES PLAQUETARIOS Y
MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO
        Observaciones   11 PM

* (Hora: 10:43) 903895   CREATININA EN SUERO U OTROS FLUIDOS                      Ubicación **No Aplica**

Firmado electrónicamente por **ANGELA MARIA FERNANDEZ TRUJILLO** -- MEDICINA INTERNA
Tarjeta Profesional: 939195   Identificación CC 31984103

## Ordenes de Medicamentos
**04 julio 2021 17:55** - *(PISO 5 (TORRE SUR) HOSP)*
* MERONEM 1 gramo POLVO LIOFILIZADO VIAL   **Dosificación:** 2 GRAMO

Clínica
**Imbanaco**
Grupo ♥quirónsalud

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

**Observaciones**: Endovenosa CADA 8 HORAS DURANTE 1 DÍAS

∗ ZYVOXID 600 mg / 300 mL SOLUCION INYECTABLE BOLSA x 300 mL    **Dosificación**: 600 MILIGRAMOS
**Observaciones**: Endovenosa CADA 12 HORAS DURANTE 1 DÍAS

∗ humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL    **Dosificación**: 10 UNIDAD
**Observaciones**: Subcutanea CADA 1 DOSIS ÚNICA DURANTE 1 DÍAS esquema de corrección uci

∗ CLExane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL    **Dosificación**: 40 MILIGRAMOS
**Observaciones**: Subcutanea CADA 24 HORAS DURANTE 24 HORAS

∗ CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 500 mL  REF:ARB 1323    **Dosificación**: 10 MILILITROS
**Observaciones**: Endovenosa CADA 1 HORAS DURANTE 24 HORAS

∗ ACETAMINOFEN 500 mg TABLETA    **Dosificación**: 1 GRAMO
**Observaciones**: Oral CADA 8 HORAS DURANTE 1 DÍAS

∗ SEGREGAM 40 mg TABLETA    **Dosificación**: 40 MILIGRAMOS
**Observaciones**: Oral CADA 24 HORAS DURANTE 7 DÍAS

∗ LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL    **Dosificación**: 12 UNIDAD
**Observaciones**: Subcutanea CADA 24 HORAS DURANTE 1 DÍAS

Firmado electrónicamente por **SEBASTIAN LAGO RIVERA** -- MEDICINA GENERAL
Tarjeta Profesional: 1151936563   Identificación CC 1151936563

**05 julio 2021  04:38** - *(PISO 5 (TORRE SUR) HOSP)*
∗ humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL    **Dosificación**: 10 UNIDAD
**Observaciones**:    Subcutanea    CADA    1 DOSIS    ÚNICA    DURANTE    1 DÍAS    esquema    de    corrección    uci    :    150-199 >3 unidades
subcutánea;  200-249 > 5 unidades subcténea; > 250  7 unidades

Firmado electrónicamente por **MARIA ELENA GUERRERO DIAZ** -- MEDICINA GENERAL
Tarjeta Profesional: 76/314/200   Identificación CC 31173677

**05 julio 2021  12:50** - *(PISO 5 (TORRE SUR) HOSP)*
∗ MERONEM 1 gramo  POLVO LIOFILIZADO VIAL    **Dosificación**: 1 GRAMO
**Observaciones**: Endovenosa CADA 8 HORAS DURANTE 1 DÍAS

Firmado electrónicamente por **DIANA MARIA SANCLEMENTE MONTALVO** -- MEDICINA GENERAL
Tarjeta Profesional: 762172/201   Identificación CC 1115063449

---

*Ordenes Generales*
**06 julio 2021  09:55** - *(PISO 5 (TORRE SUR) HOSP)*
Terapia física 1
Terapia respiratoria 1
Firmado electrónicamente por **DIANA MARIA SANCLEMENTE MONTALVO** -- MEDICINA GENERAL
Tarjeta Profesional: 762172/201   Identificación CC 1115063449

---

*Procedimientos Fisioterapia*
**05 julio 2021  19:00** - *(PISO 5 (TORRE SUR) HOSP)*
Paciente con Acompañante: : Si
Acompañante: : FAMILIAR
Fecha y Hora: : 05/07/2021 06:58:48 p. m.
Descripción : SOPORTE DE OXIGENO INICIAL: AIRE AMBIENTE
SOPORTE DE OXIGENO FINAL: AIRE AMBIENTE

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

**Clínica**
**Imbanaco**
Grupo **quirónsalud**

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR     PATRÓN: A Y B
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA     GRAVE   EN   CAPACIDADES   Y   VOLUMENES   PULMONARES,   INTERCAMBIO     DE   OXIGENO,   EN   HIGIENE
BRONQUIAL
 DEFICIENCIA ASOCIADA AL DESACONDICIONAMIENTO FÍSICO
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR


SIGNOS VITALES:
FRECUENCIA CARDIACA: 100 LPM
FRECUENCIA RESPIRATORIA: 17 RPM
SATURACION DE O2: 95 %
ESCALA DE BORG: 0/10
ESCALA DE EVA: 0/10
EVALUACION:   PACIENTE   EN   CAMA   DESPIERTO,   COLABORADOR,   HEMODINAMICAMENTE   ESTABLE,   SIN   SOPORTE   DE
OXIGENO. ORIENTADO.
INSPECCIÓN:   PATRON   RESPIRATORIO   COSTODIAFRAGMATICO,   RITMICO,   SUPERFICIAL,   SIN   SIGNOS   DE   DIFICULTAD
RESPIRATORIA.
PARAMETROS VENTILATORIOS: NA
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NO APLICA
Nº TRAQUEOSTOMIA: NO APLICA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO// NO APLICA
OCLUSION DE TQT: NO APLICA
PALPACIÓN: TORAX SIN ALTERACION
AUSCULTACIÓN: RUIDOS RESPIRATORIOS  PRESENTE SIN RUIDOS SOBREAGREGADOS
GASES ARTERIALES: PH:7,46, PCO2:33, PAO2:70, HCO3:23, PAFIO2:291
INTERPRETACION GASES: EQUILIBRIO ACIDO BASE, SIN  DISFUNCION PULMONAR.
MEDICAMENTOS TERAPEUTICOS: NO USA
EXAMENES Y AYUDAS DIAGNOSTICAS: NO TIENE RECIENTE


OBJETIVOS TERAPEUTICOS:
-LOGRAR UNA ADECUADA OXIGENACIÓN
-REEDUCAR PATRON RESPIRATORIO DIAFRAGMATICO
-MEJORAR VOLUMENES Y CAPACIDADES PULMONARES
-PREVENIR COMPLICACIONES RESPIRATORIAS DEBIDO AL REPOSO PROLONGADO EN CAMA


EVOLUCIÓN:
REALIZA   TRANSICIÓN   A   SEDENTE   BORDE   DE   CAMA,   INICIA   CON   EJERCICIOS   DE   REEXPASIÓN   TORACICA   CON   AYUDA   DE
MMSS,   INSPIRACIONES   PROFUNDAS   Y   FRACCIONADAS,   REEDUCACIÓN   DEL   PATRON   DIAFRAGMATICO,   CICLO   ACTIVO   DE
LA   RESPIRACIÓN,   ESTIRAMIENTO   DE   REJA   COSTAL,   TOS   ASISTIDA,   INCENTIVO   RESPIRATORIO   MOVILIZANDO   1200CC,
REALIZA 2 SERIES DE 10 REPETICIONES CADA UNO.
SE   DAN   RECOMENDACIONES   PARA   REALIZAR   EJERCICIOS   RESPIRATORIOS   DOS   SERIES   DE   DIEZ   REPETICIONES   E
INCENTIVO   1 SERIE   DE   10 REPETICIONESCADA   HORA.   QUEDA   ESTABLE   DENTRO   DE   SU   CONDICION.   SE   BRINDA
EDUCACIÓN   SOBRE   PREVENCION   DE   CAIDAS,   COMO:     MANTENER   CON   LAS   BARANDAS   ARRIBA,   Y   CAMA   A   NIVEL   BAJO,
SE DEJA BIEN POSICIONADO EN CAMA.


