UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO: 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA

## ORDER

Before the Court is Defendant's Motion requesting transfer to the Federal Detention Center in Miami from his current location in the Pinellas County Jail located in St. Petersburg, Florida (Dkt. 40). The Government opposes the motion.

Defendant was arrested on August 2, 2021, and charged in the Middle District of Florida with one count of conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. Even though he was charged in Tampa, he privately retained an attorney from the Miami area. The attorney complains that he has had difficulty meeting with his client.

Counsel has met with his client twice in person, but has experienced difficulties otherwise. The Pinellas County Jail was on lockdown in August and December 2021. The jail is currently not on lockdown. Counsel states he has had difficulty meeting with his client by video because of equipment difficulties at the jail. It appears the video difficulties may have resolved because the Court has had several hearings by video conference this week with defendants in the Pinellas County Jail. And, counsel does not explain why he does not meet with his client in person.

Because counsel's problems appear to now be resolved, the motion is denied without prejudice. Counsel may raise this issue again if he continues to have problems reviewing the case with the defendant.

Therefore, Defendant's Motion to Direct the United States Marshal to Transfer the Defendant to Federal Detention Center - Miami (Dkt. 40) is denied without prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of February, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record