UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA,
  a/k/a "Juancho", a/k/a "Juan", a/k/a Papi"

### FEBRUARY 2022 STATUS REPORT

The United States of America files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 15, 2021, the United States has conferred with defense counsel and herein states as follows:

1. <u>Brief summary of the case's status:</u>

The defendant was indicted in a one-count indictment on August 25, 2021. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States.

The defendant is in custody. The defendant was arraigned on September 15, 2021. The defendant has pleaded not guilty. Intial and supplemental discovery has been be provided to defense counsel, including the defendant's confession. Discovery is ongoing.

2. <u>Possibility of a plea agreement:</u>

The defendant attempted to proffer on November 5, 2021 and December 9,

2021. The proffer sessions were terminated, once with each party. Defense counsel needs to meet with his client before additional proffer sessions will be scheduled. On January 24, 2022, the Pinellas County Jail removed the lockdown order and attorney visits are now allowed.

    3.    <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated the United States will require four days to present its case-in-chief.

    4.    <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There are no pending motions at this time. Defense counsel will be filing an unopposed motion to continue.

    5.    <u>Potential speedy trial problems:</u>

There are currently no speedy trial problems. The case is currently set on the March 2022 trial calendar.

                                                            Respectfully submitted,

                                                           ROGER B. HANDBERG
                                                          United States Attorney

                           By:    <u>/s/ Joseph K. Ruddy</u>
                                   Joseph K. Ruddy
                                   Assistant United States Attorney
                                   United States Attorney No. 037
                                   400 N. Tampa St., Ste. 3200
                                   Tampa, FL 33602-4798
                                   Telephone: (813) 274-6000
                                   Facsimile: (813) 274-6358
                                   Email: Joseph.Ruddy@usdoj.gov

U.S. v. Juan Gabriel Rios-Silva        Case No. 8:21-cr-286-JSM-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

>Frank Andrew Prieto, Esq.
>201 S. Biscayne Blvd. Suite 2800
>Miami, Florida 33131

By:   */s/ Joseph K. Ruddy*
       Joseph K. Ruddy
       Assistant United States Attorney
       United States Attorney No. 037
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       Email: Joseph.Ruddy@usdoj.gov