UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE (60 days)

**COMES NOW** the Defendant, JUAN GABRIEL RIOS-SILVA, by and through undersigned counsel, and hereby motions the Court for the entry of an Order continuing the trial date in this matter. As grounds, the Defendant asks this Court to consider the following reasons:

1. This matter is currently set for trial beginning February 28, 2022.

2. Undersigned counsel is pending the receipt of additional discovery from the government and will need time to review that discovery in its entirety.

3. Further, undersigned is in the process of interviewing potential defense witnesses that are located outside the country in Colombia, South America. Additional travel will be needed to finalize a defense witness list as well as locate documentation to support the defense in this matter.

_____
PRIETO LAW FIRM
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Office (305) 577-3440 ◆ Fax (786) 971-5658

4. As such, this matter is not yet in a trial ready posture; further, the parties continue exploring multiple avenues of resolution regarding Mr. Rios-Silva.

5. That undersigned hereby certifies that this Motion for Continuance is made in good faith and not for purposes of delay.

### Local Rule 3.01(g) Certification

6. Undersigned counsel has conferred with Assistant United States Attorney, Joseph Ruddy, to ascertain his position to this motion; AUSA Ruddy does not have an objection to a continuance of the trial date in this matter.

**WHEREFORE,** the Defendant, JUAN GABRIEL RIOS-SILVA, respectfully asks this Honorable Court to consider the above and enter an Order granting a continuance of this matter and continue this case for some time in mid-April 2022 or early May 2022.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **February 14, 2022,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

_____
PRIETO LAW FIRM
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Office (305) 577-3440 ◆ Fax (786) 971-5658

        Respectfully submitted,

        **PRIETO LAW FIRM**
        55 Merrick Way, Suite 212
        Coral Gables, FL 33134
        Phone: (305) 577-3440
        Fax:     (786) 971-5658
        frank@frankprietolaw.com

By:   ***/s/Frank A. Prieto***
       FRANK A. PRIETO, ESQ.
       Florida Bar No.: 514071