**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:21-cr-286-JSM-SPF | **DATE:** February 18, 2022 |
|---|---|
| **HONORABLE JAMES S. MOODY, JR.** | **INTERPRETER:** N/A |
| | **PROBATION:** N/A |
| | **GOVERNMENT COUNSEL** Joe Ruddy, AUSA |
| **UNITED STATES OF AMERICA** v. **JUAN GABRIEL RIOS-SILVA** | Frank Prieto, Retained |
| **COURT REPORTER:** Melissa Pierson | **DEPUTY CLERK:** Kristin Carreon |
| **TIME:** 8:44 AM – 8:59 AM **TOTAL:** 15 minutes | **COURTROOM:** N/A, Chambers |

**PROCEEDINGS:** <u>**CRIMINAL MOTION HEARING (DKT. 44)**</u>

Court in session and counsel identified for the record. Mr. Prieto appears by phone. Defendant's presence was not required.

The Court hears oral argument from the parties re: Defendant's Unopposed Motion to Continue Trial Date (60 days) (Dkt. 44).

Estimated length of trial: one week.

For the reasons stated on the record, the motion is granted. Jury Trial to be set on the November 2022 trial term by separate notice. The parties shall continue to file a monthly status report.

Defendant shall file a Waiver of Speedy Trial through and including the November 2022 trial term.

An order will follow.

Court adjourned.