## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA

_____

## ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Continue Trial Date (60 Days) (Dkt. 44). Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. Said Motion for Continuance of Trial is GRANTED.

2. This case is placed on the **NOVEMBER 2022** trial docket. The Court finds the ends of justice served by the continuance to allow the Defendant(s) more time to prepare outweighs the best interest of the public and the Defendant(s) in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

3. Defendant shall file a separate Waiver of Speedy Trial through and including November 30, 2022, within fourteen (14) days of this Order.

4. In lieu of a scheduled status conference hearing, the parties are directed to file a JOINT STATUS REPORT on or before **the tenth day of each month**, detailing the following information: (1) a brief summary of the status of the case and number of remaining defendants (and number of fugitives); (2) the possibility, if known, of a plea agreement as to each defendant; (3) the number of days required for trial; (4) a list of all

pending motions; and (5) a brief explanation as to whether a potential speedy trial problem exists.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of February, 2022.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record