# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CASE NO.: 21-cr-286-JSM-SPF

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*

_____/

## MOTION FOR EXTENSION OF TIME (7 DAYS)
## TO FILE WAIVER OF SPEEDY TRIAL

**COMES NOW** the Defendant, JUAN GABRIEL RIOS SILVA, by and through undersigned counsel, and motions the Court for the entry of an Order extending the deadline to file a Waiver of Speedy Trial. As grounds, Mr. Rios-Silva asks this Court to consider the following reasons:

1. On February 18, 2022, this Court held a hearing on the Defendant's Unopposed Motion to Continue Trial Date. Said motion was granted and trial in this matter was continued until November 2022.

2. The deadline to file a Waiver of Speedy Trial is March 4, 2022. As stated in previous motions, the undersigned has had difficult time scheduling visits with his client. Video calls are sometimes disconnected or the audio/video quality is poor, and sometimes the Defendant is not even brought down to the meeting. Undersigned received confirmation that the Pinellas County Jail

is now receiving in-person visits, however, as of the filing of this motion, the undersigned has not had the opportunity to discuss at length the waiver of speedy trial and have it executed.

3.    Undersigned respectfully asks this Court to allow a short extension of time to file a Waiver of Speedy Trial in this matter so that he can have a proper face-to-face conversation with his client. Undersigned is coordinating an in-person meeting for the week of March 7th, 2022.

4.    That undersigned hereby certifies that this Motion is made in good faith and not for purposes of delay.

## Local Rule 3.01(g) Certification

5.    As of the filing of this motion, undersigned counsel has not been able to confer with Assistant United States Attorney, Joseph Ruddy, regarding his position to this matter.

**WHEREFORE,** the Defendant, JUAN GABRIEL RIOS SILVA, respectfully asks this Honorable Court to consider the above and enter an Order granting an extension of the deadline to file a Waiver of Speedy Trial by March 11, 2022.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on <u>**March 4, 2022,**</u> I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com

By:    */s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071