UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

JUAN GABRIEL RIOS-SILVA,

*Defendant.*
_____/

**UNOPPOSED MOTION FOR STATUS
CONFERENCE TO DETERMINE AND SET A NEW TRIAL DATE**

**COMES NOW** the Defendant, JUAN GABRIEL RIOS-SILVA, by and through undersigned counsel, and motions the Court to hold a status conference to determine a new trial date in this matter as the Defendant wishes to have trial prior to November 2022. As grounds, Mr. Rios-Silva asks this Court to consider the following reasons:

1. On February 18, 2022, this Court held a hearing on the Defendant's Unopposed Motion to Continue Trial Date. Said motion was granted and trial in this matter was continued until November 2022. The Court requested undersigned counsel to obtain a written waiver of speedy trial from Mr. Rios-Silva.

2. The initial deadline to file a waiver of speedy trial was March 4, 2022. Undersigned respectfully asked this Court to allow a short extension of time to file a waiver of speedy trial in this matter. The court granted said relief and set the new deadline for March 11, 2022.

---

PRIETO LAW FIRM
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Phone (305) 577-3440 • Fax (786) 971-5658

3. Undersigned counsel met for several hours with Mr. Rios-Silva, in person, at the Pinellas County Jail on March 11, 2022.

4. Mr. Rios-Silva did not wish to sign a waiver of speedy trial through November 2022.

Local Rule 3.01(g) Certification

5. Assistant United States Attorney, Joseph Ruddy, does not oppose holding a status conference in this matter to set a new trial date.

**WHEREFORE,** the Defendant, JUAN GABRIEL RIOS-SILVA, respectfully asks this Honorable Court to consider the above and enter an Order setting a status conference to determine a new trial date in this matter.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **March 14, 2022,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:   (786) 971-5658
frank@frankprietolaw.com

By:   */s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071