**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:   8:21-cr-286-JSM-SPF** | **DATE:   March 16, 2022** |
|---|---|
| **HONORABLE JAMES S. MOODY, JR.** | **INTERPRETER:** N/A |
| | **PROBATION:** N/A |
| | **GOVERNMENT COUNSEL**<br>Joe Ruddy, AUSA |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JUAN GABRIEL RIOS-SILVA** | Frank Prieto, Retained |
| **COURT REPORTER:** Melissa Pierson | **DEPUTY CLERK:** Kristin Carreon |
| **TIME:** 11:27 AM – 11:44 AM<br>**TOTAL:** 17 minutes | **COURTROOM:**   N/A, Chambers |

**PROCEEDINGS:   CRIMINAL STATUS CONFERENCE**

Court in session and counsel identified for the record. Mr. Prieto appears by phone. Defendant's presence was not required.

This hearing was set by Defendant's Unopposed Motion for Status Conference (Dkt. 51). The Court granted the motion (Dkt. 52).

The parties discuss trial preparation and associated timelines. This case is currently set for jury trial on the November 2022 trial term, however, Defendant does not consent to executing a waiver of speedy trial through November 30, 2022, as indicated in the Order at Dkt. 47. Speedy Trial is currently waived by Defendant through April 30, 2022.

For the reasons stated on the record, the Court will set an additional status conference, by separate notice, for the end of April 2022.

Court adjourned.