# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. 8:21-cr-286-JSM-SPF				DATE: April 25, 2022

HONORABLE: Sean P. Flynn, U.S. Magistrate Judge

UNITED STATES OF AMERICA			Joseph Ruddy
						Assistant U.S. Attorney

v.

JUAN GABRIEL RIOS-SILVA			Frank Prieto, Retained
						Attorney for Defendant

INTERPRETER / LANGUAGE: James Plunkett / Spanish (sworn)

COURT RPTR: Digital				DEPUTY CLERK: Eric Calderon

TIME: 3:49 – 4:24		TOTAL: 0:35		COURTROOM: 11 B

PROCEEDINGS: Motion Hearing

Defendant has filed a Motion for Brady Materials (doc 50).
Government has filed a Response to Motion (doc.57).

Government oral argument.
Defense oral argument.

Court: Defendant's Motion for Brady Materials is granted in part and denied in part for reasons stated on the record. The Motion is granted to the extent that, pursuant to Fed. R. Crim. P. 12.3(a)(3), the Government will respond within seven days to Defendant's Notice of Public Authority Defense (doc. 33); otherwise the Motion is denied without prejudice. The Government will provide an update as to the status of discovery in the monthly status reports.

Adjourned.