**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:21-cr-286-JSM-SPF | DATE: April 26, 2022 |
|---|---|
| HONORABLE JAMES S. MOODY, JR. | INTERPRETER: N/A |
| | PROBATION: N/A |
| | GOVERNMENT COUNSEL<br>Joe Ruddy, AUSA |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN GABRIEL RIOS-SILVA | Frank Prieto, Retained |
| COURT REPORTER: Melissa Pierson | DEPUTY CLERK: Kristin Carreon |
| TIME: 9:19 AM – 9:28 AM<br>TOTAL: 9 minutes | COURTROOM: 15B |

**PROCEEDINGS:** **CRIMINAL STATUS CONFERENCE**

Court in session and counsel identified for the record. Defendant's presence was not required.

Parties discuss the status of the case.

This case is currently set for jury trial on the November 2022 trial term, however, Defendant has not executed a waiver of speedy trial through November 30, 2022, as indicated in the Order at Dkt. 47. Speedy Trial is currently waived by Defendant through April 30, 2022.

In the interests of justice, and for the reasons stated on the record, the jury trial will commence in November 2022.

A separate order to follow.

Court adjourned.