UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA,
a/k/a "Juancho", a/k/a "Juan", a/k/a "Papi"

## MOTION TO SEAL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this Court to seal the Government's *In Camera* Status Report.

The sealing of the motion is requested in order to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge either by way of reports published in the media, or otherwise.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   *Joseph K. Ruddy*
      Joseph K. Ruddy
      Assistant United States Attorney
      United States Attorney No. 037
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: joseph.ruddy@usdoj.gov

U.S. v. Juan Gabriel Rios-Silva          Case No. 8:21-cr-286-JSM-MRM

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2022, the foregoing document was filed under seal with the Clerk of the Court, and a true copy was furnished by United States Mail to the following:

Frank Andrew Prieto, Esq.
201 S. Biscayne Blvd, Suite 28000
Miami, Florida 33131

                                  *Joseph K. Ruddy*
                                  Joseph K. Ruddy
                                  Assistant United States Attorney
                                  United States Attorney No. 037
                                  400 N. Tampa Street, Suite 3200
                                  Tampa, Florida 33602-4798
                                  Telephone:  (813) 274-6000
                                  Facsimile:   (813) 274-6358
                                  E-mail: joseph.ruddy@usdoj.gov