UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA,
 a/k/a "Juancho", a/k/a "Juan", a/k/a Papi"

## ORDER

THIS CAUSE having come on for consideration upon the motion of the government to seal the Government's *In Camera* Status Report.

It is hereby ORDERED that the Motion, Response and Order be SEALED.

DONE AND ORDERED this _____ day of July 2022.

_____
JAMES S. MOODY
United States District Judge