UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA

### GOVERNMENT'S NOTICE OF FILING

The United States of America respectfully submits this Notice of Filing of the following document in the above-captioned case:

State Department Certification for SPSS of 7/18/15. (Exhibit One)

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Joseph K. Ruddy
Joseph K. Ruddy
Assistant United States Attorney
United States Attorney No. 037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
Email: joseph.ruddy@usdoj.gov

U.S. v. Juan Gabriel Rios-Silva          Case No. 8:21-cr-286-JSM-MRM

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Frank A. Prieto, Esq.

                                        /s/ *Joseph K. Ruddy*
                                        Joseph K. Ruddy
                                        Assistant United States Attorney
                                        United States Attorney No. 037
                                        400 N. Tampa Street, Suite 3200
                                        Tampa, Florida 33602
                                        Telephone:   (813) 274-6000
                                        Facsimile:   (813) 274-6125
                                        Email:   joseph.ruddy@usdoj.gov