UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA,
a/k/a "Juancho", a/k/a "Juan", a/k/a "Papi"

## JOINT MOTION TO CONTINUE TRIAL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, and Frank A. Prieto, Esq. counsel for the defendant, jointly move this Honorable Court for an Order continuing the trial of this matter to a date certain of January 16, 2023. In support of the Motion, the Government and defense counsel offer the following reasons:

1. The case is currently set for trial on the November Docket, scheduled to begin on October 31, 2022. The case has been set for trial since April 2022.

2. Discovery requested by the defense has just been provided to counsel on October 13, 2022. While not voluminous, defense counsel needs additional time to prepare. Defendant counsel has begun his review of the materials provided by the Government and believes that there is a basis to prepare and file a motion to dismiss based on due process grounds. This motion should be disposed of prior to trial. The United States has no objection to this basis for a continuance as the United States received the requested discovery late last week.

3. Defense counsel also needs additional time to obtain, by Fed. R. Crim. P. 15(a)(1) deposition or obtain approval for remote trial testimony, various witnesses in Colombia that are not able to enter the United States. The United States has no objection to this basis for a continuance. The Defense will also need time to travel to Colombia to prepare these witnesses and obtain documentation that will need to be translated and certified for use at trial.

4. Defense counsel is expected to begin a contemptuous Arthur Hearing the second week of November 2022 in the matter of S*tate v. Courtney Clenney, Case No.: F22-14137* pending in Miami-Dade County. This is particularly high-profile murder case which requires several witnesses' testimony, some of which are out of State. The Defense will require time to prepare for said hearing and to coordinate travel with those witnesses prior to that hearing.

5. The United States has at least one essential out-of-country witness that will be unavailable the week of October 31, 2022 but would be available the week of November 7, 2022. The United States intended to request the trial be moved one week, to begin November 7, 2022, to accommodate the essential witness. Defense counsel cannot accommodate the one-week continuance and requests a date certain in January 2023. The United States also has government witnesses coming in for trial from across the country and at least one from Europe and requests a date certain for trial to facilitate travel arrangements for its witnesses. The United States has no objection to a date-certain trial in January 2023. It is estimated the trial will last 5-7 days.

6.  Defense counsel is aware jointly requesting this continuance of the trial excludes any resulting delay from computing the time within which the trial must commence, provided this Honorable Court provides reasons for finding the ends of justice are served by granting the continuance.   18 U.S.C. § 3161(h)(7)(A).

7.  Counsel for the Defense believes that a continuance serves the ends of justice in this matter and outweigh the best interests of the public and defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the parties jointly move for a continuance of the trial in this case to a date certain on January 16, 2023.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   *Joseph K. Ruddy*
   Joseph K. Ruddy
   Assistant United States Attorney
   United States Attorney No. 037
   400 N. Tampa Street, Suite 3200
   Tampa, Florida 33602-4798
   Telephone:  (813) 274-6000
   Facsimile:   (813) 274-6358
   E-mail: joseph.ruddy@usdoj.gov

   */s/ Frank A. Prieto*
   PRIETO LAW FIRM
   FRANK A. PRIETO, ESQ.
   55 Merricak Way, Suite 212
   Coral Gables, FL 33134
   Phone: (305) 577-3440
   Fax:    (305) 358-2503
   frank@frankprietolaw.com
   Florida Bar No.: 514071

U.S. v. Juan Gabriel Rios-Silva             Case No. 8:21-cr-286-JSM-MRM

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, the foregoing document was filed under the CM/ECF system with the Clerk of the Court, which will send an electronic copy to the following:

Frank Andrew Prieto, Esq.
55 Merrick Way, Suite 212
Miami, Florida 3314

*Joseph K. Ruddy*
Joseph K. Ruddy
Assistant United States Attorney
United States Attorney No. 037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: joseph.ruddy@usdoj.gov

*/s/Frank A. Prieto*
PRIETO LAW FIRM
FRANK A. PRIETO, ESQ.
55 Merricak Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (305) 358-2503
frank@frankprietolaw.com
Florida Bar No.: 514071

4