UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA,
  a/k/a "Juancho", a/k/a "Juan", a/k/a Papi"

## ORDER

THIS CAUSE having come on for consideration upon the parties Joint Motion to Continue Trial.

It is hereby ORDERED that the Motion is hereby, GRANTED. Trial shall be reset in this matter to January 16, 2023. The Court finds the ends of justice are served by granting the continuance. 18 U.S.C. § 3161(h)(7)(A).

DONE AND ORDERED this _____ day of October 2022.

_____
JAMES S. MOODY
United States District Judge