UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO: 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA

## ORDER

THIS CAUSE comes before the Court upon a Joint Motion to Continue Trial (Dkt. 80). In their motion, the parties request a continuance of the current trial term and to set the matter for a trial date certain of January 16, 2023. Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. Said Motion for Continuance of Trial is GRANTED to the extent that trial will be continued to January 2023.

2. This case is placed on the **JANUARY 2023** trial docket, with a **TRIAL DATE CERTAIN of JANUARY 9, 2023.** The Court finds the ends of justice served by the continuance to allow the Defendant(s) more time to prepare outweighs the best interest of the public and the Defendant(s) in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

3. Defendant shall file a separate Waiver of Speedy Trial, through and including January 31, 2023, within fourteen (14) days from the date of this Order.

4. If the parties prefer instead to proceed with trial the week of January 23, 2023, the Court will reset the trial upon receipt of the appropriate motion.

5.  In lieu of a scheduled status conference hearing, the parties are directed to file a JOINT STATUS REPORT on or before **the tenth day of each month**, detailing the following information: (1) a brief summary of the status of the case and number of remaining defendants (and number of fugitives);  (2) the possibility, if known, of a plea agreement as to each defendant;  (3) the number of days required for trial; (4) a list of all pending motions; and (5) a brief explanation as to whether a potential speedy trial problem exists.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of October, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record