UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

UNITED STATES OF AMERICA,

*Plaintiff,*

**v.**

JUAN GABRIEL RIOS-SILVA,

*Defendant.*
_____/

**UNOPPOSED MOTION FOR EXTENSION
OF TIME (5 DAYS) TO FILE WAIVER OF SPEEDY TRIAL**

**COMES NOW** the Defendant, JUAN GABRIEL RIOS SILVA, by and through undersigned counsel, and motions the Court for the entry of an Order extending the deadline to file a Waiver of Speedy Trial. As grounds, Mr. Rios-Silva asks this Court to consider the following reasons:

1. On October 20, 2022, this Court granted a Joint Motion to Continue Trial Date until January 9, 2023.

2. The deadline to file a Waiver of Speedy Trial is November 3, 2022.

3. Due to scheduling conflicts, undersigned has not been able to meet with his client in person and have him execute a Waiver of Speedy Trial as required by this Court. To that end, undersigned counsel has already booked his flight

---

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Office (305) 577-3440 - Fax (786) 971-5658

for November 8th, 2022. Undersigned has also requested a legal visitation with his client at the Citrus County Detention Facility for the same day.

4. Undersigned respectfully asks this Court to allow a short extension of time to file a Waiver of Speedy Trial in this matter so that he can have the client execute the waiver.

5. That undersigned hereby certifies that this Motion is made in good faith and not for purposes of delay.

Local Rule 3.01(g) Certification

6. Undersigned counsel has conferred with Assistant United States Attorney, Joseph Ruddy, regarding his position to this matter. Mr. Ruddy does not have an objection to a short extension of the current deadline.

**WHEREFORE,** the Defendant, JUAN GABRIEL RIOS SILVA, respectfully asks this Honorable Court to consider the above and enter an Order granting an extension of the deadline to file a Waiver of Speedy Trial by November 8, 2022.

---
**PRIETO LAW FIRM**
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Office (305) 577-3440 - Fax (786) 971-5658

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 4, 2022,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

                              Respectfully submitted,

                              **PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com

By:    */s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071