**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | |
|---|---|
| CASE NO. 8:21-cr-286-JSM-MRM | DATE: December 13, 2022 |
| TITLE: United States of America v. **Juan Gabriel Rios-Silva** | |
| TIME: 10:03 AM – 10:24 AM | TOTAL: 21 minutes |

| | |
|---|---|
| Courtroom Deputy: Kristin Carreon | Interpreter: James Plunkett / Spanish |
| Court Reporter: Melissa Pierson | |
| Counsel for Government: | Joe Ruddy |
| Counsel for Defendant: | Frank Prieto, Retained |

## CRIMINAL MINUTES: MOTION HEARING (DKT. 64)

Court in session and counsel identified for the record. Defendant is present with counsel. Interpreter sworn.

The Court heard from the parties regarding Defendant's Notice to Assert a Public Authority Defense (Dkt. 33) and Government's Response to Defendant's Notice of Public Authority Defense and Motion in Limine (Dkt. 64) - Denied as to the public authority defense and the entrapment by estoppel defense, for the reasons stated on the record. The Court hears argument regarding the innocent intent defense. Granted, defense is permitted to use innocent intent defense as stated on the record.

Jury Trial (date certain) is set to begin on Monday, January 9, 2023, at 9:00 AM.

Defense raises concern about being ready to proceed to trial on 1/9/2023. Additional discovery received recently. The parties still need to conduct Rule 15 depositions internationally. Defense anticipates filing a motion regarding the Rule 15 depos.

Separate order to follow.

Court adjourned.