UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA

### STIPULATION REGARDING DEA LAB RESULTS

The United States of America, by Roger B. Handberg, United States Attorney, and the defendant, by his undersigned counsel, Frank A. Prieto, Esq., agree that the following matters are agreed to for all purposes in the trial and all further proceedings in the above-captioned case, and that no evidence need be presented by the United States at trial or any further proceedings regarding the same:

1. That the substance contained within the bales shown in Exhibit A, found on the self-propelled semi-submersible vessel on July 18th 2015, was tested by Monica S. Price, a Drug Enforcement Administration expert forensic chemist. The substance within the bales was found to be cocaine, Exhibit B, with a net weight of 5,621 kilograms.

WHEREFORE, the defendant and the United States hereby respectfully request that during the government's presentation of its case-in-chief, the instant Stipulation and Exhibits be made part of the record and be admitted into evidence.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

_____
FRANK A. PRIETO, Esq.
Counsel for RIOS-SILVA

_____
JOSEPH K. RUDDY
Assistant United States Attorney

_____
Juan Gabriel Rios-Silva
Defendant