

**U.S. Department of Justice**
**Drug Enforcement Administration**

Southwest Laboratory
Vista, CA

## Chemical Analysis Report

Tampa District Office
4950 West Kennedy Boulevard, Suite 400
Tampa, FL 33609

**Case Number:** G6-15-0135
**LIMS Number:** 2015-SFL8-05383

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Cocaine Hydrochloride | 5621 kg ± 9 kg | ---- | ---- |
| 1 | Phenyltetrahydroimidazothiazole | | ---- | ---- |

**Remarks:**

Exhibit 1: The reported net weight is an extrapolated value based on the individual weights of 9 units; the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 08/11/2015      **Gross Weight:** 6798 kg

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 5607 | Multilayered Packaging | Powder | 5620. kg |

**Remarks:**

Exhibit 1: 1.0 gram removed from each of 21 containers for Special Program.

Exhibit 1: 5610 kilograms held for destruction pending written notification.

### Exhibit Analysis:

**Sampling:**

Exhibit 1: Cocaine confirmed in 29 unit(s) tested of 5607 unit(s) received representing a 95% level of confidence that at least 90% of the population contains the substance(s). A composite was formed from 10 unit(s) for further testing. Cocaine hydrochloride and phenyltetrahydroimidazothiazole were confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Cobalt (II) Thiocyanate Color Test, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

**Analyzed By:** /S/ Monica S. Price, Senior Forensic Chemist      **Date:** 09/24/2015
**Approved By:** /S/ Gary Goldberg, Supervisory Chemist      **Date:** 09/24/2015

DEA Form 113 August 2013      Page 1 of 1