UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                 CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA,
a/k/a "Juancho", a/k/a "Juan", a/k/a "Papi"

### JOINT MOTION TO CONTINUE TRIAL

**COME NOW** counsel for the Defendant, JUAN GABRIEL RIOS-SILVA, and counsel for the United States of America, Joseph Ruddy, jointly move this Honorable Court for an Order continuing the trial of this matter to a date certain of April 16, 2023. In support of the Motion, the Government and defense counsel offer the following reasons:

1. The case is currently set for trial on the January 2023 Docket, scheduled to begin on January 9, 2023. The case has been set for trial since October 2022.

2. A large bulk of the requested Brady materials were produced on October 13, 2022, and October 14, 2022. Additional discovery materials requested by the defense have also been produced on the following dates:

- November 13, 2022
- December 5, 2022
- December 11, 2022
- December 13, 2022

- December 19, 2022

Begrudgingly, the defense needs additional time to review these materials and conduct their investigation regarding the materials that have recently been provided to adequately defend Mr. Rios-Silva. Defendant counsel continues to review the materials provided by the Government in a timely fashion upon receipt. Based on the materials provided in mid-October, undersigned counsel believes that there is a basis to prepare and file a motion to dismiss based on due process grounds. That motion should be disposed of prior to trial. The United States has no objection to this basis for a continuance as the United States provided additional discovery earlier this week.

3. Defense counsel also needs additional time to obtain, by Fed. R. Crim. P. 15(a)(1) deposition or obtain approval for remote trial testimony, various witnesses in Colombia that are not able to enter the United States. The United States has no objection to this basis for a continuance. The Defense will also need time to travel to Colombia to prepare these witnesses and obtain documentation that will need to be translated and certified for use at trial.

4. The United States also has government witnesses coming in for trial from across the country and at least one from Europe. The United States has no objection to a date-certain trial in MARCH or APRIL 2023. It is estimated the trial will last 5-7 days.

5. Defense counsel is aware jointly requesting this continuance of the trial excludes any resulting delay from computing the time within which the trial must commence, provided this Honorable Court provides reasons for finding the ends of justice are served by granting the continuance. 18 U.S.C. § 3161(h)(7)(A).

6.      Counsel for the Defense believes that a continuance serves the ends of justice in this matter and outweigh the best interests of the public and defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the parties jointly move for a continuance of the trial in this case to a date certain on March or April, 2023.

<div style="margin-left: 40%;">

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   *Joseph K. Ruddy*
      Joseph K. Ruddy
      Assistant United States Attorney
      United States Attorney No. 037
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:   (813) 274-6000
      Facsimile:   (813) 274-6358
      E-mail: joseph.ruddy@usdoj.gov

*/s/Frank A. Prieto*
PRIETO LAW FIRM
FRANK A. PRIETO, ESQ.
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com
Florida Bar No.: 514071

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, the foregoing document was filed under the CM/ECF system with the Clerk of the Court, which will send an electronic copy to the following:

>Joseph K. Ruddy
>400 N. Tampa Street, Suite 3200
>Tampa, FL 33602

>*/s/Frank A. Prieto*
>PRIETO LAW FIRM

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA,
  a/k/a "Juancho", a/k/a "Juan", a/k/a Papi"

## ORDER

THIS CAUSE having come on for consideration upon the parties Joint Motion to Continue Trial.

It is hereby ORDERED that the Motion is hereby, GRANTED. Trial shall be reset in this matter to March \_\_\_\_, or April \_\_\_\_, 2023.

DONE AND ORDERED this _____ day of December 2022.

JAMES S. MOODY
United States District Judge