**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                        CASE NO: 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA

_____

**ORDER**

THIS CAUSE comes before the Court upon a Joint Motion to Continue Trial (Dkt. 92).  In their motion, the parties request a continuance of the current trial term and to set the matter for a trial date certain of April 16, 2023.  The Court is unable to set this case for trial on Monday, April 17, 2023, because it already has another date certain trial scheduled to begin that day.  Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. Said Motion for Continuance of Trial is GRANTED to the extent that trial will be continued to April 2023.

2. This case is placed on the **APRIL 2023** trial docket, with a **TRIAL DATE CERTAIN of MONDAY, APRIL 3, 2023**.  The Court finds the ends of justice served by the continuance to allow the Defendant more time to prepare outweighs the best interest of the public and the Defendant in a speedy trial.  As recent as December 19, 2022, discovery materials were disclosed to Defendant which will need to be reviewed.  Also, Defendant requires additional time to conduct discovery in Colombia.  The time of the continuance is excluded from the speedy trial calculation.

3.  Defendant shall file a separate Waiver of Speedy Trial, through and including **April 28, 2023**, within fourteen (14) days from the date of this Order.

4.  In lieu of a scheduled status conference hearing, the parties are directed to file a JOINT STATUS REPORT on or before **the tenth day of each month**.

**DONE** and **ORDERED** in Tampa, Florida, this 21th day of December, 2022.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record