UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA

| **Judge:** | Mac R. McCoy | **Counsel for Government:** | Joseph K. Ruddy |
|---|---|---|---|
| **Deputy Clerk:** | Fabiana Nicastri | **Counsel for Defendant:** | Frank Andrew Prieto |
| **Court Reporter:** | Digital | **Pretrial/Probation:** | No Officer Present |
| **Date/Time:** | January 25, 2023 01:34 PM-01:51 PM | **Interpreter:** | James Plunkett |
| **Bench Time:** | 17 minutes | | |

**Motion Hearing**

Defendant present with Counsel and Interpreter. Interpreter sworn on the record. The Court announces the purpose of today's hearing.

Defense Counsel announces he does not have anything to add that was not in the motion filed at docket entry 94. However, defense counsel announces one of the witnesses, Zaida Guzman, needs to be removed. The Government announces the defendant's wife is one of the witnesses and may not need to be deposed.

The Court asks counsel if there are objections in confirming with the defendant today that he is waiving his right to appear in person for the depositions. Defendant sworn. The defendant announces his full and complete name is Juan Gabriel Rios-Silva. The Court will accept the defendant's waiver after being questioned. Detailed order to follow.

The Government announces it will need assistance in securing a courtroom and having the assistance of Court IT. The Court advises the parties to contact the courtroom deputy clerk to facilitate.

Nothing further from the parties.