UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

JUAN GABRIEL RIOS-SILVA,

*Defendant.*
_____/

## WAIVER OF SPEEDY TRIAL

I, JUAN GABRIEL RIOS-SILVA, having first been duly advised by my undersigned counsel of my rights to a speedy trial under 18 United States Code Sections 3161 – 3174 and under the Sixth Amendment to the United States Constitution, and understanding that I have the right under the Act to be tried within seventy days from the date I was brought into this District, subject to the exclusions within the Act, hereby waive my rights to a speedy trial through the time of trial, specifically from January 9, 2023 through and including April 28, 2023.

_____
JUAN GABRIEL RIOS-SILVA

/S/ *Frank A. Prieto*
Frank A. Prieto, Esq.
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: 305-577-3440
Fax:   786-971-5658
Florida Bar No.: 0514071
frank@frankprietolaw.com

U.S. v. Juan Gabriel Rios-Silva, 21-cr-286-JSM-SPF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **January 25, 2023,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

        Respectfully submitted,

        **PRIETO LAW FIRM**
        55 Merrick Way, Suite 212
        Coral Gables, FL 33134
        Phone: (305) 577-3440
        Fax:   (786) 971-5658
        frank@frankprietolaw.com

By:   */s/Frank A. Prieto*
        FRANK A. PRIETO, ESQ.
        Florida Bar No.: 514071