UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

JUAN GABRIEL RIOS-SILVA,

*Defendant.*
_____/

### *TIME SENSITIVE* UNOPPOSED MOTION FOR CLARIFICATION
### (REQUEST FOR RULING BY FEBRUARY 17, 2023)

**COMES NOW** the Defendant, JUAN GABRIEL RIOS SILVA, by and through undersigned counsel, and motions the Court for the entry of an Order clarifying Magistrate Judge McCoy's Order [D.E. 100][1] granting Defendant's Motion for Rule 15 Foreign Depositions. As grounds, Mr. Rios-Silva asks this Court to consider the following reasons:

### NATURE OF TIME SENSITIVITY
### AND REQUEST FOR RULING BY TODAY, FEBRUARY 17, 2023.

Undersigned counsel and Assistant United States Attorney have been coordinating the taking of foreign depositions in Cali, Colombia, since the Court's Order granting permission was issued on January 25, 2023. The parties have recently learned that the Office of the Clerk of Court will not provide logistical support and use of a Courtroom as

---

[1] *See*, *Order of January 25, 2023,* attached hereto as Exhibit "A."

_____
**PRIETO LAW FIRM**
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Office (305) 577-3440 - Fax (786) 971-5658

has occurred in the past. Undersigned counsel and the Government have come up with a proposed solution that requires time sensitive guidance by this Honorable Court as the depositions are being coordinated to take place, next week, on Thursday, February 23, 2023.[2] Flights, hotel, hiring of interpreters, and other accommodations are needed to be made dependent on this Court's clarification.

1. On January 25, 2023 Judge McCoy issued his Order granting Defendant's Motion to take Foreign Depositions.

2. Undersigned and Assistant United States Attorney, Joseph Ruddy, were recently informed the Office of the Clerk of Court no longer provides support concerning the taking of foreign depositions, i.e., technical support and use of a courtroom.

3. As such, the parties are requesting clarification regarding two issues:

   a. Does the Court require a *Court Certified* Interpreter to interpret the testimony and questions of counsel for the taking of the depositions.

   b. Can the oaths be administered to <u>all</u> witnesses simultaneously prior to the taking of testimony to limit the Court's resources of having to issue the oath prior to each witness testifying.

4. Undersigned respectfully requests a ruling on this Motion prior to the close of business today, February 17, 2023, to avoid delay in the taking of foreign

---

[2] Undersigned would also note that Monday, February 20, 2023 is also a Court holiday that shortens the time within which to receive an Order from this Court. The parties anticipate using the WEBEX platform to establish the video and audio connections and will also video and audio record the testimony in Cali, Colombia.

depositions in this matter. This matter is currently on the Court's April 2023 trial docket.

### Local Rule 3.01(g) Certification

5. Undersigned counsel has conferred with Assistant United States Attorney, Joseph Ruddy, regarding his position to this matter. Mr. Ruddy does not have an objection to a clarification of the Court's Order of January 25, 2023.

**WHEREFORE,** the Defendant, JUAN GABRIEL RIOS SILVA, respectfully asks this Honorable Court to consider the above and enter an Order granting this Motion and clarifying the issues raised above.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **February 17, 2023,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com

By:    */s/Frank A. Prieto*
       FRANK A. PRIETO, ESQ.
       Florida Bar No.: 514071