UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA,
a/k/a "Juancho", a/k/a "Juan", a/k/a "Papi"

## JOINT MOTION TO CONTINUE TRIAL

**COME NOW** counsel for the Defendant, JUAN GABRIEL RIOS-SILVA, by and through undersigned counsel and the United States, and hereby move this Honorable Court for an Order continuing the trial of this matter. In support of the Motion, the parties state the following:

1. This case is currently set for trial on the April 2023 Docket, scheduled to begin on Monday, April 3rd, 2023. The case has been set for trial since October 2022.

2. On January 25, 2023, United States Magistrate Judge, Mac McCoy, entered an Order granting Defendant's Unopposed Motion to Take Foreign Depositions pursuant to Fed. R. Crim. P. 15 after holding a hearing on the matter.

3. Based on the availability of the parties, the government and defense were able to coordinate these depositions to take place on February 27, 2023[1]. On the morning of February 27, 2023, the Colombian notary that was contracted to place the witnesses

---

[1] Based on the Order from Judge McCoy, and subsequent clarification of the Order on February 17, 2023, undersigned obtained the services of a notary to place the witnesses under oath in Cali, Colombia, pursuant to Fed. R. Civ. P. 28. The government and court approved translator attended the Rule 15 depositions via the Webex platform.

under oath cancelled. This necessitated undersigned counsel and all the witnesses to travel to the office of another notary for all the witnesses to be sworn in before testifying. This significantly delayed the start of their testimony. As such, the government and defense were only able to conduct and conclude 2 of the 5 witness depositions.

4. The government and defense rescheduled the remaining depositions to take place on March 9, 2023. On March 9, 2023, only one witness was able to be deposed as his direct exam and cross examination were lengthy. Two essential defense witnesses remain to be deposed pursuant to Fed. R. Crim. P. 15.

5. The government and defense are in the process of coordinating new dates to finish the outstanding Rule 15 depositions; both parties agree that an April 2023 trial date is not realistic based on the above delays and below.[2]

6. The government has also recently received a "banker's box" of requested Mutual Legal Assistance Treaty (MLAT) documents in this matter. The government is turning these items over to the defense in a timely fashion. The defense will need additional time to filter through and analyze the new discovery materials once they are produced.

7. The government also needs to coordinate with witnesses traveling from outside the jurisdiction once a future trial date is determined.

8. It is estimated the trial will last 10-14 days.

9. Defense counsel is aware jointly requesting this continuance of the trial excludes any resulting delay from computing the time within which the trial must

---

[2] It should be noted that undersigned counsel travels to Cali, Colombia for the taking of these depositions.

2

commence, provided this Honorable Court provides reasons for finding the ends of justice are served by granting the continuance.   18 U.S.C. § 3161(h)(7)(A).

10.   Counsel for the Defense believes that a continuance serves the ends of justice in this matter and outweigh the best interests of the public and defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

11.   Assistant United States Attorney, Joseph Ruddy, joins in the requested relief.

**WHEREFORE**, the parties respectfully move for a continuance of the trial in this case to a date certain as determined by the Court.

Respectfully submitted,

**BY:**   /s/Frank A. Prieto
PRIETO LAW FIRM
FRANK A. PRIETO, ESQ.
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com
Florida Bar No.: 514071

ROGER B. HANDBERG
United States Attorney

*Joseph K. Ruddy*
Joseph K. Ruddy
Assistant United States Attorney
United States Attorney No. 037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: joseph.ruddy@usdoj.gov

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, the foregoing document was filed under the CM/ECF system with the Clerk of the Court, which will send an electronic copy to the following: Joseph K. Ruddy, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602

*/s/Frank A. Prieto*
PRIETO LAW FIRM
FRANK A. PRIETO, ESQ.
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com
Florida Bar No.: 514071

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA,
  a/k/a "Juancho", a/k/a "Juan", a/k/a Papi"

## ORDER

THIS CAUSE having come on for consideration upon the parties' Joint Motion to Continue Trial.

It is hereby ORDERED that the Motion is hereby, GRANTED. Trial shall be reset in this matter to _____, 2023.

DONE AND ORDERED this _____ day of March 2023.

_____
JAMES S. MOODY
United States District Judge