UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:21-cr-286-JSM-MRM
       46 U.S.C. § 70503(a)
JUAN GABRIEL RIOS-SILVA,   46 U.S.C. § 70506(a) and (b)
aka "Juancho", aka "Juan", aka "Papi";   18 U.S.C. § 1956(h)
MILTON ORLANDO RIOS-SILVA,
aka "Filipino", aka "Papi"

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing through and including the date of this Superseding Indictment, in the Middle District of Florida, and elsewhere, the defendants,

JUAN GABRIEL RIOS-SILVA,
aka "Juancho", aka "Juan", aka "Papi";
MILTON ORLANDO RIOS-SILVA,
aka "Filipino", aka "Papi"

did knowingly and intentionally conspire with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, which violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of

the United States, and is therefore punished under 46 U.S.C. §§ 70503(a) and 70506(a) and (b).

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO
### (Conspiracy to Commit Money Laundering)

JUAN GABRIEL RIOS-SILVA,
aka "Juancho", aka "Juan", aka "Papi";

### A. Introduction

At times material to this Superseding Indictment:

1. JUAN GABRIEL RIOS-SILVA, aka "Juancho", aka "Juan", aka "Papi", was a resident of Cali, Colombia, involved in the laundering of proceeds of a specified unlawful activity, within the Middle District of Florida, and elsewhere.

2. JUAN GABRIEL RIOS-SILVA is the leader of a Transnational Criminal Organization involved in narcotics trafficking and the laundering of drug proceeds for the Organization in furtherance of the illegal enterprise.

### B. The Conspiracy

3. Beginning on an unknown date and continuing through and including the date of this Superseding Indictment,

JUAN GABRIEL RIOS-SILVA,
aka "Juancho", aka "Juan", aka "Papi",

did knowingly and willfully combine, conspire, and agree with other persons, both known and unknown to the Grand Jury, to commit offenses against the United States, in violation of 18 U.S.C. § 1956, that is:

 a. to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

 b. to transport, transmit, transfer, and attempt to transport, transmit, and transfer, transfer monetary instruments and funds involving the proceeds of specified unlawful activity, that is, conspiring to possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), knowing that said monetary instruments and funds represent the proceeds of some form of unlawful activity and knowing that such transportation,

transmission, and transfer is designed in whole or in part to conceal and disguise the nature, location, the source, the ownership, and the control of the proceeds of a specified unlawful activity, that is, the unlawful possession with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), in violation of 18 U.S.C. § 1956(a)(2)(B)(i).

### C. Manner and Means of the Conspiracy

4. The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others, the following:

5. It was a part of the conspiracy that the conspirators would and did accumulate the proceeds of a specified unlawful activity, illicit drug proceeds.

6. It was further part of the conspiracy that the conspirators would collect the illicit drug proceeds within the Middle District of Florida and elsewhere.

7. It was further part of the conspiracy for the illegal proceeds to be smuggled out of the United States and converted to Colombian pesos to further the illegal enterprise. The methods used to transport the illegal proceeds and convert them to Colombian pesos were intended to receive, disguise, conceal, and distribute the proceeds of a specified unlawful activity.

8. It was further part of the conspiracy that the conspirators and others would and did perform acts and make statements to hide and conceal and cause to

be hidden and concealed the purposes of the conspiracy and the acts committed in furtherance thereof.

All in violation of 18 U.S.C. §1956(h).

## FORFEITURE

1. The allegations contained in Count One of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon the conviction of the violation alleged in Count One of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

JUAN GABRIEL RIOS-SILVA,
aka "Juancho", aka "Juan", aka "Papi";
MILTON ORLANDO RIOS-SILVA,
aka "Filipino", "Papi"

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offense.

3. Upon the conviction of the violation alleged in Count One of this Superseding Indictment, in violation of 21 U.S.C. § 960, the defendants,

JUAN GABRIEL RIOS-SILVA,
aka "Juancho", aka "Juan", aka "Papi";
MILTON ORLANDO RIOS-SILVA,
aka "Filipino"; aka "Papi",

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. The allegations contained in Count Two of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under 18 U.S.C. § 982(a)(1).

5. Upon conviction of the violations alleged in Count Two of this Superseding Indictment, punishable by imprisonment for more than one year, the defendant,

JUAN GABRIEL RIOS-SILVA,
aka Juancho", aka "Juan", aka "Papi";

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

6. If any of the property described above, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p), directly and as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

_____
Dep. Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Criminal Division - South

7

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JUAN GABRIEL RIOS-SILVA,
aka "Juancho", aka "Juan", aka "Papi";
MILTON ORLANDO RIOS-SILVA,
aka "Filipino", aka "Papi"

SUPERSEDING INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a) and (b), 18 U.S.C. § 1956(h)

A true bill,

_____
Dep. Foreperson

Filed in open court this 15th day

of March 2023.

_____
Clerk

Bail $_____

GPO 863 525