**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| CASE NO. 8:21-cr-286-JSM-MRM | DATE: March 22, 2023 |
|---|---|
| TITLE: United States of America v. **Juan Gabriel Rios-Silva** | |
| TIME: 9:00 AM – 9:05 AM | TOTAL: 5 minutes |

| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
|---|---|
| Court Reporter: Becky Sabo | |
| Counsel for Government: | Joe Ruddy |
| Counsel for Defendant: | Frank Prieto, Retained |

### CRIMINAL MINUTES: TELEPHONIC MOTION HEARING (DKT. 104)

Court in session and counsel identified for the record; all parties appear by telephone. Defendant's presence was not required.

Superseding indictment filed on 3/15/2023.

The Court heard from the parties regarding the parties Joint Motion to Continue Trial (Dkt. 104). Granted, for the reasons stated on the record.

Jury Trial is continued to the November 2023 trial term, which commences on Monday, October 30, 2023, with a more precise trial date to follow.

Estimated trial length: 2 weeks.

Defendant shall file a separate Waiver of Speedy Trial, through and including November 30, 2023, within fourteen (14) days from today. In lieu of a scheduled status conference hearing, the parties are directed to file a JOINT STATUS REPORT on or before the tenth day of each month.

Separate order to follow.

Court adjourned.