# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA

## ORDER

THIS CAUSE comes before the Court upon a Joint Motion to Continue Trial (Dkt. 104). Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. Said Motion for Continuance of Trial is GRANTED.

2. This case is placed on the **NOVEMBER 2023** trial docket. The Court finds the ends of justice served by the continuance to allow the Defendant(s) more time to prepare outweighs the best interest of the public and the Defendant(s) in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

3. Defendant shall file a separate Waiver of Speedy Trial, through and including **November 30, 2023**, within fourteen (14) days from the date of this Order.

4. In lieu of a scheduled status conference hearing, the parties are directed to file a JOINT STATUS REPORT on or before the tenth day of each month.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of March, 2023.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record