UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

UNITED STATES OF AMERICA,

*Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

## NOTICE OF APPEARANCE

**COMES NOW**, Frank A. Prieto, attorney for the Defendant, **JUAN GABRIEL RIOS-SILVA**, and hereby enters this Notice of Appearance on his behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, **JUAN GABRIEL RIOS-SILVA**, the above-named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.


*/s/ Frank A. Prieto*                              */s/ Juan Gabriel Rios-Silva*

**Counsel for Defendant**                      **Defendant**

Date: 3/24/2023

U.S. v. Juan Gabriel Rios-Silva, 21-cr-286-JSM-SPF

## REQUEST FOR DISCOVERY

**COMES NOW**, JUAN GABRIEL RIOS-SILVA, by and through his undersigned attorney, and hereby gives notice that he will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
**UNITED STATES MAGISTRATE JUDGE**

**Date:** _____

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 24, 2023,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com

By:   */s/Frank A. Prieto*
      FRANK A. PRIETO, ESQ.
      Florida Bar No.: 514071