UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

JUAN GABRIEL RIOS-SILVA,

*Defendant.*
_____/

### WAIVER OF SPEEDY TRIAL

I, JUAN GABRIEL RIOS-SILVA, having first been duly advised by my undersigned counsel of my rights to a speedy trial under 18 United States Code Sections 3161 – 3174 and under the Sixth Amendment to the United States Constitution, and understanding that I have the right under the Act to be tried within seventy days from the date I was brought into this District, subject to the exclusions within the Act, hereby waive my rights to a speedy trial through the time of trial, specifically from April 3, 2023 through and including November 30, 2023.

_____
JUAN GABRIEL RIOS-SILVA

/S/*Frank A. Prieto*
Frank A. Prieto, Esq.
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: 305-577-3440
Fax:    786-971-5658
Florida Bar No.: 0514071
frank@frankprietolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>May 5, 2023</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

                                                    Respectfully submitted,

                                                    **PRIETO LAW FIRM**
                                                    55 Merrick Way, Suite 212
                                                    Coral Gables, FL 33134
                                                    Phone: (305) 577-3440
                                                    Fax:   (786) 971-5658
                                                    frank@frankprietolaw.com

                              By:    */s/Frank A. Prieto*
                                                    FRANK A. PRIETO, ESQ.
                                                    Florida Bar No.: 514071