UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-CR-286-JSM-MRM

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

## AUGUST 2023 STATUS REPORT

**COMES NOW** the Defendant, **JUAN GABRIEL RIOS-SILVA**, by and through undersigned counsel, hereby files this Status Report pursuant to Fed. R. Crim. P. 17.1. The undersigned has conferred with the government and herein states as follows:

**Brief summary of the case's status**:

The Defendant was indicted in a two-count superseding indictment on March 15, 2023. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. Count Two charges conspiracy to engage in money laundering [D.E. 105].

The Defendant has been in custody since the beginning of this case. The Defendant waived his appearance for arraignment on March 24, 2023. The Defendant was waived speedy trial until November 30, 2023. Initial and supplemental discovery has been provided by the government. On May 22, 2023, the Defense received 11 CD's

containing materials received from an MLAT request. Discovery is still ongoing. There are two outstanding Rule 15 depositions that will be coordinated in the coming weeks. The Defense has completed his Motion for Bill of Particulars contemporaneously with this report and provided same to the government (pursuant to Local Rule 3.01(g) to ascertain their position to the motion. The government indicated that they will be providing "some specifics" by weeks end. As such, counsel for the defense is holding off on the filing of the Motion.

**Possibility of a plea agreement:**

The undersigned counsel is still reviewing the additional discovery materials provided by the government at the end of May 2023 that relate to the new count in the superseding indictment. The defense and government have briefly discussed parameters of a potential plea agreement; however, a resolution by way of change of plea is doubtful.

**Number of days required for trial:**

It is estimated that the defense will require eight days to present its case. The United States has estimated they will require eight days. The trial time has increased due to the additional witnesses and evidence received by the United States.

**Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There is completed (not filed) Motion for Bill of Particulars that will be filed should the government not provide sufficient specific information as it relates to Count 2 of the superseding Indictment as indicated above. As such, the motion is not yet ripe for determination at this time.

**Potential speedy trial problems:**

There are currently no speedy trial problems. The case is currently set on the November 2023 trial calendar.

Respectfully submitted,

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:    (786) 971-5658
frank@frankprietolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **August 10, 2023,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

By:   */s/Frank A. Prieto*
      FRANK A. PRIETO, ESQ.
      Florida Bar No.: 514071