**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CASE NO.: 21-CR-286-JSM-MRM**

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

**SEPTEMBER 2023 STATUS REPORT**

**COMES NOW** the Defendant, **JUAN GABRIEL RIOS-SILVA**, by and through undersigned counsel, hereby files this Status Report pursuant to Fed. R. Crim. P. 17.1. The undersigned has conferred with the government and herein states as follows:

**Brief summary of the case's status**:

The Defendant was indicted in a two-count superseding indictment on March 15, 2023. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. Count Two charges conspiracy to engage in money laundering [D.E. 105].

The Defendant has been in custody since the beginning of this case. The Defendant waived his appearance for arraignment on March 24, 2023. The Defendant was waived speedy trial until November 30, 2023. Initial and supplemental discovery has been

provided by the government. On May 22, 2023, the Defense received 11 CD's containing materials received from an MLAT request. Discovery is still ongoing. There are two outstanding Rule 15 depositions that will be coordinated in the coming weeks.

**Outstanding motions:**

The Defense filed his First Motion for Bill of Particulars on August 14, 2023. Said motion is currently pending.

**Possibility of a plea agreement:**

The undersigned counsel is still reviewing the additional discovery materials provided by the government at the end of May 2023 that relate to the new count in the superseding indictment. The defense and government have briefly discussed parameters of a potential plea agreement; however, a resolution by way of change of plea is doubtful.

**Number of days required for trial:**

It is estimated that the defense will require five days to present its case. The United States has estimated they will require five days also. The trial time has increased due to the additional witnesses and evidence received by the United States.

**Pending motions, dates on which they were filed, and whether they are ripe for determination:**

As indicated above, the Defendant's motion for Bill of Particulars was filed on August 14, 2023, and it is pending and ripe for determination as the government has not filed a response within the time period provided for.

Case 8:21-cr-00286-JSM-NHA   Document 123   Filed 09/12/23   Page 3 of 3 PageID 441

3

**Potential speedy trial problems:**

There are currently no speedy trial problems. The case is currently set on the November 2023 trial calendar. The parties agree that a date-certain trial on December 4, 2023, is appropriate based on the information above.

        Respectfully submitted,

        **PRIETO LAW FIRM**
        55 Merrick Way, Suite 212
        Coral Gables, FL 33134
        Phone: (305) 577-3440
        Fax:    (786) 971-5658
        frank@frankprietolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **September 12, 2023,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

        By:    */s/Frank A. Prieto*
                    FRANK A. PRIETO, ESQ.
                    Florida Bar No.: 514071

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Office (305) 577-3440 - Fax (786) 971-5658