UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

     v.                         CASE NO. 8:21-cr-286-JSM-TGW

JUAN GABRIEL RIOS-SILVA

## MOTION TO CONTINUE ORAL ARGUMENT

The United States respectfully requests that the oral argument hearing for Juan Gabriel Rios-Silva, currently scheduled for September 29, 2023, be continued. Counsel for the United States is currently on vacation out of the country and will not return until October 2, 2023. The undersigned conferred with counsel for the defendant, who has no objection to the requested relief.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    */s/ Daniel Baeza*
        Daniel Baeza
        Assistant United States Attorney
        United States Attorney No. 164
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:  (813) 274-6358
        E-mail:      Daniel.Baeza@usdoj.gov

**U.S. v. Juan Gabriel Rios-Silva**        **Case No. 8:21-cr-286-JSM-TGW**

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023 a true and correct copy of

the foregoing document by using the CM/ECF system with the Clerk of

Court, to the following:

Frank Prieto, Esq.

/s/ Daniel Baeza
Daniel Baeza
Assistant United States Attorney
United States Attorney No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail:       Daniel.Baeza@usdoj.gov