**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

v.                                                  CASE No.8:21-cr-286-JSM-UAM

JUAN GABRIEL RIOS-SILVA

**O R D E R**

THIS CAUSE came on for consideration upon the United States' Motion to Continue Oral Argument (Doc. 127).

It is, upon consideration,

ORDERED:

That the United States' Motion to Continue Oral Argument (Doc. 127) is **GRANTED**. The hearing is **rescheduled** for October 4, 2023, at 11:00 a.m., in Courtroom 12A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida. The hearing will be electronically recorded.

DONE and ORDERED at Tampa, Florida, this 26th day of September, 2023.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE
