# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. 8:21-cr-286-JSM-UAM			DATE: October 4, 2023

HONORABLE: Thomas G. Wilson, U.S. Magistrate Judge

UNITED STATES OF AMERICA			Daniel Baeza
						Assistant U.S. Attorney

v.

JUAN GABRIEL RIOS-SILVA			Frank Prieto, Retained
						Attorney for Defendant

INTERPRETER / LANGUAGE: Jesse Leonor-Spanish

COURT RPTR: Digital			DEPUTY CLERK: Karina Nieves

TIME: 11:44 A.M. – 12:02 P.M.		TOTAL: 0:18		COURTROOM: 12A

**PROCEEDINGS: Motion to Hearing regarding Bills of Particular (Doc. 122)**

-Court calls case and counsel enter appearances.

-Interpreter identified and sworn in.

-Counsel provides arguments.

-Motion denied.

-Order to be entered.