UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-VMC-UAM

JUAN GABRIEL RIOS SILVA

_____

ORDER

THIS CAUSE came on to be heard upon the Defendant Juan Gabriel Rios-Silva's, Motion for Bill of Particulars as to Count 2 of the Superseding Indictment (Doc. 122). For the reasons stated at the hearing the motion is denied.

It is so ORDERED.

DONE and ORDERED at Tampa, Florida, this 5th day of October, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE