UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA,
  a/k/a "Juancho", a/k/a "Juan", a/k/a Papi"

### OCTOBER 2023 STATUS REPORT

The United States of America and the defendant, Juan Rios Silva file with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 15, 2021, the Defense and the United States have conferred and herein states as follows:

1.    Brief summary of the case's status:

The defendant was indicted in a one-count indictment on August 25, 2021. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. A superseding indictment was returned on March 15, 2023, alleging that the defendant conspired to commit money laundering.

The defendant is in custody and discovery is ongoing. On September 14, 2023, Assiatant Untied States Attorney, Daniel Baenza, filed a notice of

substitution of counsel.

2. <u>Possibility of a plea agreement:</u>

Plea discussions that incorporate the new charges are preliminary. The parties have briefly discussed a potential resolution, but no offer has been made – let alone accepted – at this time.

3. <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated that this case will take two weeks to try.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There are no motions pending at this time.

5. <u>Potential speedy trial problems:</u>

There is at least one Rule 15 depostion is pending that needs to be coordinated with the new AUSA assigned to this case. Discussions are ongoing with respect to that issue and the coordianton of same. Furthermore, Defense counsel is scheduled for a trial certain in Washington, D.C., for November 6, 2023, in front of Judge Kelly, Case number 19-CR-0024, *United States v. Lazaro Viton Rodriguez, et al.* That matter has basically exhausted all plea negations and is a trial certain.

This case is currently set on the November 2023 trial calendar. Due to the unavailability of defense counsel, the unavailability of government

witnesses, and posture of this case, the parties intend to file a joint motion to continue the trial to a later date with no further continuances to follow.

>Respectfully submitted,
>
>**PRIETO LAW FIRM**
>55 Merrick Way, Suite 212
>Coral Gables, FL 33134
>Phone: (305) 577-3440
>Fax:      (786) 971-5658
>frank@frankprietolaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **October 10, 2023,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

>By:   */s/Frank A. Prieto*
>FRANK A. PRIETO, ESQ.
>Florida Bar No.: 514071