# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASE NO.: 21-cr-286-JSM-SPF

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

## JOINT MOTION TO CONTINUE TRIAL DATE (60 days)

**COME NOW** counsel for the Defendant, JUAN GABRIEL RIOS-SILVA, by and through undersigned counsel and the United States, and hereby move this Honorable Court for an Order continuing the trial of this matter. In support of the Motion, the parties state the following:

1. This matter is currently set for trial beginning November 6, 2023.

2. Undersigned counsel is currently set to begin a 4-week federal trial on *United States v. Lazaro Viton Rodriguez; 19-cr-224-TJK*, before the Honorable Timothy Kelly in Washington, DC on the same day.

3. Further, Assistant United States Attorney, Daniel Baeza recently substituted into this matter on September 14, 2023. AUSA Baeza has indicated that some of his witnesses are not available for trial on November 6, 2023 trial date.

_____
**PRIETO LAW FIRM**
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Office (305) 577-3440 ◆ Fax (786) 971-5658

4. Mr. Baeza and undersigned counsel have also reinitiated plea negotiations in this matter; it is not yet in a trial ready posture as the parties continue exploring multiple avenues of resolution regarding Mr. Rios-Silva.

5. That undersigned hereby certifies that this Motion for Continuance is made in good faith and not for purposes of delay.

## Local Rule 3.01(g) Certification

6. Undersigned counsel has conferred with Assistant United States Attorney, Daniel Baeza, to ascertain his position to this motion; AUSA Baeza joins in the requested relief.

**WHEREFORE,** the Defendant, JUAN GABRIEL RIOS-SILVA, respectfully asks this Honorable Court to consider the above and enter an Order granting a continuance of this matter and continue this case for some time during the Court's early 2024 trial availability.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **October 13, 2023,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

_____
**PRIETO LAW FIRM**
55 Merrick Way, Suite 212, Coral Gables, FL 33134
Office (305) 577-3440 ◆ Fax (786) 971-5658

        Respectfully submitted,

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:     (786) 971-5658
frank@frankprietolaw.com

By:     */s/Frank A. Prieto*
FRANK A. PRIETO, ESQ.
Florida Bar No.: 514071