SDAUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-JSM-TGW

JUAN GABRIEL RIOS SILVA

### NOTICE OF UNAVAILABILITY OF ESSENTIAL WITNESSES

Pursuant to 18 U.S.C. § 3161(h)(3)(A), the United States provides the following notices of unavailability of seven essential witnesses for this case, set for trial on November 6, 2023, and requests that the period described below be excluded in computing the time within which trial must commence.[1]

### Unavailable United States Coast Guard Witnesses

Evidence in this case includes the interdiction of self-propelled semi-submersible and low-profile vessels in international waters, beginning in July 2015. Law enforcement detachments from the United States Coast Guard involved in those interdictions are essential witnesses for the United States' case-in-chief. In order to streamline its order of proof, the United States intends to limit its law enforcement witnesses to three interdictions, with no more than two Coast Guard witnesses from each interdiction – six in total.

At trial, the United States intends to present evidence that the defendant was

---

[1] The parties filed a joint motion to continue the trial with no further continuances to follow that is set for argument on October 27, 2023. This filing is intended to supplement that joint motion.

involved in supplying engines for cocaine smuggling operations involving several metric tons of cocaine. Through cooperating witnesses the evidence will show that the defendant used a specific style of engine for such operations. The witnesses are essential to the presentation of testimony on the interdictions and, where applicable, their personal knowledge of the engines used.

In consultation with the Coast Guard's Federal Trial Support Liaison, the earliest that all six witnesses could be available is in January. Five of the six witnesses are stationed out of the District: Texas, California, and the United States Embassy in Costa Rica.

### Unavailable Colombian Law Enforcement Witness

This case also includes intercepted communications and surveillance conducted in accordance with Colombian law. The lead investigator in Colombia is an essential witness to the introduction of foreign wiretap evidence, voice authentication, and lay opinion testimony based on his training, experience, and knowledge of the investigation. The investigator is also an essential witness to a video-recorded traffic stop of an associate of the defendant's and contemporaneous intercepted communications.

Requests for Colombian law enforcement witnesses to testify in the United States at trial typically require 45 days' advance notice of the applicable trial date. The Colombian law enforcement witness would then be required to obtain a visa to travel to the United States for testimony in their official capacity. Though the undersigned has requested an expedited authorization and visa for the witness

through FBI's legal attache in Bogota, Colombia, the FBI's legal attache confirmed on October 23, 2023, that the witness will be unavailable for the November 6 trial date.

                                                Respectfully submitted,

                                                ROGER B. HANDBERG
                                                United States Attorney

By:    */s/ Daniel Baeza*
        DANIEL BAEZA
        Assistant United States Attorney
        USAO No. 164
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail:      Daniel.Baeza@usdoj.gov

U.S. v. Rios Silva                                  Case No. 8:21-cr-286-JSM-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Frank Prieto, Esq.

                                              /s/ *Daniel Baeza*
                                              DANIEL BAEZA
                                              Assistant United States Attorney
                                              USAO No. 164
                                              400 N. Tampa Street, Suite 3200
                                              Tampa, Florida 33602-4798
                                              Telephone:  (813) 274-6000
                                              Facsimile:   (813) 274-6358
                                              E-mail:       Daniel.Baeza@usdoj.gov