UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

| CASE NO.: | 8:21-cr-286-JSM-SPF | DATE: | October 27, 2023 |
|---|---|---|---|
| HONORABLE JAMES S. MOODY | | INTERPRETER: | |
| **UNITED STATES OF AMERICA** **v.** **JUAN GABRIEL RIOS-SILVA** | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL DANIEL M. BAEZA, AUSA MICHAEL LEATH, AUSA | |
| | | DEFENSE COUNSEL FRANK A. PRIETO, CJA | |
| COURT REPORTER: Bekah Lockwood | | DEPUTY CLERK: | Derek Young |
| TIME: | 1:27 PM – 1:39 PM  TOTAL: 12 mins | PROBATION: | N/A |
| | | COURTROOM: | 17 CHAMBERS |

**PROCEEDINGS: STATUS CONFERENCE (Counsel only)**

All parties present and identified for the record.
Defense counsel appears telephonically.

The court addresses (Doc. 137) joint motion to continue with counsel.

The government moves to continue the trial due to witness unavailability.

Defense counsel states they have a potential resolution in place via plea agreement.

The court grants the motion to continue the trial to the January trial term and will issue an order accordingly.