**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:21-cr-286-JSM-UAM

JUAN GABRIEL RIOS-SILVA

_____

**ORDER**

THIS CAUSE comes before the Court upon a Joint Motion to Continue Trial Date (Dkt. 137).   A hearing was held on the motion on October 27, 2023. This case is set for a date certain trial date of November 6, 2023.   The parties request a continuance of the current trial term to the January 2024 trial term.   The Court finds that a continuance of trial is warranted because of the unavailability of several essential witnesses for the United States and counsel's upcoming trial schedule.   Further, a plea agreement is being provided to the Defendant.   Additional time is needed to explore plea negotiations.    Upon review and consideration it is

ORDERED AND ADJUDGED that:

1.     Said Motion for Continuance of Trial is GRANTED.

2.     This case is placed on the **JANUARY 2024** trial docket, with a **TRIAL DATE CERTAIN of MONDAY, JANUARY 8, 2024**.   The Court finds the ends of justice served by the continuance to allow the Defendant more time to prepare outweighs the best interest of the public and the Defendant in a speedy trial.   The time of the continuance is excluded from the speedy trial calculation.

3. In lieu of a scheduled status conference hearing, the parties are directed to file a JOINT STATUS REPORT on or before **the tenth day of each month**.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of October, 2023.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record