UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:21-cr-286-JSM-UAM

JUAN GABRIEL RIOS-SILVA, ET AL

### NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Special Assistant United States Attorney Michael Leath has been assigned as co-counsel in this case.   Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ Michael Leath
Michael Leath
Special Assistant United States Attorney
United States Attorney No. 217
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Michael.Leath@usdoj.gov

**U.S. v. Juan Gabriel Rios-Silva, et al**    Case No. 8:21-cr-286-JSM-UAM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Counsel of Record

                                  <u>/s/ *Michael Leath*</u>
                                  Michael Leath
                                  Special Assistant United States Attorney
                                  United States Attorney No. 217
                                  400 N. Tampa St., Ste. 3200
                                  Tampa, FL 33602-4798
                                  Telephone: (813) 274-6000
                                  Facsimile: (813) 274-6358
                                  E-mail: Michael.Leath@usdoj.gov