UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 21-CR-286-JSM-MRM

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**

*Defendant.*
_____/

## NOVEMBER 2023 STATUS REPORT

**COMES NOW** the Defendant, **JUAN GABRIEL RIOS-SILVA**, by and through undersigned counsel, hereby files this Status Report pursuant to Fed. R. Crim. P. 17.1. The undersigned has conferred with the government and herein states as follows:

1. Brief summary of the case's status:

The defendant was indicted in a one-count indictment on August 25, 2021. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. A superseding indictment was returned on

March 15, 2023, alleging that the defendant conspired to commit money laundering.

The defendant is in custody and discovery is ongoing. On September 14, 2023, Assiatant Untied States Attorney, Daniel Baenza, filed a Notice of Substitution of Counsel. Additionally, Assistant United States Attorney, Michael Leath, filed a Notice of Appearance on November 6, 2023.

2. <u>Possibility of a plea agreement:</u>

The government has provided defense with a draft plea agreement. Defense anticipates reviewing the terms of the plea agreement with his client in the near future.

3. <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated that this case will take two weeks to try.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There are no motions pending at this time.

5. <u>Potential speedy trial problems:</u>

There is at least one Rule 15 depostion is pending that needs to be coordinated with the new AUSA assigned to this case. Discussions are ongoing with respect to that issue and the coordianton of same.

This case is currently set on the January 2024 trial calendar.

        Respectfully submitted,

**PRIETO LAW FIRM**
55 Merrick Way, Suite 212
Coral Gables, FL 33134
Phone: (305) 577-3440
Fax:     (786) 971-5658
frank@frankprietolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 10, 2023,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

        By:   */s/Frank A. Prieto*
        FRANK A. PRIETO, ESQ.
        Florida Bar No.: 514071