UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO. 8:21-cr-286-JSM-TGW

JUAN GABRIEL RIOS SILVA
MILTON ORLANDO RIOS SILVA

### NOTICE TO THE COURT OF CODEFENDANT'S ARREST

On November 16, 2023, Milton Orlando Rios Silva was arrested in Colombia pursuant to a provisional arrest warrant for the charges contained in the superseding indictment. The United States will be seeking his extradition to stand trial here.

The superseding indictment is unsealed. It is the position of the United States that the most efficient use of judicial resources is a single trial of both defendants. Once Milton Rios Silva's counsel has entered an appearance in the case the United States will confer with counsel on securing all necessary discovery to be prepared for trial when Milton Rios Silva's anticipated extradition is accomplished. In the

alternative, the United States will be prepared to try Milton Rios Silva after the January 8, 2024, date certain trial of Juan Rios Silva.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Daniel Baeza*
DANIEL BAEZA
Assistant United States Attorney
USAO No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail:    Daniel.Baeza@usdoj.gov

U.S. v. Rios Silva, et al                     Case No. 8:21-cr-286-JSM-TGW

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Frank Prieto, Esq.

/s/ *Daniel Baeza*
DANIEL BAEZA
Assistant United States Attorney
USAO No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:       Daniel.Baeza@usdoj.gov

3