UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA,
  a/k/a "Juancho", a/k/a "Juan", a/k/a Papi"

## DECEMBER 2023 STATUS REPORT

The United States of America files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 15, 2021, the United States herein states as follows:

1.  Brief summary of the case's status:

The defendant was indicted in a one-count indictment on August 25, 2021. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. A superseding indictment was returned on March 15, 2023, alleging that the defendant conspired to commit money laundering.

In November 2023 the defendant's brother and codefendant, Milton Rios-Silva, was apprehended in Colombia pursuant to a provisional arrest warrant. The United States seeks his extradition.

2.  Possibility of a plea agreement:

A plea agreement was furnished to counsel for the defendant. On December 9, 2023, defense counsel communicated to the undersigned that the offer was rejected.

3. <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated that this case will take 5-7 days to try.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There are no motions pending at this time.

5. <u>Potential speedy trial problems:</u>

There are currently no speedy trial problems. The case is set for trial beginning on January 8, 2024. Though it is the preference of the United States to try both defendants at the same time, the parties will be ready for trial on January 8 and no further depositions are scheduled.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Daniel Baeza*
      DANIEL BAEZA
      Assistant United States Attorney
      United States Attorney No. 164
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      Email: Daniel.Baeza@usdoj.gov

U.S. v. Juan Gabriel Rios-Silva  Case No. 8:21-cr-286-JSM-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

> Frank Andrew Prieto, Esq.
> 201 S. Biscayne Blvd. Suite 2800
> Miami, Florida 33131

By: */s/ Daniel Baeza*
DANIEL BAEZA
Assistant United States Attorney
United States Attorney No. 164
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
Email: Daniel.Baeza@usdoj.gov