UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO: 8:21-cr-286-JSM-UAM

JUAN GABRIEL RIOS-SILVA

**ORDER**

THIS matter was set for jury trial scheduled to begin January 8, 2024. During the December 20, 2023 Pretrial Conference, the parties informed the Court of the status of co-defendant Milton Orlando Rios-Silva, who is awaiting extradition from Columbia to the United States. The Government requested the January 8, 2024 trial date be continued pending the extradition of the co-defendant, in order to conserve judicial resources and conduct trial for both defendants at the same time. The Defendant objected to the request for continuance. For the reasons stated on the record at the hearing, the Court finds that a continuance of trial is warranted. Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. Said Motion for Continuance of Trial is GRANTED.

2. This case is placed on the **JANUARY 2025** trial docket. The Court finds the ends of justice served by the continuance outweighs the best interest of the public and the Defendant in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

3. Further, the Court finds the statutory provision set forth in 18 USC § 3161(h)(6), which allows for "[a] reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted" is applicable.

4. The parties' current requirement to file joint monthly status reports is hereby suspended until August 2024. The parties are directed to file a JOINT status report on or before August 10, 2024, and continue to do so each month until trial is reached in this matter.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of December, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record