# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**             CASE NO.: 8:21-cr-00286-JSM-NHA

**v.**

**JUAN GABRIEL RIOS-SILVA,**

       **Defendant.**

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, the Defendant, JUAN GABRIEL RIOS-SILVA, by and through his counsel and hereby files this Motion for Substitution of Counsel and states as follows:

1. Undersigned Counsel was recently retained to represent the Defendant in this cause.

2. Defendant moves this Court for an Order substituting Rebecca L. Castaneda, Esq. as counsel of record and relieving Frank Andrew Prieto, Esq. from further responsibility in this case.

3. All pleadings, order, and other papers in this action should be served upon Rebecca L. Castaneda, Esq. 506 North Armenia Ave., Tampa, FL 33609.

WHEREFORE the Defendant requests that this Honorable Court enter and Order for the relief requested herein.

DATED this 6th day of March 2024.

                Respectfully submitted,

                */s/ Rebecca L. Castaneda*_____
                Rebecca L. Castaneda
                Florida Bar No. 1007926
                Rebecca@CastLF.com
                The Castaneda Law Firm PLLC
                506 N. Armenia Avenue
                Tampa, Florida 33609-1703

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on March 6, 2024, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to:

**AUSA Daniel Michael Baeza, Joseph K. Ruddy and Michael Leath**

            By:   */s/ Rebecca L. Castaneda*

                  Rebecca L. Castaneda
                  Florida Bar No. 1007926
                  Rebecca@CastLF.com
                  The Castaneda Law Firm PLLC
                  506 N. Armenia Avenue
                  Tampa, Florida 33609-1703