UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:21-cr-286-JSM-MRM

JUAN GABRIEL RIOS-SILVA, et al.

UNITED STATES' NOTICE OF FILING STATE DEPARTMENT
CERTIFICATION FOR PURPOSES OF ESTABLISHING JURISDICTION
OVER THE SUBJECT VESSEL

COMES NOW, the United States of America, and hereby provides notice of filing the following document for the purposes of establishing jurisdiction over the subject vessel: United States Department of State *Certification for the Maritime Drug Law Enforcement Act Case Involving Unknown Go-Fast Vessel (TWON)* dated December 17, 2019 (Exhibit 1).

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Michael Leath*
       Michael Leath
       Special Assistant United States Attorney
       United States Attorney No. 217
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Michael.Leath@usdoj.gov

**U.S. v. RIOS-SILVA, et al**.  **Case No. 8:21-cr-286-JSM-MRM**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

                                               /s/ *Michael Leath*
                                               Michael Leath
                                               Special Assistant United States Attorney
                                               United States Attorney No. 217
                                               400 N. Tampa St., Ste. 3200
                                               Tampa, FL 33602-4798
                                               Telephone: (813) 274-6000
                                               Facsimile: (813) 274-6358
                                               E-mail: Michael.Leath@usdoj.gov