

**United States Department of State**

*Washington, D.C. 20520*

**July 22, 2020**

# CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING UNKNOWN LOW-PROFILE VESSEL (TWON) FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) – 2019763736

I, Commander David M. Bartram, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since July 26, 2018.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. §§ 70502(c)(2) & (d)(2) and 18 U.S.C. § 2237(d).

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

   a. On December 17, 2019, U.S. law enforcement personnel detected an unknown low-profile vessel in approximate position 02-36 N, 083-39 W, seaward of any State's territorial sea. U.S. law enforcement officials reasonably suspected the vessel of illicit drug trafficking and were granted a Statement of No Objection to conduct a right-of-visit boarding. The vessel bore no indicia of nationality, but the master made a verbal claim of Colombian nationality for the vessel.

   b. On December 17, 2019, under paragraph 7 of the Agreement between the Government of the United States of America and the Government of the Republic of Colombia to Suppress Illicit Traffic by Sea, the Government of the United States requested that the Government of the Republic of Colombia confirm or deny the vessel's registry and, if confirmed, grant authorization to board and search the vessel.

   c. On December 17, 2019, the Government of the Republic of Colombia replied that it could neither confirm nor deny the vessel's registry or nationality.

20055243-4

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

...rtify That David M. Bartram, whose name is subscribed to the document hereunto annexed, ... he time of subscribing the same Commander, Coast Guard, Maritime Law Enforcement ...nd Liaison Officer, Bureau of International Narcotics and Law Enforcement Affairs, ...nt of State, United States of America, and that full faith and credit are due to his acts as ...ch

*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-second day of July, 2020.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued ... nt to CHXIV,*
*Sept. ... 9, 1 Stat. 68-*
*USC 2 ... 2USC 2651a; 5*
*301; 2( ... 1733 et. seq.; 8*
*1443(f), ... 44 Federal Rul*
*Civil Pr ...*

    d. Accordingly, the Government of the United States determined that the vessel is subject to United States jurisdiction under 46 U.S.C. § 70502(c)(1).

    e. U.S. law enforcement officials recovered approximately 1,665 kilograms of contraband, which tested positive as cocaine.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2020.

*[signature]*

David M. Bartram
Commander, U.S. Coast Guard
Maritime Law Enforcement Officer
U.S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U.S. Department of State