**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**         CASE NO. 8:21-cr-286-JSM-SPF
    *Plaintiff,*
**v.**

**JUAN GABRIEL RIOS-SILVA,**
    *Defendant.*
_____/

### DEFENDANT'S MOTION TO FILE A REPLY TO UNITED STATES RESPONSE

Pursuant to Middle District of Florida Local Rule 3.01(d), Defendant, Juan Gabriel Rios-Silva, respectfully requests that the Court grant him leave to file a reply to the government's response to Defendants Motion. The grounds for this motion are set forth below.

1. On June 4, 2024, Defendant filed a motion to dismiss the Indictment and Superseding Indictment herein due to a violation of Rule 5, Federal Rules of Criminal Procedure, the Speedy Trial Act, 18 U.S.C. § 3161, and the Sixth Amendment to the United States Constitution. [ECF No. 160]

2. On June 18, 2024, the Government filed a response to the Defendant's motion. [ECF No. 161]

3. Mr. Rios-Silva requests this Court allow him to file a brief reply of not more than five pages to the Government's response to address arguments alleged in the response.

WHEREFORE, it is respectfully requested that the Court enter an Order granting Mr. Rios-Silva leave to file a reply of up to five pages to the government's response to his motion to dismiss the Indictment and Superseding Indictment herein due to a violation of Rule 5, Federal Rules of Criminal Procedure, the Speedy Trial Act, 18 U.S.C. § 3161, and the Sixth Amendment to the United States Constitution, to be filed within 7 days of the Court's entry of the Order granting leave.

Date this June 24, 2024

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on June 24, 2024, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to:

**AUSA Daniel Baeza**

                                    */s/ Rebecca L. Castaneda*_____
                                    Rebecca L. Castaneda
                                    Florida Bar No. 1007926
                                    Rebecca@CastLF.com
                                    The Castaneda Law Firm PLLC
                                    506 N. Armenia Avenue
                                    Tampa, Florida 33609-1703