UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:21-cr-286-JSM-NHA

JUAN RIOS-SILVA

## MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENSES' REPLY AT DOCKET 164

The United States respectfully requests leave under the Middle District of Florida Local Rule 3.01(d) to respond to the Defense's reply at Docket 164. This response is necessary to address fundamental factual inaccuracies, misrepresentations, and legal conclusions without authority within the Defense's motion. If leave is granted, the United States will limit its response to four pages.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  */s/ Michael Leath*
Michael Leath
Special Assistant United States Attorney
United States Attorney No. 217
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Leath@usdoj.gov

U.S. v. Juan Rios-Silva							Case No. 8:21-cr-286-JSM-NHA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2024, I electronically filed the foregoing with the Clerk of Courts by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

                                                 /s/ Michael Leath
                                               Michael Leath
                                               Special Assistant United States Attorney
                                               United States Attorney No. 217
                                               400 N. Tampa St., Ste. 3200
                                               Tampa, FL 33602-4798
                                               Telephone: (813) 274-6000
                                               Facsimile: (813) 274-6358
                                               E-mail: Michael.Leath@usdoj.gov