# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

    v.                        **CASE NO. 8:21-cr-286-JSM-UAM**

**JUAN GABRIEL RIOS-SILVA,**
    **Defendant.**

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Defendant, JUAN GABRIEL RIOS-SILVA, appeals to the United States Court of Appeals for the Eleventh Circuit, the Order (ECF No. 169) denying the Defendant's Motion to Dismiss on speedy trial grounds filed on or about November 5th, 2024, by the Honorable Judge James S. Moody, Jr., United States District Judge.

DATED THIS 12th day of September 2024.

                                          Respectfully submitted,

                                          *s/Rebecca L. Castaneda*
                                          Rebecca L. Castaneda
                                          Florida Bar No. 1007926
                                          Rebecca@CastLF.com
                                          The Castaneda Law Firm PLLC
                                          506 N. Armenia Avenue
                                          Tampa, Florida 33609-1703
                                          (813) 694-7780

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on June 3, 2024, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to:

**Samantha Beckman** and **Diego Fontes Novaes.**

*s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
