**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren                                                              Kristin Esposito
Clerk of Court                                                                 Tampa Division Manager


**DATE:** September 13, 2024

**TO:**    Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

v.                                                  Case No.: 8:21-cr-286-JSM-NHA

JUAN GABRIEL RIOS-SILVA

_____

**U.S.C.A. Case No.:        TBD**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please
acknowledge receipt on the enclosed copy of this letter.

•    Honorable James S. Moody, Jr. , United States District Judge appealed from.

•    Appeal filing fee was paid.

•    Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was
      not entered orally.

•    Court Reporter:  Melissa Pierson


                                    ELIZABETH M. WARREN, CLERK

                                    By:      s/G. Lobaina, Deputy Clerk

APPEAL, CUSTODY, INTERPRETER, SL DOC

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: <u>8:21–cr–00286–JSM–NHA</u>–1

Case title: USA v. Rios–Silva

Magistrate judge case number:  8:21–mj–01763–JSS

Date Filed: 08/25/2021

Assigned to: Judge James S.
Moody, Jr
Referred to: Magistrate Judge
Natalie Hirt Adams

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Juan Gabriel Rios–Silva** | represented by | **Rebecca Castaneda** |
| *Spanish Interpreter Required* | | The Castaneda Law Firm |
| *also known as* | | 506 N Armenia Ave |
| Juancho | | Tampa, FL 33609–1703 |
| *also known as* | | 813–694–7780 |
| Juan | | Email: Rebecca@CastLF.com |
| *also known as* | | *LEAD ATTORNEY* |
| Papi | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

**Frank Andrew Prieto**
Law Office of Frank A. Prieto, P.A.
55 Merrick Way
Suite 212
Coral Gables, FL 33134
305–577–3440
Fax: 786–971–5658
Email: frank@frankprietolaw.com
*TERMINATED: 03/06/2024*
*Designation: Retained*

**Jason M. Reid**
The Reid Firm, LLC
912–7th Avenue East
Bradenton, FL 34208
941–920–5662
Email: attyjreid@icloud.com
*TERMINATED: 08/20/2021*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

1

| **Pending Counts** | **Disposition** |
|---|---|
| 46:70503.F MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS (1) | |
| 46:70503.F MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS (1s) | |
| 18:1956–6802.F MONEY LAUNDERING – CONTROLLED SUBSTANCE – IMPORT/EXPORT (2s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 46:70503.F MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS | |

**Plaintiff**

| **USA** | represented by | **Daniel Michael Baeza** |
|---|---|---|
| | | US Attorney's Office – FLM |
| | | Suite 3200 |
| | | 400 N Tampa St |
| | | Tampa, FL 33602–4798 |
| | | 813–274–6122 |
| | | Email: daniel.baeza@usdoj.gov |

2

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph K. Ruddy**
U.S. Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274–6000
Fax: 813/274–6125
Email: joseph.ruddy@usdoj.gov
*TERMINATED: 09/15/2023*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Leath**
DOJ–USAO
400 North Tampa St.
Suite 3200
Tampa, FL 33602
907–945–8239
Email: michael.leath@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2021 | 1 | COMPLAINT as to Juan Gabriel Rios–Silva (1). (DMS) [8:21–mj–01763–JSS] (Entered: 08/02/2021) |
| 08/02/2021 | | Arrest of Juan Gabriel Rios–Silva on 8/2/2021. (DMS) [8:21–mj–01763–JSS] (Entered: 08/02/2021) |
| 08/02/2021 | 3 | ***CJA 23 Financial Affidavit by Juan Gabriel Rios–Silva. (DMS) [8:21–mj–01763–JSS] (Entered: 08/02/2021) |
| 08/02/2021 | 5 | **ORDER of Appointment of CJA Counsel as to Juan Gabriel Rios–Silva: Appointment of Attorney Jason Reid. Signed by Magistrate Judge Thomas G. Wilson on 8/2/2021. (Wilson, Thomas)** [8:21–mj–01763–JSS] (Entered: 08/02/2021) |
| 08/02/2021 | 6 | **ORAL ORDER as to Juan Gabriel Rios–Silva: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Thomas G. Wilson on 8/2/2021. (DMS)** [8:21–mj–01763–JSS] (Entered: 08/02/2021) |
| 08/02/2021 | 7 | ORAL MOTION to Appoint Counsel, ORAL MOTION to Appoint Interpreter by Juan Gabriel Rios–Silva. (DMS) [8:21–mj–01763–JSS] (Entered: 08/02/2021) |
| 08/02/2021 | 8 | ORAL MOTION for Detention by USA as to Juan Gabriel Rios–Silva. (DMS) [8:21–mj–01763–JSS] (Entered: 08/02/2021) |

3

| 08/02/2021 | 9 | Minute Entry for in−person proceedings held before Magistrate Judge Thomas G. Wilson: Granting 7 Oral Motion to Appoint Counsel; granting 7 Oral Motion to Appoint Interpreter; granting 8 Oral Motion for Detention; Initial Appearance as to Juan Gabriel Rios−Silva held on 8/2/2021. (DIGITAL) (Interpreter/Language: Beatriz Velasquez/Spanish) (DMS) [8:21−mj−01763−JSS] (Entered: 08/02/2021) |
|---|---|---|
| 08/02/2021 | 10 | **ORDER as to Juan Gabriel Rios−Silva: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Thomas G. Wilson on 8/2/2021. (DMS)** [8:21−mj−01763−JSS] (Entered: 08/02/2021) |
| 08/02/2021 | 11 | **ORDER OF DETENTION PENDING TRIAL as to Juan Gabriel Rios−Silva. Signed by Magistrate Judge Thomas G. Wilson on 8/2/2021. (DMS)** [8:21−mj−01763−JSS] (Entered: 08/02/2021) |
| 08/02/2021 | 12 | NOTICE OF ATTORNEY APPEARANCE: Jason M. Reid appearing for Juan Gabriel Rios−Silva (Reid, Jason) [8:21−mj−01763−JSS] (Entered: 08/02/2021) |
| 08/06/2021 | 13 | Arrest Warrant Returned Executed on 08/01/2021 as to Juan Gabriel Rios−Silva. (ARC) [8:21−mj−01763−JSS] (Entered: 08/10/2021) |
| 08/18/2021 | 14 | MOTION to Substitute Attorney /STIPULATION *for Substitution of Counsel*. (Attachments: # 1 Text of Proposed Order)(Prieto, Frank) Changed to motion on 8/19/2021 (LSS). [8:21−mj−01763−JSS] (Entered: 08/18/2021) |
| 08/18/2021 | 15 | NOTICE OF ATTORNEY APPEARANCE: Frank Andrew Prieto appearing for Juan Gabriel Rios−Silva (Prieto, Frank) [8:21−mj−01763−JSS] (Entered: 08/18/2021) |
| 08/19/2021 | 16 | **ENDORSED ORDER granting 14 Motion to Substitute Counsel. Jason M. Reid terminated as counsel for Defendant. Signed by Magistrate Judge Julie S. Sneed on August 19, 2021. (BRC)** [8:21−mj−01763−JSS] (Entered: 08/19/2021) |
| 08/25/2021 | 17 | INDICTMENT returned in open court as to Juan Gabriel Rios−Silva (1) count(s) 1. (CRH) (Entered: 08/26/2021) |
| 08/26/2021 | 19 | **ORDER as to Juan Gabriel Rios−Silva: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (CRH)** (Entered: 08/26/2021) |
| 09/07/2021 | 20 | NOTICE OF HEARING as to Juan Gabriel Rios−Silva: re: 17 Indictment. Arraignment set for 9/15/2021 at 10:00 AM by Zoom Video Conference before Magistrate Judge Sean P. Flynn. The Court intends to conduct the following proceeding by video conference. Defense counsel is hereby directed to consult with the Defendant regarding whether the Defendant consents to having the hearing proceed by video. Counsel will receive a Zoom video hearing invitation via e−mail separately. Please DO NOT share the hearing password with anyone. The parties are hereby reminded that under Local Rule 5.01 No one may broadcast, televise, record |

