[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12969

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

                                                             Plaintiff-Appellee,

*versus*

JUAN GABRIEL RIOS-SILVA,
a.k.a. Juancho,
a.k.a. Juan,
a.k.a. Papi,

                                                             Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00286-JSM-NHA-1

_____

Before WILSON, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Juan Gabriel Rios-Silva appeals from the district court's September 5, 2024, order denying his motion to dismiss the superseding indictment on speedy trial grounds.

We lack jurisdiction over this appeal because the court's September 5 order rejecting Rios-Silva's speedy trial claim is not final or otherwise appealable. *See* 28 U.S.C. § 1291; *Flanagan v. United States*, 465 U.S. 259, 263 (1984) (explaining that the rule of finality generally "prohibits appellate review until conviction and imposition of sentence"); *United States v. MacDonald*, 435 U.S. 850, 857 & n.6 (1978) (holding that an order rejecting a defendant's speedy trial claim is not final and does not fall under the collateral order doctrine no matter how "extraordinary" the factual circumstances underlying the claim); *United States v. Mulherin*, 710 F.2d 731, 743 (11th Cir. 1983) (holding that three appellants' claims that indictment should be dismissed for failure to comply with the Speedy Trial Act were "outside the scope of an interlocutory appeal"); *United States v. Harris*, 376 F.3d 1282, 1288-90 (11th Cir. 2004)

Case 8:21-cr-00286-JSM-NHA   Document 175   Filed 10/15/24   Page 3 of 5 PageID 592
USCA11 Case: 24-12969   Document: 9-1   Date Filed: 10/15/2024   Page: 3 of 3

24-12969               Opinion of the Court                3

(reviewing a Speedy Trial Act claim on appeal from a final judgment).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-12969-GG
Case Style: USA v. Juan Rios-Silva
District Court Docket No: 8:21-cr-00286-JSM-NHA-1

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing is timely only if received in the clerk's office within the time specified in the rules. **A petition for rehearing must include a Certificate of Interested Persons and a copy of the opinion sought to be reheard.** See 11th Cir. R. 35-5(k) and 40-1.

Costs
No costs are taxed.

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or

cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion