# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 14, 2024

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 24-12969-GG
Case Style: USA v. Juan Rios-Silva
District Court Docket No: 8:21-cr-00286-JSM-NHA-1

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12969

_____

UNITED STATES OF AMERICA,

                                                                                    Plaintiff-Appellee,

*versus*

JUAN GABRIEL RIOS-SILVA,
a.k.a. Juancho,
a.k.a. Juan,
a.k.a. Papi,

                                                                                     Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00286-JSM-NHA-1

_____

Case 8:21-cr-00286-JSM-NHA   Document 177   Filed 11/14/24   Page 3 of 3 PageID 600
USCA11 Case: 24-12969   Document: 11-2   Date Filed: 11/14/2024   Page: 2 of 2

2                                                                    24-12969

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 15, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: November 14, 2024