**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**  CASE NO. 8:21-cr-286-JSM-SPF
*Plaintiff,*

v.

**JUAN GABRIEL RIOS-SILVA,**
*Defendant.*
_____/

## DEFENDANT'S MOTION TO FILE A REPLY
## TO UNITED STATES RESPONSE

Pursuant to Middle District of Florida Local Rule 3.01(d), Defendant, Juan Gabriel Rios-Silva, respectfully requests that the Court grant him leave to file a reply to the government's response to Defendants Motion to Dismiss for Lack of Jurisdiction. The grounds for this motion are set forth below.

1. On November 18, 2024, Defendant filed a motion to dismiss the Indictment and Superseding Indictment herein due to a violation of 46 U.S.C. §§ 70503(a), 70506(a), and 21 U.S.C. § 960(b)(1)(B)(ii). [ECF No. 178]

2. On December 2, 2024, the Government filed a response to the Defendant's motion. [ECF No. 179]

3. Mr. Rios-Silva requests this Court allow him to file a brief reply of not more than five pages to the Government's response to address arguments alleged in the response.

4. The Defendant requests three weeks to file the reply.

WHEREFORE, it is respectfully requested that the Court enter an Order granting Mr. Rios-Silva leave to file a reply of up to five pages to the government's response to his motion to dismiss the Indictment and Superseding Indictment for Lack of Jurisdiction, to be filed within three weeks of the Court's entry of the Order granting leave.

Date this December 9, 2024

/s/ Rebecca L. Castaneda
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on December 9, 2024, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to:

**AUSA Michael Leath**

/s/ Rebecca L. Castaneda
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703