**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| CASE NO. 8:21-cr-286-JSM-NHA | DATE: December 18, 2024 |
|---|---|
| TITLE: United States of America v. **Juan Gabriel Rios-Silva** | |
| TIME: 9:55 AM – 10:00 AM | TOTAL: 5 mins. |

| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
|---|---|
| Court Reporter: Tana Hess | |
| Counsel for Government: | Dan Baeza and Michael Leath, AUSAs |
| Counsel for Defendant: | Rebecca Castaneda, CJA |

## CRIMINAL MINUTES: STATUS CONFERENCE

Court in session and counsel identified for the record. Defendant is not required to be present.

This case is currently set on the January 2025 trial term.

Co-defendant Milton Orlando Rios-Silva has been arrested in Columbia and has been approved for extradition but probably will not arrive until late January or February 2025.

Witnesses will be available in mid-March for trial.

ELT is 14 days.

For the reasons stated on the record, the Oral Motion to Continue Trial to March 2025 is granted. The Court will set this matter for a trial during the last week of March 2025, to be set by separate notice.

For the reasons stated on the record, the Motion to File a Reply (Dkt. 180) is granted. Defendant shall have 3 weeks to reply.

An order will follow.

Court adjourned.