UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-286-JSM-NHA

JUAN GABRIEL RIOS-SILVA

**ORDER**

THIS matter was set for a jury trial scheduled to begin on January 6, 2025. During the December 18, 2024 Status Conference in this case, the Government requested the January 2025 trial term be continued to the March 2025 trial term. The defendant did not object to this request. For the reasons stated on the record at the hearing, the Court finds that a continuance of trial is warranted. Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. Said Oral Motion for Continuance of Trial is GRANTED.

2. This case is placed on the **MARCH 2025** trial docket. The Court finds the ends of justice served by the continuance to allow the Defendant(s) more time to prepare outweighs the best interest of the public and the Defendant(s) in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

3. The parties are directed to continue to file a JOINT STATUS REPORT on or before **the tenth day of each month**.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of December, 2024.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record