# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:21-cr-286-JSM-NHA

JUAN GABRIEL RIOS-SILVA

_____

## **ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Dismiss Due to Lack of Jurisdiction (Dkt. 178). The Government has responded, and the Defendant has replied. The motion will be denied because it lacks merit.

The Defendant asserts that the United States does not have jurisdiction because there is no factual or legal foundation connecting his actions in Colombia to the United States. The motion attacks the Indictment for not having specific factual allegations, but the Indictment does track the statutory elements of the criminal offenses charged and is therefore sufficient. *United States v. Critzer*, 951 F.2d 306 (11th Cir. 1992).

Defendant's second argument is that a maritime conspiracy to smuggle cocaine into the United States covers only those on the boat and not any of the land-based co-conspirators. In this regard, the motion states:

> Mr. Rios's activities were confined to Colombia, involving the sale of boat engines to independent contractors without any intent or knowledge that these goods would be misused. Absent evidence that Mr. Rios's transactions involved U.S.-flagged vessels, U.S. entities, or any intent to affect the United States, the Indictment does not meet MDLEA's jurisdictional standards.

Defendant's Motion, Dkt. 178, p. 2. This is an argument for trial. The Government must prove knowledge and intent. It is not grounds for dismissal of the Indictment.

Of note, the Government proffers that the Defendant has admitted that some of the boat engines sold were for self-propelled semi-submersible vessels.

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant's Motion to Dismiss Indictment Due to Lack of Jurisdiction (Dkt. 178) is denied.

**DONE** and **ORDERED** in Tampa, Florida, this January 29, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record