UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA, and
  a/k/a "Juancho", a/k/a "Juan", a/k/a Papi"
MILTON RIOS-SILVA

## FEBRUARY 2025 JOINT STATUS REPORT

The United States of America conferred with counsel for the defendants and files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the Court's order of December 18, 2024, at docket 185, the United States herein states as follows:

1. Brief summary of the case's status:

Juan Rios-Silva was indicted in a one-count indictment on August 25, 2021. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. A superseding indictment was returned on March 15, 2023, alleging that both defendants conspired to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. The superseding indictment also charged Juan Rios-Silva with conspiracy to commit money laundering. In November 2023, Milton Rios-Silva was apprehended in Colombia pursuant to a provisional arrest warrant.

Milton Rios-Silva's extradition was approved by Colombia. The United States has no firm dates for Milton Rios-Silva's arrival but was instructed that the United States Marshals Service will coordinate his transportation in the coming weeks. The case is on the March 2025 trial calendar and the Coast Guard witnesses are available for trial on the following dates:

- The week of March 24th
- The week of April 21st
- The week of April 28th

The undersigned counsel's assignment as a Special Assistant United States Attorney is ending on May 2, 2025.

2. <u>Possibility of a plea agreement:</u>

A plea agreement was furnished to Juan Rios-Silva. On December 9, 2023, defense counsel communicated that the offer was rejected.

3. <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated that this case will take 10 days to try.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There are no pending motions.

5.  <u>Potential speedy trial problems:</u>

There are currently no speedy trial problems. Counsel for Juan Rios Silva still challenges the speedy trial calculation. The case is set on the March 2025 trial term.

           Respectfully submitted,

           ROGER B. HANDBERG
           United States Attorney

By:  <u>/s/ Michael Leath</u>
   Michael Leath
   Special Assistant United States Attorney
   United States Attorney No. 217
   400 N. Tampa St., Ste. 3200
   Tampa, FL 33602-4798
   Telephone: (813) 274-6000
   Facsimile: (813) 274-6358
   E-mail: Michael.Leath@usdoj.gov

U.S. v. Juan Gabriel Rios-Silva, et al.              Case No. 8:21-cr-286-JSM-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

**Rebecca Castaneda**
The Castaneda Law Firm
506 N Armenia Ave
Tampa, FL 33609-1703

**Jose-Carlos Antonio Villanueva**
Jose-Carlos A. Villanueva
2332 Galiano St.
Coral Gables, FL 33134

By:   */s/ Michael Leath*
Michael Leath
Special Assistant United States Attorney
United States Attorney No. 217
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Leath@usdoj.gov