# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-286-JSM-NHA

JUAN GABRIEL RIOS-SILVA

## ORDER

THIS matter was set for trial on the March 2025 trial term. The parties filed a February 2025 Joint Status Report (Dkt. 190). Due to the representations made by counsel in the February 2025 Joint Status Report, it is

ORDERED AND ADJUDGED that:

1. This case is continued to the **APRIL 2025** trial docket, and is scheduled for a Jury Trial (Date Certain) to commence on **Monday, April 21, 2025, at 9:00 AM** in Tampa Courtroom 17.

2. Due to the ongoing extradition of co-defendant Milton Orlando Rios-Silva (who is not yet in the United States' custody), and the availability of the Coast Guard Witnesses in this matter, the Court finds the ends of justice served by the continuance outweighs the best interest of the public and the Defendant(s) in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

3. The parties are directed to continue to file a JOINT STATUS REPORT on or before **the tenth day of each month**.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of February, 2025.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record