UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA, and
 a/k/a "Juancho", a/k/a "Juan", a/k/a Papi"
MILTON RIOS-SILVA

## MARCH 2025 JOINT STATUS REPORT

The United States of America conferred with counsel for the defendants and files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the Court's order of December 18, 2024, at docket 185, the United States herein states as follows:

1. <u>Brief summary of the case's status:</u>

Juan Rios-Silva was indicted in a one-count indictment on August 25, 2021. Count One charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. A superseding indictment was returned on March 15, 2023, alleging that both defendants conspired to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. The superseding indictment also charged Juan Rios-Silva with conspiracy to commit money laundering. In November 2023, Milton Rios-Silva was apprehended in Colombia pursuant to a provisional arrest warrant.

Milton Rios-Silva's extradition from Colombia was approved and his arrival in Tampa is imminent.

2. <u>Possibility of a plea agreement:</u>

A plea agreement was furnished to Juan Rios-Silva. On December 9, 2023, defense counsel communicated that the offer was rejected.

3. <u>Number of days required for trial, for government's case-in-chief:</u>

It is estimated that this case will take 10 days to try.

4. <u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>

There are no pending motions.

5. <u>Potential speedy trial problems:</u>

There are currently no speedy trial problems. Counsel for Juan Rios Silva still challenges the speedy trial calculation. The case is set for trial on April 21, 2025.

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

By:   */s/ Michael Leath*
      Michael Leath
      Special Assistant United States Attorney
      United States Attorney No. 217
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Michael.Leath@usdoj.gov

U.S. v. Juan Gabriel Rios-Silva	Case No. 8:21-cr-286-JSM-SPF

### CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

**Rebecca Castaneda**
The Castaneda Law Firm
506 N Armenia Ave
Tampa, FL 33609-1703

**Jose-Carlos Antonio Villanueva**
Jose-Carlos A. Villanueva
2332 Galiano St.
Coral Gables, FL 33134

By:	/s/ *Michael Leath*
Michael Leath
Special Assistant United States Attorney
United States Attorney No. 217
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Leath@usdoj.gov