UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-286-JSM-NHA

JUAN GABRIEL RIOS-SILVA, and
MILTON ORLANDO RIOS-SILVA

### UNITED STATES' NOTICE OF FILING DECLARATIONS OF AUTHENTICATION OF BUSINESS RECORDS OF CITIBANK AND BANK OF AMERICA

The United States of America, by and through the undersigned, hereby files Declarations of Authentication of Business Records concerning records from the following entities:

| Description | Bates Range |
|---|---|
| **CITIBANK** | |
| Bank Records | Rios-Silva: 109933-109934 |
| **BANK OF AMERICA** | |
| Bank Records | Rios-Silva: 102796-102801; 103410-103411 |

The Declarations of Authentication of Business Records are Attachment A for Citibank, and Attachment B for Bank of America. In filing this notice and attached declarations and serving the same upon the defendant

in this case, the United States provides notice that it may offer one or more of the records identified in the declarations into evidence at trial in this case, pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence.

Said records are in the United States' possession and have been made available as part of discovery.

                        Respectfully submitted,

                        SARA C. SWEENEY
                        Acting United States Attorney

By:   */s/ Michael Leath*
       Michael Leath
       Special Assistant United States Attorney
       United States Attorney No. 217
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Michael.Leath@usdoj.gov

U.S. v. Rios-Silva　　　　　　　　　Case No. 8:21-cr-286-JSM-NHA

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Defense counsel of record

                  /s/ *Michael Leath*
                  Michael Leath
                  Special Assistant United States Attorney
                  United States Attorney No. 217
                  400 N. Tampa St., Ste. 3200
                  Tampa, FL 33602-4798
                  Telephone: (813) 274-6000
                  Facsimile: (813) 274-6358
                  E-mail: Michael.Leath@usdoj.gov