UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

CASE NO. 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA,
    *Defendant.*
_____/

## DECLARATION OF JUAN GABRIEL RIOS-SILVA IN SUPPORT OF DEFENDANT'S OPPOSED MOTION TO SUPRESS STATEMENTS ALLEGEDLY MADE TO LAW ENFORCEMENT

I, JUAN GABRIEL RIOS-SILVA, I am of legal age and sound mind, I am currently housed at the Hernando County Jail, hereby declare under penalty of perjury that the following is true and correct:

1. I respectfully submit this declaration in support of <u>Defendant's Opposed Motion to Suppress Statements Allegedly Made to Law Enforcement</u>.

2. I participated in a post-arrest interview and two proffers with law enforcement. These occurred on August 1, 2021, November 5, 2021, and December 9, 2021.

3. During my post-arrest statement at the Miami International Airport on August 1, 2021, FBI Special Agents Miosotis Ortiz-Rodriguez and Robert Lauria were present. There was not a federal prosecutor present.

4. During the first proffer on November 5, 2021, Homeland Security

Investigations (HSI) Special Agent (SA) Heather McDonough, Coast Guard Investigative Services (CGIS) SA Marty Russell, Federal Bureau of Investigation (FBI) Investigative Analyst (IA) Joey Pardo, Assistant United States Attorney (AUSA) Joe Ruddy and my attorney at the time Frank Prieto were present.

5. On November 5, 2021, I became aware of the inaccuracies of the post-arrest statements report made by Special Agent Ortiz-Rodriguez on August 1, 2021, when AUSA Joseph Ruddy began to question me to confirm my prior statements. AUSA Joseph Ruddy became visibly frustrated. He called Agent Ortiz-Rodriguez to question her about the wrong information in the report.

6. The following portions of the interview were included in the law enforcement report but were never made by me:

    a. He never said he "knew" the engines would be outfitted on vessels for the purpose of narco trafficking activities;
    b. He never said that "knew" the Cummins BT6 diesel engines were for self-propelled semi-submersibles (SPSS);
    c. He never charged higher prices for engines to traffickers and never sold engines on consignment as one of the flips claimed;
    d. He never delivered anything to the build sites of go-fast vessel or self-propelled semi-submersibles;
    e. He did not sell 24 motors; he stated, "vendi cuatro" as opposed to he sold him "veinticuatro."
    f. He did not make specialty "repair kits" for narco customes; he would sell a standard repair kit as any customer could buy that had extra hoses, gaskets, seals, etc.

7. Additionally, Special Agent Ortiz-Rodriguez stated in the post-arrest interview session that she agreed that I never had access to SPSS build locations, contrary to her report, and that I was never paid a bonus for

successful delivery of narcotics, also contrary to her report.

8. I have received copies of the alleged statements made to law enforcement. They are not an accurate and correct reflection of the statements made by me to law enforcement.

9. I have received a copy of Special Agent Miosotis' notes of my post arrest interview on August 1, 2021. I do not know if those are her notes made in real time, but they do show an absence of the alleged statements made by me during my interview.

10. I am providing this affidavit to formally and publicly refute the accusation that I made the statements described in Special Agent Miosotis' report.

_____
JUAN GABRIEL RIOS-SILVA

DATED THIS 3rd day of April 2025.

Respectfully submitted,

*s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on April 3, 2025, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic filing to all parties of record.

*s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
