UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**   CASE NO. 8:21-cr-286-JSM-SPF
        *Plaintiff,*

v.

**JUAN GABRIEL RIOS-SILVA,**
        *Defendant.*
_____/

### UNOPPOSED MOTION TO ALLOW ELECTRONICS

NOW COMES the Defendant, JUAN GABRIEL RIOS-SILVA, by and through counsel, and hereby respectfully files this motion to allow Joel Salinas, a paralegal with the Castaneda law Firm, to bring in one (1) laptop computer, one (1) laptop charger, and 1 (one) cellular telephone into the Unites States Courthouse, located at 801 North Florida Ave., Tampa, FL 33602 and, in support thereof, states as follows:

1. Trial is set to begin in this matter on April 21, 2025.
2. Joel Salians is a paralegal that will provide administrative support during trial.
3. Counsel requests that Mr. Salinas be allowed to carry his laptop computer, charger, and cellular telephone inside the Courthouse to be able to assist counsel during trial.
4. Counsel conferred with AUSA Leath before the filing of this motion; he does not oppose.

WHEREFORE, the United States hereby requests that Local Rule of

Procedure 4.11 be waived, and that Mr. Salinas be permitted to bring his laptop Computer, charger, and cellular telephone into the courthouse.

DATED this 8th day of April, 2025.

Respectfully submitted,

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on April 8, 2025, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to:

**AUSA Michael Leath**
**AUSA Daniel Baeza**

By:   */s/ Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
