UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**      CASE NO.: 8:21-cr-286-JSM-SPF
    *Plaintiff,*

**v.**

**JUAN GABRIEL RIOS-SILVA,**
    *Defendant.*
_____/

### DEFENDANT'S MOTION TO CONTINUE HEARING

**COMES NOW** the Defendant, JUAN GABRIEL RIOS SILVA, by and through undersigned counsel, petitions this Honorable Court to continue the hearing on motions scheduled for April 16, 2025. In support of his request, the Claimant states:

1. On April 8, 2025, the Defendant filed a Motion to Suppress statements allegedly made by the Defendant to law enforcement [ECF 207], Motion to dismiss the money laundering charge of the superseding indictment due to improper venue [ECF 206] and Motion for miscellaneous relief, specifically to exclude business records contained in ECF No. 204. [ECF 208]

2. On April 9, 2025, this Honorable Court scheduled a hearing for April 16, 2025.

3. Counsel is scheduled to be out of town on an immigration matter as well as a personal matter from April 13, 2025 to the morning of April 17, 2025. Counsel lands at in Tampa on April 17, 2025, at 8:55am. Counsel has already paid for travel and lodging.

4. Counsel respectfully requests that this hearing be held on the morning of Thursday, April 17, 2025.

5. Counsel for the Defendant immediately contacted counsel for the United States after receiving notice of the hearing, to determine if he objected; counsel was not able to receive a response before the filing of this motion.

6. This request is made in good faith and is not made for the purpose of unreasonable delay.

**WHEREFORE,** the Defendant, JUAN GABRIEL RIOS-SILVA, for the foregoing reasons, respectfully requests this Honorable Court a continuance of the hearing scheduled for April 16, 2025, to April 17, 2025.

Respectfully submitted,

*s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926

Rebecca@CastLF.com  
The Castaneda Law Firm PLLC  
506 N. Armenia Avenue  
Tampa, Florida 33609-1703  
(813) 694-7780

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on April 9, 2025, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to all counsel of record.

*s/Rebecca L. Castaneda*  
Rebecca L. Castaneda  
Florida Bar No. 1007926  
Rebecca@CastLF.com  
The Castaneda Law Firm PLLC  
506 N. Armenia Avenue  
Tampa, Florida 33609-1703  
(813) 694-7780
