UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                        CASE No. 8:21-cr-286-JSM-NHA

JUAN GABRIEL RIOS-SILVA, et al

## UNITED STATES' NOTICE OF INTENT TO OFFER EXPERT WITNESS TESTIMONY

The United States provides this notice to the Court and Juan Rios-Silva ("the defendant"), pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703, and 705, that the United States intends to offer the following expert witness testimony in its case-in-chief. The United States respectfully reserves the right to offer additional testimony by these experts and for the experts to amend or adjust their opinions and bases for those opinions due to information made known to the experts before or during trial. The *curriculum vitae* for the expert witnesses is attached to this notice. (Ex. 1 and 2).

Anthony Taibi

Coast Guard Investigative Service Special Agent Anthony Taibi is assigned to the Panama Express Strike Force and has participated in numerous criminal drug related cases, with over half of them being related to maritime smuggling. He has been assigned to the Panama Express Strike Force since 2022.

The Government anticipates Special Agent Taibi will testify on matters concerning the production of cocaine, the wholesale value of cocaine in the Tampa area, how cocaine is transported via maritime conveyances, common routes used for drug smuggling, the tools drug trafficking organizations use to assist the transportation of drugs (e.g., satellite phones and Global Positioning Systems (GPS)), the usually composition of drug smuggling crews, how individuals are recruited to smuggle drugs, and his opinion on the facts of this case.

Steve Towe (HSI Retired)

Homeland Security Investigations Special Agent (retired) Steve Towe is a certified forensic computer examiner. The United States anticipates Special Agent Towe will testify about conducting the forensic analysis of the defendant's cellular phone, the manner by which he performed the analysis for the phone in this case, and the results of the analysis.

                                              Respectfully submitted,

                                              GREGORY W. KEHOE,
                                              United States Attorney

By:   */s/ Michael Leath*
       Michael Leath
       Special Assistant United States Attorney
       USAO No. 217
       Tampa, Florida 33602
       Email: Michael.Leath@usdoj.gov

U.S. v. Juan Gabriel Rios-Silva     Case No. 8:21-cr-286-JSM-NHA

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Defense Counsel of Record

        By: */s/ Michael Leath*
           Michael Leath
           Special Assistant United States Attorney
           USAO No. 217
           400 N. Tampa Street, Suite 3200
           Tampa, Florida 33602
           Telephone: (813) 334-6747
           Email: Michael.Leath@usdoj.gov