# Steven Towe

stoaster@outlook.com
813-785-4567
Senior Forensic Analyst
Special Agent / Computer Forensic Agent (retired)

---

## Employment History

### Senior Forensic Analyst
Cummins Inc.
October 2023-Present

*Forensic Examination of Digital Evidence*
*Assist in all facets of cybersecurity and corporate investigations*

### Special Agent / Computer Forensic Agent
Homeland Security Investigations   August 2009- October 2023 (retired)
*Enforce the laws of the United States*
*Forensic Examination of Digital Evidence*

Key Achievements:
- Computer Forensic Agent
- Mentor and Trainer to incoming Computer Forensic Agents/Analysts

### Federal Air Marshal
Transportation Security Administration
August 2002-August 2009
*Enforce the laws of the United States*
*Detect, deter, and defeat criminal acts in the U.S. Transportation system*

Key Achievements:
- Federal Air Marshal Trainer
- Guest Instructor – Federal Air Marshal Academy

### Customs Inspector
United States Customs Service
November 1997-August 2002
*Enforce the laws of the United States*
*Protect the revenue of the United States*
Key Achievements:
- Contraband Enforcement Team (CET) member
- Firearms and Defensive Tactics Instructor

## Education

**Bachelor of Arts - Criminology**
University of South Florida – Tampa, Florida  1996

## Qualifications

**GIAC Certified Incident Handler (GCIH)**
Global Information Assurance Certification (GIAC) – SANS 504- 2021

**Certified Computer Forensics Examiner (CFCE)**
International Association of Computer Investigative Specialists - 2021

**GIAC Security Essentials (GSEC)**
Global Information Assurance Certification (GIAC) – SANS 401 – 2020

**Advanced Computer Evidence Recovery Training (ACERT)**
Homeland Security Investigations - 2016

**Basic Computer Evidence Recovery Training (BCERT)**
Federal Law Enforcement Training Center (FLETC) - 2014

**A+ Certification**
CompTIA -  2014

**Law Enforcement Pistol Instructor**
National Rifle Association - 2013

**Firearms Instructor School**
Homeland Security Investigations - 2009

**Criminal Investigator Training Program (CITP)**
Federal Law Enforcement Training Center (FLETC) - 2009

**Train the Trainer**
Federal Air Marshal Service - 2005

**Certified Novell Administrator (CNA)**
Novell – 1996

## Professional Memberships/Accreditations

- International Association of Computer Investigative Specialists (IACIS)
- Tampa Bay Electronic Crimes Task Force (TBECTF)
- Tampa Bay Computer Forensic Group (TBFG)
- HSI Tampa Critical Incident Response Team (CIRT)
- Central Florida Internet Crimes Against Children Task Force (ICAC)
- Tampa Bay Human Trafficking Task Force
- National Registry of Emergency Medical Technicians (NREMT)
- International Association of Law Enforcement Firearms Instructors (IALEFI)
- International Law Enforcement Educators and Trainers Association (IALEETA)

## Computer Forensic Software Proficiencies

- Axiom / Magnet Forensics
- EnCase 6 / Guidance Software
- FTK / AccessData
- AnalyseDI / Griffeye
- FTK Imager / AccessData
- NUIX
- UFED 4PC and Physical Analyzer / Cellebrite
- Cellebrite Inspector
- Belkasoft Evidence Center X

## Testimony related to Computer Forensics (2019-Present)

United States v Jensen - 8:19-cr-00068-SCB-TGW (2019)
United States v Booth - 1:21-cr-00652-JSR (2022)
United States v Poole - 8:20-cr-00190-MSS-AAS (2021)
United States v Williams - 8:19-cr-00303-WFJ-AAS (2021)
State of Florida v Shutt - 19-04019-CF (2022)
State of Florida v Speer - 20CF004770 (2022)
State of Florida v Hunt - 19CF02281A (2023)
State of Florida v Tramel - CF-21-007638 (2024)