UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No: 8:21-cr-286-JSM-SPF

JUAN GABRIEL RIOS-SILVA,

    Defendant.
_____

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Allow Electronics into the United States Courthouse (Dkt. 209), filed as an exception to the Local Rules of this Court. Upon review and consideration, it is. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.    Said Motion is GRANTED.

2.    Joel Salinas, a paralegal with the Castaneda law firm, shall be allowed to bring one laptop computer, one laptop charger, and one cellular telephone into Courtroom 17 for the jury trial scheduled on April 21, 2025. Trial is anticipated to take 10 days to complete.

3.    The person authorized by this Order shall present a copy of this Order to security personnel each time that person enters the courthouse with such equipment. The

equipment described above is subject to inspection at any time by courthouse security personnel.

      **DONE** and **ORDERED** in Tampa, Florida, this 10th day of April, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Front Desk Court Security Officers

2