Anthony Taibi
(510) 926-2535
Anthony.T.Taibi2@uscg.mil

**Statement of Opinions:**

I am giving opinions in reference to the construction of drug trafficking vessel and the routes in which they move narcotics.

Go Fast Vessels (GFV's) are open hulled panga style boats that have between one to four outboard engines (Yamaha, Suzuki, Mercury, etc..) and are the most common vessels to transport cocaine. These vessels normally have between two to four crew involved in the smuggling event. The number of engines and size of crew varies depending on the experience of the crew, the length of travel, and the quantity of illegal drugs. GFV's carry numerous fuel containers so the vessel can travel the great distances to move the illegal drugs. GFV's are often painted blue or dark in color to make it harder to spot by law enforcement. Likewise, crews will utilize blue tarps to cover the drugs or even the vessel itself, effectively hiding the vessel from overhead observation. When spotted by law enforcement, go-fast crews often jettison the illegal drugs. They do this to get rid of the evidence on the vessel, lightening the weight on the vessel and thus allowing the go-fast to increase speed and potentially elude law enforcement, forcing law enforcement to choose between recovering the drugs or pursuing the GFV. In addition, GFV crews will often jettison the electronics, such as satellite phones and GPS, to destroy evidence of the smuggling venture.

Low Profile Vessel (LPVs) are built specifically to transport narcotics on the high seas; they serve no other purpose. LPVs are also built to evade detection from law enforcement, whether it be by air or sea. Typically, LPVs are painted to match the color of the sea. Further, when LPVs are underway (i.e. moving in the water), the hull of the vessel is essentially submerged below the waterline; the only visible portion of the LPV (from the sea) would be the conning tower. LPVs are designed to sail with more weight & ride lower in the water. The bows of LPVs are sloped downward, designed to traverse through waves instead of riding over waves.

Self-Propelled Semi-Submersibles (SPSS) are built for the distinct use to Drug Trafficking Organizations (DTO's). The primary source of power is through the use of inboard diesel engines (Yanmar, Cummings), which are commonly found onboard commercial fishing vessels. Inboard Diesel engines are reliable and fuel efficient. Since SPSS's do not travel at high speeds, inboard diesel engines are the preferred engines for SPSS's.

Common routes in the Eastern Pacific involve leaving from the Tumaco, Colombia/ Esmeralda, Ecuador area (border region between Colombia and Ecuador) and then following several possible routes: a hyper-littoral route that follows the coast from Colombia up into Panama and throughout Central America, skirting the territorial waters of the various countries; a direct route heading from Colombia passing near Malpelo Island, Colombia heading into Central America; and, a route that travels south and then west of the Galapagos Islands, Ecuador and then turns north heading into Mexico/Guatemala. Due to the immense size of the Eastern Pacific, these trips, especially the route that runs around Galapagos requires numerous logistical support vessels (normally fishing vessels with small panga vessels attached) to provide fuel, spare engines, food, and water. Often, the GFV departing from South America have smaller more fuel-efficient engines.

Depending upon the conveyance and the crew, South American vessels will either go directly into the shore of a Central American country or rendezvous with another GFV from the receiving country (an at-sea transfer). This is particularly common for SPSSs and LPVs, who have no other use but to smuggle drugs, but also frequently done with GFVs. When there is an at sea transfer, the crew from South American will transfer themselves and the drugs onto the new GFV and scuttle the old vessel. The GFV from Mexico tend to have larger and more numerous engines so as to outrun law enforcement vessels. It is not uncommon to have a GFV with six or more mariners on board after having received a load from South America.

Drug Trafficking Organizations (DTO) recruit Mariners, Captains, and Engineers from the fishing communities in South and Central America due to their experience of operating vessels in the ocean. A legitimate fisherman in Colombia and Ecuador earns around $300 per month. Depending on the drug, the quantity of drugs, the distance traveled, the type of convenience, and their role on the conveyance, recruiters offer from $500.00 - $50,000 US up front with an equal amount upon a successful return. This system incentivizes the crew members to be active participants in successfully smuggling illegal drugs. When the crew return and are flush with money, it recruits others to volunteer to participate in smuggling drugs. Should the drugs be lost, the crew will then owe the organizer two more successful trips. The only people on drug smuggling vessels are those involved in the smuggling of illegal drugs; there is too much risk to the DTO to involve anyone who is not vested in the success of moving illegal drugs. Likewise, there is no need to kidnap, force, or deceive anyone to be on a drug smuggling venture; that requires too many resources and too many risks to the DTO to have people not motivated for the success of the drug venture.

