

Tyrone S. Shire  Senior Forensic Chemist
Department of Justice  Southeast Laboratory
Drug Enforcement Administration  Miami, FL
Office of Forensic Sciences

# AREA OF EXPERTISE

Forensic Discipline

    Forensic Discipline(s): Seized Drugs

    Current Position: Forensic Chemist.

Expert Testimony

    Qualified as federal, state, and county expert witness in areas involving the identification of controlled substances and clandestine laboratories. Testified in both federal and state court approximately 40 times.

| Date of Testimony | Location | Case Name (US v. …) |
|---|---|---|
| 12/1/2020 | Birmingham, AL | US v. Anthony Frazier |
| 10/26/2021 | Montgomery, AL | US v. Marquis White |
| 2/1/2022 | Miami, FL | -------- |
| 3/31/2022 | Fort Smith, AR | State of AR vs. Robert Grant |
| 4/12/2022 | Birmingham, AL | US v. Rolando Williamson, et al |
| 9/7/2022 | Jackson, MS | US v. Boris Ward |
| 10/18/2022 | Orlando, FL | US v. Juan Carlos Garcia |
| 2/6/2024 | Montgomery, AL | US v. Peter Kellenberger |
| 4/9/2024 | Daytona, FL | State of Florida v. Arthur Preston Harris III |
| 5/1/2024 | Fort Pierce, FL | State of Florida v. Philamon Roy Gadson |
| 6/25/2024 | Lafayette, LA | US v. Oliver Martin |
| 10/08/2024 | New Orleans, LA | US v. Travis Enclade & Terence Wilson |
| 11/05/2024 | Tallahassee, FL | State of Florida v. Tyrone Adderely |
| 12/16/2024 | Tampa, FL | US v. Javier Mares Jr. |
| 2/11/2025 | West Palm Beach, FL | US v. Denzil Olajuwon Stewart |
| 2/12/2025 | Tampa, FL | US v. Tryon Metteria Byrd IV |
| 4/08/2025 | Little Rock, AR | US v. Jarkius Kadeem Britton |

# PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**
*Forensic Chemist/Southeast Laboratory/Office of Forensic Sciences/DEA/Miami, FL/2010-present*

- Conducted quantitative and qualitative chemical analyses on approximately 8000 exhibits submitted for substance identification by utilizing all manner of modern analytical techniques and instrumentation.
- Assisted in clandestine laboratory seizures.
- Assisted in field trace analysis.
- Provide field support to law enforcement, including preliminary testing for probable cause hearings.

*Training*

- DART-MS Analysis. 2023
- Nuclear Magnetic Resonance, 2012
- Clandestine Laboratory Safety Certification, 2011
- Basic Forensic Sciences School, 2011
- Southeast Laboratory Forensic Chemist training program, 2010-2011

**PFIZER INC.**

*Senior Associate Scientist /ARD/Global Research /Groton, CT   2003-2009*

- Developed and optimized analytical methods for pharmaceutical characterization, interpreted results and summarized findings in support of all regulatory filings requirements (GMP/GLP); investigated several alternative analytical tools with the potential for increasing business efficiency/productivity and showed solid scientific leadership through recommendation and evaluation of new analytical technology.
- Directed and assisted group research projects for development of novel solutions for physical characterization of complex pharmaceutical compounds.
- Exhibited solid leadership by independently planning, organizing and coordinating resources to accomplish analytical testing requirements for stability study in support of FDA, European, Latin American and Japanese regulatory New Drug Application filings. Assigned as lead analyst in charge of novel drug formulation stability program, conducted CRO audits, data review and input in regulatory documents (CTD's, IND's & NDA's submission activities), liaison for troubleshooting steps to resolve issues at stability test labs and manufacturing sites.
- Selected as lead investigator to conduct Performance Qualification (PQ) of department business critical laboratory equipment. Initiated equipment parameter investigational experiments, identified, advised and modified all existing experimental protocols to best define the current configuration and to improve the performance qualification testing procedure for Good Manufacturing Practices (GMP) compliance. Coordinated all work stream activities to include: Lab Services, Quality Assurance, fellow research scientists and equipment vendor.
- Initiated new technology assessment by successfully hosting a department wide demonstration and negotiated extended use of instrumentation with vendor to allow colleagues the freedom to conduct experiments/studies for further understanding of benefits/limitations for new technology.
- Performed as a key member of a method development and validation team responsible for characterizing low level drug product impurities by using the technique of LC/MS/MS. Contributing author for scientific journal article American Pharmaceutical Review "Quantitative HPLC Tandem Mass Spectrometry (LC/MS/MS) Analysis of Low-Level Impurities in Active Pharmaceutical Ingredients".
- Designed Intrinsic Dissolution Study for determination of dissolution rate and diffusion coefficient of tablet formulation in support of critical business decisions regarding clinical results and future project initiatives.
- Served on the Safety Leadership Team and actively participated in helping department meet overall business goals by ensuring a safe working environment for personnel. Conducted quarterly laboratory safety audits, identified safety concerns and ensured appropriate corrections were made that conformed to the Analytical Research & Development requirements.
- Named as Global Document Management System Document Coordinator for Drug Product Analytical Development and helped meet overall business goals by ensuring a seamless flow and control of all project documents for personnel. Trained a broad audience across several business lines within the organization on all new GDMS system features.

