

| Anjail Ameen | Senior Forensic Chemist |
| Department of Justice | Southwest Laboratory |
| Drug Enforcement Administration | Vista, CA |
| Office of Forensic Sciences | |

# AREA OF EXPERTISE

**Forensic Discipline**

    Seized Drug Analysis

**Expert Testimony**
- June 8, 2021 (San Diego, CA): United States v. Marina Paez de Hernandez
- February 25, 2025 (Los Angeles, CA): United States v. Mirela Todorova, et al.

- Testified approximately 3 times.

# PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**
*Senior Forensic Chemist, Southwest Laboratory, (Vista, CA), April 2017 – Present*
- Evidence handling, sample analysis, court testimony, field investigation assistance, providing training and additional customer assistance.
- Reagent Monitor 2017 – 2025.
- Quality Assurance Committee Member 2019-2020, 2021 - Present.
- Total Number of Exhibits Analyzed: Approximately 1204 exhibits

*Training*
- 908 Devices MX908 Basic Operator Training (Vista, CA), 2024
- Agilent GCMS-5977-2109c Techniques and Operation with OpenLab CDS (Wilmington, DE), 2024
- DEA Clandestine Laboratory High Hazard Level A Course (Virginia Beach, VA), 2023
- Agilent R1915A Practical Gas Chromatography (Chicago, IL), 2018
- DEA Basic Clandestine Laboratory Training (Quantico, VA), 2018
- DEA Basic Forensic Chemist Training Program (Quantico, VA), 2017

**Aerotek/BestCo**
*Chemist I, Quality Control, (Mooresville, NC), 2013-2017*
- Adhere to Good Laboratory Practices (GLP).
- Perform qualitative and quantitative analysis, assist with validations, provide secondary reviews, and facilitate investigations of nonconformance.
- Preventative maintenance, and conduct daily calibrations.

*Training*
- Agilent H8969 1100/1200 Maintenance and Troubleshooting (Alpharetta, GA), 2015

**University of North Carolina at Charlotte**
*Learning Coach, Department of Chemistry, (Charlotte, NC), 2011-2013*
- Assist in the development and design of the peer-led chemistry program.
- Design mini-lectures and facilitate peer-led workshops for introductory chemistry classes.

- Create, construct, and grade student assignments.
- Address student questions pertaining to topics covered in lecture, laboratory, and workshop.

## EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

University of North Carolina at Charlotte, (Charlotte, NC)

    Bachelor of Arts in Chemistry, 2013

University of North Carolina at Chapel Hill, (Chapel Hill, NC)

    Bachelor of Arts in Anthropology, 2009
    Concentration in Medical Anthropology, with a Minor in African American Studies

**Certification(s)**

Clandestine Laboratory Certification, (Vista, CA), 2018
Annual certification (expires 04/2025)

## DISTINCTIONS

    DEA Exceptional Performance Award for Dedication to Duty and Outstanding Contributions (Vista, CA), 2020