

RIOS-SILVA-100886