

RIOS-SILVA-122996