

RIOS-SILVA-100760