

DISC-00159

RIOS-SILVA-125826