UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO: 8:21-cr-286-JSM-UAM

JUAN GABRIEL RIOS-SILVA

## GOVERNMENT'S AMENDED WITNESS LIST

COMES NOW, the United States of America, by and through the undersigned counsel, and hereby provides notice of the following list of witnesses that may be called for the trial currently set for April 21, 2025.

1.    Anjail Ameen;

2.    Giuseppe Sergio Pappagallo-Armenio;

3.    Juan David Moreno-Bonilla;

4.    Michael Black;

5.    Nestor Fabio Beltran-Cabrejo;

6.    Jhon Edward Caicedo-Valencia;

7.    Kyle J. David;

8.    John Ferdella;

9.    Robin Castro Gomez;

10.   Nestor Hugo Gomez-Garcia;

11.   Nahir Coromoto Gimenez-Gonzalez;

12.   Rick Greer;

13.   Carlos Irizarry;

14.   Robert Lauria;

15.   Jeremy Larson;

16.   Jesse Leonor;

17.   Heather McDonough;

18.   Steven Maurizio;

19.   Brian Milcetich;

20.   Jose Manuel Narvaez-Reina;

21.   Kegan F. Nelson;

22.   Miosotis Ortiz-Rodriguez;

23.   Jose Pardo;

24.   Fernando Pineda-Jimenez;

25.   Rodrigo Pineda-Torres;

26.   Oscar Adriano Quintero-Rengifo;

27.   Charlotte Reis;

28.   Milton Orlando Rios-Silva;

29.   Diego Rivera;

30.   Carlos Arturo Rivera Ruiz;

31.   Juan Carlos Rodriguez-Nazareno;

32.   Eric Savitts;

33.   Tyrone Shire;

34.   Hans Seidel-Quintero;

35.     Anthony Taibi;

36.     Steve Towe;

37.     Mckenna Wychocki;

WHEREFORE, the United States provides notice of the above potential witnesses that may be called during the above-referenced trial. The United States reserves the right to call additional witnesses during the trial of this case if necessary.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     /s/ Michael Leath
        Michael Leath
        Special Assistant United States Attorney
        United States Attorney No. 217
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        E-mail: Michael.Leath@usdoj.gov

**U.S. v. Juan Gabriel Rios-Silva          Case No. 8:21-cr-286-JSM-UAM**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 18, 2025, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which

will send a notice of electronic filing to the following:

Counsel of Record

/s/ Michael Leath
Michael Leath
Special Assistant United States Attorney
United States Attorney No. 217
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Leath@usdoj.gov