UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

v.

**JUAN GABRIEL RIOS-SILVA,**
    *Defendant.*
_____/

CASE NO.: 8:21-cr-286-JSM-SPF

## DEFENDANTS WITNESS LIST

**COMES NOW** the Defendant, JUAN GABRIEL RIOS SILVA, by and through undersigned counsel, and hereby provides notice of the following list of witnesses that may be called for the trial currently set for April 21, 2025.

1. James Krause;
2. Frank Prieto;
3. Dwayne Denny; and
4. All Government witnesses.

**WHEREFORE,** the defendant provides notice of the above potential witnesses that may be called during trial. The defendant reserves the right to call additional witnesses during the trial as necessary.

Respectfully submitted,

*s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **April 21, 2025** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

*s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
Rebecca@CastLF.com
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780