**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,     CASE NO.: 8:21-cr-286-JSM-SPF

   *Government,*

**v.**

JUAN GABRIEL RIOS-SILVA

   **Defendant(s),**     X

| | DEFENDANT'S EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| 1 | | | | HSI memo Confidential Informant File SA-1095-TA dated May 29, 2014 – BATES RIOS-SILVA 122868 |
| 2 | | | | 1095 Source Payment Summary – BATES RIOS SILVA 122869 |
| 3 | | | | HSI memo Deactivation of SA-1095-TA for Cause dated June 6, 2014 – BATES RIOS SILVA 122870 |
| 4 | | | | HSI memo Anticipatory Deactivation of SA-1095-TA for Cause dated January 30, 2014 - BATES RIOS SILVA 122872-122873 |
| 5 | | | | HSI memo Confidential Informant File # SA – 1095 – TA BATES RIOS SILVA 122871 |
| 6 | | | | DOJ DEA memo dated October 13, 2022 BATES RIOS SILVA 122774-122778 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 7 | | | | DOJ DEA memo dated October 13, 2022 BATES RIOS SILVA 122836-122839 |
| 8 | | | | DEA Form 122779 BATES RIOS SILVA 122770-122771 |
| 9 | | | | DEA Form 122779 BATES RIOS SILVA 122840-122867 |
| 10 | | | | NCIC Report BATES RIOS SILVA 122779-122781 |
| 11 | | | | Transcript of calls – BATES RIOS SILVA 122879 - 122886 |
| 12 | | | | Transcript of calls – BATES RIOS SILVA 122893 |
| 13 | | | | Transcript of calls – BATES RIOS SILVA 122884 |
| 14 | | | | Transcript of calls – BATES RIOS SILVA 122884 |
| 15 | | | | Transcript of calls – BATES RIOS SILVA 122884 |
| 16 | | | | WhatsApp messages – BATES RIOS SILVA 122785-122802 |
| 17 | | | | CI Certificate of Death – BATES RIOS SILVA |
| 18 | | | | Diego Rivera Rule 35 Request, ECF No. 177, United States v. Diego Rivera, 8:11-cr-295 |
| 19 | | | | Diego Rivera Plea Agreement, ECF No. 40, United States v. Diego Rivera, 8:11-cr-295 |
| 20 | | | | Fernando Pineda-Jimenez Plea Agreement, ECF No. 10, United States v. Fernando Pineda-Jimenez, 8:21-cr-157 |

| | | | | |
|---|---|---|---|---|
| 21 | | | | **Fernando Pineda-Jimenez Motion to Continue Sentencing, ECF No. 66, United States v. Fernando Pineda-Jimenez, 8:21-cr-157** |
| 22 | | | | **Jose Manuel Narvaez-Reina Plea Agreement, ECF No. 23, United States v. Jose Manuel Narvaez-Reina, 8:10-cr-386** |
| 23 | | | | **Jose Manuel Narvaez-Reina Motion for Rule 35, ECF No. 77, United States v. Jose Manuel Narvaez-Reina, 8:10-cr-386** |
| 24 | | | | **Jose Manuel Narvaez-Reina Motion to Expedite Ruling for Rule 35, ECF No. 84, United States v. Jose Manuel Narvaez-Reina, 8:10-cr-386** |
| 25 | | | | **Juan David Bonilla Plea Agreement, ECF No. 102, United States v. Juan David Bonilla, 8:13-cr-78** |
| 26 | | | | **Nelson Alfaro Plea Agreement, ECF No. 33, United States v. Nelson Alfaro, 8:19-cr-388** |
| 27 | | | | **Nestor Hugo Gomez Plea Agreement, ECF No. 72, United States v. Nestor Hugo Gomez, 8:19-cr-310** |
| 28 | | | | **Oscar Adriano Quintero Rengifo, ECF No. 39, United States v. Oscar Adriano Quintero Rengifo, 8:20-cr-41** |
| 29 | | | | **Robin Alirio Castro Gomez Plea Agreement, ECF No. 60, United States v. Robin Alirio Castro Gomez, 8:19-cr-90** |
| 30 | | | | **Rodrigo Pineda Torres Plea Agreement, ECF No. 141, United States v. Rodrigo Pineda Torres, 8:18-cr-31** |

| 31 | | | | Transcript of Prior Testimony of Milton Orlando Rios Silva |