AYUDAS TERAPEUTIOCAS: INCENTIVO RESPIRATORIO
              Firmado electrónicamente por **MAGDA PAOLA ARTEAGA INSUASTI** -- FISIOTERAPEUTA
                  Identificación CC 29363912
**05 julio 2021  19:03** - *(PISO 5 (TORRE SUR) HOSP)*
       Paciente con Acompañante: : Si
       Acompañante: : FAMILIAR
       Fecha y Hora: : 05/07/2021 07:00:49 p. m.
       Descripción : SOPORTE DE OXIGENO INICIAL: AIRE AMBIENTE
       SOPORTE DE OXIGENO FINAL: AIRE AMBIENTE


       DIAGNÓSTICO MÉDICO:
       1- SEPSIS DE ORIGEN PULMONAR + URINARIO
       UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE

Clínica
**Imbanaco**
Grupo ♥ quirónsalud

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR   PATRÓN: A Y B
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA    GRAVE    EN    CAPACIDADES    Y    VOLUMENES    PULMONARES,    INTERCAMBIO    DE    OXIGENO,    EN    HIGIENE
BRONQUIAL
 DEFICIENCIA ASOCIADA AL DESACONDICIONAMIENTO FÍSICO
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA: 100 LPM
FRECUENCIA RESPIRATORIA: 17 RPM
SATURACION DE O2: 95 %
ESCALA DE BORG: 0/10
ESCALA DE EVA: 0/10
EVALUACION:    PACIENTE    EN    CAMA    DESPIERTO,    COLABORADOR,    HEMODINAMICAMENTE    ESTABLE,    SIN    SOPORTE    DE
OXIGENO, ORIENTADO.
RANGOS DE MOVILIDAD ARTICULAR: CONSERVADOS
FUERZA MUSCULAR: 3/5 EN CUATRO EXTREMIDADES
EDEMA EN EXTREMIDADES: SIN EDEMA
ESCALA MRC:36
ESCALA BARTHEL: INDEPENDIENTE

OBJETIVOS TERAPEUTICOS:
FASE DE MOVILIZACION: 5

-MEJORAR AMA Y FUERZA MUSCULAR
-FAVORECER RETORNO VENOSO
-PROMOVER TRANSICIONES Y TRASLADOS
-PREVENIR COMPLICACIONES OSTEOMUSCULARES DEBIDO AL REPOSO PROLONGADO EN CAMA

EVOLUCIÓN:
SE    REALIZA    TRANSICIÓN    A    BIPEDO,    INICIA    CON    EJERCICIOS    CIRCULATORIOS    Y    DE    BOMBEO,    EJERCICIOS    DE
MOVILIDAD    ARTICULAR,    EJERCICIOS    ACTIVOS    RESISTIDOS    DE    MIEMBROS    SUPERIORES    CON    THERABAND    Y    EN    APOYO
DE    BARANDA    DE    LA    CAMA    REALIZA    ACTIVOS    LIBRES    DE    MMII    EN    CCC    Y    CCA,    FORTALECIMIENTO    DE    CUADRICEPS,
GLUTEO,    GASTROSOLEOS,    MARCHA    EN    LA    HABITACIÓN,    REALIZA    EJERCICIOS    COORDINATIVOS    QUE    INVOLUCRA
CUATRO EXTREMIDASDES, FINALIZA CON ESTIRAMIENTOS.

SE    DAN    RECOMENDACIONES    PARA    REALIZAR    EJERCICIOS    TERAPEUTICOS,    DURANTE    EL    DIA    12 SERIES    DE    10
REPETICIONES.    QUEDA    ESTABLE    DENTRO    DE    SU    CONDICION.    SEDENTE    EN    SILLA    SE    BRINDA    EDUCACIÓN    SOBRE
PREVENCION    DE    CAIDAS,    COMO:    MANTENER    CON    LAS    BARANDAS    ARRIBA,    Y    CAMA    A    NIVEL    BAJO.    NO    MOVILIZARSE
SOLO.

AYUDAS TERAPEUTICAS: THERABAND AMARILLO
Firmado electrónicamente por **MAGDA PAOLA ARTEAGA INSUASTI** -- FISIOTERAPEUTA
Identificación CC 29363912
**06 julio 2021  10:41** - *(PISO 5 (TORRE SUR) HOSP)*
Paciente con Acompañante: : Si
Acompañante: : ESPOSA
Fecha y Hora : 06/07/2021 10:39:29 a. m.

# Clínica
## Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

Descripción : SOPORTE DE OXIGENO: NO

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR    PATRÓN: A Y B
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA     GRAVE    EN    CAPACIDADES    Y    VOLUMENES    PULMONARES,    INTERCAMBIO    DE    OXIGENO,    EN    HIGIENE
BRONQUIAL
 DEFICIENCIA ASOCIADA AL DESACONDICIONAMIENTO FÍSICO
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA: 78 LPM
FRECUENCIA RESPIRATORIA: 18 RPM
SATURACION DE O2: 97 %
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION: ENCUENTRO   PACIENTE   EN   CAMA   DESPIEROT,   ALERTA   Y   COLABORADOR,   EN   COMPAÑIA   DE   LA   ESPOSA,
REFIERE NO DOLOR NI MALESTAR EN EL MOMENTO
INSPECCIÓN: PATRON RESPIRATORIO COSTAL, NO SDR
PARAMETROS VENTILATORIOS: NA
POSICION, FIJACION Y PRESION CUFF DEL TOT/TQT: NA
Nº TRAQUEOSTOMIA: NA
KIT TRAQUEOSTOMIA: COMPLETO/INCOMPLETO: NA
OCLUSION DE TQT: NA
PALPACIÓN: SIN ALTERACIONES
AUSCULTACIÓN: RUIDO RESPIRATOIRO CONSERVADO, NO RSA
GASES ARTERIALES: PaO2: CO2: HCO3: BE: SvO2: PaO2/FIO2: FIO2: NA
INTERPRETACION GASES: NA
MEDICAMENTOS TERAPEUTICOS: NA
EXAMENES Y AYUDAS DIAGNOSTICAS: NA

OBJETIVOS TERAPEUTICOS:
HIGIENE BRONQUIAL
MANTENER Y MEJORAR CAPACIDADES, VOLUMENES Y OXIGENACION PULMONAR

EVOLUCIÓN:
SE   REALIZAN   EJERCICIOS   RESPIRATORIOS   CON   MIEMBROS   SUPERIORES,   AFES,   INCENTIVO   RESPIRATOIRO,
MOVILIZACIONES-BLOQUEOS   COSTALES,   INSPIRCIONES   PROFUNDAS   FRACCIONADAS   Y   SOSTENIDAS   Y   FAICLITACION
DE   PATRON   DIAFRAGMATICO,   LOS   EJERCICIOS   SE   REALIZAN   EN   SERIES   DE   10 REPETICIONES   A   TOLERANCIA,   SE   DEJA
POSICIONADO   EN   CAMA   CON   BARANDAS   ARRIBA,   MINIMO   NIVEL   DE   ALTURA   Y   CON   LLAMADO   DE   ENFERMERIA
CERCANO

TOLERA LA TERAPIA, LA ESPOSA SE RETIRA DE LA HABITAICON DURANTE LA TERAPIA

Firmado electrónicamente por **PEDRO ALEJANDRO NIETO ERAZO** -- FISIOTERAPEUTA
Identificación CC 1130604033

**06 julio 2021  10:42 -** *(PISO 5 (TORRE SUR) HOSP)*

---

# Clínica
# Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Paciente con Acompañante: : Si
Acompañante: : ESPOSA
Fecha y Hora: : 06/07/2021 10:41:39 a. m.
Descripción : SOPORTE DE OXIGENO: NO

DIAGNÓSTICO MÉDICO:
1- SEPSIS DE ORIGEN PULMONAR + URINARIO
UROCULTIVO EXTRAINSTITUCIONAL POSITIVO PARA E. COLI BLEE
COVID DESCARTADO RT PCR - NEGATIVO  (27.06.2021)
1.1 FALLA VENTILATORIA HIPOXÉMICA
2. DIABETES MELLITUS TIPO 2 POR HISTORIA CLÍNICA
*MAL CONTROLADA HBA1C 9.74% (27/06/21)
3. NEFROLITIASIS DERECHA + LITIASIS EN URÉTER PROXIMAL IZQUIERDO (UROTAC 27/06/21)
*URETEROSCOPIA POR UROLITIASIS Y CATETER 2J HACE 2 SEMANAS.
4. TROMBOCITOPENIA LEVE
5. BAZO ACCESORIO