| | | |
|---|---|---|
| | | or photograph a judicial proceeding, including a proceeding by telephone or video. Furthermore, under Local Rule 5.03(e) proceedings by telephone or video, participants: (1) must dress in professional attire and use a professional background if either is visible, (2) must use a landline if available, (3) must designate one speaker for each party or interested person, (4) must not participate from a vehicle, (5) must use the mute setting when not speaking, (6) must try to avoid background noise or other interference, (7) must wait for the judge to address the participant before speaking and must not interrupt a speaker, and (8) must start each distinct presentation by saying "this is [name]" or the equivalent.(EJC) (Entered: 09/07/2021) |
| 09/15/2021 | 21 | **ORAL ORDER as to Juan Gabriel Rios–Silva: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Sean P. Flynn on 9/15/2021. (EJC)** (Entered: 09/15/2021) |
| 09/15/2021 | 22 | ORAL MOTION for Rule 16(a) Discovery by Juan Gabriel Rios–Silva. (EJC) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 09/15/2021) |
| 09/15/2021 | 23 | ORAL MOTION for Rule 16(b) Discovery by USA as to Juan Gabriel Rios–Silva. (EJC) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 09/15/2021) |
| 09/15/2021 | 24 | Minute Entry for Virtual proceedings held before Magistrate Judge Sean P. Flynn: ORAL ORDER granting 22 Motion for Rule 16(a) Discovery by Juan Gabriel Rios–Silva (1); granting 23 Motion for Rule 16(b) Discovery by USA as to Juan Gabriel Rios–Silva (1). ARRAIGNMENT as to Juan Gabriel Rios–Silva (1) Count 1 held on 9/15/2021 Defendant(s) pled not guilty. (DIGITAL) (Interpreter/Language: James Plunkett / Spanish) (EJC) (Entered: 09/15/2021) |
| 09/15/2021 | 25 | **PRETRIAL discovery order and notice as to Juan Gabriel Rios–Silva Jury Trial set for Trial Term commencing 11/1/2021 at 09:00 AM in Tampa Courtroom 17 before Judge James S. Moody Jr.. Status Report due by 10/10/2021. Signed by Magistrate Judge Sean P. Flynn on 9/15/2021. (EJC)** (Entered: 09/15/2021) |
| 10/06/2021 | 27 | MOTION to Extend Time to File Pretrial Motions and Notices by Juan Gabriel Rios–Silva. (Prieto, Frank) Modified text on 10/7/2021 (JLD). (Entered: 10/06/2021) |
| 10/08/2021 | 28 | NOTICE of compliance by Juan Gabriel Rios–Silva with 27 MOTION to Extend Time to File Pretrial Motions and Notices filed by Juan Gabriel Rios–Silva (Prieto, Frank) (Entered: 10/08/2021) |
| 10/08/2021 | 29 | *First* STATUS REPORT by USA as to Juan Gabriel Rios–Silva. (Ruddy, Joseph) Modified text on 10/8/2021 (JLD). (Entered: 10/08/2021) |
| 10/08/2021 | 30 | **ENDORSED ORDER granting 27 Defendant's unopposed Motion for Extension of Time. The deadline to file pretrial motions and notices is extended to October 20, 2021. Signed by Judge James S. Moody, Jr. on 10/8/2021. (SMB)** (Entered: 10/08/2021) |
| 10/21/2021 | 31 | Unopposed MOTION to Continue trial by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 10/21/2021) |
| 10/22/2021 | 32 | |

| | | |
|---|---|---|
| | | **ORDER granting 31 Defendant's Motion to Continue Trial as to Juan Gabriel Rios–Silva (1). This case is placed on the JANUARY 2022 trial docket. The parties shall continue to file a JOINT STATUS REPORT on or before the 10th of each month. Signed by Judge James S. Moody, Jr. on 10/22/2021. (SMB)** (Entered: 10/22/2021) |
| 11/03/2021 | 33 | NOTICE *of Public Authority Defense* by Juan Gabriel Rios–Silva. (Prieto, Frank) Modified text on 11/4/2021 (JLD). (Entered: 11/03/2021) |
| 11/10/2021 | 34 | *Second* STATUS REPORT by USA as to Juan Gabriel Rios–Silva. (Ruddy, Joseph) Modified text on 11/10/2021 (JLD). (Entered: 11/10/2021) |
| 12/10/2021 | 35 | STATUS REPORT *December 2021* by USA as to Juan Gabriel Rios–Silva. (Ruddy, Joseph) Modified text on 12/13/2021 (JLD). (Entered: 12/10/2021) |
| 12/22/2021 | 36 | **JANUARY 2022 TRIAL CALENDAR as to Juan Gabriel Rios–Silva: JURY TRIAL (DATE CERTAIN) set for MONDAY, JANUARY 10, 2022, at 9:00 AM in Tampa Courtroom 17 before Judge James S. Moody, Jr. Defendant is detained. Spanish interpreter required. Signed by Judge James S. Moody, Jr. on 12/22/2021. (KAC)** (Entered: 12/22/2021) |
| 12/22/2021 | 37 | Unopposed MOTION to Continue trial by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 12/22/2021) |
| 12/22/2021 | 38 | **ORDER granting 37 Defendant's Unopposed Motion to Continue Trial as to Juan Gabriel Rios–Silva (1). This case is placed on the MARCH 2022 trial docket. The parties shall continue to file a JOINT STATUS REPORT on or before the 10th of each month. Signed by Judge James S. Moody, Jr. on 12/22/2021. (KAC)** (Entered: 12/22/2021) |
| 01/07/2022 | 39 | STATUS REPORT by USA as to Juan Gabriel Rios–Silva (Ruddy, Joseph) (Entered: 01/07/2022) |
| 01/29/2022 | 40 | MOTION for Miscellaneous Relief, specifically To Transport Defendant *to Federal Detention Center–Miami* by Juan Gabriel Rios–Silva. (Attachments: # 1 Exhibit Emails, # 2 Exhibit Medical Records)(Prieto, Frank) (Entered: 01/29/2022) |
| 02/02/2022 | 41 | **ORDER: Defendant's Motion to Direct the United States Marshal to Transfer the Defendant to Federal Detention Center – Miami (Dkt. 40) is denied without prejudice. Signed by Judge James S. Moody, Jr. on 2/2/2022. (SMB)** (Entered: 02/02/2022) |
| 02/14/2022 | 42 | **MARCH 2022 TRIAL CALENDAR as to Juan Gabriel Rios–Silva: JURY TRIAL (DATE CERTAIN) set for MONDAY, FEBRUARY 28, 2022, at 9:00 AM in Tampa Courtroom 17 before Judge James S. Moody, Jr. Defendant is detained. Spanish interpreter required. Signed by Judge James S. Moody, Jr. on 2/14/2022. (KAC)** (Entered: 02/14/2022) |
| 02/14/2022 | 43 | STATUS REPORT by USA as to Juan Gabriel Rios–Silva. (Ruddy, Joseph) Modified on 2/15/2022 to edit text (CRK). (Entered: 02/14/2022) |
| 02/14/2022 | 44 | Unopposed MOTION to Continue trial by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 02/14/2022) |
| 02/15/2022 | 45 | NOTICE OF HEARING ON MOTION in case as to Juan Gabriel Rios–Silva: 44 Unopposed MOTION to Continue Trial Date (60 Days). Motion Hearing set for |