I have been involved in the detection, apprehension and prosecution of maritime drug related cases. Through these investigations I have become familiar with maritime drug smuggling originating from South America and stopping in Central America and the Caribbean before arriving into the United States. I have interviewed countless mariners, numerous recruiters and organizers, and even the heads of Drug Trafficking Organizations. I have visited numerous countries in Central and South America and the Caribbean. I have processed tons of cocaine to include examining the labels of the outside of kilograms of cocaine and the imprints on the kilograms of cocaine. I have been on and examined numerous vessels that have smuggled illegal drugs. My opinion is based upon my training and experience as a Coast Guard Law Enforcement Officer and CGIS Special Agent and most particularly being assigned to Operation Panama Express for the last three years. In addition, as such, I read periodicals, communicate with other domestic and foreign law enforcement partners to keep current on the latest maritime drug trafficking trends in the Eastern Pacific and Caribbean.

## EDUCATION

**American Public University,** Charles Town, WV                                                                Aug 2019
Associates in Paralegal Studies
GPA:          3.85/4.00

**American Public University,** Charles Town, WV                                                               June 2022
Bachelors in Legal Studies
GPA:          3.97/4.00
Honors:      Summa Cum Laude

## EXPERIENCE

**CGIS Special Agent (Civilian)**, Clearwater, FL (GS-13)                                                   2022 – Present

- Assigned to Panama Express Strike Force
- Conduct criminal investigations that disrupt and dismantle major maritime drug transportation/trafficking organizations origination from the Caribbean and/or Pacific
- Liaison between USCG and DEA, FBI, and HSI to facilitate disposition of detainees, bulk drug evidence and case packages.

**CGIS Special Agent (Military)**, Pacific Region, Alameda, CA (INV2)                                2020 – 2022

- Managed Over 45 complex internal military and external criminal investigations to include officer involved shootings, bomb threats, maritime drug trafficking, and murder on the high seas.
- Produced and delivered sensitive criminal investigation presentations to Assistant United Stated Attorneys, District Attorneys, and executive employees of the U.S. Coast Guard which enabled decisive decision making to further investigations and prosecutions.
- Conducted operations on foreign freighters suspected of smuggling narcotics with local DEA office. Case resulted in the seizure of 4 kilos of cocaine.
- Retired from the USCG with 20 years of service.

**CGIS Special Agent (Military)**, New Orleans, LA (E6-INV2)                               2015 – 2020
.
- Managed over 70 complex criminal investigations using strategies such as search and seizure warrants, interviews, evidence collection, and crime scene processing on a myriad of diverse situations.
- Conducted fraud investigations for cases involving fraudulent Transportation Worker Identification Credentials (TWIC) applications and counterfeit cards, resulting in 30-month federal prison sentences, 5 years' probation, and 6-month in-home incarceration of multiple offenders.
- Managed a complex case regarding a commercial vessel fire, resulting in 90k of restitution to the Coast Guard (CG) for maritime pollution response and clean up.
- Captured, preserved, and processed evidence related to seaman's manslaughter case with multiple victims and an assault with a deadly weapon case onboard a commercial vessel.
- Coordinated with 4 CG marine investigators where an unlicensed tug operator provided a false copy of a mariner license. The operator received 24-month federal prison and 3 years of supervised release.
- Investigated unintended death cases which required an in-depth review of medical records and interviews with medical staff.
- As a subject matter expert in mariner fraud, was requested to provided assistance and guidance in an investigation into a bribery and fraud scheme involving U.S. government employees at a CG Regional Exam Center.
- Led investigator for a complex death case involving potential medical malpractice and HIPAA violations. Case resulted in a new process which tracked the issuance of prescription drugs and a process to help ensure medical files are kept intact.
- Launched a proactive operation with the Louisiana State Wildlife and Fish to identify fraudulent charter permits using undercover operations and licensing applications. Identified state cases involving violations of charter permits and prosecuted a mariner Federally for manufacturing a fraudulent Merchant Mariner Credential.
- Requested by the FBI to identify the location of a mariner underway who was in possession of child pornography. Coordinated the subjects arrest upon their return by locating the subject and tracking the vessel's location he was on, sentencing pending.
- Trained multiple credible Confidential Informants and Sources and utilized the information to generate cases for state and federal prosecution.
- Task Force Agent (TFA) with the FBI Joint Terrorism Task Force (JTTF), conducted casework regarding counterintelligence, domestic and international terrorism, sovereign citizens, and radicalization in local prisons.
- Conducted multiple joint boardings with local Coast Guard units and other Federal partner. One case resulted in the seizure of 6 kilos of cocaine.