*Associate Scientist /ARD/Global Research /Groton, CT   2001-2003*

- Used theories and principles of analytical chemistry to characterize active pharmaceutical ingredients and drug products.
- Mentored and coached subordinates on development of complex analytical methodologies used to characterize active pharmaceutical ingredients and drug products.
- Showed excellent customer focus by meeting critical timelines for drug portfolio deliverables.
- Led and facilitated analytical methods transfer to drug product manufacturing sites and contracted laboratories.
- Designed innovative analytical experiments to help identify appropriate operational and manufacturing

parameters for several drug formulations.

### MONSANTO / TODAY'S STAFFING

*Analytical Chemist/Crop Analytics/St. Louis, MO, 2000-2001*

- Used theories and principles of analytical chemistry to characterize agricultural products; developed and optimized analytical methods for agricultural characterization, interpreted results and summarized findings. Provided specialized analytical instrumentation training to colleagues that increased laboratory productivity and efficiency.
- Extensive experience using ion chromatography (IC) with a variety of detectors to analyze for a number of carbohydrates present in agricultural products.
- Conducted training sessions for analytical chemists on technique of ion chromatography using pulsed amperometric detection for analyzing genetically modified agricultural products. Selected and performed as analytical investigator for the determination of bromide ion in water and soil utilizing IC with conductivity detection and prepared data packages to support analysis, calculated and reported data according to ISO 17025 and GLP standards.
- Developed IC/PAD method and wrote standard operating procedures (SOP) for analysis of galactinol present in soybean.
- Completed performance comparison study of two instruments used for determining crude fat content present in agricultural products.
- Analyzed for wax ester's present in plant cuticles and phytosterols present in soybean by developing a Gas Chromatography – Flame Ionization Detection (GC-FID) method. Wrote an SOP for the determination of phytosterols present in soybean.
- Key member of group assigned to investigate methods for determining the levels of elementary phosphorus present in complex matrices using Gas Chromatography – Thermionic Specific Detector (GC-TSD).

### AT ANALYTICAL SERVICES / WESTAFF

*GC Chemist/St. Louis, MO, 1999-2000*

- Performed analysis of environmental samples or extracts by gas and liquid chromatography utilizing variety of detection methods: Gas Chromatography – Flame Ionization Detection (GC- FID), Gas Chromatography – Electron Capture Detector (GC-ECD), Gas Chromatography – Mass Spectroscopy (GC-MS), High Performance Liquid Chromatography (HPLC) and instrument specific data systems using Good Laboratory Practices (GLP) standards.
- Obtained position as laboratory team member and prepared data packages to support analyses, calculated data, recorded and reported data and any unusual test occurrences, performed routine maintenance of instruments, and followed lab QA/QC practices.
- Provided training to entry-level chemists for the technique of gas chromatography and Environmental Protection Agency (EPA) regulatory procedures for testing environmental assays.

## EDUCATION AND CERTIFICATIONS

University of Connecticut, (Storrs, CT)
    Masters in Business Administration (MBA), 2008
    Concentration in Management

Washington State University (Pullman, WA)
    Bachelor of Science (Chemistry), 1998
    Minor (History)

Community College of the USAF, (Maxwell AFB, AL)
    Associate of Science (Aircraft Environmental & Ejection Systems Technology), 1987

*Certification(s)*

DEA Clandestine Laboratory Safety Certification, 2011- present.

## PRESENTATIONS AND LECTURES

International Forensic Research Institute Symposium Presentation,"1H, 13C, and 19F NMR Interpretation and Differentiation of AB-FUBINACA and Analogues", Florida International University, FL, May 2015contributed or instructed.

## PUBLICATIONS

American Pharmaceutical Review "Quantitative HPLC Tandem Mass Spectrometry (LC/MS/MS) Analysis of Low-Level Impurities in Active Pharmaceutical Ingredients".

## DISTINCTIONS

- Outstanding Performance Award, DEA, US DOJ, Miami, FL, Otober 19,2023
- Exceptional Performance Award, DEA, US DOJ, Miami, FL, May 31,2021
- Outstanding Law Enforcement Officer Award, United States Attorney's Office of Southern District of Florida, Miami, FL, April 2016.
- Forensic Chemist of the Month, Southeast Laboratory, Miami, FL, April 2011.
- Outstanding Student Employee for 1997-1998, Washington State University, Pullman, WA.
- Presidential Honor Roll August 1997 and 1998, Washington State University, Pullman, WA.
- The Julian Culbertson Scholarship for Academic Achievements Recipient, February 1998,
- Department of Chemistry, Washington State University, Pullman WA.