ANTECEDENTES: YA MENCIONADOS

DIAGNÓSTICO FISIOTERAPÉUTICO:
DOMINIO: CARDIOPULMONAR    PATRÓN: A Y B
PACIENTE MASCULINO DE  39 AÑOS, CON DIAGNÓSTICO: J128 NEUMONIA DEBIDA A OTROS VIRUS
DEFICIENCIA  GRAVE EN EL ALVEOLO Y EN EL SISTEMA RESPIRATORIO
DEFICIENCIA    GRAVE   EN   CAPACIDADES   Y   VOLUMENES   PULMONARES,   INTERCAMBIO   DE   OXIGENO,   EN   HIGIENE
BRONQUIAL
 DEFICIENCIA ASOCIADA AL DESACONDICIONAMIENTO FÍSICO
LIMITACIÓN COMPLETA EN ACTIVIDADES BASICAS COMO LAS DE AUTOCUIDADO
RESTRICCIÓN COMPLETA EN  LA PARTICIPACIÓN SOCIAL Y FAMILIAR

SIGNOS VITALES:
FRECUENCIA CARDIACA: 78 LPM
FRECUENCIA RESPIRATORIA: 18 RPM
SATURACION DE O2: 97 %
ESCALA DE BORG: 0
ESCALA DE EVA: 0
EVALUACION:  ENCUENTRO  PACIENTE  EN  CAMA  DESPIEROT,  ALERTA  Y  COLABORADOR,  EN  COMPAÑIA  DE  LA  ESPOSA,
REFIERE NO DOLOR NI MALESTAR EN EL MOMENTO
RANGOS DE MOVILIDAD ARTICULAR: COMPLETOS
FUERZA MUSCULAR: FUNCIONAL
EDEMA EN EXTREMIDADES: NO
ESCALA MRC: 48
ESCALA BARTHEL: INDEPENDENCIA
EXAMENES Y AYUDAS DIAGNOSTICAS: NO

OBJETIVOS TERAPEUTICOS:
FASE DE MOVILIZACION: 5
MANTENER Y MEJORAR CONDICION FISICA
EVITAR EDEMAS

EVOLUCIÓN:
SE   REALIZAN   EJERCICIOS   ACTIVOS,   ISOMETRICOS,   CIRCULATORIOS,   TRANSICIONES,   CAMINATA   EN   HABITACION,   CCC,
COORDINACION   Y   ESTIRAMIENTOS,   LOS   EJERCICIOS   SE   REALIZAN   EN   SERIES   DE   10 REPETICIONES   A   TOLERANCIA,   SE
DEJA   POSICIONADO   EN   CAMA   CON   BARANDAS   ARRIBA,   MINIMO   NIVEL   DE   ALTURA   Y   CON   LLAMADO   DE   ENFERMERIA
CERCANO

TOLERA LA TERAPIA, LA ESPOSA SE RETIRA DE LA HABITAICON DURANTE LA TERAPIA

Firmado electrónicamente por **PEDRO ALEJANDRO NIETO ERAZO** -- FISIOTERAPEUTA
Identificación CC 1130604033

### Notas de Enfermeria
**04 julio 2021  17:40 -** *(PISO 5 (TORRE SUR) HOSP)*

ingresa  paciente  al  servicio  en  cama  ,  en  compañía  de  familiar  y  mensajero  se  ubica  en  habitacion,  paciente  que  al  examen
físico  se  observa  despierto  consiente  y  orientado  en  sus  tres  esferas  mentales,  con  aporte  de  oxigeno  al  medio  ambiente  ,

# Clínica Imbanaco
Grupo quirónsalud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

**Paciente: RIOS SILVA JUAN GABRIEL**  (No Interno: **338.574**)

Página 11 de 16
02-sep.-2021 13:53

cuello movil .con acceso vcenosos en dorso derecho , cubierto con apósito transparente , limpio y seco sin signos de infección para paso de medicamentos endovenosos con horario, tórax simétrico, Abdomen blando, depresible no doloroso a la palpación. aposito compresivo en msi por retiro de línea arterial radial izquierda, eliminando espontaneo en baño, Genitales íntegros, niega alergias se brinda educación ya nombrada, refiere entender, se deja en cama con barandas elevadas y timbre de llamado cerca .

se toman signos vitales los cuales quedan registrados en  la historia clínica del SIAM. SE ABRE HOJA DE ALERTAS TEMPRANA POR PROTOCOLO INSTITUCONAL.

Firmado electrónicamente por **CLEINER ANYID RUIZ VALENCIA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1144142975

**05 julio 2021  02:04** - *(PISO 5 (TORRE SUR) HOSP)*

19:00hrs recibo paciente de 39 años de edad en habitacion acostado en cama con las cuatro barandas de seguridad elevadas se observa despierto consciente y orientado en tiempo lugar y persona , en compañia de familiar,    al examen físico cefalo caudal se observa   con apertura ocular espontanea cuello movil, mucosas humedas e hidratadas, respira oxigeno al medio ambiente sin dificultad respiratoria , con acceso vcenosos en dorso de mano derecha , cubierto con apósito transparente fi:4/07/21 , limpio y seco sin signos de infección para paso de medicamentos endovenosos con horario, con Abdomen blando, depresible no doloroso a la palpación. aposito compresivo en msi por retiro de línea arterial radial izquierda, eliminando espontaneo en baño,con sus cuatro extremidades siemtricas manillas de iedntificcion se brinda educacion sobre realizar eloportuno llamado de enfermeria y  mantener el nivel de la cama mas bajo.

20:00hrs se realiza control y regsitro de los signos vitales los cuales se encuentran dentro de los parametros normales.

21:30hrs se brindan medidas de confort al familiar se le tiende el sofa cama con sabana cobijas y almohada.

1:00hrs se pasa ronda de enfermeria por la habitacion y se observa a el paciente dormir a intervalos largos, recibe el tratamiento farmacoligic ordenado, elimina espontnaeo en baño, no refiere nada en especial por el momento.

Firmado electrónicamente por **MARYURY SERNA SILVA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1114812273

**05 julio 2021  06:36** - *(PISO 5 (TORRE SUR) HOSP)*

5:00hrs se realiza control y registro de los signos vitales los cuale se enucentran dentro de los parametros normales.

7:00hrs paciente quien durante la noche duerme a intervalos largos, no presenta nada en especial, durnate el turno , duerme a intervalos largos, recibe el tratamiento farmacologico ordenado, elimina espontaneo , no realiza deposicion, continua con el acceso venoso peremable sin signos de infeccion , queda en compañoa de familiar.

control de liquidos
admisnitrados:1280cc
eliminados:2700cc
balance:1420cc
gasto:1.61 kg/cc/hr

Firmado electrónicamente por **MARYURY SERNA SILVA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1114812273

**05 julio 2021  07:00** - *(PISO 5 (TORRE SUR) HOSP)*

7:00am recibo paciente en el servicio de hospitalizacion, en cama, con barandas de seguridad arriba, en compañia del familiar, consciente y orientado en sus 3 esferas mentales, al examen fisico se observa normocefalico, apertura ocular espontaneo, mucosas nasales humedas respirando oxigeno aire ambiente, tolerando sin signos de dificultad respiratoria, cavidad oral aparentemente sana, respuesta verbal presente, cuello movil, torax simetrico y expandible, con acceso venoso en dorso de msd previamente rotulado, vigente, con tegaderm, fecha: 04/07/21, permeable, con tapón heparinizado, sin signos de flebitis, maddox 0, abdomen blando, no doloroso a la palpación, diuresis espontaneo, extremidades completos, moviles, piel integra, eva 0/10, estable.

Firmado electrónicamente por **CLAUDIA PATRICIA DOMINGUEZ GUAQUEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143848492

**05 julio 2021  13:07** - *(PISO 5 (TORRE SUR) HOSP)*

8:00am se realiza control y registro de signos vitales, se encuentran dentro de los parametros normales, presenta eva 0/10.

8:30am, recibe dieta, tolera via oral sin complicaciones.

9:00am se realiza baño asistido en ducha, arreglo de la unidad, medidas de confort, paciente se moviliza por sus propios medios, sin complicaciones, piel integra, estable.

10:00 paciente se moviliza dentro de la habitacion, permanece en compañia del familiar, pasa la mañana tranquilo, estable.

11:00am diuresis espontaneo en baño, no realiza deposición.

12:00 recibe dieta, tolera via oral sin complicaciones.