| | | |
|---|---|---|
| | | FRIDAY, FEBRUARY 18, 2022, at 8:45 AM in Tampa Courtroom 17 before Judge James S. Moody, Jr. This hearing will take place in–person. Defendant's presence is not required. Time Reserved: 15 minutes. (KAC) (Entered: 02/15/2022) |
| 02/18/2022 | 46 | Minute Entry for In Person proceedings held before Judge James S. Moody, Jr.: MOTION hearing as to Juan Gabriel Rios–Silva held on 2/18/2022 re: 44 Defendant's Unopposed MOTION to Continue Trial Date (60 Days) filed by Juan Gabriel Rios–Silva. Court Reporter: Melissa Pierson (KAC) (Entered: 02/18/2022) |
| 02/18/2022 | 47 | **ORDER granting 44 Defendant's Unopposed Motion to Continue Trial Date (60 Days) as to Juan Gabriel Rios–Silva (1). This case is set on the NOVEMBER 2022 trial term in Tampa Courtroom 17 before Judge James S. Moody, Jr., subject to the submission of a written Waiver of Speedy Trial through NOVEMBER 30, 2022, within fourteen (14) days from the date of this Order. The parties are directed to continue filing a JOINT STATUS REPORT on or before the 10th of each month. Signed by Judge James S. Moody, Jr. on 2/18/2022. (KAC)** (Entered: 02/18/2022) |
| 03/04/2022 | 48 | MOTION to Extend Time to File Waiver of Speedy Trial by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 03/04/2022) |
| 03/07/2022 | 49 | **ENDORSED ORDER granting 48 Defendant's Motion for Extension of Time (7 Days) to File Waiver of Speedy Trial as to Juan Gabriel Rios–Silva (1). Signed by Judge James S. Moody, Jr. on 3/7/2022. (SMB)** (Entered: 03/07/2022) |
| 03/10/2022 | 50 | MOTION for Brady Materials by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 03/10/2022) |
| 03/14/2022 | 51 | Unopposed MOTION for Miscellaneous Relief, specifically for Status Conference by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 03/14/2022) |
| 03/15/2022 | 52 | **ENDORSED ORDER granting 51 Defendant's Motion for Status Conference as to Juan Gabriel Rios–Silva (1). The hearing will be scheduled by separate notice. Signed by Judge James S. Moody, Jr. on 3/15/2022. (SMB)** (Entered: 03/15/2022) |
| 03/15/2022 | 53 | NOTICE OF HEARING as to Juan Gabriel Rios–Silva: STATUS CONFERENCE (counsel only) is scheduled for WEDNESDAY, MARCH 16, 2022, at 11:30 AM in Chambers 17 before Judge James S. Moody Jr. Time reserved: 15 minutes. Defense counsel may appear telephonically at the hearing by calling chambers at 813–301–5680. AUSA Ruddy shall appear in–person. (SMB) (Entered: 03/15/2022) |
| 03/16/2022 | 54 | Minute Entry for In Person proceedings held before Judge James S. Moody, Jr.: STATUS Conference as to Juan Gabriel Rios–Silva held on 3/16/2022. Court Reporter: Melissa Pierson (KAC) (Entered: 03/17/2022) |
| 03/17/2022 | 55 | NOTICE OF HEARING as to Juan Gabriel Rios–Silva: STATUS CONFERENCE (counsel only) is set for TUESDAY, APRIL 26, 2022, at 9:15 AM in Tampa Courtroom 17 before Judge James S. Moody, Jr. This hearing will take place in–person. Defendant's presence is not required. Time Reserved: 15 minutes. (KAC) (Entered: 03/17/2022) |
| 03/29/2022 | 56 | **ENDORSED ORDER directing USA to respond to 50 MOTION for Brady Materials as to Juan Gabriel Rios–Silva. Response due by 4/5/2022. Signed by Magistrate Judge Sean P. Flynn on 3/29/2022. (Flynn, Sean)** (Entered: 03/29/2022) |

| 04/05/2022 | 57 | RESPONSE to Motion re 50 MOTION for Brady Materials by USA as to Juan Gabriel Rios–Silva (Ruddy, Joseph) (Entered: 04/05/2022) |
|---|---|---|
| 04/22/2022 | 58 | NOTICE OF HEARING ON MOTION in case as to Juan Gabriel Rios–Silva: 50 MOTION for Brady Materials . Motion Hearing set for 4/25/2022 at 03:45 PM in Tampa Courtroom 11 B before Magistrate Judge Sean P. Flynn. (EJC) (Entered: 04/22/2022) |
| 04/22/2022 | 59 | NOTICE OF RESCHEDULING HEARING (AS TO COURTROOM ONLY) as to Juan Gabriel Rios–Silva. STATUS CONFERENCE (counsel only) set for TUESDAY, APRIL 26, 2022, at 9:15 AM in Tampa COURTROOM 15B before Judge James S. Moody, Jr. This hearing will take place in–person. Defendant's presence is not required. Time Reserved: 15 minutes. (KAC) (Entered: 04/22/2022) |
| 04/25/2022 | 60 | Minute Entry for In Person proceedings held before Magistrate Judge Sean P. Flynn: ORAL ORDER granting in part and denying in part 50 Motion for Release of Brady Materials as to Juan Gabriel Rios–Silva (1); MOTION hearing as to Juan Gabriel Rios–Silva held on 4/25/2022 re 50 MOTION for Brady Materials filed by Juan Gabriel Rios–Silva. (DIGITAL) (Interpreter/Language: James Plunkett/Spanish) (EJC) (Entered: 04/25/2022) |
| 04/26/2022 | 62 | Minute Entry for In Person proceedings held before Judge James S. Moody, Jr.: STATUS Conference as to Juan Gabriel Rios–Silva held on 4/26/2022. Court Reporter: Melissa Pierson (KAC) (Entered: 04/27/2022) |
| 04/27/2022 | 63 | **ENDORSED ORDER: For the reasons stated on the record at the Status Conference on 4/26/2022, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and defendant in a speedy trial. Jury Trial is currently set on the November 2022 trial term before Judge James S. Moody, Jr. The time from April 26, 2022 through November 30, 2022 is excluded under 18 U.S.C. § 3161(h). The parties shall continue to file a JOINT STATUS REPORT on or before the 10th of each month. The parties shall notify the Court if this case is ready to proceed to trial before November 2022. Signed by Judge James S. Moody, Jr. on 4/26/2022. (KAC)** (Entered: 04/27/2022) |
| 05/02/2022 | 64 | RESPONSE to 33 NOTICE of Public Authority Defense; and MOTION in Limine to limit or preclude Defendant's public authority defense by USA as to Juan Gabriel Rios–Silva (Ruddy, Joseph) Modified event on 5/2/2022 (AG). (Entered: 05/02/2022) |
| 07/01/2022 | 65 | Case as to Juan Gabriel Rios–Silva Reassigned to Magistrate Judge Mac R. McCoy. New case number: 8:21–cr–286–JSM–MRM. Magistrate Judge Sean P. Flynn no longer assigned to the case. (JNB) (Entered: 07/01/2022) |
| 07/07/2022 | 66 | **ENDORSED ORDER re 64 United States' MOTION in Limine to limit or preclude Defendant's public authority defense as to Juan Gabriel Rios–Silva. The Court will hear the motion at the beginning of trial. (This case is set on the November 2022 trial term.) Signed by Judge James S. Moody, Jr. on 7/7/2022. (SMB)** (Entered: 07/07/2022) |
| 07/21/2022 | 67 | **ENDORSED ORDER as to Juan Gabriel Rios–Silva: Per the Order entered at Dkt. 63, the parties are directed to file a JOINT STATUS REPORT on or before the 10th of each month. July 2022 Joint Status Report is due by 5:00 PM on Friday, July 22, 2022. Signed by Judge James S. Moody, Jr. on 7/21/2022.** |