**Boat Forces Deployable Inspection Team Member (Military)**, Yorktown, VA (E6)        2010-2015

- Provided subject matter expertise to assessed compliance with current policies, configuration controls, and standardization by assessing the material condition of CG search and rescue gear, training program, and operational readiness of CG small boat operators.
- Develop the CG's small boat pursuit policy and tested/participated in a week-long pilot program to

train/test the ability of the small boat and crew to execute the mission to stop a non-compliant vessel.
- Developed an inspection and training program for non-compliant vessel/pursuit program in the CG.
- Performed review and changes to CG programs regarding rescue and survival gear, training and certifications.
- Conducted inspections and underway operations on 25' Response Boats, 26' Over the Horizon small boats and, 47' Motor Lifeboats

**U.S. Coast Guard Station Atlantic City (Military) –** Atlantic City, NJ (E5-E6)                2005-2010

- Executed the Coast Guard's missions of search and rescue, maritime law enforcement, fisheries enforcement, waterway security and training. Expertly over sought the training program for nearly 50 personnel and coordinated operations with state and federal partners in the execution of security zones, law enforcement operations and search and rescue cases.
- Executed well over 500 Law Enforcement Boardings resulting in the seizure of 375 lbs. of illegally caught sea scallops, discovery of illegal fishing gear on 4 commercial fishing vessels and the arrest of 4 mariners for active warrants.
- Issues numerous violations for missing or expired safety gear and fisheries violations.
- Certified in the operations of multiple small boat to include 24' Special Purpose Craft for Shallow Water, 27' Utility Boat, 25' Response Boat and, 47' Motor Lifeboat.
- Certified as a Maritime Law Enforcement Boarding Officer and Fisheries Officer.

**U.S. Coast Guard Cutter Northland (WMEC 904) (Military)**, Portsmouth, VA (E3-E5)        2002-2005

- Preformed duties of deck seaman, small boat coxswain, boarding team member, maintain rescue and survival equipment, cutter rescue swimmer, combat information center watch stander, and conduct shipboard damage control.
- Performed duties of rescue surface swimmer.
- Conducted and mentored junior members in ship handling, damage control, law enforcement, and all deck evolutions. Conducted countless Federal Law Enforcement Boarding's to ensure compliance with the robust and complex regulations in the Gulf of Mexico as well as in the Caribbean Sea to include counter narcotics boardings on go fast style vessel and fishing vessel, fisheries boardings and large merchant vessel boardings.
- Certified as a boarding team member and executed approximately 10 boardings on Go-Fast Vessels and bulk freighters suspected of smuggling narcotics in the Caribbean.

**JOB-RELATED TRAINING COURSES:**

| Course | Date |
|---|---|
| Criminal Investigator Training Program | JUL 2015 |
| Special Agent Basic Course | MAR 2016 |
| Protective Service Operations | JUN 2018 |
| FARO Crime Scene Scanner Operator | DEC 2017 |
| Advanced Interviewing and Interrogations | JAN 2017 |
| Prospective Commanding Office/Executive Officer | JAN 2015 |
| Non-Compliant Vessel Pursuit Training | SEP 2013 |
| Northeast Regional Fisheries Officer Course | SEP 2006 |
| Special Victims Capabilities Course | OCT 2015 |
| Cellebrite Logical Operator and Physical Analyzer | SEP 2015 |
| Dark Web Training | APR 2017 |
| FBI Joint Terrorism Task Force Training | JUN 2018 |

| | |
|---|---|
| Opioid Overdose and Reversal Training | MAY 2017 |
| Legal Updates for Law Enforcement | JUL 2018 |
| Fundamentals of Narcotics | MAY 2017 |
| Gangs and Drugs | DEC 2017 |
| Prescription Drug Investigations | MAY 2018 |
| Investigating Intentional Discharge | MAY 2016 |
| CGIS Protective Service Operations Course | MAY 2012 |
| Boarding Officer School | AUG 2006 |
| Maritime Liaison Agent Training Course | SEP 2008 |
| Officers on the stand | MAY 2024 |

Anthony Taibi
Special Agent
Coast Guard Investigative Service


CASES:

USA v. Valencia Sinisterra et all 8:22-cr-00293-MSS-MRM
Sentencing regarding DTVIA for LPV Aug 2023.

USA v. Darwin Andres Saldana Duval 8:24-cr-00072-MSS-AEP-4
Sentencing regarding DTVIA for LPV Nov 2024