12:30 se dan rondas constantes para valorar estado del paciente, no presenta dolor, no malestar alguno, se brinda ayuda y colaboración por lo que necesite, se da educación sobre medidas preventivas para evitar riesgos de caída, signos y síntomas de flebitis, la importancia de la movilización en cama para evitar asi lesiones de piel a futuro, uso del llamado de enfermeria, quedan entendidos

Firmado electrónicamente por **CLAUDIA PATRICIA DOMINGUEZ GUAQUEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143848492

**05 julio 2021  18:42** - *(PISO 5 (TORRE SUR) HOSP)*

**Historia Clínica de la Atención**
## HOSPITALIZACION
Dirección: **CRA. 38A NO. 5A - 100. TORRE A** Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

14:00 se realiza control y registro de signos vitales, se encuentran dentro de los parametros normales, presenta eva de 0/10.
15:00 recibe refrigerio, tolera via oral sin complicaciones.
16:00 paciente se moviliza por sus propios medios
17:00 paciente pasa la tarde tranquilo, permanece en compañia del familiar.
18:00 recibe dieta, tolera via oral sin complicaciones.
18:30 diuresis espontaneo en baño, realiza deposición.
se dan rondas constantes para valorar estado del paciente, no presenta dolor, no malestar alguno, se brinda ayuda y colaboración para lo que necesite, se da educación sobre medidas preventivas para evitar riesgos de caída, signos y síntomas de flebitis, la importancia de la movilización en cama para evitar asi lesiones de piel a futuro, uso del llamado de enfermeria, quedan entendidos
19:00 entrego paciente en cama, con barandas de seguridad arriba, en compañia del familiar,     continua con igual manejo, no presenta cambios
Firmado electrónicamente por **CLAUDIA PATRICIA DOMINGUEZ GUAQUEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1143848492

**05 julio 2021  21:57 -** *(PISO 5 (TORRE SUR) HOSP)*
19:00 Recibo paciente     adulto     mayor de edad en cama     consciente, con en compañia de familiar,     tolerando     oxigeno ambiente     su tórax     expandible sin signo de dificultad para respirar,     cateter venoso periferico   msi    con fecha   del 04/07/21 y  sin signos de infección  ni flebitis para paso de mtos   ordenados,     eliminacion   espontanea moviliza  sus extremidades, se les brinda retroalimentacion   del riesgo de caida  y uso oportuno del timbre de llamado a familiar.  21:30 se le realiza control hemodinámico dentro de parámetros normales a febril de deja registro en sistema     su piel    sacro  y genitales    integras.  21:30 no presenta cambios aparentes se torna tranquilo   sin cambios desfavorables.   Se le brindaron medidas de bienestar y confort.
Firmado electrónicamente por **ELEIDA NUÑEZ JIMENEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 66932674

**06 julio 2021  06:24 -** *(PISO 5 (TORRE SUR) HOSP)*
00:30 en   ronda  se  le    observa  dormido sin cambios aparentes.  02:00 paciente dormido.  04:15 logra conciliar  el  sueño  por intervalos largos de tiempo sin complicaciones.  05:45 se le tomaron signos vitales    dentro de lo normal  a  febril, no presentó reacciones medicamentosas por suministro orales ni endovenosas aparentes,      cateter  periferico    permeable  sin signos de infeccion  no cambios desfavorables,    se le tomaron paraclinicos p/r se le realizaron cuidados básicos de enfermeria + medidas de confort   no   realizo deposicion,    elimino   espontaneo no deposicion ... Queda en la habitación despierto tranquilo en compañia de familiar.
Firmado electrónicamente por **ELEIDA NUÑEZ JIMENEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 66932674

**06 julio 2021  11:02 -** *(PISO 5 (TORRE SUR) HOSP)*
8:00am se realiza control y registro de signos vitales, se encuentran dentro de los parametros normales, presenta eva 0/10.
8:30am, recibe dieta, tolera via oral sin complicaciones.
9:00am se realiza baño asistido en ducha, arreglo de la unidad, medidas de confort, paciente se moviliza por sus propios medios, sin complicaciones, piel integra, estable.
10:00 paciente se moviliza dentro de la habitacion, permanece en compañia del familiar, pasa la mañana tranquilo, estable.
11:00am diuresis espontaneo en baño, no realiza deposición.
12:00 recibe dieta, tolera via oral sin complicaciones.
12:30 se dan rondas constantes para valorar estado del paciente, no presenta dolor, no malestar alguno, se brinda ayuda y colaboración para lo que necesite, se da educación sobre medidas preventivas para evitar riesgos de caída, signos y síntomas de flebitis, la importancia de la movilización en cama para evitar asi lesiones de piel a futuro, uso del llamado de enfermeria, quedan entendidos
Firmado electrónicamente por **CAMILA FERNANDA LLANOS HERNANDEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130616860

**06 julio 2021  18:19 -** *(PISO 5 (TORRE SUR) HOSP)*
PACIENTE QUELE DAN EGRESO SE LE RECIBE HABITACION CON PAZ Y SALVO EN MANO Y CONTROL DE L TV PACINETE QUE NO S ELE RETIRA ACCESO VENOSO POR QUE TIENE HOME CARE SE LE ENTREGAN ORDENES MEDICAS Y RECOMENDACIONES PARA LA CASA EN LA SE LE BAJA EN SILLA DE RUEDAS CON CAMILLERO, FAMILIAR Y SUS PERTENCIAS
Firmado electrónicamente por **CAMILA FERNANDA LLANOS HERNANDEZ** -- AUXILIAR DE ENFERMERIA
Identificación CC 1130616860

## Control de Medicamentos

**04 julio 2021  20:38 -** *(PISO 5 (TORRE SUR) HOSP)*

✳  04 Jul 2021 20:38      MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   1 GRAMO Via Endovenosa

✳  04 Jul 2021 20:39      CLORURO   DE   SODIO   0,9%       SOLUCION   INYECTABLE   BOLSA   x   100mL   REF:ARB1302   1 UNIDAD   Via Endovenosa

# Clínica
# Imbanaco
Grupo **quirón**salud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: CRA. 38A NO. 5A - 100. TORRE A Ninguno
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

*Página 13 de 16*
*02-sep.-2021 13:53*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

---

**Observaciones**: IRRIGACION DE MEDICAMENTO EV.

✳ 04 Jul 2021 20:39   CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 25 mL   REF:ARB1300 1 UNIDAD   Via Endovenosa

✳ 04 Jul 2021 20:39   CLEXane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL  40 MILIGRAMOS Via Subcutanea

✳ 04 Jul 2021 20:42   EQUIPO PARA ADMINISTRACION DEL LIQUIDOS ENDOVENOSOS INFUSOMAT REF 8700110SP   1 UNIDAD   Via Endovenosa

Firmado electrónicamente por **LILIVE LUCIO MAMBUSCAY** -- AUXILIAR DE ENFERMERIA
Identificación CC 25396835

**04 julio 2021  23:19** - *(PISO 5 (TORRE SUR) HOSP)*

✳ 04 Jul 2021 23:19   ACETAMINOFEN 500 mg TABLETA  1 GRAMO Via Oral

✳ 04 Jul 2021 23:20   humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL   3 UNIDADES INTERNACIONALES Via Subcutanea

Firmado electrónicamente por **LILIVE LUCIO MAMBUSCAY** -- AUXILIAR DE ENFERMERIA
Identificación CC 25396835

**05 julio 2021  04:26** - *(PISO 5 (TORRE SUR) HOSP)*

✳ 05 Jul 2021 04:25   MERONEM 1 gramo  POLVO LIOFILIZADO VIAL  1 GRAMO Via Endovenosa

✳ 05 Jul 2021 04:26   CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 100mL   REF:ARB1302 1 UNIDAD   Via Endovenosa

**Observaciones**: IRRIGACION DE MEDICAMENTO EV.

✳ 05 Jul 2021 04:26   CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 25 mL   REF:ARB1300 1 UNIDAD   Via Endovenosa

Firmado electrónicamente por **LILIVE LUCIO MAMBUSCAY** -- AUXILIAR DE ENFERMERIA
Identificación CC 25396835

**05 julio 2021  05:53** - *(PISO 5 (TORRE SUR) HOSP)*

✳ 05 Jul 2021 05:52   SEGREGAM 40 mg TABLETA  40 MILIGRAMOS Via Oral

✳ 05 Jul 2021 05:53   ACETAMINOFEN 500 mg TABLETA  1 GRAMO Via Oral

Firmado electrónicamente por **LILIVE LUCIO MAMBUSCAY** -- AUXILIAR DE ENFERMERIA
Identificación CC 25396835

**05 julio 2021  08:21** - *(PISO 5 (TORRE SUR) HOSP)*

✳ 05 Jul 2021 08:21   LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL  12 UNIDAD Via Subcutanea

Firmado electrónicamente por **LEIDY JOHANNA LOPEZ MOLINA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1112473386

**05 julio 2021  12:41** - *(PISO 5 (TORRE SUR) HOSP)*

✳ 05 Jul 2021 12:41   MERONEM 1 gramo  POLVO LIOFILIZADO VIAL  2 GRAMO Via Endovenosa