| | | |
|---|---|---|
| | | **(KAC)** (Entered: 07/21/2022) |
| 07/27/2022 | 68 | MOTION to Seal July 2022 In Camera Status Report by USA as to Juan Gabriel Rios–Silva. (Attachments: # 1 Text of Proposed Order)(KAC) (Entered: 07/27/2022) |
| 07/27/2022 | 69 | **ENDORSED ORDER granting 68 USA's Motion to Seal July 2022 In Camera Status Report as to Juan Gabriel Rios–Silva (1). The Clerk is directed to file the status report under seal. Signed by Judge James S. Moody, Jr. on 7/27/2022. (KAC)** (Entered: 07/27/2022) |
| 09/27/2022 | 72 | Second MOTION for Brady Materials by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 09/27/2022) |
| 10/03/2022 | 73 | **NOVEMBER 2022 TRIAL CALENDAR as to Juan Gabriel Rios–Silva: Jury Trial set on the November 2022 trial term beginning on Monday, October 31, 2022. Signed by Judge James S. Moody, Jr. on 10/3/2022. (KAC)** (Entered: 10/03/2022) |
| 10/12/2022 | 74 | NOTICE *Of Filing State Department Certification* by USA as to Juan Gabriel Rios–Silva (Attachments: # 1 Exhibit One)(Ruddy, Joseph) (Entered: 10/12/2022) |
| 10/12/2022 | 75 | **TEXT ORDER requiring the Government to show cause as to: (1) why the Government failed to respond to the Second Specific Demand to Compel Production of Brady Evidence and Information (Doc. 72) within the time required by M.D. Fla. R. 3.01(c); and (2) why the motion should not be granted. No later than 10/14/2022, the Government must file a written response to this Order and respond in writing the Second Specific Demand to Compel Production of Brady Evidence and Information (Doc. 72). The Government is warned that the failure to comply fully with this Order will result in the Court deeming the motion to be unopposed and considering the motion on its merits without a response. Signed by Magistrate Judge Mac R. McCoy on 10/12/2022. (CM)** (Entered: 10/12/2022) |
| 10/18/2022 | 79 | **TEXT ORDER denying as moot and without prejudice 72 Second Specific Demand to Compel Production of Brady Evidence and Information. Upon review of the Government's response to the motion, it appears that the requested documents have now been produced. (*See* Doc. 78). Accordingly, Defendant's motion is moot. To the extent Defendant intends to challenge the nature or completeness of the Government's production, Defendant may file a separate motion, articulating the basis for the request in light of the recent production. Nevertheless, without making any finding as to whether the Government has failed to do so, the Court reminds the Government of its obligations to comply with *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972) and their progeny. Signed by Magistrate Judge Mac R. McCoy on 10/18/2022. (CM)** (Entered: 10/18/2022) |
| 10/19/2022 | 80 | MOTION to Continue trial by USA as to Juan Gabriel Rios–Silva. (Attachments: # 1 Text of Proposed Order)(Ruddy, Joseph) (Entered: 10/19/2022) |
| 10/20/2022 | 81 | **ORDER as to Juan Gabriel Rios–Silva: Joint Motion to Continue Trial 80 is granted to the extent that trial will be continued to the January 2023 trial term. JURY TRIAL (DATE CERTAIN) set for MONDAY, JANUARY 9, 2023, at 9:00 AM in Tampa Courtroom 17 before Judge James S. Moody, Jr. (See Order for details.) Signed by Judge James S. Moody, Jr. on 10/20/2022. (KAC)** (Entered: 10/20/2022) |

| 11/04/2022 | 82 | Unopposed MOTION to Extend Time to File Speedy Trial Waiver *(five–day extension)* by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 11/04/2022) |
|---|---|---|
| 11/04/2022 | 83 | **ENDORSED ORDER granting 82 Defendant's Unopposed Motion for Extension of Time as to Juan Gabriel Rios–Silva (1). The deadline for Defendant to file a Waiver of Speedy Trial is extended to November 8, 2022. Signed by Judge James S. Moody, Jr. on 11/4/2022. (SMB)** (Entered: 11/04/2022) |
| 11/08/2022 | 84 | WAIVER of speedy trial through January 31, 2023 by Juan Gabriel Rios–Silva (Prieto, Frank) (Entered: 11/08/2022) |
| 12/07/2022 | 85 | NOTICE OF HEARING as to Juan Gabriel Rios–Silva re 64 United States' MOTION in Limine to limit or preclude Defendant's public authority defense: MOTION HEARING is set for TUESDAY, DECEMBER 13, 2022, at 9:15 AM in Tampa Courtroom 17 before Judge James S. Moody Jr. Time reserved: 30 minutes. Defendant is detained and requires a SPANISH interpreter. (SMB) (Entered: 12/07/2022) |
| 12/11/2022 | 86 | RESPONSE in Opposition by Juan Gabriel Rios–Silva re 64 MOTION in Limine to limit or preclude Defendant's public authority defense (Prieto, Frank) (Entered: 12/11/2022) |
| 12/12/2022 | 87 | NOTICE OF RESCHEDULING HEARING (AS TO TIME AND COURTROOM) as to Juan Gabriel Rios–Silva re 64 United States' MOTION in Limine to limit or preclude Defendant's public authority defense: MOTION HEARING is RESCHEDULED for TUESDAY, DECEMBER 13, 2022, at 10:00 AM in Tampa Courtroom 7A before Judge James S. Moody Jr. Time reserved: 30 minutes. Defendant is detained and requires a SPANISH interpreter.(SMB) Modified on 12/12/2022 (SMB). (Entered: 12/12/2022) |
| 12/12/2022 | 88 | NOTICE OF RESCHEDULING HEARING (AS TO COURTROOM ONLY) as to Juan Gabriel Rios–Silva re 64 United States' MOTION in Limine to limit or preclude Defendant's public authority defense: MOTION HEARING is RESCHEDULED for TUESDAY, DECEMBER 13, 2022, at 10:00 AM in Tampa Courtroom 17 before Judge James S. Moody Jr. Time reserved: 30 minutes. Defendant is detained and requires a SPANISH interpreter.(SMB) (Entered: 12/12/2022) |
| 12/13/2022 | 89 | Minute Entry for In Person proceedings held before Judge James S. Moody, Jr.: MOTION hearing as to Juan Gabriel Rios–Silva held on 12/13/2022 re: 64 MOTION in Limine to limit or preclude Defendant's public authority defense filed by USA. Court Reporter: Melissa Pierson (Interpreter/Language: James Plunkett / Spanish) (KAC) (Entered: 12/13/2022) |
| 12/13/2022 | 90 | **ENDORSED ORDER granting in part and denying in part 64 Motion in Limine as to Juan Gabriel Rios–Silva (1) as stated on the record. Signed by Judge James S. Moody, Jr. on 12/13/2022. (KAC)** (Entered: 12/13/2022) |
| 12/15/2022 | 91 | STIPULATION by USA as to Juan Gabriel Rios–Silva . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ruddy, Joseph) (Entered: 12/15/2022) |
| 12/20/2022 | 92 | Joint MOTION to Continue trial by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 12/20/2022) |
| 12/21/2022 | 93 | **ORDER: The Joint Motion for Continuance of Trial (Dkt. 92) is GRANTED to the extent that trial will be continued to April 2023. This case is placed on the APRIL 2023 trial docket, with a TRIAL DATE CERTAIN of MONDAY,** |