✳ 05 Jul 2021 12:41   CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 100mL   REF:ARB1302 1 UNIDAD   Via Endovenosa

✳ 05 Jul 2021 12:42   CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 25 mL   REF:ARB1300 1 UNIDAD   Via Endovenosa

Firmado electrónicamente por **LEIDY JOHANNA LOPEZ MOLINA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1112473386

**05 julio 2021  14:18** - *(PISO 5 (TORRE SUR) HOSP)*

✳ 05 Jul 2021 13:00   humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL   3 UNIDADES INTERNACIONALES Via Subcutanea

✳ 05 Jul 2021 14:18   ACETAMINOFEN 500 mg TABLETA  1 GRAMO Via Oral

Firmado electrónicamente por **LEIDY JOHANNA LOPEZ MOLINA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1112473386

**05 julio 2021  17:41** - *(PISO 5 (TORRE SUR) HOSP)*

✳ 05 Jul 2021 17:41   humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL   3 UNIDADES INTERNACIONALES Via Subcutanea

Firmado electrónicamente por **LEIDY JOHANNA LOPEZ MOLINA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1112473386

# Clínica Imbanaco
Grupo **quirón**salud

## Historia Clínica de la Atención
### HOSPITALIZACION
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Página 14 de 16
02-sep.-2021 13:53

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

**05 julio 2021  20:49** - *(PISO 5 (TORRE SUR) HOSP)*
* 05 Jul 2021 20:35        MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   1 GRAMO Via Endovenosa
* 05 Jul 2021 20:35        CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 100mL   REF:ARB1302  1 UNIDAD   Via Endovenosa
* 05 Jul 2021 20:36        CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 25 mL   REF:ARB1300  1 UNIDAD   Via Endovenosa
* 05 Jul 2021 20:36        CLExane 40 mg / 0,4 mL SOLUCION INYECTABLE JP x 0,4 mL  40 MILIGRAMOS Via Subcutanea
* 05 Jul 2021 21:03        ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Oral

Firmado electrónicamente por **JOHANNA ANDREA SOLARTE ROSERO** -- AUXILIAR DE ENFERMERIA
Identificación CC 59314817

**06 julio 2021  03:26** - *(PISO 5 (TORRE SUR) HOSP)*
* 06 Jul 2021 03:26        MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   1 GRAMO Via Endovenosa
* 06 Jul 2021 03:26        CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 100mL   REF:ARB1302  1 UNIDAD   Via Endovenosa
* 06 Jul 2021 03:26        CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 25 mL   REF:ARB1300  1 UNIDAD   Via Endovenosa

Firmado electrónicamente por **JOHANNA ANDREA SOLARTE ROSERO** -- AUXILIAR DE ENFERMERIA
Identificación CC 59314817

**06 julio 2021  05:30** - *(PISO 5 (TORRE SUR) HOSP)*
* 06 Jul 2021 05:30        SEGREGAM 40 mg TABLETA  40 MILIGRAMOS Via Oral
* 06 Jul 2021 05:30        ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Oral

Firmado electrónicamente por **JOHANNA ANDREA SOLARTE ROSERO** -- AUXILIAR DE ENFERMERIA
Identificación CC 59314817

**06 julio 2021  09:03** - *(PISO 5 (TORRE SUR) HOSP)*
* 06 Jul 2021 09:03        LANTUS 300 unidades / 3 mL  SOLUCION INYECTABLE PLUMA x 3 mL  12 UNIDAD Via Subcutanea

Firmado electrónicamente por **DARI ISABEL CASTRILLON LONDOÑO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1116725132

**06 julio 2021  11:35** - *(PISO 5 (TORRE SUR) HOSP)*
* 06 Jul 2021 11:35        humULIN R 1.000 unidades / 10 mL SOLUCION INYECTABLE VIAL x 10 mL   5 UNIDAD Via Subcutanea
* 06 Jul 2021 11:35        MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   1 GRAMO Via Endovenosa
* 06 Jul 2021 11:35        CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 25 mL   REF:ARB1300  1 UNIDAD   Via Endovenosa
* 06 Jul 2021 11:35        CLORURO DE SODIO 0,9% SOLUCION INYECTABLE BOLSA x 100mL   REF:ARB1302  1 UNIDAD   Via Endovenosa

Firmado electrónicamente por **DARI ISABEL CASTRILLON LONDOÑO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1116725132

**06 julio 2021  14:04** - *(PISO 5 (TORRE SUR) HOSP)*
* 06 Jul 2021 14:04        ACETAMINOFEN 500 mg TABLETA   1 GRAMO Via Oral

Firmado electrónicamente por **DARI ISABEL CASTRILLON LONDOÑO** -- AUXILIAR DE ENFERMERIA
Identificación CC 1116725132

*Glucometria*

**04 julio 2021  18:21** - *(PISO 5 (TORRE SUR) HOSP)*
        Fecha Fecha: 04/07/2021 18:21
        Resultados Resultados: 284 mg/dL
        Valores de Referencia:70~110

Firmado electrónicamente por **YULI DANIELA QUIROGA DAVILA** -- AUXILIAR DE ENFERMERIA
Identificación CC 1144181422

**04 julio 2021  22:47** - *(PISO 5 (TORRE SUR) HOSP)*
        Fecha Fecha: 04/07/2021 22:47
        Resultados Resultados: 209 mg/dL
        Valores de Referencia:70~110

# Clínica
## Imbanaco
Grupo ✚quirónsalud

**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

      Firmado electrónicamente por **LILIVE LUCIO MAMBUSCAY** -- AUXILIAR DE ENFERMERIA
      Identificación CC 25396835

**05 julio 2021  06:07** - *(PISO 5 (TORRE SUR) HOSP)*
    Fecha Fecha: 05/07/2021 06:07
    Resultados Resultados: 174 mg/dL
    Valores de Referencia:70-110

      Firmado electrónicamente por **LILIVE LUCIO MAMBUSCAY** -- AUXILIAR DE ENFERMERIA
      Identificación CC 25396835

**05 julio 2021  12:37** - *(PISO 5 (TORRE SUR) HOSP)*
    Fecha Fecha: 05/07/2021 12:37
    Resultados Resultados: 173 mg/dL
    Valores de Referencia:70-110

      Firmado electrónicamente por **LEIDY JOHANNA LOPEZ MOLINA** -- AUXILIAR DE ENFERMERIA
      Identificación CC 1112473386

**05 julio 2021  17:24** - *(PISO 5 (TORRE SUR) HOSP)*
    Fecha Fecha: 05/07/2021 17:24
    Resultados Resultados: 170 mg/dL
    Valores de Referencia:70-110

      Firmado electrónicamente por **LEIDY JOHANNA LOPEZ MOLINA** -- AUXILIAR DE ENFERMERIA
      Identificación CC 1112473386

**05 julio 2021  23:10** - *(PISO 5 (TORRE SUR) HOSP)*
    Fecha Fecha: 05/07/2021 23:10
    Resultados Resultados: 132 mg/dL
    Valores de Referencia:70-110

      Firmado electrónicamente por **YULI DANIELA QUIROGA DAVILA** -- AUXILIAR DE ENFERMERIA
      Identificación CC 1144181422

**06 julio 2021  05:57** - *(PISO 5 (TORRE SUR) HOSP)*
    Fecha Fecha: 06/07/2021 05:57
    Resultados Resultados: 134 mg/dL
    Valores de Referencia:70-110

      Firmado electrónicamente por **ELEIDA NUÑEZ JIMENEZ** -- AUXILIAR DE ENFERMERIA
      Identificación CC 66932674

**06 julio 2021  11:28** - *(PISO 5 (TORRE SUR) HOSP)*
    Fecha Fecha: 06/07/2021 11:28
    Resultados Resultados: 227 mg/dL
    Valores de Referencia:70-110

      Firmado electrónicamente por **DARI ISABEL CASTRILLON LONDOÑO** -- AUXILIAR DE ENFERMERIA
      Identificación CC 1116725132

| *Diagnósticos de Egreso* | **Localización** | **Tipo DX** |
|---|---|---|
| -- **(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO** | | Impresion Diagnóstica |

      Firmado electrónicamente por **CRISTHIAN VASQUEZ AGUIRRE** -- MEDICINA GENERAL
      Tarjeta Profesional: 762447/15   Identificación CC 1144024219

*Salida Urgencias*
Estado vital al salir **Vivo**         Estado al salir         Destino al salir **Domicilio**
Fecha y hora de salida **06 jul. 2021  10:02**      Remitido a
Medio de trasporte