| | | |
|---|---|---|
| | | **APRIL 3, 2023. Defendant shall file a separate Waiver of Speedy Trial, through and including April 28, 2023, within fourteen (14) days from the date of this Order. In lieu of a scheduled status conference hearing, the parties are directed to file a JOINT STATUS REPORT on or before the tenth day of each month. Signed by Judge James S. Moody, Jr. on 12/21/2022. (SMB)** (Entered: 12/21/2022) |
| 01/05/2023 | 94 | Unopposed MOTION to Take Deposition by Juan Gabriel Rios–Silva. (Prieto, Frank) Motions referred to Magistrate Judge Mac R. McCoy. (Entered: 01/05/2023) |
| 01/05/2023 | 95 | NOTICE OF HEARING ON MOTION in case as to Juan Gabriel Rios–Silva: 94 Unopposed MOTION to Take Deposition. Motion Hearing set for 1/17/2023 at 02:30 PM in Tampa Courtroom 11 B before Magistrate Judge Mac R. McCoy. (FN) (Entered: 01/05/2023) |
| 01/16/2023 | 96 | NOTICE OF RESCHEDULING HEARING: The Motion Hearing previously scheduled for 1/17/2023 is rescheduled as to Juan Gabriel Rios–Silva. New hearing date and time: Motion Hearing re: 94 Unopposed MOTION to Take Deposition set for 1/18/2023 at 02:30 PM in Tampa Courtroom 10 A before Magistrate Judge Mac R. McCoy. (FN) (Entered: 01/16/2023) |
| 01/17/2023 | 97 | NOTICE OF RESCHEDULING HEARING: The Motion Hearing previously scheduled for 1/18/2023 is rescheduled as to Juan Gabriel Rios–Silva. New hearing date and time: Motion Hearing re: 94 Unopposed MOTION to Take Deposition set for 1/25/2023 at 01:30 PM in Tampa Courtroom 10 A before Magistrate Judge Mac R. McCoy. (FN) (Entered: 01/17/2023) |
| 01/25/2023 | 98 | Minute Entry for In Person proceedings held before Magistrate Judge Mac R. McCoy: MOTION hearing as to Juan Gabriel Rios–Silva held on 1/25/2023 re 94 Unopposed MOTION to Take Deposition filed by Juan Gabriel Rios–Silva. (Digital) (Interpreter/Language: James Plunkett/Spanish) (FN) (Entered: 01/25/2023) |
| 01/25/2023 | 100 | **ORDER granting 94 Defendant's Unopposed Motion to Take Foreign Depositions and Incorporated Memorandum of Law. Under Fed. R. Crim. P. 15, Defendant is authorized to take the depositions of Lina Becerra, Milton Rios–Silva, Willy Saenz, Gerson Rios–Silva, and Jimena Paz. See Order for details. Signed by Magistrate Judge Mac R. McCoy on 1/25/2023. (CBB)** (Entered: 01/25/2023) |
| 01/25/2023 | 101 | WAIVER of speedy trial through April 28, 2023 by Juan Gabriel Rios–Silva (Prieto, Frank) (Entered: 01/25/2023) |
| 02/17/2023 | 102 | Time Sensitive MOTION for Clarification re 100 Order on Motion to Take Deposition, *(Requested Clarification by February 17, 2023)* by Juan Gabriel Rios–Silva. (Attachments: # 1 Exhibit Order)(Prieto, Frank) (Entered: 02/17/2023) |
| 02/17/2023 | 103 | **TEXT ORDER granting 102 Time–Sensitive Unopposed Motion for Clarification (Request for Ruling by February 17, 2023), as to Juan Gabriel Rios–Silva (1). The Court clarifies the following matters at the request of counsel. First, the Court requires a court–certified interpreter for the authorized depositions. Second, the Court requires that oaths be administered separately to each testifying witness. As to the appropriate officer to administer the oath, the parties are reminded of the requirements of Fed. R. Crim. P. 15(e) ("[A] deposition must be taken... in the same manner as a deposition in a civil action" subject to certain exceptions that do not appear to apply here), Fed. R.** |