*Fórmulas Médicas*
DOLEX 500 mg TABLETA RECUBIERTA              30
      TOMAR 2 TAB CADA 8 HORAS
      EN CASO DE MALESTAR O FIEBRE
ESOmeprazol 40 mg TABLETA CON RECUBRIMIENTO ENTERICO    14
      TOMAR 1 TAB EN AYUNAS
Recomendación Médica
      EN 15 DIAS
      HEMOGRAMA
      CREATININA
      GLICEMIA PRE Y POST PRANDIAL
      PCR
MEROPENEM 1 g (1g) -- Vial x 1                12
      APLICAR 1 AMP EV CADA 8 HORAS POR 4 DIAS



**Historia Clínica de la Atención**
**HOSPITALIZACION**
Dirección: **CRA. 38A NO. 5A - 100. TORRE A Ninguno**
Teléfono Directo: **3821000** -- Conmutador: **1320**

Atención No.**14343781**

*Página 16 de 16*
*02-sep.-2021 13:53*

Paciente: **RIOS SILVA JUAN GABRIEL**  (No Interno: **338.574**)

| | |
|---|---|
| Visita Medica al finaliza el tratamiento Medico | 1 |
| Home Care | |
| Cita control con Medicina Interna | 1 |
| Con exámenes | |
| MEROPENEM 1 g (1 g) -- Cja.x 10 viales | 12 |
| meropenem 1 gr ev cada 8 horas. Fecha inicio 06-07-2021 Fecha Finalización 09-07-2021. Total 4 días. | |
| Ultima dosis 06-07-2021 a las 4 am | |

Firmado electrónicamente por **DIANA MARIA SANCLEMENTE MONTALVO** -- MEDICINA GENERAL
Tarjeta Profesional: 762172/201    Identificación CC 1115063449

*Incapacidad*

Fecha de Incapacidad: **27 Jun 2021**    Días de Incapacidad: **18**    Prorroga: **No**    Motivo: **Enfermedad General**
Diagnóstico: **J159   NEUMONIA  BACTERIANA, NO ESPECIFICADA**

Firmado Electrónicamente por  **IDROBO MARTINEZ DAVID**
    Identificación **CC 12986795**
    Especialidad **MEDICINA INTERNA**
    Tarjeta Profesional  **RM 102/95**



Clínica
**Imbanaco**
Grupo **quirónsalud**

**Historia Clínica de la Atención**
**URGENCIAS**
Dirección: **Cra 38 Bis No 5B2-04. PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14402348**

Página 1 de 6
02-sep.-2021 13:54

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

## Identificación del Paciente

| | |
|---|---|
| Paciente **RIOS SILVA JUAN GABRIEL** | Doc. de identificación |
| Fecha de Nacimiento | Edad **39 Años 6 Meses 8 Días** | Sexo **Masculino** | Grupo Sanguíneo |
| Estado Civil **Unión libre**   Ocupación | |
| Teléfono   Celular | |
| Dirección | |
| Responsable **LINA MARIA GONZALEZ BECERRA** | |

## Llegada del Paciente

### Ingreso al Servicio

Fecha y hora de Ingreso **18-jul.-2021 12:21**                      Fecha y hora de Atención **18-jul.-2021 12:25**

El paciente se moviliza por sus propios medios? **No**            Medio de trasporte

Estado de llegada **Alerta**                                    Procedencia **Domicilio**

Llegó remitido de

### Causa de Consulta y Anamnesis

Causa del evento: **estoy con molestia al orinar**

Fecha de ocurrencia:  Tiempo de evolución: **1 Días** Tipo de evento: **Enfermedad General**

Tipo consulta PyP:    Sito de ocurrencia:

### Enfermedad Actual - (Anamnesis)

paciente con cuadro clínico de 1 días de evolución de síntomas urinarios, refier antecdente    reciente dehospitalizacion por itu +
nac bacteriana, recibió manejo con meropem. ahora nuevamente con orina turbia por lo que ingresa.

## Atención Clínica

### Antecedentes Personales

| | |
|---|---|
| Patológicos | - .(Reg: 13 Ene 2021 10:18:) |
| Patológicos | Diabetes - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | Otros - (Reg: 04 Jun 2015 00:00:) |
| Patológicos | - DIABETES,(Reg: 21 Jul 2012 14:59:) |
| Patológicos | No Menciona Ningún Antecedente de Importancia para la Atención - (Reg: 17 May 2021 12:32:) |
| Patológicos | - anotados(Reg: 18 Jul 2021 12:54:) |
| Patológicos | - DM2(Reg: 26 Jun 2021 22:09:) |
| Quirúrgicos | - anotados(Reg: 18 Jul 2021 12:54:) |
| Quirúrgicos | - REDUCCION ABIERTA DE FX RADIO<br>CIRCUNCISION<br>URETEROSCOPIA<br>CATETER 2J(Reg: 26 Jun 2021 22:09:) |
| Traumatologicos | - anotados(Reg: 18 Jul 2021 12:54:) |
| Traumatologicos | - FX RADIO(Reg: 26 Jun 2021 22:09:) |
| Farmacológicos | Reaccion medicamentos actuales - TRAYENTA, BIGUAX.(Reg: 04 Jun 2015 00:00:) |
| Farmacológicos | - JANUMET 50/1000 CADA 12 HORAS(Reg: 26 Jun 2021 22:09:) |
| Otros | - pato. dm no ir en manejo con janumet una al dia.<br>alérgicos. negativos<br>tóxicos. negativos<br>qx. circuncisión, fax antebrazo derecho.<br>familiares. padre dm.(Reg: 10 Feb 2016 11:28:) |
| Otros | - PATOLOGICOS:DIABETES<br>QUIRURGICOS: SINUSITIS VARICECTOMIA FRACTURA EXPUESTA DE MUÑECA CON INJERTO DE CADERA<br>MEDICAMENTOS:TRAYENTA ,BIGUAS(Reg: 13 May 2015 14:53:) |
| Otros | Antecedentes quirurgicos - RED FX MUÑECA DERECHA, CIRCUNCISION, SAFENECTOMIA BILATERAL.(Reg: 04 Jun 2015 00:00:) |
| Otros | Entrega preparacion - (Reg: 04 Jun 2015 00:00:) |
| Otros | Explica procedimientos - (Reg: 04 Jun 2015 00:00:) |
| Otros | Frec card EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |
| Otros | INR - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Peso EC Unid Urol - 78 KG(Reg: 04 Jun 2015 00:00:) |

## Clínica
# Imbanaco
Grupo ● quironsalud

**Historia Clínica de la Atención**
**URGENCIAS**
Dirección: **Cra 38 Bis No 5B2-04.  PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14402348**

Página 2 de 6
02-sep.-2021 13:54

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| Otros | Procedimiento que se va a realizar - - BIOPSIA DE PENE SOD (Reg: 04 Jun 2015 00:00:) |
|---|---|
| Otros | PT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | PTT - .(Reg: 04 Jun 2015 00:00:) |
| Otros | Talla EC Unid Urol - 1.78(Reg: 04 Jun 2015 00:00:) |
| Otros | Tension EC Unid Urol - .(Reg: 04 Jun 2015 00:00:) |

### Antecedentes Familiares

| | Mamá | Papá | Hno(a) | Abuelo(a) | Conyugue | Hijo(a) | Otros |
|---|---|---|---|---|---|---|---|
| Otros | - NO | | | | | | |

### Signos vitales

| Fecha | P. A. | PAM | P. Pulm. | PPM | PVC | Temp °C | F.Card. | F. Resp | Sat O2 | FIO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 18/jul./2021 12:21 | 119/77 | 91 | / | | | 36.4 | 98 | 17 | 98 | |
| 18/jul./2021 12:54 | 119/77 | | / | | | 36.4 | 98 | 17 | 98 | |
| 18/jul./2021 17:00 | 114/76 | 89 | / | | | 37.8 | 99 | 20 | 98 | 21 |

### Revisión por Sistemas
**18 julio 2021  12:54** - *(URG P0 LADO A)*
Observaciones. . . . . . . . . . .   **Revisión por sistemas negativo**

Firmado electrónicamente por **OSCAR LEONARDO SASTOQUE MEÑACA** -- MEDICINA GENERAL
Tarjeta Profesional: 1075208396   Identificación CC 1075208396