11

| | | |
|---|---|---|
| | | Civ. P. 30(b)(5) ("Unless the parties stipulate otherwise, a deposition must be conducted before an officer appointed or designated under Rule 28), and Fed. R. Civ. P. 28(b) (describing persons before whom a deposition may be taken in a foreign country, including "a person authorized to administer oaths either by federal law or by the law in the place of examination"). To be clear, the Courtroom Deputy Clerk will not administer oaths to witnesses during these depositions. The parties must make arrangements consistent with the applicable rules and other law. Signed by Magistrate Judge Mac R. McCoy on 2/17/2023. (McCoy, Mac) (Entered: 02/17/2023) |
| 03/13/2023 | 104 | Joint MOTION to Continue trial by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 03/13/2023) |
| 03/15/2023 | 105 | SUPERSEDING INDICTMENT returned in open court as to Juan Gabriel Rios–Silva (1) count(s) 1s, 2s, Milton Orlando Rios–Silva (2) count(s) 1. (Attachments: # 1 Restricted Unredacted Superseding Indictment) (AM) Modified text on 3/16/2023 (AM). (Entered: 03/16/2023) |
| 03/20/2023 | 110 | NOTICE OF HEARING as to Juan Gabriel Rios–Silva: Arraignment on Superseding Indictment set for 3/27/2023 at 02:00 PM in Tampa Courtroom 10 A before Magistrate Judge Mac R. McCoy. NOTE: Defendant's and Counsel's appearance is not required provided the appropriate waiver of appearance and entry of not guilty plea is filed in a timely manner (sample waiver attached). (FN) (Entered: 03/20/2023) |
| 03/21/2023 | 111 | NOTICE OF HEARING ON MOTION in case as to Juan Gabriel Rios–Silva: 104 Joint MOTION to Continue Trial. TELEPHONIC Motion Hearing set for WEDNESDAY, MARCH 22, 2023 at 9:00 AM before Judge James S. Moody, Jr. The parties shall appear telephonically by calling toll–free number 1–888–684–8852 on the day of the hearing and entering access code 5665797#. Time Reserved: 15 minutes. Defendant's presence is not required. (KAC) Modified on 3/21/2023 to add defendant note (KAC). (Entered: 03/21/2023) |
| 03/22/2023 | 112 | Minute Entry for Telephonic proceedings held before Judge James S. Moody, Jr.: MOTION hearing as to Juan Gabriel Rios–Silva held on 3/22/2023 re: 104 Joint MOTION to Continue trial filed by Juan Gabriel Rios–Silva. Court Reporter: Rebecca Sabo (KAC) (Entered: 03/22/2023) |
| 03/22/2023 | 113 | ORDER granting 104 Joint Motion to Continue Trial as to Juan Gabriel Rios–Silva (1). This case is set on the NOVEMBER 2023 trial term in Tampa Courtroom 17 before Judge James S. Moody, Jr. Defendant shall file a separate Waiver of Speedy Trial, through and including November 30, 2023, within fourteen (14) days from the date of this Order. The parties are directed to continue filing a JOINT STATUS REPORT on or before the 10th of each month. Signed by Judge James S. Moody, Jr. on 3/22/2023. (KAC) (Entered: 03/22/2023) |
| 03/24/2023 | 114 | NOTICE OF ATTORNEY APPEARANCE: Frank Andrew Prieto appearing for Juan Gabriel Rios–Silva and Waiver of Appearance at Arraignment (Prieto, Frank) Modified on 3/24/2023 to change event type to motion (FN). (Entered: 03/24/2023) |
| 03/24/2023 | 115 | ENDORSED ORDER granting and accepting 114 Waiver of Defendant's Presence at Arraignment as to Juan Gabriel Rios–Silva (1). Defendant's plea of not guilty is received for filing and is entered. The Clerk of Court is directed to cancel any previously scheduled arraignment relating to this Defendant only. Signed by Magistrate Judge Mac R. McCoy on 3/24/2023. (McCoy, Mac) |

| | | |
|---|---|---|
| | | (Entered: 03/24/2023) |
| 03/24/2023 | 116 | NOTICE canceling Arraignment on Superseding Indictment scheduled for 3/27/2023 as to Juan Gabriel Rios−Silva. (FN) (Entered: 03/24/2023) |
| 05/05/2023 | 117 | WAIVER of speedy trial through November 30, 2023 by Juan Gabriel Rios−Silva (Prieto, Frank) (Entered: 05/05/2023) |
| 07/10/2023 | 119 | STATUS REPORT *July 10, 2023* by Juan Gabriel Rios−Silva. (Prieto, Frank) (Entered: 07/10/2023) |
| 08/01/2023 | 120 | Case as to Juan Gabriel Rios−Silva, Milton Orlando Rios−Silva Reassigned to Magistrate Judge Unassigned Magistrate. New case number: 8:21−cr−286−JSM−UAM. Magistrate Judge Mac R. McCoy no longer assigned to the case. (AA) (Entered: 08/01/2023) |
| 08/11/2023 | 121 | STATUS REPORT *August 2023* by Juan Gabriel Rios−Silva as to Juan Gabriel Rios−Silva, Milton Orlando Rios−Silva (Prieto, Frank) (Entered: 08/11/2023) |
| 08/14/2023 | 122 | First MOTION for Bill of Particulars *as to Count 2 of the Superseding Indictment* by Juan Gabriel Rios−Silva. (Prieto, Frank) Motions referred to Magistrate Judge Unassigned Magistrate. (Entered: 08/14/2023) |
| 09/12/2023 | 123 | STATUS REPORT *September 2023* by Juan Gabriel Rios−Silva. (Prieto, Frank) (Entered: 09/12/2023) |
| 09/14/2023 | 124 | Notice of substitution of AUSA. Daniel Michael Baeza substituting for Joseph Ruddy. (Baeza, Daniel) (Entered: 09/14/2023) |
| 09/21/2023 | 125 | RESPONSE to Motion re 122 First MOTION for Bill of Particulars *as to Count 2 of the Superseding Indictment* by USA as to Juan Gabriel Rios−Silva (Baeza, Daniel) (Entered: 09/21/2023) |
| 09/21/2023 | 126 | NOTICE OF HEARING: Oral argument (in person) on Motion for Bill of Particulars (Doc. 122) is SCHEDULED for 9/29/2023 at 2:30 PM in Tampa Courtroom 12 A before Magistrate Judge Thomas G. Wilson. It is expected that the memoranda will contain all the information the parties wish to present at the hearing. Thus, the parties should not expect the court to consider information not reflected in the memoranda. In all events, any submission must be made by 4:00 p.m. on the day before the hearing. Any other belated submission will be disregarded.(MEM) (Entered: 09/21/2023) |
| 09/25/2023 | 127 | MOTION to Continue ORAL ARGUMENT by USA as to Juan Gabriel Rios−Silva. (Baeza, Daniel) (Entered: 09/25/2023) |
| 09/26/2023 | **128** | **ORDER granting 127 Motion to Continue as to Juan Gabriel Rios−Silva (1). Signed by Magistrate Judge Thomas G. Wilson on 9/26/2023. (KMN) (Entered: 09/26/2023)** |
| 09/26/2023 | 129 | NOTICE OF RESCHEDULING HEARING: The Motion Hearing previously scheduled for 9/29/2023 is rescheduled as to Juan Gabriel Rios−Silva. New hearing date and time: Motion Hearing set for 10/4/2023 at 011:00 AM in Tampa Courtroom 12 A before Magistrate Judge Thomas G. Wilson. (KMN) (Entered: 09/26/2023) |
| 10/03/2023 | 130 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Motion Hearing previously scheduled for 10/4/2023 is rescheduled as to Juan Gabriel Rios−Silva. New hearing time: Motion Hearing set for 10/4/2023 at 11:30 AM in |