### Examen Físico
**18 julio 2021  12:54** - *(URG P0 LADO A)*
| | |
|---|---|
| Estado General. . . . . . . . . . . | **buenas condiciones generale** |
| Cabeza. . . . . . . . . . . . . . . | normal |
| Boca y Faringe. . . . . . . . . . . | **no valorado** |
| Cuello. . . . . . . . . . . . . . . | normal |
| Tórax. . . . . . . . . . . . . . . | normal |
| Abdomen. . . . . . . . . . . . . . | **baldo depreible no dorloso a la palapcion, no vsiceromgalias** |
| Genito - Urinario. . . . . . . . . | **no valorado** |
| Musculo-esquelético. . . . . . . . | **no edemas buen llenado capilar** |
| Neurológico. . . . . . . . . . . . | **sin defict** |
| Piel. . . . . . . . . . . . . . . . | normal |
| Analisis. . . . . . . . . . . . . . | **paciente con cuadro de síntomas urinanrios, con infeccion reciente, se ordena nueva toma de paraclincios y con resultados revalorara para definir codncutas adicnales. se explixa.** |
| Observaciones. . . . . . . . . . . | **Revisión por sistemas negativo** |
| Triage. . . . . . . . . . . . . . . | **3** |

Firmado electrónicamente por **OSCAR LEONARDO SASTOQUE MEÑACA** -- MEDICINA GENERAL
Tarjeta Profesional: 1075208396   Identificación CC 1075208396

### Diagnósticos de Ingreso
| | Localización | Tipo DX |
|---|---|---|
| **-- (N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO** | | Impresion Diagnóstica |

Firmado electrónicamente por **OSCAR LEONARDO SASTOQUE MEÑACA** -- MEDICINA GENERAL
Tarjeta Profesional: 1075208396   Identificación CC 1075208396

### Notas de Evolución
**18 julio 2021  15:23** - *(URG P0 LADO A)*
Día de Hospitalización No.1

PACIENTE CON INFECCION DE VIAS URINARIAS, PERSISTE

907106   UROANALISIS: PATOLOGICO, CON BACTEIRURIA
Gravedad específica - 1.017
pH. - 5.5
Leucocitos . - 500
Nitritos - POS
Albúmina - 15
Glucosa - 500
Cuerpos cetónicos - NEG

Clínica
Imbanaco
Grupo quirónsalud

**Historia Clínica de la Atención**
URGENCIAS
Dirección: **Cra 38 Bis No 5B2-04.   PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14402348**

Página 3 de 6
02-sep.-2021 13:54

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Urobilinógeno - NORM
Bilirrubina - NEG
Eritrocitos . - 10
Color. - AMARILLO
Aspecto - TURBIO
SEDIMENTO URINARIO - ----
Leucocitos por citometría. - 619.2
Leucocitos equivalencia al microscopio. - 111.5
Eritrocitos por citometría. - 5.8
Eritrocitos equivalencia al microscopio. - 1.0
Células Epiteliales por citometría. - 3.9
Células Epiteliales equivalencia al microscopio. - 0.7
Cilindros por citometría. - 0.3
Cilindros equivalencia al microsopio. - 0.9
Bacterias por citometría. - 49868.8
Bacterias equivalencia al microscopio - +++
Moco. - NEG

903895   CREATININA EN SUERO U OTROS FLUIDOS: Creatinina en suero **-** 0.64

901107   COLORACION GRAM Y LECTURA PARA CUALQUIER MUESTRA: COLORACION DE GRAM No.**1 -** MEMO
GRAM NEGATIVOS

902210   HEMOGRAMA    IV    (HEMOGLOBINA    HEMATOCRITO    RECUENTO    DE    ERITROCITOS    INDICES    ERITROCITARIOS
LEUCOGRAMA    RECUENTO    DE    PLAQUETAS    INDICES    PLAQUETARIOS    Y    MORFOLOGIA    ELECTRONICA    E    HISTOGRAMA)
AUTOMATIZADO: Recuento de Leucocitos **-** 9.32
Neutrófilos # - 6.00
Neutrófilos % **-** 64.3
Linfocitos # - 1.99
Linfocitos % **-** 21.4
Monocitos # - 1.21
Monocitos % **-** 13.0
Eosinófilos # - 0.08
Eosinófilos % - 0.9
Basófilos # - 0.04
Basófilos % - 0.4
Recuento de Eritrocitos **-** 4.07
Hemoglobina - 11.7
Hematocrito **-** 33.3
Volumen corpuscular medio - 81.8
Hemoglobina corpuscular media **-** 28.7
Concentración de Hemoglobina corpuscular media **-** 35.1
Ancho de distribución eritrocitario DS - 36.1
Ancho de distribución eritrocitario CV - 12.0
Recuento de plaquetas - 273
Volumen medio plaquetario - 11.0
Normoblastos # - 0.000
Normoblastos % - 0.0
Granulocitos Inmaduros # - 0.0300
Granulocitos Inmaduros % - 0.300

903841   GLUCOSA EN SUERO U OTRO FLUIDO DIFERENTE A ORINA: Glicemia en ayunas **-** 162
            Firmado electrónicamente por **JUAN SEBASTIAN HURTADO SALAZAR** -- MEDICINA GENERAL
            Tarjeta Profesional: 1018445311    Identificación CC 1018445311
**18 julio 2021  15:33 -** *(URG P0 LADO A)*
            Día de Hospitalización No.1

PACIENTE    CON    INFECCION    DE    VIAS    URINAIRA,    CON    ANTECENDETE    DE    MANEJO    ANTIBIOTICO    CON    MEROPENM    HASTA
HASCEW    8 DIAS,    POR    E.COLI    BLEE    POSIITVO,    CONSIDERO    POR    NUEVA    SINTOMATOLOGUA    PACIENTE    SE    BENEFICIA    DE
MANEJO INTRAHOSPITALARIO.
COMENTO    CASO    CON    DR.    CARDENAS    INTERNISTA    DE    TURNO    QUIEN    ORDENA    TOMA    DE    HEMOCULTUIVOS,    PCR,

# Clínica

## Historia Clínica de la Atención

# Imbanaco

**URGENCIAS**

Grupo **quirónsalud**

Dirección: **Cra 38 Bis No 5B2-04. PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14402348**

Página 4 de 6
02-sep.-2021 13:54

Paciente: **RIOS SILVA JUAN GABRIEL** (No Interno: **338.574**)

| |
|---|
| PROCALCITONINA, DESHIDROGENASA , ELECTROLITOS Y ECOGRAFIA DE VIAS URINARIAS. |
| SE INICIA MEROPENEM 2 GR CADA 8 HROAS. |
| Firmado electrónicamente por **JUAN SEBASTIAN HURTADO SALAZAR** -- MEDICINA GENERAL |
| Tarjeta Profesional: 1018445311   Identificación CC 1018445311 |

### Nota de Egreso

**18 julio 2021 22:41** - *(URG P0 LADO A)*

paciente con cuadro clínico de 1 días de evolución de síntomas urinanrios, refier antecdente   reciente dehospitalizacion por itu + nac bacteriana, recibió manejo con meropem. ahora nuevamente con orina turbia por lo que ingresa.

Firmado electrónicamente por **PEDRO ANTONIO DONCEL PERDOMO** -- MEDICINA GENERAL
Tarjeta Profesional: 4591/88   Identificación CC 16657725

### Ordenes de Examenes

**18 julio 2021 12:55** - *(URG P0 LADO A)*

∗ (Hora: 12:56)  901107  COLORACION GRAM Y LECTURA PARA CUALQUIER MUESTRA    Ubicación **No Aplica**

∗ (Hora: 12:56)  901236  UROCULTIVO (ANTIBIOGRAMA CONCENTRACION MINIMA INHIBITORIA Ubicación **No Aplica** AUTOMATIZADO)

∗ (Hora: 12:56)  902210  HEMOGRAMA IV (HEMOGLOBINA HEMATOCRITO RECUENTO DE ERITROCITOS Ubicación **No Aplica** INDICES ERITROCITARIOS LEUCOGRAMA RECUENTO DE PLAQUETAS INDICES PLAQUETARIOS Y MORFOLOGIA ELECTRONICA E HISTOGRAMA) AUTOMATIZADO

∗ (Hora: 12:57)  903841  GLUCOSA EN SUERO U OTRO FLUIDO DIFERENTE A ORINA    Ubicación **No Aplica**

∗ (Hora: 12:55)  907106  UROANALISIS    Ubicación **No Aplica**

∗ (Hora: 12:55)  903895  CREATININA EN SUERO U OTROS FLUIDOS    Ubicación **No Aplica**

Firmado electrónicamente por **OSCAR LEONARDO SASTOQUE MEÑACA** -- MEDICINA GENERAL
Tarjeta Profesional: 1075208396   Identificación CC 1075208396