| | | |
|---|---|---|
| | | Tampa Courtroom 12 A before Magistrate Judge Thomas G. Wilson. (KMN) (Entered: 10/03/2023) |
| 10/04/2023 | 131 | Minute Entry for In Person proceedings held before Magistrate Judge Thomas G. Wilson: MOTION hearing as to Juan Gabriel Rios–Silva held on 10/4/2023 re 122 First MOTION for Bill of Particulars *as to Count 2 of the Superseding Indictment* filed by Juan Gabriel Rios–Silva. (DIGITAL) (KMN) (Entered: 10/05/2023) |
| 10/05/2023 | 132 | **ORDER denying 122 Motion for Bill of Particulars as to Juan Gabriel Rios–Silva (1). Signed by Magistrate Judge Thomas G. Wilson on 10/5/2023. (KMN)** (Entered: 10/05/2023) |
| 10/10/2023 | 134 | STATUS REPORT *of October 2023* by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 10/10/2023) |
| 10/13/2023 | 135 | TRIAL NOTICE (DATE CERTAIN) as to Juan Gabriel Rios–Silva: This case is set for a date certain trial on MONDAY, NOVEMBER 6, 2023, at 9:00 AM in Tampa Courtroom 17 before Judge James S. Moody Jr. Trial estimation: 2 weeks. Defendant is detained and requires a Spanish interpreter. (SMB) (Entered: 10/13/2023) |
| 10/13/2023 | 136 | NOTICE OF HEARING as to Juan Gabriel Rios–Silva (counsel only): PRETRIAL CONFERENCE HEARING is set on MONDAY, OCTOBER 30, 2023, at 9:15 AM in Tampa Courtroom 17 before Judge James S. Moody Jr. Defense counsel may appear by phone. Time reserved: 15 minutes. (SMB) (Entered: 10/13/2023) |
| 10/13/2023 | 137 | Joint MOTION to Continue trial by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 10/13/2023) |
| 10/17/2023 | 138 | NOTICE OF HEARING ON MOTION (counsel only) as to Juan Gabriel Rios–Silva: 137 Joint MOTION to Continue trial . MOTION HEARING is set on MONDAY, OCTOBER 30, 2023, at 9:15 AM in Tampa Courtroom 17 before Judge James S. Moody Jr. Defense counsel may appear by phone. Time reserved: 15 minutes.(SMB) (Entered: 10/17/2023) |
| 10/19/2023 | 139 | NOTICE OF RESCHEDULING HEARING: The 10/30/2023 Pretrial Conference and Motion Hearing is rescheduled as to Juan Gabriel Rios–Silva. New hearing date and time: Pretrial Conference and Motion Hearing re: 137 Joint Motion to Continue Trial is set for Friday, October 27, 2023 at 1:30 PM in Tampa Courtroom 14A before Judge James S. Moody, Jr. This hearing is intended for counsel only, Defendant's presence is not required. Defense counsel may appear for the hearing by phone. Time Reserved: 15 minutes. (KAC) (Entered: 10/19/2023) |
| 10/23/2023 | 140 | NOTICE of unavailability of essential witnesses by USA as to Juan Gabriel Rios–Silva (Baeza, Daniel) Modified to edit docket text on 10/24/2023 (RLK). (Entered: 10/23/2023) |
| 10/27/2023 | 141 | Minute Entry for In Person proceedings held before Judge James S. Moody, Jr: STATUS Conference as to Juan Gabriel Rios–Silva held on 10/27/2023. Court Reporter: Rebekah Lockwood (DAY) (Entered: 10/27/2023) |
| 10/27/2023 | 142 | **ORDER granting 137 Joint Motion to Continue Trial as to Juan Gabriel Rios–Silva (1). This case is placed on the JANUARY 2024 trial docket, with a TRIAL DATE CERTAIN of MONDAY, JANUARY 8, 2024, at 9:00 a.m. in Tampa Courtroom 17. Signed by Judge James S. Moody, Jr. on 10/27/2023. (SMB)** (Entered: 10/27/2023) |

| 10/27/2023 | 143 | TRIAL NOTICE (DATE CERTAIN) as to Juan Gabriel Rios–Silva: This case is set for a date certain trial on MONDAY, JANUARY 8, 2024, at 9:00 AM in Tampa Courtroom 17 before Judge James S. Moody Jr. Trial estimation: 2 weeks. Defendant is detained and requires a Spanish interpreter.(SMB) (Entered: 10/27/2023) |
| 11/06/2023 | 144 | NOTICE OF ATTORNEY APPEARANCE Michael Leath appearing for USA. (Leath, Michael) (Entered: 11/06/2023) |
| 11/10/2023 | 145 | STATUS REPORT *for November 2023* by Juan Gabriel Rios–Silva. (Prieto, Frank) (Entered: 11/10/2023) |
| 11/20/2023 | 146 | NOTICE to the Court of Codefendant's Arrest by USA as to Juan Gabriel Rios–Silva, Milton Orlando Rios–Silva (Baeza, Daniel) (Entered: 11/20/2023) |
| 12/10/2023 | 147 | STATUS REPORT *December 2023* by USA as to Juan Gabriel Rios–Silva (Baeza, Daniel) (Entered: 12/10/2023) |
| 12/13/2023 | 148 | NOTICE OF HEARING as to Juan Gabriel Rios–Silva: STATUS CONFERENCE is scheduled for WEDNESDAY, DECEMBER 20, 2023, at 9:45 AM in in Tampa Courtroom 17 before Judge James S. Moody Jr. This hearing is intended for counsel only, and Defendant's presence is not required. Defense counsel may appear for the hearing by phone. (SMB) (Entered: 12/13/2023) |
| 12/20/2023 | 150 | Minute Entry for Telephonic proceedings held before Judge James S. Moody, Jr.: STATUS Conference as to Juan Gabriel Rios–Silva, Milton Orlando Rios–Silva held on 12/20/2023. Court Reporter: Tana Hess (KAC) (Entered: 12/29/2023) |
| 12/20/2023 | 151 | ORAL MOTION to Continue trial by USA as to Juan Gabriel Rios–Silva. (KAC) (Entered: 12/29/2023) |
| 12/29/2023 | 152 | **ORDER granting 151 Oral Motion to Continue Trial as to Juan Gabriel Rios–Silva (1). Jury Trial set on the JANUARY 2025 trial term. Signed by Judge James S. Moody, Jr. on 12/29/2023. (KAC)** (Entered: 12/29/2023) |
| 01/02/2024 | 153 | Case as to Juan Gabriel Rios–Silva, Milton Orlando Rios–Silva Reassigned to US Magistrate Judge Natalie Hirt Adams. New case number: 8:21–cr–00286–JSM–NHA. Magistrate Judge Unassigned Magistrate no longer assigned to the case. (KE) (Entered: 01/02/2024) |
| 03/06/2024 | 155 | MOTION to Substitute Attorney by Juan Gabriel Rios–Silva. (Castaneda, Rebecca) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 03/06/2024) |
| 03/06/2024 | 156 | **ENDORSED ORDER granting 155 Motion to Substitute Attorney as to Juan Gabriel Rios–Silva (1). Rebecca L. Castaneda, Esq. is substituted as counsel of record and Frank Andrew Prieto, Esq. is hereby relieved as counsel. Signed by Judge James S. Moody, Jr. on 3/6/2024. (SMB)** (Entered: 03/06/2024) |
| 03/11/2024 | 157 | NOTICE of United States' Notice of Filing State Department Certification for Purposes of Establishing Jurisdiction Over the Subject Vessel by USA as to Juan Gabriel Rios–Silva, Milton Orlando Rios–Silva (Attachments: # 1 Exhibit 1)(Leath, Michael) Modified text on 3/12/2024 (HAI). (Entered: 03/11/2024) |
| 06/04/2024 | 160 | MOTION to Dismiss on Speedy Trial by Juan Gabriel Rios–Silva. (Castaneda, Rebecca) (Entered: 06/04/2024) |
| 06/18/2024 | 161 | RESPONSE to Motion re 160 MOTION to Dismiss on Speedy Trial by USA as to Juan Gabriel Rios–Silva (Baeza, Daniel) (Entered: 06/18/2024) |