**18 julio 2021 15:35** - *(URG P0 LADO A)*

∗ (Hora: 15:35)  901221  HEMOCULTIVO AEROBIO AUTOMATIZADO CADA MUESTRA    Ubicación **No Aplica**

∗ (Hora: 15:36)  903604  CALCIO IONICO    Ubicación **No Aplica**

∗ (Hora: 15:36)  903813  CLORO    Ubicación **No Aplica**

∗ (Hora: 15:35)  903828  DESHIDROGENASA LACTICA    Ubicación **No Aplica**

∗ (Hora: 15:36)  903859  POTASIO EN SUERO U OTROS FLUIDOS    Ubicación **No Aplica**

∗ (Hora: 15:36)  903864  SODIO EN SUERO U OTROS FLUIDOS    Ubicación **No Aplica**

∗ (Hora: 15:36)  906914  PROTEINA C REACTIVA MANUAL O SEMIAUTOMATIZADO    Ubicación **No Aplica**

∗ (Hora: 15:35)  9012211  HEMOCULTIVO AEROBIO POR METODO AUTOMATICO (#2)    Ubicación **No Aplica**

∗ (Hora: 15:35)  906841  PROCALCITONINA SEMIAUTOMATIZADO O AUTOMATIZADO    Ubicación **No Aplica**

Firmado electrónicamente por **JUAN SEBASTIAN HURTADO SALAZAR** -- MEDICINA GENERAL
Tarjeta Profesional: 1018445311   Identificación CC 1018445311

**18 julio 2021 15:37** - *(URG P0 LADO A)*

∗ (Hora: 15:37)  881332  ECOGRAFIA DE VIAS URINARIAS (RIÑONES VEJIGA Y PROSTATA Ubicación **No Aplica** TRANSABDOMINAL)

Observaciones  DESCARTAER COLECCION DE VIA URINARIA

Firmado electrónicamente por **JUAN SEBASTIAN HURTADO SALAZAR** -- MEDICINA GENERAL
Tarjeta Profesional: 1018445311   Identificación CC 1018445311

**18 julio 2021 16:22** - *(URG P0 LADO A)*

∗ (Hora: 16:22)  10A001  INTERNACION COMPLEJIDAD ALTA HABITACION UNIPERSONAL    Ubicación **No Aplica**

# Clínica
## Imbanaco
Grupo ♥ quirónsalud

## Historia Clínica de la Atención
**URGENCIAS**
Dirección: **Cra 38 Bis No 5B2-04.  PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14402348**

Página 5 de 6
02-sep.-2021 13:54

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

| |
|---|
| Firmado electrónicamente por **JUAN SEBASTIAN HURTADO SALAZAR** -- MEDICINA GENERAL<br>Tarjeta Profesional: 1018445311    Identificación CC 1018445311 |

### *Ordenes de Medicamentos*
**18 julio 2021  15:33** - *(URG P0 LADO A)*
✳ MERONEM 1 gramo  POLVO LIOFILIZADO VIAL    **Dosificación**: 2 GRAMO
**Observaciones**: Endovenosa CADA 8 HORAS DURANTE 2 DÍAS

| |
|---|
| Firmado electrónicamente por **JUAN SEBASTIAN HURTADO SALAZAR** -- MEDICINA GENERAL<br>Tarjeta Profesional: 1018445311    Identificación CC 1018445311 |

### *Notas de Enfermeria*
**18 julio 2021  13:28** - *(URG P0 LADO A)*
Se canaliza acceso en radial derecho _____ con Catéter endovenoso #_22___   el cual se asegura con apósito transparente, se rotula con fecha, hora, calibre del catéter y nombre de quien realizó el procedimiento. Queda permeable sin signos de infección. Procedimiento sin complicaciones, se realizó después de _1___ punción( es).
Para el procedimiento se utilizó: 1___ Catéter endovenoso #_22_____,   __3_ toallas antisépticas,2_____ guantes, __1_ apósito transparente, ___1 jeringa de 10cc, __ jeringa de solución salina al 0.9%, ___1 válvulas conectoras y/o _____ Extensión ___canaliza Aux. Ana V

INGRESA PACIENTE JUAN GABRIEL RIOS SILVA DE 39 AÑOS DE EDAD CON MOTIVO DE CONSULTA DE SINTOMAS URINARIOS  , CAMINANDO POR SUS PROPIOS MEDIOS SIN DIFICULTAD EN COMPAÑIA DE FAMILIAR, A QUIENES SE EXPLICA CONDUCTA MEDICA ORDENADA, MANIFIESTAN ENTENDER Y ACEPTAR, NIEGAN ALERGIAS, SEGUN ORDEN MEDICA SE CANALIZA ACCESO VENOSO PERIFERICO EN RADIAL DERECHO CON CATETER PERIFERICO CORTO #22 POR EL CUAL CON TECNICA CERRADA SE REALIZA TOMA DE MUESTRAS PAR ALABORATORIOS ORDENADOS, SE DEJA VALVULA LIBRE DE AGUJA , QUE SE FIJA CON APOSITO TRANSPARENTE ,SE EXPLICA MANEJO A SEGUIR Y TIEMPO DE ESPERA, SE DEJA EN SILLA RECLINOMATIC PARA CONTINUAR MANEJO.
Firmado electrónicamente por **YENNY ORTIZ PEÑARANDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 31711123

**18 julio 2021  16:30** - *(URG P0 LADO A)*
SEGUN ORDEN MEDICA SE REALIZA TOMA DE HEMOCULTIVOS 1 Y 2 CON TECNICA ASEPTICA, POSTERIORMENTE SE INICIA ANTIBIOTICO ORDENADO, PENDIENTE AUTORIZACION PARA CONTINUAR MANEJO EN HOSPITALIZACION .
Firmado electrónicamente por **YENNY ORTIZ PEÑARANDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 31711123

**18 julio 2021  17:17** - *(URG P0 LADO A)*
SEGUN ORDEN MEDICA SE TRASLADA PACIENTE AL SERVICIO DE HOSPITALIZACION PARA CONTINUAR MANEJO EN EL MOMENTO CON ACCESO VENOSO PERIFERICO PERMEABLE FIJO CON APOSITO TRANSPARENTE LIMPIO Y SECO, ESCALA MADDOXX EN 0 POR EL CUAL SE ADMINISTRA DOSIS DE ANTIBIOTICO ORDENADO, SE ENTREGA A AUXILIAR DE PISO CON QUIEN SE VERIFICA PERMEABILIDAD DEL ACCESO VENOSO PERIFERICO, SE ENTREGA CONSENTIMIENTO FIRMADO, LISTA DE CHEQUEO Y TRASFERENCIA , QUEDA EN HABITACION EN CONDICION ESTABLE.
Firmado electrónicamente por **YENNY ORTIZ PEÑARANDA** -- AUXILIAR DE ENFERMERIA
Identificación CC 31711123

### *Control de Medicamentos*
**18 julio 2021  16:30** - *(URG P0 LADO A)*
**Observaciones**: diluido en 100cc ssn
✳ 18 Jul 2021 16:30      MERONEM 1 gramo  POLVO LIOFILIZADO VIAL   2 GRAMO Via Endovenosa

| |
|---|
| Firmado electrónicamente por **YENNY ORTIZ PEÑARANDA** -- AUXILIAR DE ENFERMERIA<br>Identificación CC 31711123 |

### *Diagnósticos de Egreso*                                    Localización          Tipo DX
-- **(N390) INFECCION DE VIAS URINARIAS, SITIO NO ESPECIFICADO**                          Impresion Diagnóstica
Firmado electrónicamente por **PEDRO ANTONIO DONCEL PERDOMO** -- MEDICINA GENERAL
Tarjeta Profesional: 4591/88   Identificación CC 16657725

### *Salida Urgencias*
Estado vital al salir **Vivo**                Estado al salir                    Destino al salir **Hospitalización**
Fecha y hora de salida **18 jul. 2021  22:41**        Remitido a
Medio de trasporte

### *Datos de Enfermeria*
### *Dispositivos Invasivos*



# Historia Clínica de la Atención

**URGENCIAS**

Dirección: **Cra 38 Bis No 5B2-04.  PISO 0**
Teléfono Directo: **3821000** -- Conmutador: **20000**

Atención No.**14402348**

*Página 6 de 6*
*02-sep.-2021 13:54*

Paciente: **RIOS SILVA JUAN GABRIEL**   (No Interno: **338.574**)

Firmado Electrónicamente por  **SASTOQUE MEÑACA OSCAR LEONARDO**

Identificación **CC 1075208396**
Especialidad **MEDICINA GENERAL**
Tarjeta Profesional  **1075208396**