| 06/24/2024 | 162 | MOTION for Leave to File Document a REPLY to United States Response by Juan Gabriel Rios–Silva. (Castaneda, Rebecca) Modified docket text on 6/24/2024 (JOS). (Entered: 06/24/2024) |
|---|---|---|
| 06/24/2024 | 163 | **ENDORSED ORDER granting 162 Defendant's Motion for Leave to File a Reply as to Juan Gabriel Rios–Silva (1). Mr. Rios–Silva shall file a reply of up to five pages to the government's response to his motion to dismiss the Indictment and Superseding Indictment within 7 days from the date of this Order. Signed by Judge James S. Moody, Jr. on 6/24/2024. (SMB)** (Entered: 06/24/2024) |
| 07/01/2024 | 164 | REPLY TO RESPONSE to Motion by Juan Gabriel Rios–Silva as to Juan Gabriel Rios–Silva, Milton Orlando Rios–Silva re 160 MOTION to Dismiss on Speedy Trial. (Castaneda, Rebecca) (Entered: 07/01/2024) |
| 07/09/2024 | 165 | MOTION for Miscellaneous Relief, specifically to File a Response re 164 Reply to Response to motion by USA as to Juan Gabriel Rios–Silva. (Leath, Michael) Modified on 7/10/2024 to remove capitalization (ARL). (Entered: 07/09/2024) |
| 07/10/2024 | 166 | **ENDORSED ORDER granting 165 United States' Motion for Leave to File a Response to 164 Reply to Response to motion as to Juan Gabriel Rios–Silva (1). Signed by Judge James S. Moody, Jr. on 7/10/2024. (SMB)** (Entered: 07/10/2024) |
| 07/16/2024 | 167 | RESPONSE 164 Reply to Response to motion by USA as to Juan Gabriel Rios–Silva *United States' Response to Defense's Reply* (Leath, Michael) (Entered: 07/16/2024) |
| 08/09/2024 | 168 | STATUS REPORT *AUGUST 2024* by USA as to Juan Gabriel Rios–Silva, Milton Orlando Rios–Silva (Leath, Michael) (Entered: 08/09/2024) |
| 09/05/2024 | 169 | **ORDER denying 160 Motion to Dismiss for Speedy Trial as to Juan Gabriel Rios–Silva (1). Signed by Judge James S. Moody, Jr. on 9/5/2024. (SMB)** (Entered: 09/05/2024) |
| 09/11/2024 | 170 | JOINT STATUS REPORT for *SEPTEMBER 2024* as to Juan Gabriel Rios–Silva, Milton Orlando Rios–Silva (Leath, Michael) Modified title on 9/11/2024 (KAC). (Entered: 09/11/2024) |
| 09/12/2024 | 171 | NOTICE OF APPEAL by Juan Gabriel Rios–Silva re 169 Order on Motion to Dismiss for Speedy Trial. Filing fee paid $ 605, receipt number AFLMDC–22510897. (Castaneda, Rebecca) (Entered: 09/12/2024) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:21-cr-286-JSM-UAM

JUAN GABRIEL RIOS-SILVA

_____

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss on speedy trial grounds.   The Court, having reviewed the motion, response, replies, and being otherwise advised in the premises, concludes that the motion should be denied because the Court had a reasonable basis to continue the trial to the January 2025 trial term and Defendant has not established any actual prejudice associated with the continuance.

## DISCUSSION

Defendant Juan Rios-Silva filed a motion seeking dismissal of the indictment more than five months after the Court continued his trial to the January 2025 trial term. Defendant argues that his speedy trial rights were infringed to a degree that he suffered actual prejudice such that the indictment must be dismissed with prejudice.   While Defendant lobbies numerous arguments in favor of dismissal with prejudice, only two issues are relevant to the analysis of whether excluding the time for Juan Rios-Silva's right to a speedy trial was reasonable when his co-defendant's speedy trial rights had not run.

Specifically, the Speedy Trial Act excludes a defendant's time to trial for "a reasonable period of delay when the defendant is joined for trial with a codefendant as to

whom the time for trial has not run and no motion for severance has been granted." 18 U.S.C. § 3161(h)(6).   "There is a strong preference for trying codefendants together as it promotes judicial efficiency by avoiding successive trials involving the same evidence." *United States v. Khoury*, 901 F.2d 948, 972 (11th Cir. 1990); *see also United States v. Varella*, 692 F.2d 1352, 1359 (11th Cir. 1982) ("Congress recognized the utility of multi-defendant trials to effectuate the prompt efficient disposition of criminal justice. It felt that the efficiency and economy of joint trials far outweighed the desirability of granting a severance where the criterion was simply the passage of time.").

To determine whether a defendant may be deprived of his right to a speedy trial, courts should consider: (1) the length of the delay; (2) the reason for the delay; (3) the defendant's assertion of the right; and (4) actual prejudice to him.   *Barker v. Wingo*, 407 U.S. 514, 530 (1972).

Here, the Court concluded that the period awaiting codefendant Milton Rios-Silva's extradition fell within the "reasonable period of delay" described in § 3161(h)(6).   As the United States argues in the response, case law from the Eleventh Circuit supports the Court's continuance of the trial under these circumstances.   *See, e.g. United States v. Tobin*, 840 F.2d 867, 869 (11th Cir. 1988), *United States v. Murray*, 154 F. App'x 740, 746 n. 8 (11th Cir. 2005).   So, Defendant needs to establish actual prejudice associated with the delay to prevail on his motion.   The only prejudice Defendant points to relates to the death of "Sharkey," whom Defendant claims was an agent of the United States government. Though Sharkey is indeed dead, Sharkey's death occurred in August of 2022, *before* the Court continued the trial to January 2025.   In other words, since this matter was not new

and already at issue prior to the most recent continuance, it is not material to any prejudice analysis.

In sum, the desirability of trying codefendants together, which saves trial preparation time, witness time, foreign travel, court time, and jurors' time, falls directly under the Speedy Trial Act exception stated in 18 U.S.C. § 3161(h)(6).   Defendant has not established that the delay is unreasonable.   More important, Defendant has not established actual prejudice associated with the continuance.

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant's Motion to Dismiss Indictment Due to Speedy Trial Violation (Dkt. 160) is denied.

**DONE** and **ORDERED** in Tampa, Florida, this September 5, 2024.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

    **v.**                  **CASE NO. 8:21-cr-286-JSM-UAM**

**JUAN GABRIEL RIOS-SILVA,**
    **Defendant.**

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Defendant, JUAN GABRIEL RIOS-SILVA, appeals to the United States Court of Appeals for the Eleventh Circuit, the Order (ECF No. 169) denying the Defendant's Motion to Dismiss on speedy trial grounds filed on or about November 5th, 2024, by the Honorable Judge James S. Moody, Jr., United States District Judge.

DATED THIS 12th day of September 2024.

                                Respectfully submitted,

                                *s/Rebecca L. Castaneda*
                                Rebecca L. Castaneda
                                Florida Bar No. 1007926
                                Rebecca@CastLF.com
                                The Castaneda Law Firm PLLC
                                506 N. Armenia Avenue
                                Tampa, Florida 33609-1703
                                (813) 694-7780

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on June 3, 2024, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to:

**Samantha Beckman** and **Diego Fontes Novaes.**

*s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780